**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Aviation Safety Resources, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2834795 |
| 4. | **Debtor's address** | **Principal place of business** 6448 Pinecastle Blvd., Suite 104 Orlando, FL 32809 *Number, Street, City, State & ZIP Code* Orange *County* | **Mailing address, if different from principal place of business** _____ *P.O. Box, Number, Street, City, State & ZIP Code* **Location of principal assets, if different from principal place of business** _____ *Number, Street, City, State & ZIP Code* |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Aviation Safety Resources, Inc.**                                      Case number (*if known*) _____
         <sub>Name</sub>

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Aviation Safety Resources, Inc.**     Case number (*if known*) _____
     Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____    When _____    Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Aviation Safety Resources, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2023
              MM / DD / YYYY

X  /s/ Michael Rinaldi
Signature of authorized representative of debtor

Michael Rinaldi
Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Daniel R. Fogarty
Signature of attorney for debtor

Date  11.1.2023
      MM / DD / YYYY

Daniel R. Fogarty
Printed name

Stichter, Riedel, Blain & Postler, P.A.
Firm name

110 E. Madison St.
Suite 200
Tampa, FL 33602
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144    Email address  dfogarty@srbp.com

0017532 FL
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Aviation Safety Resources, Inc.**  Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Pioneer Aerospace Corporation** | Relationship to you | | **Related Entity** |
| District | **Middle District of Florida, Orlando Division** | When | Case number, if known | |
| Debtor | **S.E., Inc., dba Strong Enterprises** | Relationship to you | | **Related Entity** |
| District | **Middle District of Florida, Orlando Division** | When | Case number, if known | |

Aero-News Network/AeroPReneuer
P.O. Box 831
Orange Park, FL 32073

AllRed & Associates, Inc.
321 Route 5 West
P.O. Box 321
Elbridge, NY 13060

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Brennan Manna Diamond
75 E. Market Street
Akron, OH 44308

Claggett Properties, LLC
388 Enterprise Dr.
Nicholasville, KY 40356

ClearingBid, Inc.
345 Lorton AveSuite 105
Burlingame, CA 94010-4239

Delta Natural Gas Company
P.O. Box 747108
Pittsburgh, PA 15274-7108

Frost Brown Todd LLC
P.O. Box 70087
Louisville, KY 40270-0087

GAMA
1400 K Street NW, Suite 801
Washington, DC 20005

High Energy Sports
2040 Eastridge Ave. A7
Riverside, CA 92507

Kentucky Association of Manufacturers
P.O. Box 4029
Frankfort, KY 40604-4029

Kentucky Utilities
P.O. Box 25212
Lehigh Valley, PA 18002-5212

Dario P. Manfredi

42 Buckeye Rd
Glen Cove, NY 11542

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

National Labor Relations Board-Region 15
Attn:  General Attorney (Labor)
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3413

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604

Nicholasville Utilities
601 N. Main St.
Nicholasville, KY 40356

Pauley Management, Inc.
P.O. Box 321316
Cocoa Beach, FL 32932

Phone.com
P.O. Box 1808
Poway, CA 92074-1808

Republic Services
National Accounts
P.O. Box 78829
Phoenix, AZ 85062-8829

Spectrum
P.O. Box 1060
Carol Stream, IL 60132-1060

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

```
Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001

Howard O. Thrall
c/o Stonebriar Strategy Group, LLC
5 Woodcreek Lane
Frisco, TX 75034

David Treinis
5986 Park Lane S., Unit 81
Park City, UT 84098

U.S. Attorney
Attn: Civil Process Clerk
400 W. Washington St., #3100
Orlando, FL 32801

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

Larry Williams
c/o Robert K. Eddy, Esq.
320 W. Kennedy Blvd., #700
Tampa, FL 33606

Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315

Zodiac US Corporation
2201 W. Royal Lane, #150
Irving, TX 75063
```