| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Aviation Safety Resources, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | | | | | | $225,000.00 |
| U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203 | | | | | | $161,546.48 |
| Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034 | | | | | | $118,500.00 |
| Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | | | | | | $59,510.70 |
| ClearingBid, Inc.<br>345 Lorton Ave Suite 105<br>Burlingame, CA 94010-4239 | | | | | | $40,000.00 |
| Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308 | | | | | | $15,194.00 |
| GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005 | | | | | | $6,050.00 |
| Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932 | | | | | | $4,000.00 |
| AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060 | | | | | | $880.52 |

Debtor **Aviation Safety Resources, Inc.** Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 | | | | | | $545.08 |
| Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | | | | | | $545.00 |
| Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 | | | | | | $460.62 |
| Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 | | | | | | $338.09 |
| Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | | | | | | $296.03 |
| Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32073 | | | Disputed | | | $0.00 |
| Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356 | | Lease of KY location | | | | $0.00 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7108 | | | | | | $0.00 |
| National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604 | | | | | | $0.00 |
| Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356 | | | | | | $0.00 |
| Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 | | | | | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Aviation Safety Resources, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2023     x  /s/ Michael Rinaldi
                              Signature of individual signing on behalf of debtor

**Michael Rinaldi**
Printed name

**President**
Position or relationship to debtor