# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re: **Aviation Safety Resources, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached** | | | |

Sheet 1 of 2 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida, Orlando Division

In re  **Aviation Safety Resources, Inc.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10/31/2023

Signature  /s/ Michael Rinaldi  
Michael Rinaldi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

In re  **Aviation Safety Resources, Inc.**                                          Case No. _____

                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## Attachment A

| CURRENT Shareholder Name | Common Stock | % of Common Stock |
|---|---:|---:|
| Dario P. Manfredi | 175,845 | 17.8% |
| Savia Giarraffa | 31,462 | 3.2% |
| Larry E. Williams | 75,000 | 7.6% |
| Rich Sugden | 348,211 | 35.2% |
| Richard Spencer | 117,833 | 11.9% |
| High Energy Sports | 6,550 | 0.7% |
| L. Burnett | - | 0.0% |
| E. Kinney | 6,162 | 0.6% |
| J. Byrd | 4,091 | 0.4% |
| T. Baldwin | 5,554 | 0.6% |
| T. Hodgdon | 9,236 | 0.9% |
| M. McElhaney | 13,607 | 1.4% |
| A. Silas | 5,526 | 0.6% |
| M. Williams | 5,248 | 0.5% |
| David Treinis | 125,000 | 12.6% |
| Kevin May | 60,526 | 6.1% |