**United States Bankruptcy Court**
**Middle District of Florida, Orlando Division**

In re    **Aviation Safety Resources, Inc.**                                          Case No.
                                    Debtor(s)                              Chapter     **11**


**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Aviation Safety Resources, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**November  1, 2023**                        **/s/ Daniel R. Fogarty**
Date                                         **Daniel R. Fogarty**
                                             Signature of Attorney or Litigant
                                             Counsel for    **Aviation Safety Resources, Inc.**
                                             **Stichter, Riedel, Blain & Postler, P.A.**
                                             **110 E. Madison St.**
                                             **Suite 200**
                                             **Tampa, FL 33602**
                                             **(813) 229-0144 Fax:(813) 229-1811**
                                             **dfogarty@srbp.com**