# Aviation Safety Resources, Inc.
## Balance Sheet
**As of December 31, 2023**

|  | Aug 2023 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America - 1169 | 0.00 |
| Bank of America - 6585 | 0.00 |
| Community Trust Bank Checking Acct | 1,004.20 |
| Savings - 3973 | 615.18 |
| **Total Bank Accounts** | **$ 1,619.38** |
| **Accounts Receivable** | |
| Accounts Receivable (A/R) | 3,259.00 |
| **Total Accounts Receivable** | **$ 3,259.00** |
| **Other Current Assets** | |
| 50100 Inventory On Hand | 0.00 |
| Inventory Asset | 264,155.61 |
| Inventory Receivable | 0.00 |
| Prepaid Expenses-Dues and Subscriptions | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$ 264,155.61** |
| **Total Current Assets** | **$ 269,033.99** |
| **Fixed Assets** | |
| Capital | 152,867.00 |
| High Energy Sports Assets Acquired | 53,691.00 |
| High Energy Sports Goodwill | 50,000.00 |
| Product Development | 184,846.78 |
| **Total Fixed Assets** | **$ 441,404.78** |
| **Other Assets** | |
| High Energy Sports Acquisition | 0.00 |
| Patent | 22,005.00 |
| Pioneer Aerospace Acquisition | 2,196,502.00 |
| Start Up Costs | 87,640.93 |
| Strong Enterprises Acquisition | 161,455.00 |
| **Total Other Assets** | **$ 2,467,602.93** |
| **TOTAL ASSETS** | **$ 3,178,041.70** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable (A/P) | 563,226.81 |
| **Total Accounts Payable** | **$ 563,226.81** |
| **Other Current Liabilities** | |
| 96100 Intercompany Transfers | 0.00 |
| 96200 Intercompany Transfer - Pioneer | -1,155,192.77 |
| 96300 Intercompany Transfers - Strong | -56,336.94 |
| **Total 96100 Intercompany Transfers** | **-$ 1,211,529.71** |

| | | |
|---|---:|---:|
| **Colorado Department of Revenue Payable** | | 403.75 |
| **EIDL Contingent Liability** | | 161,546.48 |
| **Kentucky Department of Revenue Payable** | | 2,537.54 |
| **Line of Credit** | | 1,078.37 |
| **Out Of Scope Agency Payable** | | 0.00 |
| **Shareholder Reimbursements** | | 0.00 |
|    Shareholder Reimbursements - Bob | | 788.97 |
|    Shareholder Reimbursements - Dario | | 22,978.29 |
|    Shareholder Reimbursements - Treinis | | 10,000.00 |
| **Total Shareholder Reimbursements** | $ | 33,767.26 |
| **Total Other Current Liabilities** | -$ | 1,012,196.31 |
| **Total Current Liabilities** | -$ | 448,969.50 |
| **Long-Term Liabilities** | | |
|   **Notes Payable** | | 0.00 |
|     **Convertible Note - Richard Spencer** | | 1,526,500.00 |
|     **Convertible Note - Richard Sugden** | | 1,526,500.00 |
|     **Note Payable - High Energy Sports** | | 49,685.25 |
|     **Notes Payable - Safran / Zodiac** | | 2,190,000.00 |
|     **Shareholder Notes Payable - Dario** | | 16,140.78 |
|     **Shareholder Notes Payable - Task** | | -4,394.18 |
|   **Total Notes Payable** | $ | 5,304,431.85 |
|   **PPP Liability** | | 0.00 |
| **Total Long-Term Liabilities** | $ | 5,304,431.85 |
| **Total Liabilities** | $ | 4,855,462.35 |
| **Equity** | | |
|   **Opening Balance Equity** | | 0.00 |
|   **Owner's Investment** | | 0.00 |
|     **Owner Equity -  Dario Manfredi** | | 78,268.95 |
|     **Owner Equity -  Tom Hogden** | | 5,000.00 |
|     **Owner Equity - David Treinis** | | 10,000.00 |
|     **Owner Equity - Erick Kinney** | | 3,045.00 |
|     **Owner Equity - High Energy Sports** | | 32,752.00 |
|     **Owner Equity - Kevin May** | | 15,000.00 |
|     **Owner Equity - Larry Williams** | | 10,000.00 |
|     **Owner Equity - Mark A McElhaney** | | 6,725.00 |
|     **Owner Equity - Richard Spencer** | | 575,000.00 |
|     **Owner Equity - Richard Sugden** | | 1,672,108.00 |
|     **Owner Equity - Task Aerospace** | | 55,000.00 |
|   **Total Owner's Investment** | $ | 2,462,898.95 |
|   **Retained Earnings** | | -3,287,874.86 |
|   **Net Income** | | -852,444.74 |
| **Total Equity** | -$ | 1,677,420.65 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 3,178,041.70 |

# Aviation Safety Resources, Inc.
# Profit and Loss
### August, 2023

|  | Aug 2023 |
|---|---:|
| **Income** | |
|   Sales | |
| **Total Income** | **$ 0.00** |
| **Cost of Goods Sold** | |
|   50400 COGS-Parts | 2,181.70 |
| **Total Cost of Goods Sold** | **$ 2,181.70** |
| **Gross Profit** | **-$ 2,181.70** |
| **Expenses** | |
|   53100 - PROD - Shipping Charges Expense | 16.41 |
|   53110 PROD-PO Freight In | |
|   55100 PROD-Facility Rent | 1,822.50 |
|   55300 PROD-Utilities | |
|   55400 Production - Garbage Service | 143.15 |
|   63200 S&M-Rent | 1,755.00 |
|   63300 S&M-Utilities | |
|   71100 G&A-Office Supplies | |
|   71300 G&A-Postage | |
|   72100 G&A-Transportation Costs | |
|   72200 G&A-Meals | |
|   72400 G&A-Lodging | |
|   73100 G&A-Rent | 1,740.00 |
|   73200 G&A-Telephone | 136.61 |
|   73300 G&A-Utilities | 580.30 |
|   74200 SEC/STATE Filing Fees | |
|   75100 G&A-Acctg & Audit Fees | 205.05 |
|   75200 G&A-Legal Fees | 17,559.00 |
|   75210 G&A-Consulting/Prof Services | 62,000.00 |
|   79100 G&A-Misc Exp | |
|   81190 ENG-Rent | 2,182.50 |
|   81200 ENG-Utilities | |
|   82100 ENG-Transportation (non-project) | |
|   83000 ENG-Test Supplies | |
|   85700 ENG-IT/Software | 780.21 |
|   **Total Payroll Expenses** | |
|     53200 Prod-PR-Salaries/Wages | |
|     53400 PROD-Payroll Taxes | |
|     60100 S&M-Salaries & Wages | |
|     60400 Sales-Payroll Taxes | |
|     70100 G&A-Salaries & Wages | |
|     70300 G&A-Bonus | |
|     80100 Eng-Salaries & Wages | |

| | | |
|---|---:|---:|
| **80400 Eng-Payroll Taxes** | | |
| Total Total Payroll Expenses | $ | 0.00 |
| **Total Expenses** | $ | 88,920.73 |
| **Net Operating Income** | -$ | 91,102.43 |
| **Other Income** | | |
| Interest Earned | | |
| **Total Other Income** | $ | 0.00 |
| **Net Other Income** | $ | 0.00 |
| **Net Income** | -$ | 91,102.43 |

Monday, Oct 02, 2023 02:03:49 PM GMT-7 - Accrual Basis