UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Aviation Safety Resources, Inc.,                    Case No.: 6:23-bk-04639

                                                     Chapter 11, Subchapter V

                Debtor.
_____/

## **NOTICE OF APPEARANCE**

On behalf of Mary Ida Townson, the United States Trustee for Region 21, Scott

Bomkamp files this Notice of Appearance for Purposes of CM/ECF.

Dated:   November 1, 2023

                                        Respectfully Submitted,

                                        Mary Ida Townson
                                        United States Trustee for Region 21

                                        */s/  Scott Bomkamp*
                                        Scott Bomkamp, Trial Attorney
                                        Indiana Bar No.: 28475-49
                                        Office of the United States Trustee
                                        U.S. Department of Justice
                                        400 W. Washington St., Suite 1100
                                        Orlando, FL 32801
                                        Telephone No.:   (407) 648-6069
                                        Facsimile No.:    (407) 648-6323
                                        Email: scott.e.bomkamp@usdoj.gov