**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11, Subchapter V |
| **AVIATION SAFETY RESOURCES, INC.,** | Case No. 6:23-bk-4639 |
| **S.E., INC.,** | Case No. 6:23-bk-4641 |
| **PIONEER AEROSPACE CORPORATION** | Case No. 6:23-bk-4643 |
|           **Debtors.** | *Joint Administration Motion pending* |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
**OF PAPERS AND ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that Rilyn A. Carnahan, Esq. of the law firm of Greenspoon Marder, LLP hereby gives notice to the Court and all interested parties of her appearance as local counsel on behalf of Paradigm Parachute and Defense, Inc., as an interested party in this matter, and further requests that, in accordance with Bankruptcy Rule 2002 and Local Rule 2002-1, copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be served upon the undersigned.

In addition, it is respectfully requested that pursuant to Rule 2002, the following be added to the Court's Mailing Matrix:

        Rilyn A. Carnahan, Esq.
        Greenspoon Marder, LLP
        525 Okeechobee Blvd., Suite 900
        West Palm Beach, FL  33401
        Phone: (561) 838-4557
        Email: rilyn.carnahan@gmlaw.com

**Dated this 2nd day of November, 2023.**   Respectfully submitted,

**GREENSPOON MARDER, LLP**

/s/ *Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for Paradigm Parachute and Defense, Inc.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557   F: (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

## PROOF OF SERVICE

I certify that on November 2, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties registered to receive electronic notice via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Rilyn A. Carnahan*
Rilyn A. Carnahan