**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| **AVIATION SAFETY RESOURCES, INC.,** | Case No. 6:23-bk-4639 |
| **S.E., INC.,** | Case No. 6:23-bk-4641 |
| **PIONEER AEROSPACE CORPORATION** | Case No. 6:23-bk-4643 |
| **Debtors.** | *Joint Administration Motion pending* |
| _____/ | |

**MOTION FOR ADMISSION OF DOV Y. FRANKEL TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

Rilyn A. Carnahan ("Movant"), a resident Florida attorney at Greenspoon Marder, LLP, and a member in good standing of the bar of the United States District Court for the Middle District of Florida, who is qualified to practice in this Court, requests that this Court admit *pro hac vice* **Dov Y. Frankel** of Taft Stettinius & Hollister LLP ("Visiting Attorney"), pursuant to Local Rule 2090-1, in this case, and any related adversary proceedings, as counsel for Paradigm Parachute and Defense, Inc. ("Client"), and states as follows:

1. The Visiting Attorney is an attorney licensed to practice law and is a member of good standing of the state bar in the State of Ohio and the State of Maryland.

2. The Visiting Attorney is also admitted to practice before and is in good standing with the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Maryland, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Northern District of Illinois

3. The Visiting Attorney and Client designate the Movant, a resident Florida attorney at Greenspoon Marder, LLP, who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

4. Pursuant to the attached declaration, Visiting Attorney certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Maryland, State of Ohio, or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Visiting Attorney has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Pursuant to the attached declaration, Visiting Attorney certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, Visiting Attorney shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing Dov Y. Frankel's admission to practice and represent Paradigm Parachute and Defense, Inc., in this case and any related proceedings.

**Dated this 2nd day of November, 2023.**    Respectfully Submitted,
   **GREENSPOON MARDER, LLP**

   /s/ *Rilyn A. Carnahan*
   MICHAEL R. BAKST, ESQ.
   Florida Bar No.: 866377
   RILYN A. CARNAHAN, ESQ.
   Florida Bar Number: 614831
   Attorneys for Paradigm Parachute and Defense, Inc.
   CityPlace Tower
   525 Okeechobee Blvd., Suite 900
   West Palm Beach, FL 33401
   T:  (561) 838-4557    F:  (561) 514-3457
   Email: rilyn.carnahan@gmlaw.com

## PROOF OF SERVICE

I certify that on November 2, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/ *Rilyn A. Carnahan*
   Rilyn A. Carnahan

# DECLARATION OF PROPOSED VISITING ATTORNEY IN SUPPORT OF MOTION FOR ADMISSION OF DOV Y. FRANKEL TO APPEAR TO APPEAR *PRO HAC VICE*

**STATE OF OHIO**
**COUNTY OF CUYOHOGA**

Pursuant to 28 U.S.C. §1746, I, Dov Y. Frankel, Esq., of Taft Stettinius & Hollister LLP hereby declare under penalty of perjury:

1. This declaration is given in support of the Motion for Admission of Dov Y. Frankel to Appear *Pro Hac Vice* filed herein, attesting to my qualification to practice before this Court.

2. I am a member in good standing of the bars of the State of Oho and the State of Maryland. I am a member in good standing of the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Maryland, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Northern District of Illinois, but I am not admitted to the United States District Court for the Middle District of Florida.

3. I have never been disbarred by any state or federal bar, and I am not currently suspended from the practice of law in the State of Florida or any other state, and I am not currently suspended from the practice of law before any state or federal court.

4. I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Paradigm Parachute and Defense, Inc..

5. I designate as local counsel in this case:

>Rilyn A. Carnahan, Esq.
>Greenspoon Marder, LLP
>525 Okeechobee Blvd., Suite 900
>West Palm Beach, FL  33401
>Phone: (561) 838-4557
>Email: rilyn.carnahan@gmlaw.com

who is qualified to practice in this Court, as local counsel for the Client. I understand that Local Counsel agrees to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

6. I certify that I am familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

This concludes my Declaration.

### 28 U.S.C § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.


Executed on November 2, 2023        */s/ Dov Y. Frankel*
Dov Y. Frankel, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio  44114-2302
Telephone: (216) 706-3945
Email: dfrankel@taftlaw.com

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11, Subchapter V |
| **AVIATION SAFETY RESOURCES, INC.,** | Case No. 6:23-bk-4639 |
| **S.E., INC.,** | Case No. 6:23-bk-4641 |
| **PIONEER AEROSPACE CORPORATION** | Case No. 6:23-bk-4643 |
|       **Debtors.** | *Joint Administration Motion pending* |
| _____/ | |

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Rilyn A. Carnahan, Esq., an attorney qualified to practice in this Court, consent to designation as the local attorney for Dov Y. Frankel, Esq., and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

**Dated this 2nd day of November, 2023.**     Respectfully Submitted,
                                                                                     **GREENSPOON MARDER, LLP**

                                                                                     /s/ *Rilyn A. Carnahan*
                                                                                     RILYN A. CARNAHAN, ESQ.
                                                                                     Florida Bar Number: 614831
                                                                                     Attorneys for Paradigm Parachute and Defense, Inc.
                                                                                     CityPlace Tower
                                                                                     525 Okeechobee Blvd., Suite 900
                                                                                     West Palm Beach, FL 33401
                                                                                     T: (561) 838-4557  F: (561) 514-3457
                                                                                     Email: rilyn.carnahan@gmlaw.com