UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Aviation Safety Resources, Inc.,           Case No.: 6:23-bk-04639-GER
                                                    Chapter 11
         Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**L. Todd Budgen, Esquire**
**P.O. Box 520546**
**Longwood, FL 32752**
**Telephone Number: (407) 232-9118**
**Email: Todd@C11Trustee.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

The meeting of creditors will be held telephonically on December 4, 2023, at 2:00 p.m.

The telephone conference line is (877) 801-2055; the participant passcode is 8940738#.

Date: November 2, 2023

                                             Respectfully Submitted,

                                             Mary Ida Townson
                                             United States Trustee, Region 21

                                             William J. Simonitsch
                                             Assistant United States Trustee
                                             Florida Bar Number: 422060

United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6067
Facsimile No.: (407) 648-6323
Email: William.j.simonitsch@usdoj.gov

    */s/ Scott E. Bomkamp*
Scott E. Bomkamp, Trial Attorney
Indiana Bar No.: 28475-49
United States Department of Justice
Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6069
Facsimile No.: (407) 648-6323
Email: scott.e.bomkamp@usdoj.gov