UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Joint Administration Motion Pending* |
| _____/ | |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| Applicable Debtor. | |
| _____/ | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Grace E. Robson on November 6, 2023, 2:30 p.m., George C. Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando, Florida, on the following matters:

- Debtors' Emergency Motion for Authority to Obtain Postpetition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc. No. 14)

All parties may attend the hearing in person or by Zoom. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing.

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

>  */s/ Daniel R. Fogarty*
>  Daniel R. Fogarty (FBN 0017532)
>  Stichter Riedel Blain & Postler, P.A.
>  110 East Madison Street, Suite 200
>  Tampa, Florida   33602
>  Telephone: (813) 229-0144
>  Email:  dfogarty@srbp.com
>  Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Preliminary Hearing* has been furnished on this 3rd day November, by the Court's CM/ECF electronic noticing to all parties receiving electronic noticing, by U.S. mail to the 20 Largest Unsecured Creditors, and by either U.S. mail, email, or facsimile to:

U.S. Small Business Administration
2 North 20th St., #320
Birmingham AL 35203
Fax:  202.481.1505

U.S. Small Business Administration
Attn: Jonel Hein, District Director
Attn:  Lisa Still, Trial Attorney
jonel.hein@sba.gov
lisa.still@sba.gov

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

United States Attorney
Attn:  Civil Process Clerk
400 W Washington St #3100
Orlando, FL 32801

4877-7410-2669, v. 1

Zodiac US Corporation
c/o Safran USA, Inc.
Attn: Mark G. Melnik, President
2201 W. Royal Lane, #150
Irving, TX 75063
Email: mark.melnick@safrangroup.com

Zodiac US Corporation
c/o Corporation Service Company, Registered Agent
1201 Hays St.
Tallahassee, FL 32301-2525

                                 */s/ Daniel R. Fogarty*
                                 Daniel R. Fogarty

Aero-News Network/AeroPReneuer
P.O. Box 831
Orange Park, FL 32073

AllRed & Associates, Inc.
321 Route 5 West
P.O. Box 321
Elbridge, NY 13060

Brennan Manna Diamond
75 E. Market Street
Akron, OH 44308

Claggett Properties, LLC
388 Enterprise Dr.
Nicholasville, KY 40356

ClearingBid, Inc.
345 Lorton Ave., Suite 105
Burlingame, CA 94010-4239

Delta Natural Gas Company
P.O. Box 747108
Pittsburgh, PA 15274-7108

Frost Brown Todd LLC
P.O. Box 70087
Louisville, KY 40270-0087

GAMA
1400 K Street NW, Suite 801
Washington, DC 20005

Kentucky Association of Manufacturers
P.O. Box 4029
Frankfort, KY 40604-4029

Kentucky Utilities
P.O. Box 25212
Lehigh Valley, PA 18002-5212

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

Nicholasville Utilities
601 N. Main St.
Nicholasville, KY 40356

Pauley Management, Inc.
P.O. Box 321316
Cocoa Beach, FL 32932

Phone.com
P.O. Box 1808
Poway, CA 92074-1808

Republic Services
National Accounts
P.O. Box 78829
Phoenix, AZ 85062-8829

Spectrum
P.O. Box 1060
Carol Stream, IL 60132-1060

Howard O. Thrall
c/o Stonebriar Strategy Group, LLC
5 Woodcreek Lane
Frisco, TX 75034

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

ASR  20 LARGEST UNSECURED