UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Joint Administration Motion Pending* |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| Applicable Debtor. _____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following pleading:

- Debtors' Emergency Motion for Authority to Obtain Postpetition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc. No. 14)

was furnished on this 3rd day November, by U.S. mail to the 20 Largest Unsecured Creditors, and by either U.S. mail, email, or facsimile to:

U.S. Small Business Administration
2 North 20th St., #320
Birmingham AL 35203
Fax:  202.481.1505

U.S. Small Business Administration
Attn: Jonel Hein, District Director
Attn:  Lisa Still, Trial Attorney
jonel.hein@sba.gov
lisa.still@sba.gov

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

United States Attorney
Attn: Civil Process Clerk
400 W Washington St #3100
Orlando, FL 32801

Zodiac US Corporation
c/o Safran USA, Inc.
Attn: Mark G. Melnik, President
2201 W. Royal Lane, #150
Irving, TX 75063
Email: mark.melnick@safrangroup.com

Zodiac US Corporation
c/o Corporation Service Company, Registered Agent
1201 Hays St.
Tallahassee, FL 32301-2525

  Dated: November 3, 2023

            */s/ Daniel R. Fogarty*
            Daniel R. Fogarty (FBN 0017532)
            Stichter Riedel Blain & Postler, P.A.
            110 East Madison Street, Suite 200
            Tampa, Florida 33602
            Telephone: (813) 229-0144
            Email: dfogarty@srbp.com
            Attorneys for Debtor