United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2023 | Form ID: 309F2 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |
| aty | + | Dov Y. Frankel, Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, OH 44114-2317 |
| aty | + | Rilyn A Carnahan, GreenspoonMarder, CityPlace Tower, 525 Okeechobee Boulevard, Suite 900, West Palm Beach, FL 33401-6306 |
| aty | + | Scott E Bomkamp, DOJ-Ust, United States Trustee, 400 W. Washington St., Ste 1100 Orlando, FL 32801-2440 |
| tr | + | L. Todd Budgen, Budgen Law, Post Office Box 520546, Longwood, FL 32752-0546 |
| 30617758 | + | Aero-News Network/AeroPReneuer, P.O. Box 831, Orange Park, FL 32067-0831 |
| 30617759 | + | AllRed & Associates, Inc., 321 Route 5 West, P.O. Box 321, Elbridge, NY 13060-0321 |
| 30617761 | + | Brennan Manna Diamond, 75 E. Market Street, Akron, OH 44308-2010 |
| 30617762 | + | Claggett Properties, LLC, 388 Enterprise Dr., Nicholasville, KY 40356-2299 |
| 30617763 | + | ClearingBid, Inc., 345 Lorton AveSuite 105, Burlingame, CA 94010-4134 |
| 30617770 | + | Dario P. Manfredi, 42 Buckeye Rd, Glen Cove, NY 11542-1417 |
| 30617784 | + | David Treinis, 5986 Park Lane S., Unit 81, Park City, UT 84098-4245 |
| 30617764 | + | Delta Natural Gas Company, P.O. Box 747108, Pittsburgh, PA 15274-7105 |
| 30617765 | | Frost Brown Todd LLC, P.O. Box 70087, Louisville, KY 40270-0087 |
| 30617766 | + | GAMA, 1400 K Street NW, Suite 801, Washington, DC 20005-2402 |
| 30617767 | + | High Energy Sports, 2040 Eastridge Ave. A7, Riverside, CA 92507-0761 |
| 30617783 | + | Howard O. Thrall, c/o Stonebriar Strategy Group, LLC, 5 Woodcreek Lane, Frisco, TX 75034-6865 |
| 30617768 | | Kentucky Association of Manufacturers, P.O. Box 4029, Frankfort, KY 40604-4029 |
| 30617769 | | Kentucky Utilities, P.O. Box 25212, Lehigh Valley, PA 18002-5212 |
| 30617787 | + | Larry Williams, c/o Robert K. Eddy, Esq., 320 W. Kennedy Blvd., #700, Tampa, FL 33606-1459 |
| 30617771 | | Marlin Business Bank, P.O. Box 13604, Philadelphia, PA 19101-3604 |
| 30617772 | | National Institute for Aviation Research, Wichita State University, 1845 Fairmount St., Wichita, KS 67260-0093 |
| 30617773 | + | National Labor Relations Board-Region 15, Attn: General Attorney (Labor), 600 S. Maestri Place, 7th Floor, New Orleans, LA 70130-3414 |
| 30617774 | + | National Retirement Fund, c/o Amalgamated Employee Benefits Adm, 333 Westchester Ave., White Plains, NY 10604-2938 |
| 30617775 | + | Nicholasville Utilities, 601 N. Main St., Nicholasville, KY 40356-1070 |
| 30620131 | + | Paradigm Parachute and Defense, Inc., c/o Rilyn A. Carnahan, Esq., Greenspoon Marder, LLP, 525 Okeechobee Blvd., Suite 900, West Palm Beach, FL 33401-6306 |
| 30617776 | + | Pauley Management, Inc., P.O. Box 321316, Cocoa Beach, FL 32932-1316 |
| 30617777 | | Phone.com, P.O. Box 1808, Poway, CA 92074-1808 |
| 30617780 | | Richard Spencer, 3459 Carrington Rd., Delaplane, VA 20144-2005 |
| 30617782 | + | Richard Sugden, c/o Thomas Smits, P.O. Box 3377, Jackson, WY 83001-3377 |
| 30617785 | + | U.S. Attorney, Attn: Civil Process Clerk, 400 W. Washington St., #3100, Orlando, FL 32801-2203 |
| 30617788 | + | Workers United, Southern Regional, Joint Board, c/o Stanford Fagan, LLC, 2540 Lakewood Ave., Atlanta, GA 30315-6308 |
| 30617789 | + | Zodiac US Corporation, 2201 W. Royal Lane, #150, Irving, TX 75063-3206 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dfogarty.ecf@srbp.com | Nov 03 2023 21:46:00 | Daniel R Fogarty, Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Nov 03 2023 21:46:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, |

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2023 | Form ID: 309F2 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 30617760 | ^ | MEBN | Nov 03 2023 21:43:28 | 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210<br>Attorney General of the United States, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001 |
| 30617756 | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 03 2023 21:46:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30617757 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2023 21:46:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30617755 | + | Email/Text: Bankruptcy@octaxcol.com | Nov 03 2023 21:46:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 30617778 | | Email/Text: RSSNBankruptcy@repsrv.com | Nov 03 2023 21:46:00 | Republic Services, National Accounts, P.O. Box 78829, Phoenix, AZ 85062-8829 |
| 30617779 | | Email/Text: dl-csgbankruptcy@charter.com | Nov 03 2023 21:47:00 | Spectrum, P.O. Box 1060, Carol Stream, IL 60132-1060 |
| 30617786 | + | Email/Text: BhamBankruptcy@sba.gov | Nov 03 2023 21:46:00 | U.S. Small Business Administration, 2 North 20th St., #320, Birmingham, AL 35203-4002 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Paradigm Parachute and Defense, Inc. |
| 30617781 | * | Richard Spencer, 3459 Carrington Rd., Delaplane, VA 20144-2005 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| L. Todd Budgen | Todd@c11Trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com |
| Rilyn A Carnahan | on behalf of Interested Party Paradigm Parachute and Defense Inc. rilyn.carnahan@gmlaw.com, Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com |
| Scott E Bomkamp | |

District/off: 113A-6     User: admin     Page 3 of 3
Date Rcvd: Nov 03, 2023     Form ID: 309F2     Total Noticed: 42

United States Trustee - ORL
   on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov
   USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor | Aviation Safety Resources, Inc._____<br>Name | EIN: 82–2834795 |
| United States Bankruptcy Court   Middle District of Florida | | Date case filed for chapter:  11   11/1/23 |
| Case number:   6:23–bk–04639–GER | | Date Notice Issued:  11/3/23 |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

**Notice of Chapter 11 Bankruptcy Case**                                  10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Aviation Safety Resources, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel R Fogarty<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602 | Contact phone  (813) 229–0144<br><br>Email:  dfogarty.ecf@srbp.com |
| 5. | **Bankruptcy trustee**<br>Name and address | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752 | Contact phone  407–232–9118<br><br>Email:  Todd@c11Trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Mon–Fri 8:30am–4:00pm<br><br>Contact phone  407–237–8000<br><br>Date: November 3, 2023 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **December 4, 2023 at 02:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Orlando Cases), Call in Number: 877–801–2055, Passcode: 8940738#.** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**  **For a governmental unit: 180 days from the date of filing**     January 10, 2024  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint: No later than the first date set for the hearing on confirmation.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |