United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2023 | Form ID: Dogmaphv | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |
| aty | + | Dov Y. Frankel, Taft Stettinius & Hollister LLP, 200 Public Square, Suite 3500, Cleveland, OH 44114-2317 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| L. Todd Budgen | Todd@c11Trustee.com  ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com |
| Rilyn A Carnahan | on behalf of Interested Party Paradigm Parachute and Defense  Inc. rilyn.carnahan@gmlaw.com, Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com |
| Scott E Bomkamp | on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov |
| United States Trustee - ORL | USTP.Region21.OR.ECF@usdoj.gov |

District/off: 113A-6 User: admin Page 2 of 2
Date Rcvd: Nov 03, 2023 Form ID: Dogmaphv Total Noticed: 2
TOTAL: 5

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

Dated: November 3, 2023

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23−bk−04639−GER
Chapter 11

Aviation Safety Resources, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *10* ) ("Motion") of attorney **Dov Y. Frankel** for representation of **Paradigm Parachute and Defense, Inc.** . Accordingly, it is **ORDERED:**

1. The Motion is Granted.

2. Attorney **Dov Y. Frankel** is admitted to appear before this Court in this case and any related adversary proceeding as counsel for **Paradigm Parachute and Defense, Inc.** subject to Local Rule 2090−1.

3. Within fourteen days from the date of this order, attorney **Dov Y. Frankel** shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney **Dov Y. Frankel** , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.