**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-4639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | ) | Case No. 6:23-bk-4643-GER |
| | ) | |
| Debtors. | ) | *Joint Administration Motion Pending* |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

NOTICE IS HEREBY GIVEN pursuant to sections 342 and 1109(b) of Title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") that Kevin Arocha, Esq. and Jarret P. Hitchings, Esq. of the law firm Bryan Cave Leighton Paisner LLP hereby appear in the above-referenced proceeding as counsel for Zodiac US Corporation ("***Zodiac***").  Zodiac formally requests, on a continuing basis, that the Clerk of this Court add counsel's name and address to the master list of creditors and any official service list for purposes of receiving all notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017, and 9007, and requests that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

| | |
|---|---|
| Kevin Arocha, Esq. | Jarret P. Hitchings, Esq. |
| **BRYAN CAVE LEIGHTON PAISNER LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| 1201 West Peachtree Street, 14th Floor | One Wells Fargo Center, Suite 2150 |
| Atlanta, Georgia 30309 | 301 S. College Street |
| (404) 572-6737 | Charlotte, NC 28202 |
| kevin.arocha@bclplaw.com | (704) 749-8999 |
| | jarret.hitchings@bclplaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or personal delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this matter.

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such core status violates the Constitution) entered only after *de novo* review by an Article III judge; (ii) right to trial by jury in any proceedings so triable or in any proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Zodiac is or may be entitled under agreements, in law, or in equity.

Respectfully submitted, this 6th day of November 2023.

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Kevin Arocha*
Kevin Arocha
Florida Bar No. 1019330
1201 West Peachtree Street
14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
Email:   kevin.arocha@bclplaw.com

*Counsel for Zodiac US Corporation*

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link as service on all parties who have filed notices of appearance in these cases under the Court's CM/ECF system.

Dated: November 6, 2023

                                          **BRYAN CAVE LEIGHTON PAISNER LLP**

                                          /s/ *Kevin Arocha*
                                          Kevin Arocha
                                          Florida Bar No. 1019330
                                          1201 West Peachtree Street
                                          14th Floor
                                          Atlanta, Georgia 30309
                                          Telephone: (404) 572-6600
                                          Facsimile:  (404) 572-6999
                                          Email:   kevin.arocha@bclplaw.com

                                          *Counsel for Zodiac US Corporation*