**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**MOTION FOR ADMISSION OF JARRET P. HITCHINGS TO APPEAR**
***PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

Jarret P. Hitchings of Bryan Cave Leighton Paisner LLP ("***Movant***"), pursuant to Local Rule 2090-1, moves this Court for admission to appear *pro hac vice*, in this case, and any related adversary proceedings, as counsel for Zodiac US Corporation, and states as follows:

1.     Movant is an attorney licensed to practice law and is a member of good standing of the state bars of Delaware, North Carolina, and Pennsylvania.

2.     Movant is also admitted to practice before and is in good standing with the United States District Courts for the District of Delaware, the Eastern District of Pennsylvania, the Eastern District of North Carolina and the United States Court of Appeals for the Third Circuit.

3.     Movant designates Kevin Arocha, a resident Florida attorney of Bryan Cave Leighton Paisner LLP, who is qualified to practice in this Court and who consents to designation as local counsel.  Local counsel's written designation to act is attached hereto as **Exhibit A**.

4.     Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the States of Delaware, North Carolina, and Pennsylvania or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5.      Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida, except as follows: *Dozier v. DBI Services, LLC*, Case No. 18-CV-00972-MCR (M.D. Fla. 2018).

6.      Movant certifies that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the District Court for the Middle District of Florida.

7.      Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court for the Middle District of Florida.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent Zodiac US Corporation in this case and any related proceedings.

Respectfully submitted, this 7th day of November 2023.

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Jarret P. Hitchings*
Jarret P. Hitchings
North Carolina Bar No. 60085
One Wells Fargo Center, Suite 2150
301 S. College Street
Charlotte, North Carolina 28202
Telephone:     (704) 749-8999
Facsimile:      (704) 749-8990
Email:           jarret.hitchings@bclplaw.com

*Counsel for Zodiac US Corporation*

609462327

## PROOF OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion for Admission of Jarret P. Hitchings to Appear Pro Hac Vice and Attached Designation of Local Counsel* using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link as service on all parties who have filed notices of appearance in these cases under the Court's CM/ECF system.

Dated: November 7, 2023.

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Kevin Arocha*
Kevin Arocha
Florida Bar No. 1019330
1201 West Peachtree Street
14th Floor
Atlanta, Georgia 30309
Telephone:     (404) 572-6600
Facsimile:     (404) 572-6999
Email:         kevin.arocha@bclplaw.com

*Counsel for Zodiac US Corporation*

609462327

# EXHIBIT A

**<u>Written Designation and Consent to Act as Local Counsel</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Kevin Arocha, an attorney qualified to practice in this Court, consent to designation as the local attorney for Jarret P. Hitchings, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom all papers shall be served.

Dated: November 7, 2023.

> **BRYAN CAVE LEIGHTON PAISNER LLP**
>
> /s/ *Kevin Arocha*
> Kevin Arocha
> Florida Bar No. 1019330
> 1201 West Peachtree Street
> 14th Floor
> Atlanta, Georgia 30309
> Telephone:    (404) 572-6600
> Facsimile:    (404) 572-6999
> Email:          kevin.arocha@bclplaw.com
>
> *Local Counsel for Zodiac US Corporation*

**PURSUANT TO LOCAL RULE 1001-2(g)(3) REGARDING SIGNATURES, KEVIN AROCHA ATTESTS THAT CONCURRENCE IN THE FILING OF THIS PAPER HAS BEEN OBTAINED.**