

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/06/2023 02:30 PM

COURTROOM 6D, 6th Floor

HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04639-GER** | 11 | **11/01/2023** |

**Chapter 11**

**DEBTOR:**    Aviation Safety Resources, Inc.

**DEBTOR ATTY:**  Daniel Fogarty

**TRUSTEE:**    L. Budgen

**HEARING:**

Preliminary/Emergency Hearing:
1)   Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc #14)
US Trustee's Objection (Doc #23)
Note:
341 scheduled: 12/4/23
Sub V Plan Due: 1/30/24
Sub V Trustee:  Todd Budgen
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)
Future Hearing: 12/12/23 at 9:30 am (Initial Status)
Jointly Administered:
23-4641 SE, Inc.
23-4643   Pioneer Aerospace

**APPEARANCES:**:  Daniel Fogarty (Debtor Atty); Robert Denny (DIP Lender Atty); Mike Freeman (Asgar Capital); Todd Budgen (Sub V Trustee); Scott Bomkamp (US Trustee Atty); Rilyn Carnahan, Dov Frankel (Paradigm Parachute Atty); Jerret Hitchings, Kevin Arocha (Zodiac Atty)

**RULING:**
Preliminary/Emergency Hearing:

1)   Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001   (Doc #14) - cont. to November 7, 2023 at 9:30 am (AOCNFNG);

Sub V Trustee Ore Tenus Motion to Double Trustee Fee for each Debtor - Granted as discussed in open court:Order by Budgen; (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket

entry/document is not an official order of the Court.