
# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/07/2023 09:30 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04639-GER** | 11 | **11/01/2023** |

**Chapter 11**

**DEBTOR:**   Aviation Safety Resources, Inc.

**DEBTOR ATTY:**   **Daniel Fogarty**

**TRUSTEE:**   **L. Budgen**

**HEARING:**

continue hearing
Preliminary/Emergency Hearing:
1) Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. ? 364(c) and F.R.B.P. 4001 (Doc #14)
US Trustee's Objection (Doc #23)
Note:
341 scheduled: 12/4/23
Sub V Plan Due: 1/30/24
Sub V Trustee: Todd Budgen
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)
Future Hearing: 12/12/23 at 9:30 am (Initial Status)
Notice of Deficient Filing. Summary of Assets, Schedules, Declaration, Statement of Financial Affairs, Statement of Compensation of Attorney (Doc #29)
Jointly Administered:
23-4641 SE, Inc.
23-4643 Pioneer Aerospace

**APPEARANCES:**:   Daniel Fogarty (Debtor Atty); Todd Budgen (Sub V Trustee); Scott Bomkamp (US Trustee Atty); Rilyn Carnahan, Dov Frankel (Parachute Atty); Jerret Hitchings (Zodiac Atty); Robert Denny (DIP Lender Atty);   **RULING:** continue hearing

1) Debtor's Emergency Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. ? 364(c) and F.R.B.P. 4001   (Doc #14) - Granted as modified in open court:Order by Fogarty;

Note:   Sale Hearing set November 21, 2023 at 1:30 pm (AOCNFNG);
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.