UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Debtors. | *Jointly Administered Under* |
| _____/ | *Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Applicable Debtors. | |
| _____/ | |

**DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE AND
SERVE NOTICE OF PROPOSED ASSUMPTION AND/OR ASSIGNMENT
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pioneer Aerospace Corporation d/b/a ASR-Pioneer ("**Pioneer**") and S.E., Inc. d/b/a Strong Enterprises ("**Strong**" and together with Pioneer, the "**Debtors**"), respectfully request an extension of time to file and serve the *Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* (the "**Notice**") and in support thereof, state:

1. On November 1, 2023 (the "**Petition Date**"), the Debtors and Aviation Resources, Inc. filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. On November 2, 2023, the Debtors filed their *Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of Substantially All Of Their Assets, (II) Establishing Procedures For The Assumption And/Or Assignment By The Debtors Of Certain Executory Contracts And Unexpired Leases, (III) Approving Minimum*

*Overbid Amount And A Break-Up Fee, (IV) Approving Form And Manner Of Notice Of Bidding Procedures, And (V) Setting Objection Deadlines* (Doc. Nos. 15) (the "**Bid Procedures Motion**"). The Court granted the Bid Procedures Motion at the continued hearing held on November 7, 2023. The Debtors are working diligently on incorporating comments and revisions based on the outcome of the hearing, including provisions related to the cooperation among buyers of different locations, and hope to have the order submitted today or early tomorrow.

3. The proposed order on the Bid Procedures Motion sets forth a deadline of November 8, 2023, for the Debtors to file and serve the Notice on any executory contracts and unexpired leases to which either of the Debtors is a party and which may be assumed and assigned to the Successful Bidder (collectively, the "**Contract Parties**").

4. The Debtors are diligently preparing the list of Contract Parties and expect to have it completed and served not later than November 9, 2023.

5. Granting an extension of time through and including November 9, 2023, to file and serve the Notice will not prejudice parties in interest.

WHEREFORE, the Debtors respectfully request that this Court enter an order granting this Motion, extending the time through and including November 9, 2023, for the Debtors to file and serve the Notice. and providing such other and further relief as is just.

> */s/ Daniel R. Fogarty*
> Daniel R. Fogarty (FBN 0017532)
> **STICHTER RIEDEL BLAIN & POSTLER, P.A.**
> 110 East Madison Street, Suite 200
> Tampa, Florida 33602
> Telephone: (813) 229-0144
> Email: dfogarty@srbp.com
> Attorneys for Debtors

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtors' Motion to Extend Time to File and Serve Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* has been furnished on this 8th day of November, 2023, by the Court's electronic noticing system to all parties receiving CM/ECF electronic noticing.

                                      */s/ Daniel R. Fogarty*
                                      Daniel R. Fogarty

4892-6577-5759, v. 1