United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2023 | Form ID: Dntcdfnc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 08, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor Pioneer Aerospace Corporation dfogarty.ecf@srbp.com  srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor S.E.  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Kevin Arocha | on behalf of Creditor Zodiac US Corporation kevin.arocha@bclplaw.com |
| L. Todd Budgen | Todd@c11Trustee.com  ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com |
| Rilyn A Carnahan | on behalf of Interested Party Paradigm Parachute and Defense  Inc. rilyn.carnahan@gmlaw.com, |

District/off: 113A-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 06, 2023 | Form ID: Dntcdfnc | Total Noticed: 1

Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com

Scott E Bomkamp

on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov

United States Trustee - ORL

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 8

[**Dntcdfnc**] [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No. 6:23−bk−04639−GER
                                                                                                    Chapter 11

Aviation Safety Resources, Inc.

_____Debtor\*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On November 1, 2023 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court in person at the Court or by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Orlando cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−orlando@flmb.uscourts.gov
(Fax) 407−237−8005
U.S. Bankruptcy Court
400 West Washington Street
Suite 5100
Orlando, FL 32801

   All Schedules A through J and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $32.00 amendment fee and provide proof of service of the Notice of Chapter 11 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

   The Statement of Financial Affairs was not filed. Debtor must file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

   The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for Debtor must file an Attorney's Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney

for Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: November 6, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.