UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Jointly Administered Under* |
| _____/ | *Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached *Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* with attached Exhibit 1 (the "**Notice**") was furnished on this 9th day November, by U.S. mail to all parties at the addresses listed on the Notice.

Dated: November 3, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,                      Case No. 6:23-bk-4639-GER
S.E., INC.,                                           Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION                         Case No. 6:23-bk-4643-GER

           Debtors.                                   *Jointly Administered Under*
                                                      *Case No. 623-bk-4639-GER*
_____/

S.E., INC.,                                           Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION                         Case No. 6:23-bk-4643-GER

           Applicable Debtors.
_____/

### NOTICE OF PROPOSED ASSUMPTION AND/OR ASSIGNMENT
### OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE THAT** the above-captioned debtors (the "**Debtors**") filed their

Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the

"**Bankruptcy Code**") and made elections to proceed under Subchapter V pursuant to the Small

Business Reorganization Act of 2019, as amended, on November 1, 2023.

**PLEASE TAKE FURTHER NOTICE THAT** on November 2, 2023, in connection with

the proposed sale (the "**Sale**") of substantially all of the assets (collectively, the "**Assets**") of

Pioneer Aerospace Corporation d/b/a ASR-Pioneer ("**Pioneer**") and S.E., Inc. d/b/a Strong

Enterprises ("**Strong**" and together with Pioneer, the "**Applicable Debtors**") to Paradigm

Parachute and Defense, Inc. or its designee ("**Paradigm**") or any other successful bidder for the

Assets at an auction for the Assets (the "**Auction**"), the Applicable Debtors filed with the

Bankruptcy Court the *Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding*

*Procedures in Connection with the Sale of Substantially All of Their Assets; (II) Establishing*

*Procedures for the Assumption and/or Assignment By the Debtors of Certain Executory Contracts and Unexpired Leases; (III) Approving Minium Overbid Amount and Break-Up Fee; (IV) Approving Form and Manner of Notice of Bidding Procedures; and (V) Setting Objection Deadlines* (Doc. No. 15) (the "**Bid Procedures Motion**") seeking, among other things, the entry of an order by the Bankruptcy Court (a) approving bidding procedures in connection with the sale of the Assets located in Bloomfield, Connecticut (the "**Connecticut Location**"), Columbia, Mississippi (the "**Mississippi Location**"), Milton, Florida (the "**Milton Location**"), and Orlando, Florida (the "**Orlando Location**," and together with the Connecticut Location, the Mississippi Location, and the Milton Location, each a "**Location**" and, collectively, the "**Locations**") to Paradigm as to the Mississippi Location, the Milton Location, and the Orlando Location, and such other bidders as may qualify as a stalking horse bidder for the Connecticut Location, and ultimately to the winning bidder at the Auction, (ii) establishing procedures for the assumption and/or assignment by the Debtors of certain executory contracts and unexpired leases to which the Debtors are a party (the "**Contracts**"),[1] (iii) approving a minimum overbid amount and an expense reimbursement in connection with such sale, (iv) approving the form and manner of notice of the bidding procedures, and (v) setting deadlines for objections to the sale.

**PLEASE TAKE FURTHER NOTICE THAT** on November 7, 2023, the Bankruptcy Court granted the Motion, and has entered or will enter its *Order Granting Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of Their Assets; (II) Establishing Procedures for the Assumption and/or*

---

[1] Certain Contracts of the Debtors are with customers who are also a Governmental Authority, or are otherwise subject to the assignment provisions of the Federal Acquisitions Regulations ("FAR"). To the extent that such Contracts might be subject to assumption and assignment only in accordance with the FAR, and without admitting such, the Debtors have (i) listed such Contract accordingly on Exhibit 1 to this Notice, and (ii) have agreed with the buyer(s) to cooperate in a novation of such contract.

4891-3109-3381, v. 3

*Assignment By the Debtors of Certain Executory Contracts and Unexpired Leases; (III) Approving Minium Overbid Amount and Break-Up Fee; (IV) Approving Form and Manner of Notice of Bidding Procedures; and (V) Setting Objection Deadlines* (Doc. No. _____) (the "**Bid Procedures Order**")[2] granting the relief sought in the Bid Procedures Motion, including, among other things, approving (a) bidding procedures for the Sale of the Assets and (b) procedures for the assumption and/or assignment by the Applicable Debtors of the Contracts (the "**Assumption and Assignment Procedures**").  A copy of the Bid Procedures Order (which incorporates the Assumption and Assignment Procedures) will be provided separately.

**PLEASE TAKE FURTHER NOTICE THAT** upon the closing of the Sale, the Applicable Debtors may assume and/or assign to the Successful Bidder the Contracts set forth on **Exhibit 1** attached hereto (collectively, the "**Assumed Contracts**").

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO AN ASSUMED CONTRACT.**  Under the terms of the Stalking Horse APA, the Successful Bidder may remove a Contract from the list of Assumed Contracts.

**Obtaining Additional Information**

Copies of the Bid Procedures Order, the Stalking Horse APA and any other related documents are available upon written request to Debtors' counsel, Daniel R. Fogarty, Esq., Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602, dfogarty.ecf@srbp.com.

**Important Dates and Deadlines**

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Bid Procedures Order.

(a)     The deadline to submit a Qualified Bid is **5:00 p.m. (Eastern Prevailing Time) Thursday, November 16, 2023**.

(b)     The deadline to file an objection with the Bankruptcy Court to the entry of an order granting the Sale Motion is **5:00 p.m. (Eastern Prevailing Time) Monday, November 20, 2023**.

(c)     The deadline for all counterparties to Assumed Contracts to file an objection to the proposed assumption and/or assignment of their Assumed Contracts is **5:00 p.m. (Eastern Prevailing Time) Friday, November 17, 2023**.

(d)     The Auction shall be conducted on **Monday, November 20, 2023, at 12:00 p.m.** (or such later time or date agreed to by the Applicable Debtors, after prior consultation with the Consultation Party, or as may be scheduled by the Court) at the offices of Stichter, Riedel, Blain & Postler, P.A. in Tampa, Florida (or at such other location designated by the Debtors in Tampa, Florida), if one or more Qualified Bids are received by the Bid Deadline.

(e)     A hearing (the "**Sale Hearing**") to consider approval of the proposed Sale will be held on **Tuesday, November 21, 2023, at 1:30 p.m.**, before the Honorable Grace E. Robson George C. Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando, Florida.

**Filing Assumption and Assignment Objections**

Any lessor or other party to any Assumed Contract to be assumed and/or assigned to the Successful Bidder that objects to, and/or asserts any cure claims, defaults or any other claims against the Applicable Debtors in connection with, the proposed assumption and/or assignment of its Assumed Contract must file with the Bankruptcy Court, **by no later than 5:00 p.m. (Eastern**

**Standard Time) on Friday, November 17, 2023**, any objection to the assumption and/or assignment of its Assumed Contract and/or assertion of claim or default in connection with its Assumed Contract (a "**Contract Objection**"), which Contract Objection shall set forth:

      a.      the specific grounds for such Contract Objection;

      b.      any and all defaults of the Debtors (whether monetary or non-monetary) that it alleges are in existence under such Assumed Contract and, (i) if such alleged defaults are monetary, the nature of such monetary defaults (including the date and amount of any payment allegedly due under the Assumed Contract) and cure amounts, if any, due and owing by the Applicable Debtors pursuant to 11 U.S.C. §365(b) (the "**Cure Amounts**") and, (ii) if such alleged defaults are non-monetary, the nature of such non-monetary defaults and the amount of money or the type of action required to cure such non-monetary defaults, and in each such case applicable and appropriate documentation in support of such alleged Cure Amount; and

      c.      any and all claims of any nature whatsoever against the Applicable Debtors.

Any lessor or other party to any Assumed Contract who fails to timely file a written Contract Objection to the proposed assumption and/or assignment of its Assumed Contract as set forth above shall be conclusively deemed to have waived, and shall be forever bound from asserting, any such Contract Objection and to have consented to the assumption and/or assignment of its Assumed Contract to the Successful Bidder or any Backup Bidder. Any lessor or other party to an Assumed Contract not specifying any default or claim as required herein shall be deemed to have conclusively acknowledged that no default or claim exists under any such Assumed Contract. In the event that Paradigm or any other stalking horse bidder is not the Successful Bidder, any lessor or other party to any Assumed Contract may raise objections at the Sale Hearing to adequate assurance of future performance by the Successful Bidder.

Any Contract Objections will be considered at the Sale Hearing, or as soon thereafter as counsel may be heard, and must be served on the following parties:

Daniel R. Fogarty, Esq.
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602

**EXHIBIT 1**

CONTRACT ASSUMPTION LIST

| Debtor | Counter-Party Name | Address1 | Address2 | City | State | Zip | Estimated Cure Amount | Contract Type | FAR Novation |
|---|---|---|---|---|---|---|---|---|---|
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ 66,375.62 | Vendor/Lessor | |
| Strong | Parachute Laboratories | 1665 N. Lexington Avenue Suite 106 | | Deland | FL | 32724 | $ 13,892.56 | Vendor/Lessor | |
| Strong | Employers Preferred Insurance | 26000 Cannon Rd | | Clevlan | OH | 44146 | $ 2,700.42 | Vendor/Lessor | |
| Strong | FL 6448 Pinecastle Blvd (DE) LLC ( | PO Box 848486 | | Los Angeles | CA | 90084 | $ - | Vendor/Lessor | |
| Strong | Adam Freeman | 1209 Edgewater Drive | | Orlando | FL | 32804 | $ - | Vendor/Lessor | |
| Strong | Spectrum | Charter Communications PO Box 7186 | | Pasadena | CA | 91109 | $ - | Vendor/Lessor | |
| Strong | Duke Energy | PO Box 1094 | | Charlotte | NC | 28201 | $ - | Vendor/Lessor | |
| Strong | WM | PO Box 4648 | | Carol Stream | IL | 60197 | $ - | Vendor/Lessor | |
| Strong | United Health Care | PO Box 94017 | | Palatine | IL | 60094 | $ - | Vendor/Lessor | |
| Strong | Guardian | PO Box 826486 | | Philadelphia | PA | 19182 | $ - | Vendor/Lessor | |
| Strong | UPS | PO Box 650116 | | Dallas | TX | 75265 | $ - | Vendor/Lessor | |
| Strong | T-Force | 1000 Semmes Avenue PO Box 1216 | | Richmond | VA | 23218 | $ - | Vendor/Lessor | |
| Strong | Sissine's Office Systems | 6123 Philips Hwy | | Jacksonville | FL | 32216 | $ - | Vendor/Lessor | |
| Strong | Macquarie Capital Inc. | PO Box 714862 | | Cincinnati | OH | 45271 | $ - | Vendor/Lessor | |
| Strong | MainSpring | 8 E. Second Street Suite 205 | | Frederick | MD | 21701 | $ - | Vendor/Lessor | |
| Strong | GlobalTranz | One Glenlake Parkway Ste 700 | | Atlanta | GA | 30328 | $ - | Vendor/Lessor | |
| Strong | Mutual of America | 320 Park Avenue | | New York | NY | 10022 | $ - | Vendor/Lessor | |
| Strong | Acme Stamp & Sign | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Aegis | 385 N Sherman Ave | | Corona | CA | 92882 | $ - | Vendor/Lessor | |
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Bally Ribbon | 23 N. 7th PO Box D | | BALLY | PA | 19503 | $ - | Vendor/Lessor | |
| Strong | Bourdon Forge, Co., Inc. | 99 Tuttle Rd | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | CWH USA Inc. | 62A Ballou Blvd | | Bristol | RI | 02809 | $ - | Vendor/Lessor | |
| Strong | Die - Matic Products LLC | 130 Express St Engineers Hill | | Plainview | NY | 11803 | $ - | Vendor/Lessor | |
| Strong | DJ Associates Inc | 8411 South Zero St | | Fort Smith | AR | 72903 | $ - | Vendor/Lessor | |
| Strong | Electric Weave | 3573 Larkspur Drive | | Longmont | CO | 80503 | $ - | Vendor/Lessor | |
| Strong | Express Upholstery Supply | 1271 LaQuinta Dr Unit 1 | | ORLANDO | FL | 32809 | $ - | Vendor/Lessor | |
| Strong | Fil-Tec | PO Box 9040 | | Lancaster | PA | 17604 | $ - | Vendor/Lessor | |
| Strong | Gerald Schwartz | 5242 Royal Woods ParkwaySuite 165 | | TUCKER | GA | 30084 | $ - | Vendor/Lessor | |
| Strong | Goodrich, Eva | 4409 TalBot Ct | | Virginia Beach | VA | 23456 | $ - | Vendor/Lessor | |
| Strong | HLC Industries | P.O. Box 1036 | | Charlotte | NC | 19004 | $ - | Vendor/Lessor | |
| Strong | Hooker Custom Harness, Inc. | 324 East Stephenson Street | | FREEPORT | IL | 61032 | $ - | Vendor/Lessor | |
| Strong | Hope Global | P.O. Box 28872 | | New York | NY | 10087 | $ - | Vendor/Lessor | |
| Strong | Industrial Webbing Corp. | PO Box 740226 | | Boynton Beach | fl | 33474 | $ - | Vendor/Lessor | |
| Strong | K & W Webbing C. Inc. | 403 Roosevelt Ave | | Central Falls | RI | 02863 | $ - | Vendor/Lessor | |
| Strong | Loos & Co. Inc | 16B Mashamoquet Rd. | | Pomfret | CT | 06259 | $ - | Vendor/Lessor | |
| Strong | Lord & Hodge, Inc. | 362 Industrial Park Rd, Unit 4 | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | Lowy Enterprises | 1970E. Gladwick St. | | Rancho Dominguez | CA | 90220 | $ - | Vendor/Lessor | |
| Strong | M.J. FOLEY COMPANY | 52026 Sierra Drive | | New Baltimore | MI | 48047 | $ - | Vendor/Lessor | |
| Strong | M.M. Newman Corp. | 24 Tioga Way | | Marblehead | MA | 01945 | $ - | Vendor/Lessor | |
| Strong | magcraft | 1934 Old Gallows Road | | Vienna | VA | 22182 | $ - | Vendor/Lessor | |
| Strong | Master Repair | 10510 Gardenwood Rd. | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |
| Strong | McMASTER-CARR SUPPLY CO. | PO BOX 7690 | | CHICAGO | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Metal-Flex Hosing | 1241 E. Erie Ave | | Philadelphia | PA | 19124 | $ - | Vendor/Lessor | |
| Strong | Nouphit Simuong | 11324 Porto Court | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Strong | PARA-GEAR EQUIPMENT CO. | 3839 W. OAKTON | | SKOKIE | IL | 60076 | $ - | Vendor/Lessor | |
| Strong | Parachute Laboratories | 1665 N. Lexington AvenueSuite 106 | | Deland | FL | 32724 | $ - | Vendor/Lessor | |
| Strong | Reliable Factory Supply | *PO Box 340* | | *Thomaston* | CT | *06787* | $ - | Vendor/Lessor | |
| Strong | S.I.R. Webbing | P.O. Box 501 | | Hawthorne | NJ | 07507 | $ - | Vendor/Lessor | |
| Strong | SSK Industries, INC | 1008 Monroe Road | | Lebanon | OH | 45036 | $ - | Vendor/Lessor | |
| Strong | Tape Craft | P O Box 2027 | | Anniston | AL | 36202 | $ - | Vendor/Lessor | |
| Strong | The Thread Exchange | 291 - A Merrimon Ave | | Weaverville | NC | 28787 | $ - | Vendor/Lessor | |
| Strong | Top Value Fabrics | P.O. BOX 2050 | | Caramel | IN | 46082 | $ - | Vendor/Lessor | |
| Strong | Twin City Welding | 1855 Tileston Road | | St. Cloud | FL | 34771 | $ - | Vendor/Lessor | |
| Strong | Tylaska Marine & Aerospace | 800 Flanders Road | | Mystic | ct | 06355 | $ - | Vendor/Lessor | |
| Strong | Uline | PO Box 88741 | | Chicago | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Westmark Corporation | PO Box 9842 Industrial Park Drive | | Sterling | CT | 06377 | $ - | Vendor/Lessor | |
| Strong | Wichard Inc. | 3901 Pine Grove Circle | | Charlotte | NC | 28206 | $ - | Vendor/Lessor | |
| Strong | YKK U.S.A. INC. | P.O. Box 100181 | | Atlanta | GA | 30384 | $ - | Vendor/Lessor | |
| Strong | AL-KHALIQ GLOBAL | NO. 1-G, JALAN PINGGIRAN PUTRA 4A/3, TAMAN DESA PINGGIRAN PUTRA, SG. MERAB, 43000 KAJANG, SELANGOR, | | | | | | Customer | |
| Strong | BOSTICK | 557 POCAHONTAS DRIVE | | FT. WALTON BEACH | FL | 32547 | | Customer | |
| Strong | BURDA | Teddy Furman / Alejandro Burda 28619 Wharton Dr | | Bonita Springs | FL | 34315 | | Customer | |
| Strong | China Skydivers | CONTACT INFO CONFIRMED 6/26 Xiong weifang Luoding Airport, Luoding city, 527200, Yunfu, Guangdong, China | | | | | | Customer | |
| Strong | COLLINS | 4019 Taliluna Ave | | KNOXVILLE | TN | 37919 | | Customer | |
| Strong | COLYER (ACE MAKER AIRSHOWS) *SPONSORED* | 215 Locust Ave | | SAN RAFAEL | CA | 94901 | | Customer | |
| Strong | DANIELS MANUFACTURING CORPORATION | PO BOX 593872 | | ORLANDO | FL | 32859 | | Customer | |
| Strong | DBS AVIO PARA SERVICE | DBS AVIO PARA SERVICE DANIELE BULLERI VIA  UMBERTO FORTI SNC MONTACCHIELLO, MN  56121 Italy | | | | | | Customer | |
| Strong | DELAMER | 26960 E. RIVER RD | | Splendora | TX | 77372 | | Customer | |
| Strong | ERIC SCHER - TOM WOOD, INC | 9917 WILLOW VIEW RD | | Fishers | IN | 46038 | | Customer | |
| Strong | Evolution Aircraft Inc. | 39440 South Ave | | ZEPHYRHILLS | FL | 33542 | | Customer | |
| Strong | GILAD pinhas SPORTS & EXTREME SERVICES | GILAD pinhas SPORTS & EXTREME SERVICES gilad pinhas 45/15 Gideon Housner St. Beer-Sheva,  8476862 | | | | | | Customer | |
| Strong | GOLD CAP LLC (dba OLDE THYME AVIATION) | 4871 Aviator Lane NW | | BREMERTON | WA | 98312 | | Customer | |

CONTRACT ASSUMPTION LIST

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Strong | GOLD WINGS AVIATION | UNIT 2B MEZZANINE FLOOR, AMBER PLACE<br>#19 MRT AVENUE (FORMERLY BATANI RD)<br>FORT BONIFACIO, TAGUIG CITY  1630 | | | | | | Customer |
| Strong | GULF COAST AVIONICS | 3650 Drane Field Rd | | LAKELAND | FL | 33811 | | Customer |
| Strong | HARRAH, M. | 10211 E. CRESTWOOD ST | | Wichita | KS | 67206 | | Customer |
| Strong | HASLAM | Barn Yesterday<br>Patrick Brompton<br>Bedale<br>North Yorkshire  DL8 1JY<br>UNITED KINGDOM | | | | | | Customer |
| Strong | HITE | 10316 FORREST DR | | Frisco | TX | 75035 | | Customer |
| Strong | HUSKEY | 900 BILL SWAIN DR | | Oneida | TN | 37841 | | Customer |
| Strong | INDUSTRIAL SMOKE & MIRRORS | 3024 Shader Ave | | ORLANDO | FL | 32808 | | Customer |
| Strong | INFLITE GROUP | INFLITE GROUP<br>Henry Morgan<br>234 ROSEDALE ROAD<br>ALBANY, AUCKLAND<br>NEW ZEALAND | | | | | | Customer |
| Strong | Irwin International | PO BOX 4000 | | CORONA | CA | 92878 | | Customer |
| Strong | KIRK, KENNETH | PO BOX 1 | | NEWTON | IA | 50208 | | Customer |
| Strong | KRILL AIRCRAFT | KRILL AIRCRAFT<br>Ivo Krill<br>Na Zachonech 1699<br>KUNOVICE,  68604<br>CZECH REPUBLIC | | | | | | Customer |
| Strong | LARSEN, BRIAN | 729 MOON CIR | | WORTHINGTON | MN | 56187 | | Customer |
| Strong | LEOW  CHAI HENG | Joseph Leow Chai Heng<br>1, Tampines North Road 1.<br>#07-19. T-Space 528559<br>Singapore | | | | | | Customer |
| Strong | LOGLINEAR GROUP, LLC | 3586 SANGANI BLVD<br>STE L #370 | | DIBERVILLE | MS | 39540 | | Customer |
| Strong | LYNCH, JAMES | 590 BARKER PASS RD | | Santa Barbara | CA | 93108 | | Customer |
| Strong | MARKHAM CONSTRUCTION | c/o SKYDIVE PALATKA<br>4015 REID ST<br>BLDG E-8 | | PALATKA | FL | 32177 | | Customer |
| Strong | Mee Loft Parachute Rigging Services | Mee Loft Parachute Rigging Services<br>Koppel Solomon<br>p.o. box 602<br>carina, qld 4152<br>Australia | | | | | | Customer |
| Strong | MESA, E. | 4281 DARRIL RD | | Edmond | OK | 73025 | | Customer |

CONTRACT ASSUMPTION LIST

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Strong | MILSPEC SERVICES PTY LTD | MILSPEC SERVICES PTY LTD UNIT 2 99 SPENCER RD CARRARA, QLD 4211 AUSTRALIA | | | | | | Customer | |
| Strong | MILTECH | 2928 Technology Blvd W Suite 101 | | BOZEMAN | MT | 59718 | | Customer | |
| Strong | MRV SYSTEMS | 6370 Lusk Blvd Suite F100/F101 | | San Diego | CA | 92121 | | Customer | |
| Strong | MUHLE | 31345 175TH AVENUE | | COLUMBUS | NE | 68601 | | Customer | |
| Strong | Oopee ratings & rigging LTD | OLLI-PEKKA "OOPEE" LUOMAJOKI Julinintie 6 C, 53200 Lappeenranta, South Carelia FINLAND | | | | | | Customer | |
| Strong | PACIFIC GYRE | 3740 OCEANIC WAY SUITE 302 | | OCEANSIDE | CA | 92056 | | Customer | |
| Strong | Paradigm Parachute & Defense | 4040 Ashland Ave. | | PENSACOLA | FL | 32534 | | Customer | |
| Strong | PATHANA  UPAKORN LTD. PART. | PATHANA  UPAKORN Co., LTD EDDIE  RERK 40/747  1st  FL., MOO 10 NUANJAN ROAD KWANG  KLONGKUM, KaET BUENGKUM | | | | | | Customer | |
| Strong | RAPP, G. | 90 WOODHAVEN DR. | | Berlin | CT | 06037 | | Customer | |
| Strong | RED STAR AVIATION | 11628 PILOT COUNTRY DR | | SPRING HILL | FL | 34610 | | Customer | |
| Strong | Remelin | 160 BROOKLINE LANE | | COSTA  MESA | CA | 92626 | | Customer | |
| Strong | SKJ AVIATION (Hazanhaniya 2019 Ltd) | SKJ AVIATION (Hazanhaniya 2019 Ltd) Shai Tsabari/yogev Kalmanovitch 6 HarVu Avenue (High Lev Building) Bar-Lev Ind. Park 2015600 ISRAEL | | | | | | Customer | |
| Strong | Storrie Parachute Works Inc. | 600 MAGNOLIA ST | | DENTON | TX | 76201 | | Customer | |
| Strong | SYDNEY SKYDIVERS | Cairns p.o box 753 | | Bungalow | | 4870 | | Customer | |
| Strong | VINTAGE PAIR (PETTERS) *SPONSORED* | David Petters VINTAGE PAIR CART HOUSE 2 COPLEY HILL BUSINESS PARK CAMBRIDGE ROAD, BABRAHAM CB223GN | | | | | | Customer | |
| Strong | WAMORE, INC | 1907 W. Parkside Lane | | Phoenix | AZ | 85027 | | Customer | |
| Strong | Wings & Wheels INC | ATTN:  Sean Franke 3525 W. Bavaria St | | EAGLE | ID | 83616 | | Customer | |
| Pioneer | ACC-DTA | 6501 E.  11 Mile Road | | Detroit Arsenal | MI | 48397 | Kaley Weeden | Customer | No |
| Pioneer | Astro Machine Works Inc | 470 Wenger Drive | PO Box 328 | Ephrata | PA | 17522 | | Customer | No |
| Pioneer | ███████ | ██████████ | | ████ | ██ | ████ | | Customer | No |
| Pioneer | ██████████ | ██████ | ████████ | ████ | ██ | ████ | Lucas Vicars | Customer | No |
| Pioneer | Capewell Aerial Systems LLC | 105 Nutmeg Rd South | | South Windsor | CT | 06074 | | Customer | No |
| Pioneer | DLA Aviation 62980 | ASC Supplier Operations AE & AF Div | 8000 Jefferson Davis Hwy | Richmond | VA | 23297 | | Customer | Yes |
| Pioneer | ██████████ | ██████████ | | ██████████ | ██ | ████ | | Customer | No |
| Pioneer | ███████████ | ███████ | █████████ | ████████ | | ██████ | | Customer | No |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pioneer | NASA Shared Services Center NSS | Building 1111 | | Stennis Space Center | MS | 39529 | Tiffany Neal | Customer | Yes |
| Pioneer | Natick Contracting Division | W6QK ACC-APG | BLDG 1 General Greene Ave | Natick | MA | 01760-5011 | | Customer | Yes |
| Pioneer | Paradigm Para & Def, Inc | 4040 Ashland Ave | | Pensacola | | 32534 | 850-741-3505 | Customer | No |
| Pioneer | Para-Guard PTY. LTD. | PO Box 633 | | Alstonville | | NSW 2477 | | Customer | No |
| Pioneer | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮ | ▮▮▮ | | Customer | No |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | STE 104 | ORLANDO | FL | 32809 | TED STRONG | Customer | No |
| Pioneer | USSOCOM DET-1 | 103 SOUTH MAGNOLIA BLVD | | ELGIN AFB | FL | 32542 | DANIELLE WHITTEN | Customer | Yes |
| Pioneer | Wing Store | ul. Sobieskiego 53 | | | WL | 58-500 | | Customer | No |
| Pioneer | Zodiac Hurricane Technology | 7830 Vantage Way | | Delta | BC | V4G1A7 | | Customer | No |
| Pioneer | ZODIAC US CORPORATION | 1747 State Route 34 | | Wall Township | NJ | 07727-3935 | $ 679,293.14 | Vendor/Lessor | |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | Ste 104 | ORLANDO | FL | 32809 | $ 86,406.32 | Vendor/Lessor | |
| Pioneer | Marion County Tax Collector | Marion County Tax Assessor | 250 Broad Street | Columbia | MS | 39429 | $ 48,903.33 | Vendor/Lessor | |
| Pioneer | COMCAST BUSINESS | PO BOX 37601 | | PHILADELPHIA | PA | 19101-0601 | $ 31,032.53 | Vendor/Lessor | |
| Pioneer | AT&T | PO BOX 5019 | | Carol Stream | IL | 60197-5019 | $ 29,809.81 | Vendor/Lessor | |
| Pioneer | ABB Inc | Attn:Real Estate Group | 305 Gregson Drive | Cary | NC | 27511 | $ 29,386.02 | Vendor/Lessor | |
| Pioneer | TOWN OF BLOOMFIELD CONNEC | ATTN TOWN CLERK | PO BOX 337 | BLOOMFIELD | CT | 06002 | $ 18,124.97 | Vendor/Lessor | |
| Pioneer | CATERPILLAR FINANCIAL SERVICE | 2120 WEST END AVENUE | | NASHVILLE | TN | 37203 | $ 9,958.64 | Vendor/Lessor | |
| Pioneer | MISSISSIPPI POWER COMPANY | PO BOX 245 | | BIRMINGHAM | AL | 35201-0245 | $ 7,207.62 | Vendor/Lessor | |
| Pioneer | CISTECH Inc | NBG TOWER, 10590 INDEPENDENCE | POINTE PKWY, SUITE 202 | Matthews | NC | 28105 | $ 6,300.00 | Vendor/Lessor | |
| Pioneer | SEKO Worldwide LLC | 1100 Arlington Heights RD 600 | | Itasca | IL | 60143 | $ 5,000.00 | Vendor/Lessor | |
| Pioneer | Terry Service Inc | PO BOX 1557 | | RIDGELAND | MS | 39158-1557 | $ 3,668.13 | Vendor/Lessor | |
| Pioneer | XEROX CORPORATION | PO BOX 827598 | | PHILADELPHIA | PA | 19182-7598 | $ 3,532.67 | Vendor/Lessor | |
| Pioneer | BLUEGRACE LOGISTICS | DEPT. 108 | BOX 4964 | HOUSTON | TX | 77210-4964 | $ 3,323.21 | Vendor/Lessor | |
| Pioneer | Eagle Packaging | 1075 S. Fairfield Drive | | Pensacola | FL | 32506 | $ 2,687.50 | Vendor/Lessor | |
| Pioneer | UPS | P.O. Box 809488 | | Chicago | IL | 60680-9488 | $ 2,221.56 | Vendor/Lessor | |
| Pioneer | DE LAGE LANDEN | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | $ 1,623.60 | Vendor/Lessor | |
| Pioneer | C Spire | PO Box 748168 | | Atlanta | GA | 30374-8168 | $ 1,272.00 | Vendor/Lessor | |
| Pioneer | INDUSTRONICS SERVICE CO | P. O. Box 649 | | SOUTH WINDSOR | CT | 06074 | $ 1,069.15 | Vendor/Lessor | |
| Pioneer | DYCO INDUSTRIES, INC. | 229 SOUTH SATELLITE ROAD | | SOUTH WINDSOR | CT | 06074 | $ 1,000.00 | Vendor/Lessor | |
| Pioneer | JO King Inc. | P.O.ox 1088 | | Alpharetta | GA | 30009 | $ 960.00 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION #701 | PO Box 630803 | | Cincinnati | OH | 45263-0803 | $ 952.00 | Vendor/Lessor | |
| Pioneer | CRATERS & FREIGHTERS | 4360 Floridatown Rd | | Pace | FL | 32571 | $ 820.00 | Vendor/Lessor | |
| Pioneer | Carolina Narrow Fabric Company | PO Box 896094 | | Charlotte | NC | 28289 | $ 768.00 | Vendor/Lessor | |
| Pioneer | CITY OF COLUMBIA | WATER DEPARTMENT | 201 2ND STREET | COLUMBIA | MS | 39429 | $ 757.98 | Vendor/Lessor | |
| Pioneer | Waste-Pro-Pensacola | 116-Waste Pro-Pensacola | PO BOX 865220 | Orlando | FL | 32886-5220 | $ 708.86 | Vendor/Lessor | |
| Pioneer | USA HAULING & RECYCLING | P.O. BOX 808 | | EAST WINDSOR | CT | 06088 | $ 704.00 | Vendor/Lessor | |
| Pioneer | Micro-Tech Service, LLC | 59 Old Windsor Road | | Bloomfield | CT | 06002 | $ 700.00 | Vendor/Lessor | |
| Pioneer | MSC Industrial Supply | PO BOX 953635 | | ST. LOUIS | MO | 63195-3635 | $ 614.31 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION 0J71 0003 | PO Box 631025 | | Cincinnati | OH | 45263-1025 | $ 581.80 | Vendor/Lessor | |
| Pioneer | HALLS HARDWARE & LUMBER | 6606 HIGHWAY 90 | | MILTON | FL | 32570 | $ 563.18 | Vendor/Lessor | |
| Pioneer | GRAINGER | DEPT 844149682 | | PALATINE | IL | 60038-0001 | $ 539.15 | Vendor/Lessor | |
| Pioneer | S.E., Inc Dba Strong Enterprises | 6448 Pinecastle Blvd | Ste 104 | Orlando | FL | 32809 | $ 512.00 | Vendor/Lessor | |
| Pioneer | Uline | PO Box 88741 | | Chicago | IL | 60680-1741 | $ 460.76 | Vendor/Lessor | |
| Pioneer | STAPLES ADVANTAGE | PO BOX 105638 | | ATLANTA | GA | 30348-5638 | $ 422.30 | Vendor/Lessor | |
| Pioneer | AT&T MOBILITY | NATIONAL BUSINESS SERVICES | PO Box 6463 | CAROL STREAM | IL | 60197-6463 | $ 400.76 | Vendor/Lessor | |
| Pioneer | Wesco | P.O. Box 10546 | | Prichard | AL | 36610 | $ 393.77 | Vendor/Lessor | |
| Pioneer | FEDEX | P.O. BOX 660481 | | DALLAS | TX | 75266-0481 | $ 372.39 | Vendor/Lessor | |
| Pioneer | AIRESPRING | 1801 W. Olympic Blvd | | Pasadena | CA | 91199-1422 | $ 365.48 | Vendor/Lessor | |

CONTRACT ASSUMPTION LIST

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer | SONITROL OF NW FLORIDA | 1136 Thomasville Rd | | TALLAHASSEE | FL | 32303 | $ | 353.31 | Vendor/Lessor | |
| Pioneer | CHALLENGE SAILCLOTH | 560 NUTMEG RD NORTH | | SOUTH WINDSOR | CT | 06074 | $ | 326.70 | Vendor/Lessor | |
| Pioneer | HORN TEXTILE, INC. | 600 N. BROWN STREET | | TITUSVILLE | PA | 16354 | $ | 242.00 | Vendor/Lessor | |
| Pioneer | FORT STORAGE | 4114 AVALON BLVD. | | MILTON | FL | 32583 | $ | 233.24 | Vendor/Lessor | |
| Pioneer | KONICA MINOLTA BUSINESS SOL | Dept. AT 952823 | | Atlanta | GA | 31192-2823 | $ | 232.74 | Vendor/Lessor | |
| Pioneer | MILLER-STEPHENSON | CHEMICAL COMPANY INC | 55 Backus Avenue | Danbury | CT | 06810 | $ | 220.06 | Vendor/Lessor | |
| Pioneer | S WALTER PACKAGING CORP | PO BOX 71225 | Accounts Receivable | PHILADELPHIA | PA | 19176-6225 | $ | 179.44 | Vendor/Lessor | |
| Pioneer | KMS BUSINESS PRODUCTS CORP | 3010 E. CERVANTES STREET | | PENSACOLA | FL | 32503 | $ | 158.03 | Vendor/Lessor | |
| Pioneer | GRAND RAPIDS FOAM TECHNOLO | 1700 ALPINE AVE NW | | GRAND RAPIDS | MI | 49519 | $ | 150.91 | Vendor/Lessor | |
| Pioneer | Cintas Corp 0J71 Route 0003 | Customer # 10537278 | PO Box 631025 | Cincinnati | OH | 45263-1025 | $ | 116.63 | Vendor/Lessor | |
| Pioneer | CITY OF MILTON | P.O. BOX 909 | | MILTON | FL | 32572 | $ | 116.10 | Vendor/Lessor | |
| Pioneer | CCP INDUSTRIES | P.O. BOX 734569 | | CHICAGO | IL | 60673-4569 | $ | 115.03 | Vendor/Lessor | |
| Pioneer | Empower Trust Company | PO Box 825752 | | Philadelphia | PA | 19182-5752 | $ | 100.00 | Vendor/Lessor | |
| Pioneer | Quench USA Inc | PO Box 781393 | | Philadelphia | PA | 19178-1393 | $ | 98.26 | Vendor/Lessor | |
| Pioneer | HRDIRECT | PO BOX 669390 | | Pompano Beach | FL | 33066-9390 | $ | 90.94 | Vendor/Lessor | |
| Pioneer | MCMASTER-CARR SUPPLY CO | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | $ | 85.25 | Vendor/Lessor | |
| Pioneer | COMMUNITY COFFEE | PO BOX 679510 | | DALLAS | TX | 75267-9510 | $ | 69.85 | Vendor/Lessor | |
| Pioneer | MISSISSIPPI DEPT OF HEALTH | PO Box 1700 | 570 East Woodrow Wilson | Jackson | MS | 39215 | $ | 40.00 | Vendor/Lessor | |