**ORDERED.**

**Dated: November 09, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | *Jointly Administered Under Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors._____/ | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTIONS FOR AUTHORIZATION TO PAY PREPETITION WAGES, SALARIES, AND OTHER EMPLOYEE BENEFITS**

THIS CASE came on for hearing on November 6, 2023, at 2:30 p.m. and November 7, 2023, at 9:30 a.m., for consideration of the *Debtor's Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits* (Doc. No. 9, Case No. 6:23-bk-4641-GER and Doc. No. 8, 6:23-bk-4643-GER) (collectively, the "**Motions**"). For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, it is

**ORDERED**:

1. The Motions are granted as set forth herein.

2. The Debtors are authorized to pay various sums for compensation, employee benefits, 401(k) contributions, and reimbursable business expenses (collectively, the "**Prepetition Employee Obligations**") owed to current employees for the payroll period of October 23, 2023, through November 5, 2023, payment of which is due to be paid on November 9, 2023. No individual employee shall receive an amount in excess of the priority cap set forth in 11 U.S.C. § 507(a)(4).

3. No affiliate officers or employees of the Debtors shall be paid except as authorized by the Court pursuant to separate order.

4. No employee who was a prepetition employee but is not an employee with either Debtor postpetition is authorized to receive the Prepetition Employee Obligations.

5. Pursuant to this Order, all applicable banks and other financial institutions are authorized and directed to receive, process, honor and pay any and all checks with respect to the Debtors' employees issued by the Debtors or any payroll processing company, whether presented prior to or after the Petition Date.

6. The Debtors shall withhold or cause to be withheld from any payment to employees those amounts required to be withheld under applicable federal, state or local tax law, and shall pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law. The Debtors may pay all costs and make all deductions incident to the Prepetition Employee Obligations, including but not limited to payroll processing costs and employer payroll taxes.

3

7. This Order is without prejudice to the Debtors' right to file a motion seeking additional authority with respect to any prepetition employee obligations or benefits not covered by the terms of this Order.

# # #

*Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties who do not receive CM/ECF service and file a proof of service within 3 days of entry of the Order.*