UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| | |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| | |
| Debtors. | *Jointly Administered Under* |
| _____/ | *Case No. 623-bk-4639-GER* |
| | |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| | |
| Applicable Debtors. | |
| _____/ | |

**MOTION FOR ORDER AUTHORIZING (I) THE SALE OF SUBSTANTIALLY ALL OF
THE ASSETS OF PIONEER AND STRONG PURSUANT TO 11 U.S.C. § 363,
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND (II)
AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS**

> **NOTICE IS HEREBY GIVEN THAT a hearing on this Motion will be held before
> the Honorable Grace E. Robson on November 21, 2023, at 1:30 p.m., at the George C.
> Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando,
> Florida. The deadline for filing objections to this Motion is November 20, 2023, at 5:00
> p.m. (Eastern Prevailing Time).**

PIONEER AEROSPACE CORPORATION D/B/A ASR-PIONEER ("**Pioneer**") and S.E.,

INC. D/B/A STRONG ENTERPRISES ("**Strong**") (collectively, the "**Debtors**"), by and through

their undersigned attorneys, respectfully request the entry of an order by this Court authorizing:

(a) the sale by the Debtors of substantially all of their business operating assets (the "**Purchased**

**Assets**") located in Bloomfield, Connecticut (the "**Connecticut Location**"), Columbia,

Mississippi (the "**Mississippi Location**"), Milton, Florida (the "**Milton Location**"), and Orlando,

Florida (the "**Orlando Location**," and together with the Connecticut Location, the Mississippi Location, and the Milton Location, each a "**Location**" and, collectively, the "**Locations**"), subject to the terms and conditions of the separate stalking horse Asset Purchase Agreements, subject to any higher or better offers for any Location, free and clear of any and all claims (including "claims" as defined in § 101(5) of the Bankruptcy Code), mortgages, pledges, liens, security interests, interests, charges, encumbrances, setoffs, recoupments, cure claims, liabilities, debts, indebtedness, costs, damages, judgments or obligations of any character whatsoever and whenever arising, either before or after the Petition Date (collectively, the "**Encumbrances**"), pursuant to 11 U.S.C. § 363;[1] and (b) the assumption and assignment of Contracts (as defined herein). In support of this motion (the "**Sale Motion**"), the Debtors state as follows:

## I.    Preliminary Statement

1.    By this Sale Motion, the Debtors seek entry of an order authorizing the sale of the Purchased Assets, comprising substantially all of the Debtors' business operating assets located at each of the Locations, to the Stalking Horse Bidders or to such other prospective purchaser(s) who is determined to have submitted a higher and better offer for the Purchased Assets at the auction set under the Bid Procedures Order (as defined below) (the "**Auction**").  The Purchase Price to be paid under the Stalking Horse APAs totals $4.45 million, consisting of one bid at $2.25 million and one at $2.2 million.

---

[1] Pursuant to the Bid Procedures Motion (as defined herein), the Stalking Horse APA is subject to higher and better bids.  Thus, the relief requested in this Sale Motion is also sought as to any such higher and better bids.

2.      To ensure that the sale process is open, fair, and efficient, the Debtors have filed a separate motion seeking entry of a separate order approving the Bid Procedures Motion (as defined below), which has been granted by the Court by separate order.

## II.      Jurisdiction and Venue

3.      This Court has jurisdiction to consider this Sale Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The subject matter of this Sale Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this district pursuant to 28 U.S.C. § 1408.

4.      The statutory predicates for the relief sought in this Sale Motion include 11 U.S.C. §§ 105, 363, 365, 1107, 1108, 1123, 1129, and 1146; Rules 2002, 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure; and Local Rule 6004-1.

## III.      General Background

5.      On November 1, 2023 (the "**Petition Date**"), the Debtors and Aviation Resources, Inc. ("**ASR**") filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

6.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

7.      The Debtors' Chapter 11 cases are being jointly administered for procedural purposes only.

8.      Pioneer Aerospace is a recognized leader in the design and manufacture of state-of-the-art aerodynamic deceleration systems. These systems support specialized tactical, personnel, cargo, humanitarian, weapons, and space exploration programs. Additionally, Pioneer operates Airlift Technologies International, based in Milton, Florida, a manufacturing and

engineering company that specializes in the design and production of aerial delivery systems, airdrop qualification testing, airdrop load design, systems related logistic support, and complete and comprehensive training of all ground and air crew personnel involved in cargo airdrops. Strong manufactures parachutes and related products for both military solutions and commercial customers.  Both Pioneer and Strong are wholly-owned subsidiaries of ASR. For the avoidance of doubt, ASR is not a movant under this Motion, and the sale of the Purchased Assets does not include any assets of ASR or assignment of any contracts or leases of ASR.  For more information, please see the Debtors' Joint Case Management Summary.

**IV.    Sale Efforts; Bidding Procedures; Summary of Asset Purchase Agreement**

**A.    Sale Efforts**

9.    The Debtors determined that it would be in the best interests of their creditors and their estates to maximize the value of their assets through a sale of substantially all of their assets. The Debtors initiated this marketing process months before the bankruptcy cases were filed and now seek to sell such assets pursuant to §363 of the Bankruptcy Code.  Absent such a sale, the Debtors would most likely be facing a liquidation under Chapter 7 of the Bankruptcy Code which would achieve far less for creditors than a sale as a going concern.

10.    Prior to the Petition Date, the Debtors employed Asgaard Capital, LLC ("**Asgaard**")[2] as their financial advisors and in connection with the sale of the Debtors' assets. Asgaard has extensive experience in the operation, marketing, and sale of distressed assets, including companies with governmental contracts in the defense and related industries.

---

[2] A separate employment application for Asgaard has been or will be filed, and compensation for Asgaard is not sought through this Motion.

11.     As part of its marketing efforts, Asgaard has prepared and presented materials regarding the assets to potential purchasers (both strategic and financial parties), established and maintained the data room and coordinated access to same, obtained executed confidentiality agreements from interested parties, and interfaced with interested parties to answer questions, provide requested information, and the like.  Due to its specialized services and the industry in which they operate, there are a limited number of potentially interested parties.  As a result of its pre-petition representation of the Debtors, Asgaard is familiar with the Debtors' assets, the value of the Debtors' assets, and parties who expressed an interest in purchasing the Debtors' assets.

**B.**     **Description of Stalking Horse APA**

12.     On November 1, 2023, the Debtors and Paradigm Parachute and Defense, Inc. ("**Paradigm**") executed an Asset Purchase Agreement (the "**Paradigm APA**"), which provides for the sale by the Debtors, and the purchase by Paradigm, of substantially all of the Purchased Assets at the Mississippi Location, the Milton Location, and the Orlando Location for $2.25 million in cash.  A copy of the Paradigm APA is attached to the Bid Procedures Motion as Exhibit A.

13.     On November 9, 2023, Pioneer and Space Exploration Technologies Corp. ("**SpaceX**" and together with Paradigm, the "**Stalking Horse Bidders**") executed an Asset Purchase Agreement (the "**SpaceX APA**" and together with the Paradigm APA, the "**Stalking Horse APAs**"), which provides for the sale by Pioneer, and the purchase by SpaceX, of the Purchased Assets of Pioneer at the Connecticut Location for $2.2 million in cash.  A copy of the SpaceX APA is attached to the Notice of Filing of Connecticut Stalking Horse APA (Doc. No. 43).

14.     The purchase and sale of the Purchased Assets under the Stalking Horse APAs is conditioned, among other things, upon entry by this Court of a final order granting this Sale Motion (the "**Sale Order**"), the proposed form of which will be filed separately.

15.     The Purchased Assets are to be sold and the Debtors shall convey the Purchased Assets free and clear of any and all liens, claims, and encumbrances except for certain liens and encumbrances (the "**Permitted Liens**") and certain liabilities, including any liabilities and obligations in connection with the Purchased Assets and the operation of the Locations from and after the closing (the "**Assumed Liabilities**") expressly set forth in the respective Stalking Horse APAs.  Except for the Permitted Liens and the Assumed Liabilities or as otherwise expressly provided for by the Stalking Horse APAs or order of this Court, the Stalking Horse Bidders shall have no liability or assume any other obligations of the Debtors arising under or related to any of the Purchased Assets on account of the sale.

16.     Pursuant to the Stalking Horse APAs, the combined consideration to be paid by the Stalking Horse Bidders for the Purchased Assets shall be the total collective amount of $4.45 million (the "**Purchase Price**"), subject to adjustments set forth in the Stalking Horse APA.

17.     The description of the principal business terms of the Stalking Horse APAs contained in this Sale Motion is intended as a summary only and is qualified in its entirety by reference to the Stalking Horse APAs themselves and, to the extent there is any inconsistency between the language of the Stalking Horse APAs and the description thereof set forth in this Sale Motion, the Stalking Horse APAs shall control any such inconsistency.  Each creditor of the Debtors and party in interest should read, consider, and carefully analyze the terms and provisions

of the Stalking Horse APAs.  Unless otherwise defined herein, capitalized terms used below shall have the meaning ascribed thereto in the Stalking Horse APAs.

18.     The principal business terms reflected in the Stalking Horse APAs are as follows:[3]

(a)     The Paradigm APA and the SpaceX APA both provide as follows:

(i)     The Purchased Assets are to be sold on an "as is", "where is" basis, without representation except as set forth in the Stalking Horse APAs.

(ii)    The limited representations and warranties of the Sellers are reflected in Article IV of the Stalking Horse APAs and all are to be true and correct as of the Closing Date.

(iii)   The Purchased Assets are to be delivered to the Buyers at the Closing free and clear of any and all Encumbrances, except as may be set forth in the Sale Order.

(iv)    As set forth in Section 1.3, the Stalking Horse Bidders are assuming at the Closing generally identical Assumed Liabilities.

(v)     The Stalking Horse APAs do not afford to the Stalking Horse Bidders any financing contingency or termination right.

(vi)    The Stalking Horse Bidders are to agree upon a "Cooperation Protocol" to ensure that there is ultimate agreement between and among the Sellers and them as to, *inter alia*, the correct disposition of the Purchased Assets, the Additional Assets, the Shared Assets and the Excluded Assets.

(vii)   Both Stalking Horse APAs provide that the applicable Sellers will maintain certain confidentiality with respect to the Purchased Assets subsequent to the Closing.

(viii)  Both Stalking Horse APAs provide that the employees of the applicable Sellers will be terminated at the Closing, with the Buyer maintaining the ability to offer post-Closing employment to former employees on such terms as they choose.

---

[3] Unless otherwise indicated, capitalized terms used in paragraph 18 shall have the meaning ascribed to such term in the Stalking Horse APAs.

(b)     Some of the key differences between the terms of the Paradigm APA and the SpaceX APA are as follows:

| Stalking Horse APAs Term | Paradigm APA | SpaceX APA |
|---|---|---|
| Sellers | Pioneer and Strong | Pioneer |
| Purchased Assets; Locations | The Purchased Assets related to and associated with the Mississippi Location, the Milton Location and the Orlando Location (§1.1) | The Purchased Assets related to and associated with the Connecticut Location (§1.1) |
| Carved-Out Assets | Paradigm may be outbid at the Auction with respect to the Purchased Assets related to and/or located at any of the Mississippi Location, the Milton Location and/or the Orlando Location. Should Paradigm be outbid at the Auction with respect the Purchased Assets related to and/or located at any of the aforementioned Locations, Paradigm shall proceed to Closing on the Purchased Assets with respect to the remaining Locations with a corresponding adjustment to the Purchase Price calculated using the Purchase Price Allocation if (§6.1(c)) | The Purchased Assets relate solely to the Connecticut Location, none of which we may be carved out form this Transaction (§6.1(d)) |
| Causes of Action | Other than the actions with respect to any Assumed Contract or arising with respect to certain physical assets, the Causes of Action are Excluded Assets (§1.1(f) and §1.2(h)) | Certain Causes of Action are Purchased Assets (§1.1(n) and §1.2(h))(. |
| Purchase Price | $2,250,000.00 (§2.1(a)) | $2,200,000.00 (§2.1(a)) |
| Deposit | $225,000.00 (§2.1(b)) | $330,000.00 (§2.1(b)) |

| Stalking Horse Protection Upon the Closing of a Higher Auction Transaction | Expense Reimbursement of $75,000.00 (§6.1(b)) | Termination Fee of 3% of the purchase price under a Higher Auction Transaction (§10.2) |
|---|---|---|
| Assumption and Assignment of Contracts | Contracts designated by Buyer prior to Closing (§1.1(f) and 1.4) | Contracts designated by Buyer prior to Closing as well as Delayed Designation Contracts which may be assumed and assigned or rejected post-Closing during the Post-Closing Period and/or the Novation Period (§1.1(f) and 1.4) |

19.     The Purchased Assets shall be sold, transferred, and conveyed by the Debtors to the Stalking Horse Bidders (or such higher or better bidders as determined at the Auction) at Closing free and clear of all Encumbrances, excepting the Permitted Liens and Assumed Liabilities, pursuant to §363 of the Bankruptcy Code and the Sale Order.

## C.      **Bidding Procedures**

20.     To establish a fair and competitive process for submission of competing bids for the Debtors' assets, the Debtors filed their Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Debtors' Purchased Assets; (II) Approving Overbid Amounts and Stalking Horse Expense Reimbursement; (III) Approving Form and Manner of Notice of Bidding Procedures; and (IV) Setting Objection Deadlines (Case No. 6:23-bk-4641-GER, Doc. No. 15, Case No. Case No. 6:23-bk-4643-GER, Doc. No. 15) (the "**Bid Procedures Motion**") seeking approval of bid procedures to ensure the highest and best offer for the Purchased Assets.

21.     As set forth more fully therein, the Bid Procedures Motion seeks approval of bidding procedures in connection with the sale of the Purchased Assets, including (a) approval of

procedures for the submission of competing bids, (b) approval of procedures for the assumption and assignment of executory contracts and unexpired leases, (c) approval of overbid amounts and an expense reimbursement to the Purchaser, and (d) approval of the form and manner of notice of the bidding procedures.

22.     On November 9, 2023, the Court entered its Order Granting Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Debtors' Purchased Assets; (II) Approving Overbid Amounts and Stalking Horse Expense Reimbursement; (III) Approving Form and Manner of Notice of Bidding Procedures; and (IV) Setting Objection Deadlines (Doc. No. []) (the "**Bid Procedures Order**").  All parties are directed to review the procedures set forth in the Bid Procedures Order for the submission of competing bids and the bid deadlines.

### V.     Relief Requested

#### A.     The Court should approve the sale of the Purchased Assets.

23.     By this Sale Motion, the Debtors request that this Court, pursuant to §§ 363(b), (f) and (m) of the Bankruptcy Code and Rule 6004 of the Bankruptcy Rules, approve the Stalking Horse APAs and the sale of the Purchased Assets to the Stalking Horse Bidders (or such higher and better bids received at the Auction) free and clear of all Encumbrances, except the Permitted Liens and Assumed Liabilities.

24.     Section 363(b)(1) states that the "trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."  11 U.S.C. § 363(b)(1).  Courts usually defer to the business judgment of a debtor in deciding whether or not to authorize a debtor to sell property outside the ordinary course of business.  *See e.g., In re*

*Continental Airlines, Inc.*, 780 F.2d 1223 (5th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063, 1071

(2nd Cir. 1983); *In re Mason's Nursing Center, Inc.*, 73 E.R. 360, 362 (Bankr. S.D. Fla. 1987).

25.    The standard applicable to a motion under Section 363(b)(1) of the Bankruptcy

Code is whether the proposed sale serves a sound business purpose.  *In re BDK Health*

*Management*, 1998 WL 34188241, *5 (Bankr. M.D. Fla. 1998).  To determine whether this

standard is satisfied, bankruptcy courts have considered whether: (1) there is any improper or bad

faith motive, (2) price is fair and the negotiations or bidding occurred at arm's length, (3) there has

been an adequate procedure, including proper exposure to the market and accurate and reasonable

notice to all parties in interest.  *In re Gulf States Steel Inc. of Alabama*, 285 B.R. 497, 514 (Bankr.

N.D. Ala. 2002).  In this instance, each of the factors are met.

26.    Subject to the terms and conditions of the Stalking Horse APAs, the Debtors, in the

sound exercise of their business judgment, have concluded that consummation of the sale will best

maximize the value of the Debtors' estates for the benefit of the Debtors' creditors.

27.    To ensure the highest possible recovery for the Debtors' estates, the Debtors

proposed a competitive auction for the sale of the Purchased Assets, as contemplated by the Bid

Procedures Order.  Accordingly, the Debtors respectfully assert that ample business justification

exists for the sale.

**B.    The requirements of § 363(f) are met, and the Secured Claims will be paid or
protected.**

28.    Pursuant to Section 363(f) of the Bankruptcy Code, the Debtors will sell the

Purchased Assets free and clear of all liens, claims and encumbrances, and interests, including,

without limitation, any successor liability claims, except those assumed in the Stalking Horse

APAs.  The Debtors seek an order that the contemplated sale of the Purchased Assets to the

Stalking Horse Bidders be free and clear of all liens, claims and encumbrances, other than the Permitted Liens and Assumed Liabilities. The Debtors propose that any liens transfer and attach to the net sale proceeds with the same validity, priority, force and effect that such liens had on the assets immediately prior to the Closing.

29.     The Purchased Assets are encumbered by liens in favor of the following parties (collectively, the "**Secured Claims**"):

      a.   Zodiac US Corporation ("**Zodiac**") asserts a lien on substantially all assets of Pioneer to secure a note in the principal amount of $1,000,000.00;

      b.   Strong's secured obligations are comprised of amounts due and owing to the U.S. Small Business Administration (the "**SBA**") under an SBA Economic Injury Disaster Loan in the amount of $150,000.00, dated June 14, 2020, secured by a lien on collateral described as "all tangible and intangible personal property, including, but not limited to: …"

      c.   On November 9, 2023, the Court entered its Interim Order Granting Debtors' Emergency Motion For Authority To Obtain Secured Postpetition Financing And Grant Liens And Superpriority Administrative Expense Status (Doc. No. []) (the "**Interim DIP Financing Order**") approving a DIP Financing facility (the "**DIP Loan**") from Richard Spencer and Richard Sugden (collectively, the "**DIP Lender**") in the principal amount of up to $600,000.00, secured by a senior lien on unencumbered assets, and a junior lien on encumbered assets.

30.     Pursuant to section 363(f) of the Bankruptcy Code, a debtor in possession may sell property of the estate "free and clear of any interest in such property of an entity other than the

estate" if any one of the conditions in the subsection is satisfied. Section 363(f) allows a debtor or trustee to sell assets of a bankruptcy estate free and clear of liens, with secured claims attaching to the proceeds of such sale.  The Debtor proposes that the sale is the best mechanism to allow the Debtor's creditors to receive the highest and best recovery on their claims.  Here, the sale satisfies Section 363(f)(1) and (5), as well as potentially (f)(4). *See, e.g.*, *In re Trans World Airlines, Inc.*, 322 F.3d 283, 291 (3d Cir. 2003) (reasoning that because employees' claims were "subject to monetary valuation," debtor's assets could be sold free and clear of successor liability for such claims under § 363(f)(5)); *In re Leckie Smokeless Coal Co.*, 99 F.3d 573, 585 (4th Cir. 1996) (affirming lower sale free and clear of successor liability claims approved under § 363(f)(5)); *In re Catalina Sea Ranch, LLC*, No. 2:19-BK-24467-NB, 2020 WL 1900308, at *15 (Bankr. C.D. Cal. Apr. 13, 2020) (approving sale free and clear of successor liability claims under § 363(f)(5)).

31.     Section 363(f) authorizes the sale free and clear of any successor liability claims. "It is the express language of section 363(f) that allows the sale of these assets free and clear of the successor liability claim of [a claimant], something that is not available outside of bankruptcy." *In re Ormet Corp.,* No. 13-10334, 2014 WL 3542133, at *3 (Bankr. D. Del. July 17, 2014). Further, "the term 'any interest' as used in § 363(f) is sufficiently elastic" and "authorize[s] a bankruptcy court to bar any interest that could potentially travel with the property being sold." *PBBPC, Inc. v. OPK Biotech, LLC*, 484 B.R. 860, 869 (B.A.P. 1st Cir. 2013) (internal citations omitted). As to any claims under a collective bargaining agreement or for pension liabilities, the sale will be free and clear of any such claims or interests, and Section 363(f) authorizes that relief.

32.     Here, as to the Secured Claims, Section 363(f) is met. As to Zodiac, § 363(f)(1), (3), (4), and (5), and potentially (2) are satisfied.  As to the SBA, § 363(f)(1), (3), and (5), and potentially

(2), are satisfied.  As to the DIP Lender, § 363(f)(2) is satisfied.  The net sale proceeds from the sale of the Purchased Assets under the Stalking Horse APAs are more than sufficient to satisfy the SBA claims against Strong and the estimated amount of Zodiac's claims against Pioneer in full. Further, the Debtor expects that some if not all of the Holders of the Secured Claims will consent. The Secured Claims are all liens that can be sold free and clear of and satisfied by a money satisfaction.

33.     The Debtors propose that the undisputed portions of the Secured Claims be paid at closing, and that, to the extent there are any disputes as to the amounts claimed to be owed on account of the Secured Claims, that the following procedures govern: (i) the sale be free and clear of any liens, claims, or encumbrances of the Secured Claims; (ii) the liens, claims, or encumbrances of the Secured Claims attach to the sale proceeds, which proceeds will be held by the Debtors, with liens to attach to the proceeds, subject to the payment of the Carve-Out Expenses (as defined in the Interim DIP Financing Order), and (iii) that the Court reserve jurisdiction to resolve any dispute as to the amount owed on any Secured Claims.  To the extent that there are any disputes about the amounts of the Secured Claims, those disputes are *bona fide* disputes, and the requirement that liens attach to sale proceeds is sufficient adequate protection for such disputed amounts.

**C.     The Court should find that the Stalking Horse Bidder is a "good faith purchaser" under § 363(m).**

34.     The Debtors request that this Court find, at the sale hearing, that each of the Stalking Horse Bidders is a good-faith purchaser entitled to the protections of Sections 363(m) and (n) of the Bankruptcy Code.  The Debtors further request that, after the sale hearing, this Court enter the Sale Order authorizing and approving the Asset Purchase Agreement(s) executed by the party approved by the Court as having submitted the highest and best bid(s) (to the extent more than one bid for more than one Location is the highest and best, collectively, the "**Successful Bidder**") and

designating the party approved by the Court as having submitted the second highest bid (the "**Backup Bidder**"), and authorizing the Debtors' execution of, entry into, and consummation of the Successful Bidder's Asset Purchase Agreement or Backup Bidder's Asset Purchase Agreement.

35.    The Debtors have negotiated with each the Stalking Horse Bidders at arms' length and in good faith.  Neither of the Stalking Horse Bidders is affiliated with, or owned in whole or in part by anyone associated with any of the Debtors. Neither of the Stalking Horse Bidders is an insider of the Debtors and neither the Debtors nor their affiliates have any interest in either of the Stalking Horse Bidders.  Accordingly, subject to the Debtors making specific proffers regarding the ultimate bidder or back-up bidder(s), the Debtors request that the Sale Order find that each of the Stalking Horse Bidders (or the Successful Bidder or Backup Bidder as applicable) is a good-faith purchaser entitled to protections of Bankruptcy Code § 363(m).

36.    For all of the reasons set forth in this Sale Motion, the Debtors, through the exercise of their business judgment, have determined that the sale of the Purchased Assets to the Stalking Horse Bidders and the other transactions set forth in the Stalking Horse APAs are in the best interests of the Debtors, their creditors, and their estates. The Debtors have been engaged in and continue to be engaged in efforts to market the Purchased Assets and have determined that the proposed Purchase Price offered by the Stalking Horse Bidders together with the assumption of the Assumed Liabilities by the Stalking Horse Bidders is reasonable, represents fair market value, and the proposed sale is in the best interests of the estates. Moreover, the proposed sales are subject to higher and better offers which will ensure that the price is fair and reasonable.

**D.**      **Assumption and Assignment of Contracts**

37.     By this Sale Motion, the Debtors also seek, pursuant to Sections 365(a) and (b)(1) of the Bankruptcy Code, authority to assume and/or assign to the Stalking Horse Bidders all of their right, title and interest in and to the executory contracts, leases, and agreements as set forth in the Stalking Horse APAs, specifically the Assumed Contracts (as defined in the Stalking Horse APAs) free and clear of all liens, claims, and encumbrances.  The Debtors' assumption and/or assignment to the Stalking Horse Bidders of the Assumed Contracts is conditioned upon the approval of this Court and the closing of the transactions contemplated by the Stalking Horse APAs as well as the resolution of any objections to such assumption and/or assignment filed with the Court.  The Stalking Horse Bidders, respectively, have sufficient assets to provide adequate assurance of future performance of these obligations under the respective Stalking Horse APAs.

38.     The Debtors believe that the Stalking Horse Bidders will be able to perform their respective obligations under the Assumed Contracts following the closing under the Stalking Horse APAs, and that the assumption and/or assignment to the Stalking Horse Bidders of the Assumed Contracts is in the best interest of the Debtors, their creditors and their estates in that it will relieve the Debtors of additional claims and obligations under the Assumed Contracts.  The Stalking Horse Bidders are willing to undertake performance of the Assumed Contracts upon the Closing of, and subject to the terms and conditions of, the Stalking Horse APAs, conditioned upon the Court's approval of the assumption and/or assignment of Assumed Contracts and Closing on the Stalking Horse APAs.

### VI.    Notice and Shortening Time

39.    A copy of this Sale Motion is being served on (a) all parties listed on the Local Rule 1007-2 Parties in Interest List, (b) all parties which, to the knowledge of the Debtors, have or have asserted liens or other interests in the Purchased Assets, (c) all lessors or other parties to the Contracts (the "**Contract Parties**"), and (d) any party that has been previously contacted by the Debtors or their representatives or that has expressed an interest in acquiring the Purchased Assets (the "**Bidder List**").  Accordingly, the Debtors request that the Court enter an order finding that such notice of this Sale Motion is adequate and sufficient and complies with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

40.    At the Sale Hearing, the Debtors will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(g) and 6006(d) of the Bankruptcy Rules and providing that the order granting this Sale Motion be immediately enforceable and that the closing under the Stalking Horse APAs may occur immediately. The Debtors' financial condition is such that a closing need to occur as quickly as is practicable, and therefore good cause exists to waive the applicable stay periods.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein, and for such other and further relief as is just and proper.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
**STICHTER RIEDEL BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: dfogarty@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Order Authorizing (I) the Sale of Substantially All of the Assets of Pioneer and Strong Pursuant to 11 U.S.C. § 363, Free and Clear of All Liens, Claims and Encumbrances, and (II) Authorizing the Assumption and Assignment of Contracts was furnished by either the Court's electronic noticing system or by U.S. mail all creditors on the Court's mailing matrix for each Debtor, Interested Bidders, and the Contract Assumption List.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty

Label Matrix for local noticing
113A-6
Case 6:23-bk-04639-GER
Middle District of Florida
Orlando
Fri Nov 10 11:19:38 EST 2023

Aviation Safety Resources, Inc.
6448 Pinecastle Blvd.
Suite 104
Orlando, FL 32809-6682

Dov Y. Frankel
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2317

Pioneer Aerospace Corporation
6448 Pinecastle Blvd.
Suite 104
Orlando, FL 32809-6682

Grace E. Robson
Orlando
, FL

S.E., Inc.
6448 Pinecastle Blvd.
Suite 104
Orlando, FL 32809-6682

Zodiac US Corporation
c/o Kevin Arocha
Bryan Cave Leighton Paisner, LLP
1201 Peachtree St., 14th Floor
Atlanta, GA 30361-3503

Aero-News Network/AeroPReneuer
P.O. Box 831
Orange Park, FL 32067-0831

AllRed & Associates, Inc.
321 Route 5 West
P.O. Box 321
Elbridge, NY 13060-0321

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Brennan Manna Diamond
75 E. Market Street
Akron, OH 44308-2010

Claggett Properties, LLC
388 Enterprise Dr.
Nicholasville, KY 40356-2299

ClearingBid, Inc.
345 Lorton AveSuite 105
Burlingame, CA 94010-4134

Dario P. Manfredi
42 Buckeye Rd
Glen Cove, NY 11542-1417

David Treinis
5986 Park Lane S., Unit 81
Park City, UT 84098-4245

Delta Natural Gas Company
P.O. Box 747108
Pittsburgh, PA 15274-7105

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Frost Brown Todd LLC
P.O. Box 70087
Louisville, KY 40270-0087

GAMA
1400 K Street NW, Suite 801
Washington, DC 20005-2402

High Energy Sports
2040 Eastridge Ave. A7
Riverside, CA 92507-0761

Howard O. Thrall
c/o Stonebriar Strategy Group, LLC
5 Woodcreek Lane
Frisco, TX 75034-6865

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Kentucky Association of Manufacturers
P.O. Box 4029
Frankfort, KY 40604-4029

Kentucky Utilities
P.O. Box 25212
Lehigh Valley, PA 18002-5212

Larry Williams
c/o Robert K. Eddy, Esq.
320 W. Kennedy Blvd., #700
Tampa, FL 33606-1459

Marcia ˜LaVanway
6582 Keigley St.
P.O. Box 143
Eau Claire MI 49111-0143

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604

Massachusetts Department of Revenue
Bankruptcy Unit
P O Box 7090
Boston, MA 02204-7090

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

National Labor Relations Board-Region 15
Attn:  General Attorney (Labor)
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3414

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604-2938

Nicholasville Utilities
601 N. Main St.
Nicholasville, KY 40356-1070

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100


Paradigm Parachute and Defense, Inc.
c/o Rilyn A. Carnahan, Esq.
Greenspoon Marder, LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401-6306

Pauley Management, Inc.
P.O. Box 321316
Cocoa Beach, FL 32932-1316

Phone.com
P.O. Box 1808
Poway, CA 92074-1808


Republic Services
National Accounts
P.O. Box 78829
Phoenix, AZ 85062-8829

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001-3377


Spectrum
P.O. Box 1060
Carol Stream, IL 60132-1060

U.S. Attorney
Attn: Civil Process Clerk
400 W. Washington St., #3100
Orlando, FL 32801-2203

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203-4002


Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315-6308

Zodiac US Corporation
2201 W. Royal Lane, #150
Irving, TX 75063-3206

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


Rilyn A Carnahan +
GreenspoonMarder
CityPlace Tower
525 Okeechobee Boulevard, Suite 900
West Palm Beach, FL 33401-6306

Daniel R Fogarty +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Scott E Bomkamp +
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440


L. Todd Budgen +
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

Kevin Arocha +
Bryan Cave Leighton Paisner LLP
1201 W. Peachtree St., N.W.
One Atlantic Center, 14th Floor
Atlanta, GA 30309-3471


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paradigm Parachute and Defense, Inc.

(d)Zodiac US Corporation
c/o Kevin Arocha
Bryan Cave Leighton Paisner, LLP
1201 Peachtree St., 14th Floor
Atlanta, GA 30361-3503

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
---------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case


End of Label Matrix
Mailable recipients   49
Bypassed recipients    3
Total                 52

Label Matrix for local noticing
113A-6
Case 6:23-bk-04643-GER
Middle District of Florida
Orlando
Fri Nov 10 11:21:19 EST 2023

Pioneer Aerospace Corporation
6448 Pinecastle Blvd.
Suite 104
Orlando, FL 32809-6682

Grace E. Robson
Orlando
, FL

ABB, Inc.
Attn: Legal Department
45 Griffin Rd. S.
Bloomfield, CT 06002-1353

ABB, Inc.
Attn: Real Estate Group
305 Gregson Dr.
Cary, NC 27511-6496

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
National Business Services
P.O. Box 6463
Carol Stream, IL 60197-6463

Airespring
1801 W. Olympic Blvd
Pasadena, CA 91199-1422

Airfasco
2655 Harrison Ave S.W.
Canton, OH 44706-3047

All Crate Inc.
200 Lamberton Road
Windsor, CT 06095-2129

American & Efird Inc
PO Box 741988
Atlanta, GA 30374-1988

Apple Inc
100 West 33rd St
New York, NY 10001-2900

Atco Wire Rope & Industrial Supply
11 Leonardo Drive
North Haven, CT 06473-2528

Atlantic Thread and Supply Co., Inc.
8515 Kelso Dr., Units G & H
Baltimore, MD 21221-3145

Aviation Safety Resources, Inc.
6448 Pinecastle Blvd. Suite 104
Orlando, FL 32809-6682

BRM Industries
67 Industrial Park Road East
Tolland, CT 06084-2805

Bally Ribbon Mills
P.O. Box D
Bally, PA 19503-1004

Bluegrace Logistics
Dept. 108
Box 4964
Houston, TX 77210-4964

Boeing Company
5000 E. McDowell Rd.
Bldg 510 Mailstop 269
Mesa, AZ 85215-9797

Bourdon Forge Co Inc
99 Tuttle Road
Middletown, CT 06457-1827

Brand Dielectrics Inc
250 Gibraltar Drive
Bolingbrook, IL 60440-3623

C Spire
P.O. Box 748168
Atlanta, GA 30374-8168

C.S.R. Inc
PO Box 395
Sellersville, PA 18960-0395

CCP Industries
P.O. Box 734569
Chicago, IL 60673-4569

CS Hyde Company
39655 N. Il Route 83
Lake Villa, IL 60046-8100

Capewell Aerial Systems LLC
105 Nutmeg Rd South
South Windsor, CT 06074-5400

Capewell Aerial Systems LLC
4298 Jeb Stuart Hwy
Meadows Of Dan, VA 24120-4530

Carolina Narrow Fabric Company
P.O. Box 896094
Charlotte, NC 28289-6094

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Challenge Sailcloth
560 Nutmeg Rd North
South Windsor, CT 06074-2458

Cherokee Steel
196 Leroy Anderson Road
Monroe, GA 30655-6086

Cintas Corp 0J71 Route 0003
Customer # 10537278
P.O. Box 631025
Cincinnati, OH 45263-1025

Cintas Corporation #701
P.O. Box 630803
Cincinnati, OH 45263-0803

Cintas Corporation 0J71 0003
P.O. Box 631025
Cincinnati, OH 45263-1025

Cistech Inc
10590 Independence
Pointe Pkwy. #202
Matthews, NC 28105

City Of Columbia
City Hall
201 Second Street
Columbia, MS 39429-2963

City Of Milton
P.O. Box 909
Milton, FL 32572-0909

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

Community Coffee
P.O. Box 679510
Dallas, TX 75267-9510

Computer Services & Solutions, Inc.
431 S. Broadway, #222
Lexington, KY 40508-2956

Cope Plastics Inc
4441 Industrial Dr
Alton, IL 62002-5939

Craters & Freighters
4360 Floridatown Rd
Pace, FL 32571-1837

Creditsafe USA Inc
PO Box 789985
Philadelphia, PA 19178-9985

DCI Aerotech
Division Of Detroit Chrome, Inc.
7515 Lyndon Avenue
Detroit, MI 48238-2481

DLA Distribution Depot Oklahoma
3301 F Ave Cen Red
Bldg 506 DR 22
Oklahoma City, OK 73145-8000

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Die-Matic Products Inc
130 Express St
Plainview, NY 11803-2477

Dighton Technology Inc
PO Box 865
620 Spring St
North Dighton, MA 02764-1363

Donald Palmer Co. Inc.
P.O. Box 15062
New Orleans, LA 70175-5062

Dyco Industries, Inc.
229 South Satellite Road
South Windsor, CT 06074-3474

Dykema Rubber Band Co
4075 Windgap Avenue
Bldg #5
Pittsburgh, PA 15204-1048

Eagle Packaging
1075 S. Fairfield Drive
Pensacola, FL 32506-8927

Eastern Metal Supply Inc
3600 2rd Ave S
Lake Worth, FL 33461

Edco Supply Corporation
323 36th Street
Brooklyn, NY 11232-2599

Ellsworth Adhesives
Lock Box 88207
Milwaukee, WI 53288-0207

Empower Trust Company
P.O. Box 825752
Philadelphia, PA 19182-5752

Esteem Manufacturing Corp
175 S. Satellite Road
S. Windsor, CT 06074-3474

FBT Inc.
413 Lakeshore Road
St. Catharines, ON L2R 7K6

Fabric Development Inc
1217 Mill Street
PO Box 462
Quakertown, PA 18951-0462

Fastenal Company -
2001 Theurer Blvd.
Attn: Legal
Winona, MN 55987-1500

Fastening Solutions
3075 Selma Highway
Montgomery, AL 36108-5001

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

Fil-Tec, Inc
PO Box 9040
Lancaster, PA 17604-9040


Flick Packaging
PO Box 296
340 S. Columbus Street
Galion, OH 44833-0296

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Fort Storage
4114 Avalon Blvd.
Milton, FL 32583-5584


Grainger
Dept 844149682
Palatine, IL 60038-0001

Grand Rapids Foam Technologies
1700 Alpine Ave Nw
Grand Rapids, MI 49504-2810

HLC Industries
4 East Montgomery Ave
Bala Cynwyd, PA 19004-3300


Halls Hardware & Lumber
6606 Highway 90
Milton, FL 32570

Hill Pro LLC
106 Yeager Court
Hunstville, AL 35806-3723

Hope Global
50 Martin Street
Cumberland, RI 02864-5335


Horn Textile, Inc.
600 N. Brown Street
Titusville, PA 16354-1222

Hrdirect
P.O. Box 669390
Pompano Beach, FL 33066-9390

Industronics Service Co
P. O. Box 649
South Windsor, CT 06074-0649


Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jo King Inc.
P.O. Box 1088
Alpharetta, GA 30009-1088

John Howard Company
4510 Schaefer Ave
Chino, CA 91710-5539


Kent H. Landsberg - Wurzburg, Inc.
PO Box 731575
Dallas, TX 75373-1575

Kms Business Products Corp
3010 E. Cervantes Street
Pensacola, FL 32503-6470

Konica Minolta Business Solutions
Dept. At 952823
Atlanta, GA 31192-2823


Lighthouse For The Blind
912 W. Broadway
Forth Worth, TX 76104-1194

Lord & Hodge Inc
PO Box 737
Middletown, CT 06457-0737

Lowy Enterprises, Inc.
1970 E. Gladwick Street
Rancho Dominguez, CA 90220-6201


MSC Industrial Supply
P.O. Box 953635
St. Louis, MO 63195-3635

Marion County Tax Collector
Marion County Tax Assessor
250 Broad Street
Columbia, MS 39429-2905

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


Micro-Tech Service, LLC
59 Old Windsor Road
Bloomfield, CT 06002-1416

Mil-Spec Packaging
8150 Industrial Hwy
Macon, GA 31216-7685

Miller-Stephenson
Chemical Company Inc
55 Backus Avenue
Danbury, CT 06810-7328

Mississippi Dept Of Health
P.O. Box 1700
570 East Woodrow Wilson
Jackson, MS 39216-4538

Mississippi Power Company
P.O. Box 245
Birmingham, AL 35201-0245

Morito Scovill America LLC
dba Scovill Fasteners
Po Box 746297
Atlanta, GA 30374-6297

Murdock Webbing Co Inc
27 Foundry Street
Providence, RI 02863-2348

National Institute for Aviation Research
Wichita State University
1845 Fairmount St.
Wichita, KS 67260-0093

National Labor Relations Board-Region 15
Attn:  General Attorney (Labor)
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3414

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604-2938

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Pam Narrow Fabrics Corp
PO Box 490
Freeport, NY 11520-0490

Para-Gear Equipment Co
3839 West Oakton
Skokie, IL 60076-3483

Parachute Laboratories, Inc
1665 N. Lexington Ave., #106
Deland, FL 32724-2187

Paradigm Parachute and Defense, Inc.
Greenspoon Marder, LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401-6306

Paulo Products
P.O. Box 802830
Kansas City, MO 64180-2830

Performance Textiles Inc
3917 Liberty Road
Greensboro, NC 27406-6109

Production Metal Stamping, Inc.
8133 Opportunity Drive
Milton, FL 32583-8728

Quench Usa Inc
P.O. Box 781393
Philadelphia, PA 19178-1393

Renatos Sewing Machine, LLC
2321 Silas Deane Highway
Rocky Hill, CT 06067-2331

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001-3377

S Walter Packaging Corp
P.O. Box 71225
Philadelphia, PA 19176-6225

S.E., Inc Dba Strong Enterprises
6448 Pinecastle Blvd
Ste 104
Orlando, FL 32809-6682

Seko Worldwide Llc
1100 Arlington Heights Rd 600
Itasca, IL 60143-3180

Sir Webbing Inc
PO Box 501
Hawthorne, NJ 07507-0501

Sonitrol Of NW Florida
1136 Thomasville Rd
Tallahassee, FL 32303-6272

Specialty Adhesives
164 Chandalar Place Dr
Pelham, AL 35124-1771

Staples Advantage
P.O. Box 105638
Atlanta, GA 30348-5638

Strand Core, Inc.
5881 Commerce Road
Milton, FL 32583-2318

Strong Enterprises
6448 Pinecastle Blvd
Ste 104
Orlando, FL 32809-6682

Sturges Manufacturing Company Inc
2030 Sunset Ave
Utica, NY 13502-5500

Systima Technologies, Inc.
6500 Harbour Heights Pkwy
Mukilteo, WA 98275-4889

TForce Freight -
234040 Wrangler Road, Calgary AB T1X 0K2

Taber Extrusions
Mississippi Division
P.O. Box 98437
Chicago, IL 60693-8437

Tape-Craft Corporation
PO Box 2027
Anniston, AL 36202-2027


Tech Ord
47600 180th Street
Clearlake, SD 57226-5469

Techflex Inc
104 Demarest Road
Sparta, NJ 07871-4407

Terry Service Inc
P.O. Box 1557
Ridgeland, MS 39158-1557


Town Of Bloomfield Connecticut
Attn Town Clerk
P.O. BOX 337
Bloomfield, CT 06002-0337

Tuff Guard Security & Patrol Service
2323 17th St.
Meridian, MS 39301-3155

UPS
P.O. Box 809488
Chicago, IL 60680-9488


Uline
P.O. Box 88741
Chicago, IL 60680-1741

Usa Hauling & Recycling
P.O. Box 808
East Windsor, CT 06088-0808

Warwick Mills, Inc
PO Box 409
New Ipswich, NH 03071-0409


Waste-Pro Pensacola
P.O. Box 865220
Orlando, FL 32886-5220

Wesco
P.O. Box 10546
Mobile, AL 36610-0546

Western Extrusions
PO Box 810219
Dallas, TX 75381-0219


Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315-6308

XRI Testing
PO Box 9446
New York, NY 10087-9446

Xerox Corporation
PO Box 827598
Philadelphia, PA 19182-7598


Zodiac US Corporation
2201 W. Royal Lane, #150
Irving, TX 75063-3206

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Rilyn A Carnahan +
GreenspoonMarder
CityPlace Tower
525 Okeechobee Boulevard, Suite 900
West Palm Beach, FL 33401-6306


Daniel R Fogarty +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Scott E Bomkamp +
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

L. Todd Budgen +
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Caterpillar Financial Services
2120 West End Ave.
Nashville, TN 37203

De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paradigm Parachute and Defense, Inc.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
---------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    143
Bypassed recipients      2
Total                  145

Label Matrix for local noticing
113A-6
Case 6:23-bk-04641-GER
Middle District of Florida
Orlando
Fri Nov 10 11:20:25 EST 2023

Grace E. Robson
Orlando
, FL

S.E., Inc.
6448 Pinecastle Blvd.
Suite 104
Orlando, FL 32809-6682

6448 Pinecastle Investors. LLC
P.O. Box 848486
Los Angeles, CA 90084-8486

Acme Stamp & Sign
4645 Parkbreeze Court
Orlando, FL 32808-1044

Adam Freeman
1209 Edgewater Dr.
Orlando, FL 32804-6365

Aegis
385 N Sherman Ave
Corona, CA 92882-1890

Aerial Delivery Solutions, LLC
4645 Parkbreeze Ct.
Orlando, FL 32808-1044

Airtech
MittelstraBe 69
Mittelstrabe 69, 33181 Bad
Wunnenberg, Germany

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Aviation Safety Resource, Inc.
6448 Pinecastle Blvd., Suite 104
Orlando, FL 32809-6682

Bally Ribbon
23 N. 7th PO Box D
BALLY, PA 19503-1004

Bourdon Forge, Co., Inc.
99 Tuttle Rd
Middletown, CT 06457-1827

CWH USA Inc.
62A Ballou Blvd
Bristol, RI 02809-2728

(p)CREDIT CONTROL  LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

DJ Associates Inc
8411 South Zero St
Fort Smith, AR 72903-7097

Daesung Forge
144-17 Gongdan-ro
Jain-Myeon Gyeongsan-si
Gyeongsanbuk-do, South Korea

Die - Matic Products LLC
130 Express St Engineers Hill
Plainview, NY 11803

Duke Energy
PO Box 1094
Charlotte, NC 28201-1094

Electric Weave
3573 Larkspur Drive
Longmont, CO 80503-7533

Employers Preferred Insurance
26000 Cannon Rd.
Bedford, OH 44146-1807

Eva Goodrich
4409 TalBot Ct
Virginia Beach, VA 23456-8025

Express Upholstery Supply
1271 LaQuinta Dr Unit 1
Orlando, FL 32809-7713

Fil-Tec
PO Box 9040
Lancaster, PA 17604-9040

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept. of Revenue
5050 West Tenneddee Street
Tallahassee, FL 32399-0100

Gerald Schwartz
5242 Royal Woods Parkway, #165
Tucker, GA 30084-3087

GlobalTranz
One Glenlake Parkway Ste 700
Atlanta, GA 30328-3496

Guardian
PO Box 826486
Philadelphia, PA 19182-6486

HLC Industries
P.O. Box 1036
Charlotte, NC 28201-1036

Hooker Custom Harness, Inc.
324 East Stephenson Street
Freeport, IL 61032-3341

Hope Global
P.O. Box 28872
New York, NY 10087-8872

Industrial Webbing Corp.
PO Box 740226
Boynton Beach, fl 33474-0226


Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

K & W Webbing C. Inc.
403 Roosevelt Ave
Central Falls, RI 02863-3129

Loos & Co. Inc
16B Mashamoquet Rd.
Pomfret, CT 06259-1841


Lord & Hodge, Inc.
362 Industrial Park Rd, Unit 4
Middletown, CT 06457-1548

Lowy Enterprises
1970E. Gladwick St.
Rancho Dominguez, CA 90220-6201

M.J. Foley Company
52026 Sierra Drive
New Baltimore, MI 48047-1307


M.M. Newman Corp.
24 Tioga Way
Marblehead, MA 01945-1575

Macquarie Capital, Inc.
P.O. Box 714862
Cincinnati, OH 45271-4862

Magcraft
1934 Old Gallows Road
Vienna, VA 22182-4042


MainSpring
8 E. Second Street Suite 205
Frederick, MD 21701-5318

Marcia ˜LaVanway
6582 Keigley St.
P.O. Box 143
Eau Claire MI 49111-0143

Master Repair
10510 Gardenwood Rd.
Orlando, FL 32837-8908


McMaster-Carr Supply Co.
PO BOX 7690
Chicago, IL 60680-7690

Metal-Flex Hosing
1241 E. Erie Ave
Philadelphia, PA 19124-5598

Mutual of America
320 Park Avenue
New York, NY 10022-6839


National Labor Relations Board-Region 15
Attn:  General Attorney (Labor)
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3414

National Retirement Fund
c/o Amalgamated Employee Benefits Adm
333 Westchester Ave.
White Plains, NY 10604-2938

Nouphit Simuong
11324 Porto Court
Orlando, FL 32837-9045


Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Para-Gear Equipment Co.
3839 W. Oakton
Skoie, IL 60076-3483

Parachute Laboratories
1665 N. Lexington Ave., #106
Deland, FL 32724-2187


Reliable Factory Supply
PO Box 340
Thomaston, CT 06787-0340

Richard Spencer
3459 Carrington Rd.
Delaplane, VA 20144-2005

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001-3377


S.I.R. Webbing
P.O. Box 501
Hawthorne, NJ 07507-0501

SSK Industries, INC
1008 Monroe Road
Lebanon, OH 45036-1415

Sissine's Office Systems
6123 Philips Hwy.
Jacksonville, FL 32216-5969

Spectrum
PO Box 7186
Pasadena, CA 91109-7186

(p)TFORCE FREIGHT
ATTN ANTHONY SCHRUNK
PO BOX 1216
RICHMOND VA 23218-1216

Tape Craft
P O Box 2027
Anniston, AL 36202-2027

(c)THE THREAD EXCHANGE
22 A B EMBLEM DR
WEAVERVILLE NC  28787-0258

Top Value Fabrics
P.O. BOX 2050
Caramel, IN 46082-2050

Twin City Welding
1855 Tileston Road
St. Cloud, FL 34771-8817

Tylaska Marine & Aerospace
800 Flanders Road
Mystic, ct 06355-1331

U.S. Attorney
Attn: Civil Process Clerk
400 W. Washington St., #3100
Orlando, FL 32801-2203

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203-4002

UPS
PO Box 650116
Dallas, TX 75265-0116

Uline
PO Box 88741
Chicago, IL 60680-1741

United Health Care
PO Box 94017
Palatine, IL 60094-4017

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Westmark Corporation
PO Box 98 42 Industrial Park Drive
Sterling, CT 06377-0098

Wichard Inc.
3901 Pine Grove Circle
Charlotte, NC 28206-1385

Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315-6308

YKK U.S.A. INC.
P.O. Box 100181
Atlanta, GA 30384-0181

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Rilyn A Carnahan +
GreenspoonMarder
CityPlace Tower
525 Okeechobee Boulevard, Suite 900
West Palm Beach, FL 33401-6306

Daniel R Fogarty +
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Scott E Bomkamp +
DOJ-Ust
United States Trustee
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

L. Todd Budgen +
Budgen Law
Post Office Box 520546
Longwood, FL 32752-0546

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Control LLC
Re:  Bank of America
3300 Rider Trail S., #500
Earth City, MO 63045

T-Force
1000 Semmes Avenue PO Box 1216
Richmond, VA 23218

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

The Thread Exchange
291 - A Merrimon Ave
Weaverville, NC 28787

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paradigm Parachute and Defense, Inc.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
---------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients       81
Bypassed recipients        2
Total                     83

CONTRACT ASSUMPTION LIST

| Debtor | Counter-Party Name | Address1 | Address2 | City | State | Zip | Estimated Cure Amount | Contract Type | FAR Novation |
|--------|--------------------|----------|----------|------|-------|-----|----------------------|---------------|--------------|
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ 66,375.62 | Vendor/Lessor | |
| Strong | Parachute Laboratories | 1665 N. Lexington Avenue Suite 106 | | Deland | FL | 32724 | $ 13,892.56 | Vendor/Lessor | |
| Strong | Employers Preferred Insurance | 26000 Cannon Rd | | Clevlan | OH | 44146 | $ 2,700.42 | Vendor/Lessor | |
| Strong | FL 6448 Pinecastle Blvd (DE) LLC ( | PO Box 848486 | | Los Angeles | CA | 90084 | $ - | Vendor/Lessor | |
| Strong | Adam Freeman | 1209 Edgewater Drive | | Orlando | FL | 32804 | $ - | Vendor/Lessor | |
| Strong | Spectrum | Charter Communications PO Box 7186 | | Pasadena | CA | 91109 | $ - | Vendor/Lessor | |
| Strong | Duke Energy | PO Box 1094 | | Charlotte | NC | 28201 | $ - | Vendor/Lessor | |
| Strong | WM | PO Box 4648 | | Carol Stream | IL | 60197 | $ - | Vendor/Lessor | |
| Strong | United Health Care | PO Box 94017 | | Palatine | IL | 60094 | $ - | Vendor/Lessor | |
| Strong | Guardian | PO Box 826486 | | Philadelphia | PA | 19182 | $ - | Vendor/Lessor | |
| Strong | UPS | PO Box 650116 | | Dallas | TX | 75265 | $ - | Vendor/Lessor | |
| Strong | T-Force | 1000 Semmes Avenue PO Box 1216 | | Richmond | VA | 23218 | $ - | Vendor/Lessor | |
| Strong | Sissine's Office Systems | 6123 Philips Hwy | | Jacksonville | FL | 32216 | $ - | Vendor/Lessor | |
| Strong | Macquarie Capital Inc. | PO Box 714862 | | Cincinnati | OH | 45271 | $ - | Vendor/Lessor | |
| Strong | MainSpring | 8 E. Second Street Suite 205 | | Frederick | MD | 21701 | $ - | Vendor/Lessor | |
| Strong | GlobalTranz | One Glenlake Parkway Ste 700 | | Atlanta | GA | 30328 | $ - | Vendor/Lessor | |
| Strong | Mutual of America | 320 Park Avenue | | New York | NY | 10022 | $ - | Vendor/Lessor | |
| Strong | Acme Stamp & Sign | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Aegis | 385 N Sherman Ave | | Corona | CA | 92882 | $ - | Vendor/Lessor | |
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Bally Ribbon | 23 N. 7th PO Box D | | BALLY | PA | 19503 | $ - | Vendor/Lessor | |
| Strong | Bourdon Forge, Co., Inc. | 99 Tuttle Rd | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | CWH USA Inc. | 62A Ballou Blvd | | Bristol | RI | 02809 | $ - | Vendor/Lessor | |
| Strong | Die - Matic Products LLC | 130 Express St Engineers Hill | | Plainview | NY | 11803 | $ - | Vendor/Lessor | |
| Strong | DJ Associates Inc | 8411 South Zero St | | Fort Smith | AR | 72903 | $ - | Vendor/Lessor | |
| Strong | Electric Weave | 3573 Larkspur Drive | | Longmont | CO | 80503 | $ - | Vendor/Lessor | |
| Strong | Express Upholstery Supply | 1271 LaQuinta Dr Unit 1 | | ORLANDO | FL | 32809 | $ - | Vendor/Lessor | |
| Strong | Fil-Tec | PO Box 9040 | | Lancaster | PA | 17604 | $ - | Vendor/Lessor | |
| Strong | Gerald Schwartz | 5242 Royal Woods ParkwaySuite 165 | | TUCKER | GA | 30084 | $ - | Vendor/Lessor | |
| Strong | Goodrich, Eva | 4409 TalBot Ct | | Virginia Beach | VA | 23456 | $ - | Vendor/Lessor | |
| Strong | HLC Industries | P.O. Box 1036 | | Charlotte | NC | 19004 | $ - | Vendor/Lessor | |
| Strong | Hooker Custom Harness, Inc. | 324 East Stephenson Street | | FREEPORT | IL | 61032 | $ - | Vendor/Lessor | |
| Strong | Hope Global | P.O. Box 28872 | | New York | NY | 10087 | $ - | Vendor/Lessor | |
| Strong | Industrial Webbing Corp. | PO Box 740226 | | Boynton Beach | fl | 33474 | $ - | Vendor/Lessor | |
| Strong | K & W Webbing C. Inc. | 403 Roosevelt Ave | | Central Falls | RI | 02863 | $ - | Vendor/Lessor | |
| Strong | Loos & Co. Inc | 16B Mashamoquet Rd. | | Pomfret | CT | 06259 | $ - | Vendor/Lessor | |
| Strong | Lord & Hodge, Inc. | 362 Industrial Park Rd, Unit 4 | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | Lowy Enterprises | 1970E. Gladwick St. | | Rancho Dominguez | CA | 90220 | $ - | Vendor/Lessor | |
| Strong | M.J. FOLEY COMPANY | 52026 Sierra Drive | | New Baltimore | MI | 48047 | $ - | Vendor/Lessor | |
| Strong | M.M. Newman Corp. | 24 Tioga Way | | Marblehead | MA | 01945 | $ - | Vendor/Lessor | |
| Strong | magcraft | 1934 Old Gallows Road | | Vienna | VA | 22182 | $ - | Vendor/Lessor | |
| Strong | Master Repair | 10510 Gardenwood Rd. | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |
| Strong | McMASTER-CARR SUPPLY CO. | PO BOX 7690 | | CHICAGO | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Metal-Flex Hosing | 1241 E. Erie Ave | | Philadelphia | PA | 19124 | $ - | Vendor/Lessor | |
| Strong | Nouphit Simuong | 11324 Porto Court | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |

CONTRACT ASSUMPTION LIST

| Strong | PARA-GEAR EQUIPMENT CO. | 3839 W. OAKTON | | SKOKIE | IL | 60076 | $ - | Vendor/Lessor | |
|---|---|---|---|---|---|---|---|---|---|
| Strong | Parachute Laboratories | 1665 N. Lexington AvenueSuite 106 | | Deland | FL | 32724 | $ - | Vendor/Lessor | |
| Strong | Reliable Factory Supply | *PO Box 340* | | *Thomaston* | CT | *06787* | $ - | Vendor/Lessor | |
| Strong | S.I.R. Webbing | P.O. Box 501 | | Hawthorne | NJ | 07507 | $ - | Vendor/Lessor | |
| Strong | SSK Industries, INC | 1008 Monroe Road | | Lebanon | OH | 45036 | $ - | Vendor/Lessor | |
| Strong | Tape Craft | P O Box 2027 | | Anniston | AL | 36202 | $ - | Vendor/Lessor | |
| Strong | The Thread Exchange | 291 - A Merrimon Ave | | Weaverville | NC | 28787 | $ - | Vendor/Lessor | |
| Strong | Top Value Fabrics | P.O. BOX 2050 | | Caramel | IN | 46082 | $ - | Vendor/Lessor | |
| Strong | Twin City Welding | 1855 Tileston Road | | St. Cloud | FL | 34771 | $ - | Vendor/Lessor | |
| Strong | Tylaska Marine & Aerospace | 800 Flanders Road | | Mystic | ct | 06355 | $ - | Vendor/Lessor | |
| Strong | Uline | PO Box 88741 | | Chicago | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Westmark Corporation | PO Box 9842 Industrial Park Drive | | Sterling | CT | 06377 | $ - | Vendor/Lessor | |
| Strong | Wichard Inc. | 3901 Pine Grove Circle | | Charlotte | NC | 28206 | $ - | Vendor/Lessor | |
| Strong | YKK U.S.A. INC. | P.O. Box 100181 | | Atlanta | GA | 30384 | $ - | Vendor/Lessor | |
| Strong | AL-KHALIQ GLOBAL | NO. 1-G, JALAN PINGGIRAN PUTRA 4A/3, TAMAN DESA PINGGIRAN PUTRA, SG. MERAB, 43000 KAJANG, SELANGOR, | | | | | | Customer | |
| Strong | BOSTICK | 557 POCAHONTAS DRIVE | | FT. WALTON BEACH | FL | 32547 | | Customer | |
| Strong | BURDA | Teddy Furman / Alejandro Burda 28619 Wharton Dr | | Bonita Springs | FL | 34315 | | Customer | |
| Strong | China Skydivers | CONTACT INFO CONFIRMED 6/26 Xiong weifang Luoding Airport, Luoding city, 527200, Yunfu, Guangdong, China | | | | | | Customer | |
| Strong | COLLINS | 4019 Taliluna Ave | | KNOXVILLE | TN | 37919 | | Customer | |
| Strong | COLYER (ACE MAKER AIRSHOWS) *SPONSORED* | 215 Locust Ave | | SAN RAFAEL | CA | 94901 | | Customer | |
| Strong | DANIELS MANUFACTURING CORPORATION | PO BOX 593872 | | ORLANDO | FL | 32859 | | Customer | |
| Strong | DBS AVIO PARA SERVICE | DBS AVIO PARA SERVICE DANIELE BULLERI VIA  UMBERTO FORTI SNC MONTACCHIELLO, MN  56121 Italy | | | | | | Customer | |
| Strong | DELAMER | 26960 E. RIVER RD | | Splendora | TX | 77372 | | Customer | |
| Strong | ERIC SCHER - TOM WOOD, INC | 9917 WILLOW VIEW RD | | Fishers | IN | 46038 | | Customer | |
| Strong | Evolution Aircraft Inc. | 39440 South Ave | | ZEPHYRHILLS | FL | 33542 | | Customer | |
| Strong | GILAD pinhas SPORTS & EXTREME SERVICES | GILAD pinhas SPORTS & EXTREME SERVICES gilad pinhas 45/15 Gideon Housner St. Beer-Sheva,  8476862 | | | | | | Customer | |
| Strong | GOLD CAP LLC (dba OLDE THYME AVIATION) | 4871 Aviator Lane NW | | BREMERTON | WA | 98312 | | Customer | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Strong | GOLD WINGS AVIATION | UNIT 2B MEZZANINE FLOOR, AMBER PLACE<br>#19 MRT AVENUE (FORMERLY BATANI RD)<br>FORT BONIFACIO, TAGUIG CITY  1630 | | | | Customer | |
| Strong | GULF COAST AVIONICS | 3650 Drane Field Rd | LAKELAND | FL | 33811 | Customer | |
| Strong | HARRAH, M. | 10211 E. CRESTWOOD ST | Wichita | KS | 67206 | Customer | |
| Strong | HASLAM | Barn Yesterday<br>Patrick Brompton<br>Bedale<br>North Yorkshire  DL8 1JY<br>UNITED KINGDOM | | | | Customer | |
| Strong | HITE | 10316 FORREST DR | Frisco | TX | 75035 | Customer | |
| Strong | HUSKEY | 900 BILL SWAIN DR | Oneida | TN | 37841 | Customer | |
| Strong | INDUSTRIAL SMOKE & MIRRORS | 3024 Shader Ave | ORLANDO | FL | 32808 | Customer | |
| Strong | INFLITE GROUP | INFLITE GROUP<br>Henry Morgan<br>234 ROSEDALE ROAD<br>ALBANY, AUCKLAND<br>NEW ZEALAND | | | | Customer | |
| Strong | Irwin International | PO BOX 4000 | CORONA | CA | 92878 | Customer | |
| Strong | KIRK, KENNETH | PO BOX 1 | NEWTON | IA | 50208 | Customer | |
| Strong | KRILL AIRCRAFT | KRILL AIRCRAFT<br>Ivo Krill<br>Na Zachonech 1699<br>KUNOVICE,  68604<br>CZECH REPUBLIC | | | | Customer | |
| Strong | LARSEN, BRIAN | 729 MOON CIR | WORTHINGTON | MN | 56187 | Customer | |
| Strong | LEOW  CHAI HENG | Joseph Leow Chai Heng<br>1, Tampines North Road 1.<br>#07-19. T-Space 528559<br>Singapore | | | | Customer | |
| Strong | LOGLINEAR GROUP, LLC | 3586 SANGANI BLVD<br>STE L #370 | DIBERVILLE | MS | 39540 | Customer | |
| Strong | LYNCH, JAMES | 590 BARKER PASS RD | Santa Barbara | CA | 93108 | Customer | |
| Strong | MARKHAM CONSTRUCTION | c/o SKYDIVE PALATKA<br>4015 REID ST<br>BLDG E-8 | PALATKA | FL | 32177 | Customer | |
| Strong | Mee Loft Parachute Rigging Services | Mee Loft Parachute Rigging Services<br>Koppel Solomon<br>p.o. box 602<br>carina, qld 4152<br>Australia | | | | Customer | |
| Strong | MESA, E. | 4281 DARRIL RD | Edmond | OK | 73025 | Customer | |

CONTRACT ASSUMPTION LIST

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Strong | MILSPEC SERVICES PTY LTD | MILSPEC SERVICES PTY LTD UNIT 2 99 SPENCER RD CARRARA, QLD 4211 AUSTRALIA | | | | | | Customer | |
| Strong | MILTECH | 2928 Technology Blvd W Suite 101 | | BOZEMAN | MT | 59718 | | Customer | |
| Strong | MRV SYSTEMS | 6370 Lusk Blvd Suite F100/F101 | | San Diego | CA | 92121 | | Customer | |
| Strong | MUHLE | 31345 175TH AVENUE | | COLUMBUS | NE | 68601 | | Customer | |
| Strong | Oopee ratings & rigging LTD | OLLI-PEKKA "OOPEE" LUOMAJOKI Julinintie 6 C, 53200 Lappeenranta, South Carelia FINLAND | | | | | | Customer | |
| Strong | PACIFIC GYRE | 3740 OCEANIC WAY SUITE 302 | | OCEANSIDE | CA | 92056 | | Customer | |
| Strong | Paradigm Parachute & Defense | 4040 Ashland Ave. | | PENSACOLA | FL | 32534 | | Customer | |
| Strong | PATHANA  UPAKORN LTD. PART. | PATHANA  UPAKORN Co., LTD EDDIE  RERK 40/747  1st  FL., MOO 10 NUANJAN ROAD KWANG  KLONGKUM, KaET BUENGKUM | | | | | | Customer | |
| Strong | RAPP, G. | 90 WOODHAVEN DR. | | Berlin | CT | 06037 | | Customer | |
| Strong | RED STAR AVIATION | 11628 PILOT COUNTRY DR | | SPRING HILL | FL | 34610 | | Customer | |
| Strong | Remelin | 160 BROOKLINE LANE | | COSTA  MESA | CA | 92626 | | Customer | |
| Strong | SKJ AVIATION (Hazanhaniya 2019 Ltd) | SKJ AVIATION "Hazanhaniya 2019 Ltd) Shai Tsabari/yogev Kalmanovitch 6 HarVu Avenue (High Lev Building) Bar-Lev Ind. Park 2015600 ISRAEL | | | | | | Customer | |
| Strong | Storrie Parachute Works Inc. | 600 MAGNOLIA ST | | DENTON | TX | 76201 | | Customer | |
| Strong | SYDNEY SKYDIVERS | Cairns p.o box 753 | | Bungalow | | 4870 | | Customer | |
| Strong | VINTAGE PAIR (PETTERS) *SPONSORED* | David Petters VINTAGE PAIR CART HOUSE 2 COPLEY HILL BUSINESS PARK CAMBRIDGE ROAD, BABRAHAM CB223GN | | | | | | Customer | |
| Strong | WAMORE, INC | 1907 W. Parkside Lane | | Phoenix | AZ | 85027 | | Customer | |
| Strong | Wings & Wheels INC | ATTN:  Sean Franke 3525 W. Bavaria St | | EAGLE | ID | 83616 | | Customer | |
| Pioneer | ACC-DTA | 6501 E.  11 Mile Road | | Detroit Arsenal | MI | 48397 | Kaley Weeden | Customer | No |
| Pioneer | Astro Machine Works Inc | 470 Wenger Drive | PO Box 328 | Ephrata | PA | 17522 | | Customer | No |
| Pioneer | ██████████ | ██████████ | | ████ | ██ | ████ | | Customer | No |
| Pioneer | ██████████ | ██████████ | ██████████ | ████ | ██ | ████ | Lucas Vicars | Customer | No |
| Pioneer | Capewell Aerial Systems LLC | 105 Nutmeg Rd South | | South Windsor | CT | 06074 | | Customer | No |
| Pioneer | DLA Aviation 62980 | ASC Supplier Operations AE & AF Div | 8000 Jefferson Davis Hwy | Richmond | VA | 23297 | | Customer | Yes |
| Pioneer | ██████████ | ██████████ | | ████████ | ██ | ████ | | Customer | No |
| Pioneer | ██████████ | ██████████ | ██████████ | ████ | ██ | ████ | | Customer | No |

CONTRACT ASSUMPTION LIST

| Pioneer | NASA Shared Services Center NSS | Building 1111 | | Stennis Space Center | MS | 39529 | Tiffany Neal | Customer | Yes |
|---|---|---|---|---|---|---|---|---|---|
| Pioneer | Natick Contracting Division | W6QK ACC-APG | BLDG 1 General Greene Ave | Natick | MA | 01760-5011 | | Customer | Yes |
| Pioneer | Paradigm Para & Def, Inc | 4040 Ashland Ave | | Pensacola | | 32534 | 850-741-3505 | Customer | No |
| Pioneer | Para-Guard PTY. LTD. | PO Box 633 | | Alstonville | | NSW 2477 | | Customer | No |
| Pioneer | ███████████████ | | | ████████ | | ████ | | Customer | No |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | STE 104 | ORLANDO | FL | 32809 | TED STRONG | Customer | No |
| Pioneer | USSOCOM DET-1 | 103 SOUTH MAGNOLIA BLVD | | ELGIN AFB | FL | 32542 | DANIELLE WHITTEN | Customer | Yes |
| Pioneer | Wing Store | ul. Sobieskiego 53 | | | WL | 58-500 | | Customer | No |
| Pioneer | Zodiac Hurricane Technology | 7830 Vantage Way | | Delta | BC | V4G1A7 | | Customer | No |
| Pioneer | ZODIAC US CORPORATION | 1747 State Route 34 | | Wall Township | NJ | 07727-3935 | $ 679,293.14 | Vendor/Lessor | |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | Ste 104 | ORLANDO | FL | 32809 | $ 86,406.32 | Vendor/Lessor | |
| Pioneer | Marion County Tax Collector | Marion County Tax Assessor | 250 Broad Street | Columbia | MS | 39429 | $ 48,903.33 | Vendor/Lessor | |
| Pioneer | COMCAST BUSINESS | PO BOX 37601 | | PHILADELPHIA | PA | 19101-0601 | $ 31,032.53 | Vendor/Lessor | |
| Pioneer | AT&T | PO BOX 5019 | | Carol Stream | IL | 60197-5019 | $ 29,809.81 | Vendor/Lessor | |
| Pioneer | ABB Inc | Attn:Real Estate Group | 305 Gregson Drive | Cary | NC | 27511 | $ 29,386.02 | Vendor/Lessor | |
| Pioneer | TOWN OF BLOOMFIELD CONNEC | ATTN TOWN CLERK | PO BOX 337 | BLOOMFIELD | CT | 06002 | $ 18,124.97 | Vendor/Lessor | |
| Pioneer | CATERPILLAR FINANCIAL SERVICE | 2120 WEST END AVENUE | | NASHVILLE | TN | 37203 | $ 9,958.64 | Vendor/Lessor | |
| Pioneer | MISSISSIPPI POWER COMPANY | PO BOX 245 | | BIRMINGHAM | AL | 35201-0245 | $ 7,207.62 | Vendor/Lessor | |
| Pioneer | CISTECH Inc | NBG TOWER, 10590 INDEPENDENCE | POINTE PKWY, SUITE 202 | Matthews | NC | 28105 | $ 6,300.00 | Vendor/Lessor | |
| Pioneer | SEKO Worldwide LLC | 1100 Arlington Heights RD 600 | | Itasca | IL | 60143 | $ 5,000.00 | Vendor/Lessor | |
| Pioneer | Terry Service Inc | PO BOX 1557 | | RIDGELAND | MS | 39158-1557 | $ 3,668.13 | Vendor/Lessor | |
| Pioneer | XEROX CORPORATION | PO BOX 827598 | | PHILADELPHIA | PA | 19182-7598 | $ 3,532.67 | Vendor/Lessor | |
| Pioneer | BLUEGRACE LOGISTICS | DEPT. 108 | BOX 4964 | HOUSTON | TX | 77210-4964 | $ 3,323.21 | Vendor/Lessor | |
| Pioneer | Eagle Packaging | 1075 S. Fairfield Drive | | Pensacola | FL | 32506 | $ 2,687.50 | Vendor/Lessor | |
| Pioneer | UPS | P.O. Box 809488 | | Chicago | IL | 60680-9488 | $ 2,221.56 | Vendor/Lessor | |
| Pioneer | DE LAGE LANDEN | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | $ 1,623.60 | Vendor/Lessor | |
| Pioneer | C Spire | PO Box 748168 | | Atlanta | GA | 30374-8168 | $ 1,272.00 | Vendor/Lessor | |
| Pioneer | INDUSTRONICS SERVICE CO | P. O. Box 649 | | SOUTH WINDSOR | CT | 06074 | $ 1,069.15 | Vendor/Lessor | |
| Pioneer | DYCO INDUSTRIES, INC. | 229 SOUTH SATELLITE ROAD | | SOUTH WINDSOR | CT | 06074 | $ 1,000.00 | Vendor/Lessor | |
| Pioneer | JO King Inc. | P.O.ox 1088 | | Alpharetta | GA | 30009 | $ 960.00 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION #701 | PO Box 630803 | | Cincinnati | OH | 45263-0803 | $ 952.00 | Vendor/Lessor | |
| Pioneer | CRATERS & FREIGHTERS | 4360 Floridatown Rd | | Pace | FL | 32571 | $ 820.00 | Vendor/Lessor | |
| Pioneer | Carolina Narrow Fabric Company | PO Box 896094 | | Charlotte | NC | 28289 | $ 768.00 | Vendor/Lessor | |
| Pioneer | CITY OF COLUMBIA | WATER DEPARTMENT | 201 2ND STREET | COLUMBIA | MS | 39429 | $ 757.98 | Vendor/Lessor | |
| Pioneer | Waste-Pro-Pensacola | 116-Waste Pro-Pensacola | PO BOX 865220 | Orlando | FL | 32886-5220 | $ 708.86 | Vendor/Lessor | |
| Pioneer | USA HAULING & RECYCLING | P.O. BOX 808 | | EAST WINDSOR | CT | 06088 | $ 704.00 | Vendor/Lessor | |
| Pioneer | Micro-Tech Service, LLC | 59 Old Windsor Road | | Bloomfield | CT | 06002 | $ 700.00 | Vendor/Lessor | |
| Pioneer | MSC Industrial Supply | PO BOX 953635 | | ST. LOUIS | MO | 63195-3635 | $ 614.31 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION 0J71 0003 | PO Box 631025 | | Cincinnati | OH | 45263-1025 | $ 581.80 | Vendor/Lessor | |
| Pioneer | HALLS HARDWARE & LUMBER | 6606 HIGHWAY 90 | | MILTON | FL | 32570 | $ 563.18 | Vendor/Lessor | |
| Pioneer | GRAINGER | DEPT 844149682 | | PALATINE | IL | 60038-0001 | $ 539.15 | Vendor/Lessor | |
| Pioneer | S.E., Inc Dba Strong Enterprises | 6448 Pinecastle Blvd | Ste 104 | Orlando | FL | 32809 | $ 512.00 | Vendor/Lessor | |
| Pioneer | Uline | PO Box 88741 | | Chicago | IL | 60680-1741 | $ 460.76 | Vendor/Lessor | |
| Pioneer | STAPLES ADVANTAGE | PO BOX 105638 | | ATLANTA | GA | 30348-5638 | $ 422.30 | Vendor/Lessor | |
| Pioneer | AT&T MOBILITY | NATIONAL BUSINESS SERVICES | PO Box 6463 | CAROL STREAM | IL | 60197-6463 | $ 400.76 | Vendor/Lessor | |
| Pioneer | Wesco | P.O. Box 10546 | | Prichard | AL | 36610 | $ 393.77 | Vendor/Lessor | |
| Pioneer | FEDEX | P.O. BOX 660481 | | DALLAS | TX | 75266-0481 | $ 372.39 | Vendor/Lessor | |
| Pioneer | AIRESPRING | 1801 W. Olympic Blvd | | Pasadena | CA | 91199-1422 | $ 365.48 | Vendor/Lessor | |

11/9/2023

CONTRACT ASSUMPTION LIST

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer | SONITROL OF NW FLORIDA | 1136 Thomasville Rd | | TALLAHASSEE | FL | 32303 | $ | 353.31 | Vendor/Lessor | |
| Pioneer | CHALLENGE SAILCLOTH | 560 NUTMEG RD NORTH | | SOUTH WINDSOR | CT | 06074 | $ | 326.70 | Vendor/Lessor | |
| Pioneer | HORN TEXTILE, INC. | 600 N. BROWN STREET | | TITUSVILLE | PA | 16354 | $ | 242.00 | Vendor/Lessor | |
| Pioneer | FORT STORAGE | 4114 AVALON BLVD. | | MILTON | FL | 32583 | $ | 233.24 | Vendor/Lessor | |
| Pioneer | KONICA MINOLTA BUSINESS SOLU | Dept. AT 952823 | | Atlanta | GA | 31192-2823 | $ | 232.74 | Vendor/Lessor | |
| Pioneer | MILLER-STEPHENSON | CHEMICAL COMPANY INC | 55 Backus Avenue | Danbury | CT | 06810 | $ | 220.06 | Vendor/Lessor | |
| Pioneer | S WALTER PACKAGING CORP | PO BOX 71225 | Accounts Receivable | PHILADELPHIA | PA | 19176-6225 | $ | 179.44 | Vendor/Lessor | |
| Pioneer | KMS BUSINESS PRODUCTS CORP | 3010 E. CERVANTES STREET | | PENSACOLA | FL | 32503 | $ | 158.03 | Vendor/Lessor | |
| Pioneer | GRAND RAPIDS FOAM TECHNOLO | 1700 ALPINE AVE NW | | GRAND RAPIDS | MI | 49519 | $ | 150.91 | Vendor/Lessor | |
| Pioneer | Cintas Corp 0J71 Route 0003 | Customer # 10537278 | PO Box 631025 | Cincinnati | OH | 45263-1025 | $ | 116.63 | Vendor/Lessor | |
| Pioneer | CITY OF MILTON | P.O. BOX 909 | | MILTON | FL | 32572 | $ | 116.10 | Vendor/Lessor | |
| Pioneer | CCP INDUSTRIES | P.O. BOX 734569 | | CHICAGO | IL | 60673-4569 | $ | 115.03 | Vendor/Lessor | |
| Pioneer | Empower Trust Company | PO Box 825752 | | Philadelphia | PA | 19182-5752 | $ | 100.00 | Vendor/Lessor | |
| Pioneer | Quench USA Inc | PO Box 781393 | | Philadelphia | PA | 19178-1393 | $ | 98.26 | Vendor/Lessor | |
| Pioneer | HRDIRECT | PO BOX 669390 | | Pompano Beach | FL | 33066-9390 | $ | 90.94 | Vendor/Lessor | |
| Pioneer | MCMASTER-CARR SUPPLY CO | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | $ | 85.25 | Vendor/Lessor | |
| Pioneer | COMMUNITY COFFEE | PO BOX 679510 | | DALLAS | TX | 75267-9510 | $ | 69.85 | Vendor/Lessor | |
| Pioneer | MISSISSIPPI DEPT OF HEALTH | PO Box 1700 | 570 East Woodrow Wilson | Jackson | MS | 39215 | $ | 40.00 | Vendor/Lessor | |