UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |

## PROOF OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following orders:

- Order Granting Debtors' Emergency Motions For Authorization To Pay Prepetition Wages, Salaries, And Other Employee Benefits (Doc. No. 44)
- Order Granting Debtors' Emergency Motion For Authority To Use Cash Collateral On An Interim Basis (Doc. No. 45)
- Interim Order Granting Debtors' Emergency Motion for Authority to Obtain Postpetition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001 (Doc. Nos. 40,41)

were furnished on the 9th day of November, 2023, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing and on the 10th day November, 2023, by U.S. mail to the secured creditors and the LBR 1007-2 parties in interest matrices.

Dated: November 13, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04639-GER<br>Middle District of Florida<br>Orlando<br>Mon Nov 13 09:16:24 EST 2023 | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32067-0831 | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060-0321 |
| Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308-2010 | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356-2299 | ClearingBid, Inc.<br>345 Lorton AveSuite 105<br>Burlingame, CA 94010-4134 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7105 | Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005-2402 |
| Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034-6865 | Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 |
| Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 |
| Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356-1070 | Paradigm Parachute and Defense, Inc.<br>c/o Rilyn A. Carnahan, Esq.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932-1316 |
| Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 | Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 |
| U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 | Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04643-GER<br>Middle District of Florida<br>Orlando<br>Fri Nov 10 10:44:49 EST 2023 | ABB, Inc.<br>Attn: Real Estate Group<br>305 Gregson Dr.<br>Cary, NC 27511-6496 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| Bluegrace Logistics<br>Dept. 108<br>Box 4964<br>Houston, TX 77210-4964 | Bourdon Forge Co Inc<br>99 Tuttle Road<br>Middletown, CT 06457-1827 | C Spire<br>P.O. Box 748168<br>Atlanta, GA 30374-8168 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Cistech Inc<br>10590 Independence<br>Pointe Pkwy. #202<br>Matthews, NC 28105 | Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Eagle Packaging<br>1075 S. Fairfield Drive<br>Pensacola, FL 32506-8927 | HLC Industries<br>4 East Montgomery Ave<br>Bala Cynwyd, PA 19004-3300 |
| Mississippi Power Company<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 |
| Paradigm Parachute and Defense, Inc.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Seko Worldwide Llc<br>1100 Arlington Heights Rd 600<br>Itasca, IL 60143-3180 | Sturges Manufacturing Company Inc<br>2030 Sunset Ave<br>Utica, NY 13502-5500 |
| Terry Service Inc<br>P.O. Box 1557<br>Ridgeland, MS 39158-1557 | Town Of Bloomfield Connecticut<br>Attn Town Clerk<br>P.O. BOX 337<br>Bloomfield, CT 06002-0337 | UPS<br>P.O. Box 809488<br>Chicago, IL 60680-9488 |
| Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04641-GER<br>Middle District of Florida<br>Orlando<br>Fri Nov 10 10:44:14 EST 2023 | Aerial Delivery Solutions, LLC<br>4645 Parkbreeze Ct.<br>Orlando, FL 32808-1044 | Airtech<br>MittelstraBe 69<br>Mittelstrabe 69, 33181 Bad<br>Wunnenberg, Germany |
| Aviation Safety Resource, Inc.<br>6448 Pinecastle Blvd., Suite 104<br>Orlando, FL 32809-6682 | Bally Ribbon<br>23 N. 7th PO Box D<br>BALLY, PA 19503-1004 | Bourdon Forge, Co., Inc.<br>99 Tuttle Rd<br>Middletown, CT 06457-1827 |
| (p)CREDIT CONTROL LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 | Daesung Forge<br>144-17 Gongdan-ro<br>Jain-Myeon Gyeongsan-si<br>Gyeongsanbuk-do, South Korea | Die - Matic Products LLC<br>130 Express St Engineers Hill<br>Plainview, NY 11803 |
| Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201-1094 | Employers Preferred Insurance<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 | GlobalTranz<br>One Glenlake Parkway Ste 700<br>Atlanta, GA 30328-3496 |
| Guardian<br>PO Box 826486<br>Philadelphia, PA 19182-6486 | HLC Industries<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | Para-Gear Equipment Co.<br>3839 W. Oakton<br>Skoie, IL 60076-3483 |
| Parachute Laboratories<br>1665 N. Lexington Ave., #106<br>Deland, FL 32724-2187 | S.I.R. Webbing<br>P.O. Box 501<br>Hawthorne, NJ 07507-0501 | (p)TFORCE FREIGHT<br>ATTN ANTHONY SCHRUNK<br>PO BOX 1216<br>RICHMOND VA 23218-1216 |
| Tape Craft<br>P O Box 2027<br>Anniston, AL 36202-2027 | UPS<br>PO Box 650116<br>Dallas, TX 75265-0116 | United Health Care<br>PO Box 94017<br>Palatine, IL 60094-4017 |
| Westmark Corporation<br>PO Box 98 42 Industrial Park Drive<br>Sterling, CT 06377-0098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control LLC<br>Re: Bank of America<br>3300 Rider Trail S., #500<br>Earth City, MO 63045 | T-Force<br>1000 Semmes Avenue PO Box 1216<br>Richmond, VA 23218 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |

| | | |
|---|---|---|
| Zodiac US Corporation<br>c/o Safran USA, Inc.<br>Attn:  Mark G. Melnik, President<br>2201 W. Royal Lane, #150<br>Irving, TX  75063 | Zodiac US Corporation<br>c/o Corporation Service Co.<br>1201 Hays St.<br>Tallahassee, FL  32301-2525 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham AL 35203 |
| U.S. Small Business Administration<br>Attn: Jonel Hein, District Director<br>7825 Baymeadows Way, #100B<br>Jacksonville FL 32256-7557 | U.S. Small Business Administration<br>Attn:  Lisa Still, Trial Attorney<br>7825 Baymeadows Way, #100B<br>Jacksonville FL 32256-7557 | Attorney General of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 |
| United States Attorney<br>Attn:  Civil Process Clerk<br>400 W Washington St #3100<br>Orlando, FL 32801 | | |

SECURED CREDITORS