**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:  AVIATION SAFETY RESOURCES, INC.,    Case No. 6:23-bk-4639 GER
S.E., INC. and PIONEER AEROSPACE,           Chapter 11
CORPORATION,
        **Debtors.**
_____/

## NOTICE OF APPEARANCE ON BEHALF OF LARRY WILLIAMS

The undersigned counsel, Robert K. Eddy, of the law firm of Robert K. Eddy, P.A., hereby gives notice of appearance on behalf of LARRY WILLIAMS, an unsecured creditor herein, and requests that the Clerk of Court, pursuant to Bankruptcy Rule 2002 and Local Rule 1007-2, to place the undersigned on the master mailing matrix. The undersigned further requests that copies of all documents, pleadings, notices, motions, orders and any other papers filed or served in this cause be served upon the undersigned.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been filed this 13th day of November 2023 via CM/ECF with the Clerk of Court and copies being served electronically on all parties and counsel of record registered to receive electronic notice via electronic transmission generated by CM/ECF.

**ROBERT K. EDDY, P.A**

 /s/ Robert K. Eddy
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Email: reddy@e-rlaw.com (Primary)
Tel: (813) 251-8800
FBN: 210501
Attorney for Larry Williams

*File No.:7082*