UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors.                                                       / | *Jointly Administered Under* *Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors.                                     / | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* with Exhibit 1 was furnished on this 14th day November, by U.S. mail to:

River Bend Holdings, LLC
204 West Newberry Rd.
Bloomfield, CT  06002

River Bend Holdings, LLC
c/o Thomas M. Daniells, Esq.
Murtha Cullina LLP
CityPlace 1
185 Asylum St.
Hartford, CT  006103

Dated: November 14, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors