UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |

## PROOF OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following order:

**Order Granting Debtors' Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of Debtors' Assets; (II) Approving Overbid Amounts And Stalking Horse Expense Reimbursement; (III) Approving Form And Manner Of Notice Of Bidding Procedures; And (IV) Setting Objection Deadlines (Doc. No. 46)**

were furnished on the 9th day of November, 2023, by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing and on the 10th day November, 2023, by U.S. mail to the parties on the attached matrices and Contract Assumption List, pursuant to the attached Affidavit of Mailing of Avalon Document Services.

Dated: November 14, 2023

                                               */s/ Daniel R. Fogarty*
                                               Daniel R. Fogarty (FBN 0017532)
                                               Stichter Riedel Blain & Postler, P.A.
                                               110 East Madison Street, Suite 200
                                               Tampa, Florida   33602
                                               Telephone: (813) 229-0144
                                               Email:  dfogarty@srbp.com
                                               Attorneys for Debtors

## AFFIDAVIT OF MAILING

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Andrew Guffey, who by me being sworn, deposes and says the following:

1. My name is Andrew Guffey, and I am employed by Avalon Document Services ("**Avalon**"), located at 5650 Breckenridge Park Drive, Suite 103, Tampa, Florida 33610.

2. That Avalon is a company that specializes in printing and mailing services.

3. Copies of the following document:

**Order Granting Debtors' Emergency Motion For Entry Of An Order (I) Approving Bidding Procedures In Connection With The Sale Of Debtors' Assets; (II) Approving Overbid Amounts And Stalking Horse Expense Reimbursement; (III) Approving Form And Manner Of Notice Of Bidding Procedures; And (IV) Setting Objection Deadlines (Doc. No. 46)**

filed in the jointly administered case of Aviation Safety Resources, Inc., Case No. 6:23-bk-4639-GER in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, were received by Avalon, and true and correct copies of the above-listed documents were mailed to all creditors and parties in interest on November 10, 2023 by depositing an envelope containing copies of the foregoing document to each of the parties named on the attached matrix, into United States First Class Mail, postage prepaid, on such date.

4. I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of November, 2023

_____
Andrew Guffey

SWORN TO (or affirmed) and subscribed before me this _____ day of November, 2023, by Andrew Guffey, who is personally known to me and who did not take an oath.

_____
Notary Public
My Commission expires:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04639-GER<br>Middle District of Florida<br>Orlando<br>Fri Nov 10 11:19:38 EST 2023 | Aviation Safety Resources, Inc.<br>6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809-6682 | Dov Y. Frankel<br>Taft Stettinius & Hollister LLP<br>200 Public Square, Suite 3500<br>Cleveland, OH 44114-2317 |
| Pioneer Aerospace Corporation<br>6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809-6682 | Grace E. Robson<br>Orlando<br>, FL | S.E., Inc.<br>6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809-6682 |
| Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32067-0831 | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060-0321 |
| Attorney General of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308-2010 | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356-2299 |
| ClearingBid, Inc.<br>345 Lorton AveSuite 105<br>Burlingame, CA 94010-4134 | Dario P. Manfredi<br>42 Buckeye Rd<br>Glen Cove, NY 11542-1417 | David Treinis<br>5986 Park Lane S., Unit 81<br>Park City, UT 84098-4245 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7105 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 |
| GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005-2402 | High Energy Sports<br>2040 Eastridge Ave. A7<br>Riverside, CA 92507-0761 | Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034-6865 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 |
| Larry Williams<br>c/o Robert K. Eddy, Esq.<br>320 W. Kennedy Blvd., #700<br>Tampa, FL 33606-1459 | Marcia ˜LaVanway<br>6582 Keigley St.<br>P.O. Box 143<br>Eau Claire MI 49111-0143 | Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P O Box 7090<br>Boston, MA 02204-7090 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Labor Relations Board-Region 15<br>Attn: General Attorney (Labor)<br>600 S. Maestri Place, 7th Floor<br>New Orleans, LA 70130-3414 |

| | | |
|---|---|---|
| National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356-1070 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Paradigm Parachute and Defense, Inc.<br>c/o Rilyn A. Carnahan, Esq.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932-1316 | Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 |
| Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Richard Spencer<br>3459 Carrington Rd.<br>Delaplane, VA 20144-2005 | Richard Sugden<br>c/o Thomas Smits<br>P.O. Box 3377<br>Jackson, WY 83001-3377 |
| Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 | U.S. Attorney<br>Attn: Civil Process Clerk<br>400 W. Washington St., #3100<br>Orlando, FL 32801-2203 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 |
| Workers United, Southern Regional<br>Joint Board<br>c/o Stanford Fagan, LLC<br>2540 Lakewood Ave.<br>Atlanta, GA 30315-6308 | Zodiac US Corporation<br>2201 W. Royal Lane, #150<br>Irving, TX 75063-3206 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Rilyn A Carnahan +<br>GreenspoonMarder<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 | Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 |
| L. Todd Budgen +<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 | Kevin Arocha +<br>Bryan Cave Leighton Paisner LLP<br>1201 W. Peachtree St., N.W.<br>One Atlantic Center, 14th Floor<br>Atlanta, GA 30309-3471 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Paradigm Parachute and Defense, Inc. | (d)Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>---------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

End of Label Matrix
Mailable recipients     49
Bypassed recipients      3
Total                   52

```
Label Matrix for local noticing              Pioneer Aerospace Corporation              Grace E. Robson
113A-6                                       6448 Pinecastle Blvd.                      Orlando
Case 6:23-bk-04643-GER                       Suite 104                                  , FL
Middle District of Florida                   Orlando, FL 32809-6682
Orlando
Fri Nov 10 11:21:19 EST 2023

ABB, Inc.                                    ABB, Inc.                                  AT&T
Attn: Legal Department                       Attn: Real Estate Group                    P.O. Box 5019
45 Griffin Rd. S.                            305 Gregson Dr.                            Carol Stream, IL 60197-5019
Bloomfield, CT 06002-1353                    Cary, NC 27511-6496


AT&T Mobility                                Airespring                                 Airfasco
National Business Services                   1801 W. Olympic Blvd                       2655 Harrison Ave S.W.
P.O. Box 6463                                Pasadena, CA 91199-1422                    Canton, OH 44706-3047
Carol Stream, IL 60197-6463


All Crate Inc.                               American & Efird Inc                       Apple Inc
200 Lamberton Road                           PO Box 741988                              100 West 33rd St
Windsor, CT 06095-2129                       Atlanta, GA 30374-1988                     New York, NY 10001-2900


Atco Wire Rope & Industrial Supply           Atlantic Thread and Supply Co., Inc.       Aviation Safety Resources, Inc.
11 Leonardo Drive                            8515 Kelso Dr., Units G & H                6448 Pinecastle Blvd. Suite 104
North Haven, CT 06473-2528                   Baltimore, MD 21221-3145                   Orlando, FL 32809-6682


BRM Industries                               Bally Ribbon Mills                         Bluegrace Logistics
67 Industrial Park Road East                 P.O. Box D                                 Dept. 108
Tolland, CT 06084-2805                       Bally, PA 19503-1004                       Box 4964
                                                                                        Houston, TX 77210-4964


Boeing Company                               Bourdon Forge Co Inc                       Brand Dielectrics Inc
5000 E. McDowell Rd.                         99 Tuttle Road                             250 Gibraltar Drive
Bldg 510 Mailstop 269                        Middletown, CT 06457-1827                  Bolingbrook, IL 60440-3623
Mesa, AZ 85215-9797


C Spire                                      C.S.R. Inc                                 CCP Industries
P.O. Box 748168                              PO Box 395                                 P.O. Box 734569
Atlanta, GA 30374-8168                       Sellersville, PA 18960-0395                Chicago, IL 60673-4569


CS Hyde Company                              Capewell Aerial Systems LLC                Capewell Aerial Systems LLC
39655 N. Il Route 83                         105 Nutmeg Rd South                        4298 Jeb Stuart Hwy
Lake Villa, IL 60046-8100                    South Windsor, CT 06074-5400               Meadows Of Dan, VA 24120-4530


Carolina Narrow Fabric Company               (p)CATERPILLAR FINANCIAL SERVICES CORPORATION   Challenge Sailcloth
P.O. Box 896094                              2120 WEST END AVENUE                       560 Nutmeg Rd North
Charlotte, NC 28289-6094                     NASHVILLE TN 37203-5341                    South Windsor, CT 06074-2458
```

| | | |
|---|---|---|
| Cherokee Steel<br>196 Leroy Anderson Road<br>Monroe, GA 30655-6086 | Cintas Corp 0J71 Route 0003<br>Customer # 10537278<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Cintas Corporation #701<br>P.O. Box 630803<br>Cincinnati, OH 45263-0803 |
| Cintas Corporation 0J71 0003<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Cistech Inc<br>10590 Independence<br>Pointe Pkwy. #202<br>Matthews, NC 28105 | City Of Columbia<br>City Hall<br>201 Second Street<br>Columbia, MS 39429-2963 |
| City Of Milton<br>P.O. Box 909<br>Milton, FL 32572-0909 | Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 | Community Coffee<br>P.O. Box 679510<br>Dallas, TX 75267-9510 |
| Computer Services & Solutions, Inc.<br>431 S. Broadway, #222<br>Lexington, KY 40508-2956 | Cope Plastics Inc<br>4441 Industrial Dr<br>Alton, IL 62002-5939 | Craters & Freighters<br>4360 Floridatown Rd<br>Pace, FL 32571-1837 |
| Creditsafe USA Inc<br>PO Box 789985<br>Philadelphia, PA 19178-9985 | DCI Aerotech<br>Division Of Detroit Chrome, Inc.<br>7515 Lyndon Avenue<br>Detroit, MI 48238-2481 | DLA Distribution Depot Oklahoma<br>3301 F Ave Cen Red<br>Bldg 506 DR 22<br>Oklahoma City, OK 73145-8000 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Die-Matic Products Inc<br>130 Express St<br>Plainview, NY 11803-2477 | Dighton Technology Inc<br>PO Box 865<br>620 Spring St<br>North Dighton, MA 02764-1363 |
| Donald Palmer Co. Inc.<br>P.O. Box 15062<br>New Orleans, LA 70175-5062 | Dyco Industries, Inc.<br>229 South Satellite Road<br>South Windsor, CT 06074-3474 | Dykema Rubber Band Co<br>4075 Windgap Avenue<br>Bldg #5<br>Pittsburgh, PA 15204-1048 |
| Eagle Packaging<br>1075 S. Fairfield Drive<br>Pensacola, FL 32506-8927 | Eastern Metal Supply Inc<br>3600 2rd Ave S<br>Lake Worth, FL 33461 | Edco Supply Corporation<br>323 36th Street<br>Brooklyn, NY 11232-2599 |
| Ellsworth Adhesives<br>Lock Box 88207<br>Milwaukee, WI 53288-0207 | Empower Trust Company<br>P.O. Box 825752<br>Philadelphia, PA 19182-5752 | Esteem Manufacturing Corp<br>175 S. Satellite Road<br>S. Windsor, CT 06074-3474 |
| FBT Inc.<br>413 Lakeshore Road<br>St. Catharines, ON L2R 7K6 | Fabric Development Inc<br>1217 Mill Street<br>PO Box 462<br>Quakertown, PA 18951-0462 | Fastenal Company -<br>2001 Theurer Blvd.<br>Attn: Legal<br>Winona, MN 55987-1500 |

| | | |
|---|---|---|
| Fastening Solutions<br>3075 Selma Highway<br>Montgomery, AL 36108-5001 | Fedex<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Fil-Tec, Inc<br>PO Box 9040<br>Lancaster, PA 17604-9040 |
| Flick Packaging<br>PO Box 296<br>340 S. Columbus Street<br>Galion, OH 44833-0296 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fort Storage<br>4114 Avalon Blvd.<br>Milton, FL 32583-5584 |
| Grainger<br>Dept 844149682<br>Palatine, IL 60038-0001 | Grand Rapids Foam Technologies<br>1700 Alpine Ave Nw<br>Grand Rapids, MI 49504-2810 | HLC Industries<br>4 East Montgomery Ave<br>Bala Cynwyd, PA 19004-3300 |
| Halls Hardware & Lumber<br>6606 Highway 90<br>Milton, FL 32570 | Hill Pro LLC<br>106 Yeager Court<br>Hunstville, AL 35806-3723 | Hope Global<br>50 Martin Street<br>Cumberland, RI 02864-5335 |
| Horn Textile, Inc.<br>600 N. Brown Street<br>Titusville, PA 16354-1222 | Hrdirect<br>P.O. Box 669390<br>Pompano Beach, FL 33066-9390 | Industronics Service Co<br>P. O. Box 649<br>South Windsor, CT 06074-0649 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Jo King Inc.<br>P.O. Box 1088<br>Alpharetta, GA 30009-1088 | John Howard Company<br>4510 Schaefer Ave<br>Chino, CA 91710-5539 |
| Kent H. Landsberg - Wurzburg, Inc.<br>PO Box 731575<br>Dallas, TX 75373-1575 | Kms Business Products Corp<br>3010 E. Cervantes Street<br>Pensacola, FL 32503-6470 | Konica Minolta Business Solutions<br>Dept. At 952823<br>Atlanta, GA 31192-2823 |
| Lighthouse For The Blind<br>912 W. Broadway<br>Forth Worth, TX 76104-1194 | Lord & Hodge Inc<br>PO Box 737<br>Middletown, CT 06457-0737 | Lowy Enterprises, Inc.<br>1970 E. Gladwick Street<br>Rancho Dominguez, CA 90220-6201 |
| MSC Industrial Supply<br>P.O. Box 953635<br>St. Louis, MO 63195-3635 | Marion County Tax Collector<br>Marion County Tax Assessor<br>250 Broad Street<br>Columbia, MS 39429-2905 | McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago, IL 60680-7690 |
| Micro-Tech Service, LLC<br>59 Old Windsor Road<br>Bloomfield, CT 06002-1416 | Mil-Spec Packaging<br>8150 Industrial Hwy<br>Macon, GA 31216-7685 | Miller-Stephenson<br>Chemical Company Inc<br>55 Backus Avenue<br>Danbury, CT 06810-7328 |

| | | |
|---|---|---|
| Mississippi Dept Of Health<br>P.O. Box 1700<br>570 East Woodrow Wilson<br>Jackson, MS 39216-4538 | Mississippi Power Company<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | Morito Scovill America LLC<br>dba Scovill Fasteners<br>Po Box 746297<br>Atlanta, GA 30374-6297 |
| Murdock Webbing Co Inc<br>27 Foundry Street<br>Providence, RI 02863-2348 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Labor Relations Board-Region 15<br>Attn:  General Attorney (Labor)<br>600 S. Maestri Place, 7th Floor<br>New Orleans, LA 70130-3414 |
| National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Pam Narrow Fabrics Corp<br>PO Box 490<br>Freeport, NY 11520-0490 |
| Para-Gear Equipment Co<br>3839 West Oakton<br>Skokie, IL 60076-3483 | Parachute Laboratories, Inc<br>1665 N. Lexington Ave., #106<br>Deland, FL 32724-2187 | Paradigm Parachute and Defense, Inc.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 |
| Paulo Products<br>P.O. Box 802830<br>Kansas City, MO 64180-2830 | Performance Textiles Inc<br>3917 Liberty Road<br>Greensboro, NC 27406-6109 | Production Metal Stamping, Inc.<br>8133 Opportunity Drive<br>Milton, FL 32583-8728 |
| Quench Usa Inc<br>P.O. Box 781393<br>Philadelphia, PA 19178-1393 | Renatos Sewing Machine, LLC<br>2321 Silas Deane Highway<br>Rocky Hill, CT 06067-2331 | Richard Spencer<br>3459 Carrington Rd.<br>Delaplane, VA 20144-2005 |
| Richard Sugden<br>c/o Thomas Smits<br>P.O. Box 3377<br>Jackson, WY 83001-3377 | S Walter Packaging Corp<br>P.O. Box 71225<br>Philadelphia, PA 19176-6225 | S.E., Inc Dba Strong Enterprises<br>6448 Pinecastle Blvd<br>Ste 104<br>Orlando, FL 32809-6682 |
| Seko Worldwide Llc<br>1100 Arlington Heights Rd 600<br>Itasca, IL 60143-3180 | Sir Webbing Inc<br>PO Box 501<br>Hawthorne, NJ 07507-0501 | Sonitrol Of NW Florida<br>1136 Thomasville Rd<br>Tallahassee, FL 32303-6272 |
| Specialty Adhesives<br>164 Chandalar Place Dr<br>Pelham, AL 35124-1771 | Staples Advantage<br>P.O. Box 105638<br>Atlanta, GA 30348-5638 | Strand Core, Inc.<br>5881 Commerce Road<br>Milton, FL 32583-2318 |
| Strong Enterprises<br>6448 Pinecastle Blvd<br>Ste 104<br>Orlando, FL 32809-6682 | Sturges Manufacturing Company Inc<br>2030 Sunset Ave<br>Utica, NY 13502-5500 | Systima Technologies, Inc.<br>6500 Harbour Heights Pkwy<br>Mukilteo, WA 98275-4889 |

| | | |
|---|---|---|
| TForce Freight -<br>234040 Wrangler Road, Calgary AB T1X 0K2 | Taber Extrusions<br>Mississippi Division<br>P.O. Box 98437<br>Chicago, IL 60693-8437 | Tape-Craft Corporation<br>PO Box 2027<br>Anniston, AL 36202-2027 |
| Tech Ord<br>47600 180th Street<br>Clearlake, SD 57226-5469 | Techflex Inc<br>104 Demarest Road<br>Sparta, NJ 07871-4407 | Terry Service Inc<br>P.O. Box 1557<br>Ridgeland, MS 39158-1557 |
| Town Of Bloomfield Connecticut<br>Attn Town Clerk<br>P.O. BOX 337<br>Bloomfield, CT 06002-0337 | Tuff Guard Security & Patrol Service<br>2323 17th St.<br>Meridian, MS 39301-3155 | UPS<br>P.O. Box 809488<br>Chicago, IL 60680-9488 |
| Uline<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | Usa Hauling & Recycling<br>P.O. Box 808<br>East Windsor, CT 06088-0808 | Warwick Mills, Inc<br>PO Box 409<br>New Ipswich, NH 03071-0409 |
| Waste-Pro Pensacola<br>P.O. Box 865220<br>Orlando, FL 32886-5220 | Wesco<br>P.O. Box 10546<br>Mobile, AL 36610-0546 | Western Extrusions<br>PO Box 810219<br>Dallas, TX 75381-0219 |
| Workers United, Southern Regional<br>Joint Board<br>c/o Stanford Fagan, LLC<br>2540 Lakewood Ave.<br>Atlanta, GA 30315-6308 | XRI Testing<br>PO Box 9446<br>New York, NY 10087-9446 | Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598 |
| Zodiac US Corporation<br>2201 W. Royal Lane, #150<br>Irving, TX 75063-3206 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Rilyn A Carnahan +<br>GreenspoonMarder<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 |
| Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | L. Todd Budgen +<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paradigm Parachute and Defense, Inc.

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF

--------------------------------------------

Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients   143
Bypassed recipients     2
Total                 145

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04641-GER<br>Middle District of Florida<br>Orlando<br>Fri Nov 10 11:20:25 EST 2023 | Grace E. Robson<br>Orlando<br>, FL | S.E., Inc.<br>6448 Pinecastle Blvd.<br>Suite 104<br>Orlando, FL 32809-6682 |
| 6448 Pinecastle Investors. LLC<br>P.O. Box 848486<br>Los Angeles, CA 90084-8486 | Acme Stamp & Sign<br>4645 Parkbreeze Court<br>Orlando, FL 32808-1044 | Adam Freeman<br>1209 Edgewater Dr.<br>Orlando, FL 32804-6365 |
| Aegis<br>385 N Sherman Ave<br>Corona, CA 92882-1890 | Aerial Delivery Solutions, LLC<br>4645 Parkbreeze Ct.<br>Orlando, FL 32808-1044 | Airtech<br>MittelstraBe 69<br>Mittelstrabe 69, 33181 Bad<br>Wunnenberg, Germany |
| Attorney General of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | Aviation Safety Resource, Inc.<br>6448 Pinecastle Blvd., Suite 104<br>Orlando, FL 32809-6682 | Bally Ribbon<br>23 N. 7th PO Box D<br>BALLY, PA 19503-1004 |
| Bourdon Forge, Co., Inc.<br>99 Tuttle Rd<br>Middletown, CT 06457-1827 | CWH USA Inc.<br>62A Ballou Blvd<br>Bristol, RI 02809-2728 | (p)CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 |
| DJ Associates Inc<br>8411 South Zero St<br>Fort Smith, AR 72903-7097 | Daesung Forge<br>144-17 Gongdan-ro<br>Jain-Myeon Gyeongsan-si<br>Gyeongsanbuk-do, South Korea | Die - Matic Products LLC<br>130 Express St Engineers Hill<br>Plainview, NY 11803 |
| Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201-1094 | Electric Weave<br>3573 Larkspur Drive<br>Longmont, CO 80503-7533 | Employers Preferred Insurance<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 |
| Eva Goodrich<br>4409 TalBot Ct<br>Virginia Beach, VA 23456-8025 | Express Upholstery Supply<br>1271 LaQuinta Dr Unit 1<br>Orlando, FL 32809-7713 | Fil-Tec<br>PO Box 9040<br>Lancaster, PA 17604-9040 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept. of Revenue<br>5050 West Tenneddee Street<br>Tallahassee, FL 32399-0100 | Gerald Schwartz<br>5242 Royal Woods Parkway, #165<br>Tucker, GA 30084-3087 |
| GlobalTranz<br>One Glenlake Parkway Ste 700<br>Atlanta, GA 30328-3496 | Guardian<br>PO Box 826486<br>Philadelphia, PA 19182-6486 | HLC Industries<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 |

| | | |
|---|---|---|
| Hooker Custom Harness, Inc.<br>324 East Stephenson Street<br>Freeport, IL 61032-3341 | Hope Global<br>P.O. Box 28872<br>New York, NY 10087-8872 | Industrial Webbing Corp.<br>PO Box 740226<br>Boynton Beach, fl 33474-0226 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | K & W Webbing C. Inc.<br>403 Roosevelt Ave<br>Central Falls, RI 02863-3129 | Loos & Co. Inc<br>16B Mashamoquet Rd.<br>Pomfret, CT 06259-1841 |
| Lord & Hodge, Inc.<br>362 Industrial Park Rd, Unit 4<br>Middletown, CT 06457-1548 | Lowy Enterprises<br>1970E. Gladwick St.<br>Rancho Dominguez, CA 90220-6201 | M.J. Foley Company<br>52026 Sierra Drive<br>New Baltimore, MI 48047-1307 |
| M.M. Newman Corp.<br>24 Tioga Way<br>Marblehead, MA 01945-1575 | Macquarie Capital, Inc.<br>P.O. Box 714862<br>Cincinnati, OH 45271-4862 | Magcraft<br>1934 Old Gallows Road<br>Vienna, VA 22182-4042 |
| MainSpring<br>8 E. Second Street Suite 205<br>Frederick, MD 21701-5318 | Marcia ˜LaVanway<br>6582 Keigley St.<br>P.O. Box 143<br>Eau Claire MI 49111-0143 | Master Repair<br>10510 Gardenwood Rd.<br>Orlando, FL 32837-8908 |
| McMaster-Carr Supply Co.<br>PO BOX 7690<br>Chicago, IL 60680-7690 | Metal-Flex Hosing<br>1241 E. Erie Ave<br>Philadelphia, PA 19124-5598 | Mutual of America<br>320 Park Avenue<br>New York, NY 10022-6839 |
| National Labor Relations Board-Region 15<br>Attn:  General Attorney (Labor)<br>600 S. Maestri Place, 7th Floor<br>New Orleans, LA 70130-3414 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Nouphit Simuong<br>11324 Porto Court<br>Orlando, FL 32837-9045 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Para-Gear Equipment Co.<br>3839 W. Oakton<br>Skoie, IL 60076-3483 | Parachute Laboratories<br>1665 N. Lexington Ave., #106<br>Deland, FL 32724-2187 |
| Reliable Factory Supply<br>PO Box 340<br>Thomaston, CT 06787-0340 | Richard Spencer<br>3459 Carrington Rd.<br>Delaplane, VA 20144-2005 | Richard Sugden<br>c/o Thomas Smits<br>P.O. Box 3377<br>Jackson, WY 83001-3377 |
| S.I.R. Webbing<br>P.O. Box 501<br>Hawthorne, NJ 07507-0501 | SSK Industries, INC<br>1008 Monroe Road<br>Lebanon, OH 45036-1415 | Sissine's Office Systems<br>6123 Philips Hwy.<br>Jacksonville, FL 32216-5969 |

| | | |
|---|---|---|
| Spectrum<br>PO Box 7186<br>Pasadena, CA 91109-7186 | (p)TFORCE FREIGHT<br>ATTN ANTHONY SCHRUNK<br>PO BOX 1216<br>RICHMOND VA 23218-1216 | Tape Craft<br>P O Box 2027<br>Anniston, AL 36202-2027 |
| (c)THE THREAD EXCHANGE<br>22 A B EMBLEM DR<br>WEAVERVILLE NC 28787-0258 | Top Value Fabrics<br>P.O. BOX 2050<br>Caramel, IN 46082-2050 | Twin City Welding<br>1855 Tileston Road<br>St. Cloud, FL 34771-8817 |
| Tylaska Marine & Aerospace<br>800 Flanders Road<br>Mystic, ct 06355-1331 | U.S. Attorney<br>Attn: Civil Process Clerk<br>400 W. Washington St., #3100<br>Orlando, FL 32801-2203 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 |
| UPS<br>PO Box 650116<br>Dallas, TX 75265-0116 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | United Health Care<br>PO Box 94017<br>Palatine, IL 60094-4017 |
| Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | Westmark Corporation<br>PO Box 98 42 Industrial Park Drive<br>Sterling, CT 06377-0098 | Wichard Inc.<br>3901 Pine Grove Circle<br>Charlotte, NC 28206-1385 |
| Workers United, Southern Regional<br>Joint Board<br>c/o Stanford Fagan, LLC<br>2540 Lakewood Ave.<br>Atlanta, GA 30315-6308 | YKK U.S.A. INC.<br>P.O. Box 100181<br>Atlanta, GA 30384-0181 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Rilyn A Carnahan +<br>GreenspoonMarder<br>CityPlace Tower<br>525 Okeechobee Boulevard, Suite 900<br>West Palm Beach, FL 33401-6306 | Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 |
| L. Todd Budgen +<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control LLC<br>Re: Bank of America<br>3300 Rider Trail S., #500<br>Earth City, MO 63045 | T-Force<br>1000 Semmes Avenue PO Box 1216<br>Richmond, VA 23218 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

The Thread Exchange
291 - A Merrimon Ave
Weaverville, NC 28787

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Paradigm Parachute and Defense, Inc. | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF | End of Label Matrix |
| | -------------------------------------------- | Mailable recipients    81 |
| | Note: Entries with a '-' at the end of the name have filed a claim in this case | Bypassed recipients     2 |
| | | Total                  83 |

CONTRACT ASSUMPTION LIST

| Debtor | Counter-Party Name | Address1 | Address2 | City | State | Zip | Estimated Cure Amount | Contract Type | FAR Novation |
|---|---|---|---|---|---|---|---|---|---|
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ 66,375.62 | Vendor/Lessor | |
| Strong | Parachute Laboratories | 1665 N. Lexington Avenue Suite 106 | | Deland | FL | 32724 | $ 13,892.56 | Vendor/Lessor | |
| Strong | Employers Preferred Insurance | 26000 Cannon Rd | | Clevlan | OH | 44146 | $ 2,700.42 | Vendor/Lessor | |
| Strong | FL 6448 Pinecastle Blvd (DE) LLC | PO Box 848486 | | Los Angeles | CA | 90084 | $ - | Vendor/Lessor | |
| Strong | Adam Freeman | 1209 Edgewater Drive | | Orlando | FL | 32804 | $ - | Vendor/Lessor | |
| Strong | Spectrum | Charter Communications PO Box 7186 | | Pasadena | CA | 91109 | $ - | Vendor/Lessor | |
| Strong | Duke Energy | PO Box 1094 | | Charlotte | NC | 28201 | $ - | Vendor/Lessor | |
| Strong | WM | PO Box 4648 | | Carol Stream | IL | 60197 | $ - | Vendor/Lessor | |
| Strong | United Health Care | PO Box 94017 | | Palatine | IL | 60094 | $ - | Vendor/Lessor | |
| Strong | Guardian | PO Box 826486 | | Philadelphia | PA | 19182 | $ - | Vendor/Lessor | |
| Strong | UPS | PO Box 650116 | | Dallas | TX | 75265 | $ - | Vendor/Lessor | |
| Strong | T-Force | 1000 Semmes Avenue PO Box 1216 | | Richmond | VA | 23218 | $ - | Vendor/Lessor | |
| Strong | Sissine's Office Systems | 6123 Philips Hwy | | Jacksonville | FL | 32216 | $ - | Vendor/Lessor | |
| Strong | Macquarie Capital Inc. | PO Box 714862 | | Cincinnati | OH | 45271 | $ - | Vendor/Lessor | |
| Strong | MainSpring | 8 E. Second Street Suite 205 | | Frederick | MD | 21701 | $ - | Vendor/Lessor | |
| Strong | GlobalTranz | One Glenlake Parkway Ste 700 | | Atlanta | GA | 30328 | $ - | Vendor/Lessor | |
| Strong | Mutual of America | 320 Park Avenue | | New York | NY | 10022 | $ - | Vendor/Lessor | |
| Strong | Acme Stamp & Sign | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Aegis | 385 N Sherman Ave | | Corona | CA | 92882 | $ - | Vendor/Lessor | |
| Strong | aerial delivery solutions llc. | 4645 Parkbreeze Court | | Orlando | FL | 32808 | $ - | Vendor/Lessor | |
| Strong | Bally Ribbon | 23 N. 7th PO Box D | | BALLY | PA | 19503 | $ - | Vendor/Lessor | |
| Strong | Bourdon Forge, Co., Inc. | 99 Tuttle Rd | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | CWH USA Inc. | 62A Ballou Blvd | | Bristol | RI | 02809 | $ - | Vendor/Lessor | |
| Strong | Die - Matic Products LLC | 130 Express St Engineers Hill | | Plainview | NY | 11803 | $ - | Vendor/Lessor | |
| Strong | DJ Associates Inc | 8411 South Zero St | | Fort Smith | AR | 72903 | $ - | Vendor/Lessor | |
| Strong | Electric Weave | 3573 Larkspur Drive | | Longmont | CO | 80503 | $ - | Vendor/Lessor | |
| Strong | Express Upholstery Supply | 1271 LaQuinta Dr Unit 1 | | ORLANDO | FL | 32809 | $ - | Vendor/Lessor | |
| Strong | Fil-Tec | PO Box 9040 | | Lancaster | PA | 17604 | $ - | Vendor/Lessor | |
| Strong | Gerald Schwartz | 5242 Royal Woods Parkway Suite 165 | | TUCKER | GA | 30084 | $ - | Vendor/Lessor | |
| Strong | Goodrich, Eva | 4409 TalBot Ct | | Virginia Beach | VA | 23456 | $ - | Vendor/Lessor | |
| Strong | HLC Industries | P.O. Box 1036 | | Charlotte | NC | 19004 | $ - | Vendor/Lessor | |
| Strong | Hooker Custom Harness, Inc. | 324 East Stephenson Street | | FREEPORT | IL | 61032 | $ - | Vendor/Lessor | |
| Strong | Hope Global | P.O. Box 28872 | | New York | NY | 10087 | $ - | Vendor/Lessor | |
| Strong | Industrial Webbing Corp. | PO Box 740226 | | Boynton Beach | fl | 33474 | $ - | Vendor/Lessor | |
| Strong | K & W Webbing C. Inc. | 403 Roosevelt Ave | | Central Falls | RI | 02863 | $ - | Vendor/Lessor | |
| Strong | Loos & Co. Inc | 16B Mashamoquet Rd. | | Pomfret | CT | 06259 | $ - | Vendor/Lessor | |
| Strong | Lord & Hodge, Inc. | 362 Industrial Park Rd, Unit 4 | | Middletown | CT | 06457 | $ - | Vendor/Lessor | |
| Strong | Lowy Enterprises | 1970E. Gladwick St. | | Rancho Dominguez | CA | 90220 | $ - | Vendor/Lessor | |
| Strong | M.J. FOLEY COMPANY | 52026 Sierra Drive | | New Baltimore | MI | 48047 | $ - | Vendor/Lessor | |
| Strong | M.M. Newman Corp. | 24 Tioga Way | | Marblehead | MA | 01945 | $ - | Vendor/Lessor | |
| Strong | magcraft | 1934 Old Gallows Road | | Vienna | VA | 22182 | $ - | Vendor/Lessor | |
| Strong | Master Repair | 10510 Gardenwood Rd. | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |
| Strong | McMASTER-CARR SUPPLY CO. | PO BOX 7690 | | CHICAGO | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Metal-Flex Hosing | 1241 E. Erie Ave | | Philadelphia | PA | 19124 | $ - | Vendor/Lessor | |
| Strong | Nouphit Simuong | 11324 Porto Court | | Orlando | FL | 32837 | $ - | Vendor/Lessor | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Strong | PARA-GEAR EQUIPMENT CO. | 3839 W. OAKTON | | SKOKIE | IL | 60076 | $ - | Vendor/Lessor | |
| Strong | Parachute Laboratories | 1665 N. Lexington Avenue Suite 106 | | Deland | FL | 32724 | $ - | Vendor/Lessor | |
| Strong | Reliable Factory Supply | PO Box 340 | | Thomaston | CT | 06787 | $ - | Vendor/Lessor | |
| Strong | S.I.R. Webbing | P.O. Box 501 | | Hawthorne | NJ | 07507 | $ - | Vendor/Lessor | |
| Strong | SSK Industries, INC | 1008 Monroe Road | | Lebanon | OH | 45036 | $ - | Vendor/Lessor | |
| Strong | Tape Craft | P O Box 2027 | | Anniston | AL | 36202 | $ - | Vendor/Lessor | |
| Strong | The Thread Exchange | 291 - A Merrimon Ave | | Weaverville | NC | 28787 | $ - | Vendor/Lessor | |
| Strong | Top Value Fabrics | P.O. BOX 2050 | | Caramel | IN | 46082 | $ - | Vendor/Lessor | |
| Strong | Twin City Welding | 1855 Tileston Road | | St. Cloud | FL | 34771 | $ - | Vendor/Lessor | |
| Strong | Tylaska Marine & Aerospace | 800 Flanders Road | | Mystic | ct | 06355 | $ - | Vendor/Lessor | |
| Strong | Uline | PO Box 88741 | | Chicago | IL | 60680 | $ - | Vendor/Lessor | |
| Strong | Westmark Corporation | PO Box 9842 Industrial Park Drive | | Sterling | CT | 06377 | $ - | Vendor/Lessor | |
| Strong | Wichard Inc. | 3901 Pine Grove Circle | | Charlotte | NC | 28206 | $ - | Vendor/Lessor | |
| Strong | YKK U.S.A. INC. | P.O. Box 100181 | | Atlanta | GA | 30384 | $ - | Vendor/Lessor | |
| Strong | AL-KHALIQ GLOBAL | NO. 1-G, JALAN PINGGIRAN PUTRA 4A/3, TAMAN DESA PINGGIRAN PUTRA, SG. MERAB, 43000 KAJANG, SELANGOR, | | | | | | Customer | |
| Strong | BOSTICK | 557 POCAHONTAS DRIVE | | FT. WALTON BEACH | FL | 32547 | | Customer | |
| Strong | BURDA | Teddy Furman / Alejandro Burda 28619 Wharton Dr | | Bonita Springs | FL | 34315 | | Customer | |
| Strong | China Skydivers | CONTACT INFO CONFIRMED 6/26 Xiong weifang Luoding Airport, Luoding city, 527200, Yunfu, Guangdong, China | | | | | | Customer | |
| Strong | COLLINS | 4019 Taliluna Ave | | KNOXVILLE | TN | 37919 | | Customer | |
| Strong | COLYER (ACE MAKER AIRSHOWS) *SPONSORED* | 215 Locust Ave | | SAN RAFAEL | CA | 94901 | | Customer | |
| Strong | DANIELS MANUFACTURING CORPORATION | PO BOX 593872 | | ORLANDO | FL | 32859 | | Customer | |
| Strong | DBS AVIO PARA SERVICE | DBS AVIO PARA SERVICE DANIELE BULLERI VIA UMBERTO FORTI SNC MONTACCHIELLO, MN  56121 Italy | | | | | | Customer | |
| Strong | DELAMER | 26960 E. RIVER RD | | Splendora | TX | 77372 | | Customer | |
| Strong | ERIC SCHER - TOM WOOD, INC | 9917 WILLOW VIEW RD | | Fishers | IN | 46038 | | Customer | |
| Strong | Evolution Aircraft Inc. | 39440 South Ave | | ZEPHYRHILLS | FL | 33542 | | Customer | |
| Strong | GILAD pinhas SPORTS & EXTREME SERVICES | GILAD pinhas SPORTS & EXTREME SERVICES gilad pinhas 45/15 Gideon Housner St. Beer-Sheva,   8476862 | | | | | | Customer | |
| Strong | GOLD CAP LLC (dba OLDE THYME AVIATION) | 4871 Aviator Lane NW | | BREMERTON | WA | 98312 | | Customer | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Strong | GOLD WINGS AVIATION | UNIT 2B MEZZANINE FLOOR, AMBER PLACE #19 MRT AVENUE (FORMERLY BATANI RD) FORT BONIFACIO, TAGUIG CITY  1630 | | | | | | Customer |
| Strong | GULF COAST AVIONICS | 3650 Drane Field Rd | | LAKELAND | FL | 33811 | | Customer |
| Strong | HARRAH, M. | 10211 E. CRESTWOOD ST | | Wichita | KS | 67206 | | Customer |
| Strong | HASLAM | Barn Yesterday Patrick Brompton Bedale North Yorkshire  DL8 1JY UNITED KINGDOM | | | | | | Customer |
| Strong | HITE | 10316 FORREST DR | | Frisco | TX | 75035 | | Customer |
| Strong | HUSKEY | 900 BILL SWAIN DR | | Oneida | TN | 37841 | | Customer |
| Strong | INDUSTRIAL SMOKE & MIRRORS | 3024 Shader Ave | | ORLANDO | FL | 32808 | | Customer |
| Strong | INFLITE GROUP | INFLITE GROUP Henry Morgan 234 ROSEDALE ROAD ALBANY, AUCKLAND NEW ZEALAND | | | | | | Customer |
| Strong | Irwin International | PO BOX 4000 | | CORONA | CA | 92878 | | Customer |
| Strong | KIRK, KENNETH | PO BOX 1 | | NEWTON | IA | 50208 | | Customer |
| Strong | KRILL AIRCRAFT | KRILL AIRCRAFT Ivo Krill Na Zachonech 1699 KUNOVICE,  68604 CZECH REPUBLIC | | | | | | Customer |
| Strong | LARSEN, BRIAN | 729 MOON CIR | | WORTHINGTON | MN | 56187 | | Customer |
| Strong | LEOW  CHAI HENG | Joseph Leow Chai Heng 1, Tampines North Road 1. #07-19. T-Space 528559 Singapore | | | | | | Customer |
| Strong | LOGLINEAR GROUP, LLC | 3586 SANGANI BLVD STE L #370 | | DIBERVILLE | MS | 39540 | | Customer |
| Strong | LYNCH, JAMES | 590 BARKER PASS RD | | Santa Barbara | CA | 93108 | | Customer |
| Strong | MARKHAM CONSTRUCTION | c/o SKYDIVE PALATKA 4015 REID ST BLDG E-8 | | PALATKA | FL | 32177 | | Customer |
| Strong | Mee Loft Parachute Rigging Services | Mee Loft Parachute Rigging Services Koppel Solomon p.o. box 602 carina, qld 4152 Australia | | | | | | Customer |
| Strong | MESA, E. | 4281 DARRIL RD | | Edmond | OK | 73025 | | Customer |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Strong | MILSPEC SERVICES PTY LTD | MILSPEC SERVICES PTY LTD UNIT 2 99 SPENCER RD CARRARA, QLD 4211 AUSTRALIA | | | | | | Customer | |
| Strong | MILTECH | 2928 Technology Blvd W Suite 101 | | BOZEMAN | MT | 59718 | | Customer | |
| Strong | MRV SYSTEMS | 6370 Lusk Blvd Suite F100/F101 | | San Diego | CA | 92121 | | Customer | |
| Strong | MUHLE | 31345 175TH AVENUE | | COLUMBUS | NE | 68601 | | Customer | |
| Strong | Oopee ratings & rigging LTD | OLLI-PEKKA "OOPEE" LUOMAJOKI Julinintie 6 C, 53200 Lappeenranta, South Carelia FINLAND | | | | | | Customer | |
| Strong | PACIFIC GYRE | 3740 OCEANIC WAY SUITE 302 | | OCEANSIDE | CA | 92056 | | Customer | |
| Strong | Paradigm Parachute & Defense | 4040 Ashland Ave. | | PENSACOLA | FL | 32534 | | Customer | |
| Strong | PATHANA UPAKORN LTD. PART. | PATHANA UPAKORN Co., LTD EDDIE RERK 40/747 1st FL., MOO 10 NUANJAN ROAD KWANG KLONGKUM, KaET BUENGKUM | | | | | | Customer | |
| Strong | RAPP, G. | 90 WOODHAVEN DR. | | Berlin | CT | 06037 | | Customer | |
| Strong | RED STAR AVIATION | 11628 PILOT COUNTRY DR | | SPRING HILL | FL | 34610 | | Customer | |
| Strong | Remelin | 160 BROOKLINE LANE | | COSTA MESA | CA | 92626 | | Customer | |
| Strong | SKJ AVIATION (Hazanhaniya 2019 Ltd) | SKJ AVIATION (Hazanhaniya 2019 Ltd) Shai Tsabari/yogev Kalmanovitch 6 HarVu Avenue (High Lev Building) Bar-Lev Ind. Park 2015600 ISRAEL | | | | | | Customer | |
| Strong | Storrie Parachute Works Inc. | 600 MAGNOLIA ST | | DENTON | TX | 76201 | | Customer | |
| Strong | SYDNEY SKYDIVERS | Cairns p.o box 753 | | Bungalow | | 4870 | | Customer | |
| Strong | VINTAGE PAIR (PETTERS) *SPONSORED* | David Petters VINTAGE PAIR CART HOUSE 2 COPLEY HILL BUSINESS PARK CAMBRIDGE ROAD, BABRAHAM CB223GN | | | | | | Customer | |
| Strong | WAMORE, INC | 1907 W. Parkside Lane | | Phoenix | AZ | 85027 | | Customer | |
| Strong | Wings & Wheels INC | ATTN: Sean Franke 3525 W. Bavaria St | | EAGLE | ID | 83616 | | Customer | |
| Pioneer | ACC-DTA | 6501 E. 11 Mile Road | | Detroit Arsenal | MI | 48397 | Kaley Weeden | Customer | No |
| Pioneer | Astro Machine Works Inc | 470 Wenger Drive | PO Box 328 | Ephrata | PA | 17522 | | Customer | No |
| Pioneer | ███████████ | ███████████ | | ███ | ███ | ███ | | Customer | No |
| Pioneer | ███████████ | ███████████ | ███ | ███ | ███ | ███ | Lucas Vicars | Customer | No |
| Pioneer | Capewell Aerial Systems LLC | 105 Nutmeg Rd South | | South Windsor | CT | 06074 | | Customer | No |
| Pioneer | DLA Aviation 62980 | ASC Supplier Operations AE & AF Div | 8000 Jefferson Davis Hwy | Richmond | VA | 23297 | | Customer | Yes |
| Pioneer | ███████████ | ███████████ | | ███████ | ███ | ███ | | Customer | No |
| Pioneer | ███████████ | ███████████ | ███████ | ███████ | | ███ | | Customer | No |

CONTRACT ASSUMPTION LIST

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer | NASA Shared Services Center NSSC | Building 1111 | | Stennis Space Center | MS | 39529 | Tiffany Neal | | Customer | Yes |
| Pioneer | Natick Contracting Division | W6QK ACC-APG | BLDG 1 General Greene Ave | Natick | MA | 01760-5011 | | | Customer | Yes |
| Pioneer | Paradigm Para & Def, Inc | 4040 Ashland Ave | | Pensacola | | 32534 | 850-741-3505 | | Customer | No |
| Pioneer | Para-Guard PTY. LTD. | PO Box 633 | | Alstonville | | NSW 2477 | | | Customer | No |
| Pioneer | ███████ | ███████ | | ███████ | █ | ███████ | | | Customer | No |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | STE 104 | ORLANDO | FL | 32809 | TED STRONG | | Customer | No |
| Pioneer | USSOCOM DET-1 | 103 SOUTH MAGNOLIA BLVD | | ELGIN AFB | FL | 32542 | DANIELLE WHITTEN | | Customer | Yes |
| Pioneer | Wing Store | ul. Sobieskiego 53 | | | WL | 58-500 | | | Customer | No |
| Pioneer | Zodiac Hurricane Technology | 7830 Vantage Way | | Delta | BC | V4G1A7 | | | Customer | No |
| Pioneer | ZODIAC US CORPORATION | 1747 State Route 34 | | Wall Township | NJ | 07727-3935 | $ | 679,293.14 | Vendor/Lessor | |
| Pioneer | STRONG ENTERPRISES | 6448 Pinecastle Blvd | Ste 104 | ORLANDO | FL | 32809 | $ | 86,406.32 | Vendor/Lessor | |
| Pioneer | Marion County Tax Collector | Marion County Tax Assessor | 250 Broad Street | Columbia | MS | 39429 | $ | 48,903.33 | Vendor/Lessor | |
| Pioneer | COMCAST BUSINESS | PO BOX 37601 | | PHILADELPHIA | PA | 19101-0601 | $ | 31,032.53 | Vendor/Lessor | |
| Pioneer | AT&T | PO BOX 5019 | | Carol Stream | IL | 60197-5019 | $ | 29,809.81 | Vendor/Lessor | |
| Pioneer | ABB Inc | Attn:Real Estate Group | 305 Gregson Drive | Cary | NC | 27511 | $ | 29,386.02 | Vendor/Lessor | |
| Pioneer | TOWN OF BLOOMFIELD CONNEC | ATTN TOWN CLERK | PO BOX 337 | BLOOMFIELD | CT | 06002 | $ | 18,124.97 | Vendor/Lessor | |
| Pioneer | CATERPILLAR FINANCIAL SERVICE | 2120 WEST END AVENUE | | NASHVILLE | TN | 37203 | $ | 9,958.64 | Vendor/Lessor | |
| Pioneer | MISSISSIPPI POWER COMPANY | PO BOX 245 | | BIRMINGHAM | AL | 35201-0245 | $ | 7,207.62 | Vendor/Lessor | |
| Pioneer | CISTECH Inc | NBG TOWER, 10590 INDEPENDENCE | POINTE PKWY, SUITE 202 | Matthews | NC | 28105 | $ | 6,300.00 | Vendor/Lessor | |
| Pioneer | SEKO Worldwide LLC | 1100 Arlington Heights RD 600 | | Itasca | IL | 60143 | $ | 5,000.00 | Vendor/Lessor | |
| Pioneer | Terry Service Inc | PO BOX 1557 | | RIDGELAND | MS | 39158-1557 | $ | 3,668.13 | Vendor/Lessor | |
| Pioneer | XEROX CORPORATION | PO BOX 827598 | | PHILADELPHIA | PA | 19182-7598 | $ | 3,532.67 | Vendor/Lessor | |
| Pioneer | BLUEGRACE LOGISTICS | DEPT. 108 | BOX 4964 | HOUSTON | TX | 77210-4964 | $ | 3,323.21 | Vendor/Lessor | |
| Pioneer | Eagle Packaging | 1075 S. Fairfield Drive | | Pensacola | FL | 32506 | $ | 2,687.50 | Vendor/Lessor | |
| Pioneer | UPS | P.O. Box 809488 | | Chicago | IL | 60680-9488 | $ | 2,221.56 | Vendor/Lessor | |
| Pioneer | DE LAGE LANDEN | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | $ | 1,623.60 | Vendor/Lessor | |
| Pioneer | C Spire | PO Box 748168 | | Atlanta | GA | 30374-8168 | $ | 1,272.00 | Vendor/Lessor | |
| Pioneer | INDUSTRONICS SERVICE CO | P. O. Box 649 | | SOUTH WINDSOR | CT | 06074 | $ | 1,069.15 | Vendor/Lessor | |
| Pioneer | DYCO INDUSTRIES, INC. | 229 SOUTH SATELLITE ROAD | | SOUTH WINDSOR | CT | 06074 | $ | 1,000.00 | Vendor/Lessor | |
| Pioneer | JO King Inc. | P.O.ox 1088 | | Alpharetta | GA | 30009 | $ | 960.00 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION #701 | PO Box 630803 | | Cincinnati | OH | 45263-0803 | $ | 952.00 | Vendor/Lessor | |
| Pioneer | CRATERS & FREIGHTERS | 4360 Floridatown Rd | | Pace | FL | 32571 | $ | 820.00 | Vendor/Lessor | |
| Pioneer | Carolina Narrow Fabric Company | PO Box 896094 | | Charlotte | NC | 28289 | $ | 768.00 | Vendor/Lessor | |
| Pioneer | CITY OF COLUMBIA | WATER DEPARTMENT | 201 2ND STREET | COLUMBIA | MS | 39429 | $ | 757.98 | Vendor/Lessor | |
| Pioneer | Waste-Pro-Pensacola | 116-Waste Pro-Pensacola | PO BOX 865220 | Orlando | FL | 32886-5220 | $ | 708.86 | Vendor/Lessor | |
| Pioneer | USA HAULING & RECYCLING | P.O. BOX 808 | | EAST WINDSOR | CT | 06088 | $ | 704.00 | Vendor/Lessor | |
| Pioneer | Micro-Tech Service, LLC | 59 Old Windsor Road | | Bloomfield | CT | 06002 | $ | 700.00 | Vendor/Lessor | |
| Pioneer | MSC Industrial Supply | PO BOX 953635 | | ST. LOUIS | MO | 63195-3635 | $ | 614.31 | Vendor/Lessor | |
| Pioneer | CINTAS CORPORATION 0J71 0003 | PO Box 631025 | | Cincinnati | OH | 45263-1025 | $ | 581.80 | Vendor/Lessor | |
| Pioneer | HALLS HARDWARE & LUMBER | 6606 HIGHWAY 90 | | MILTON | FL | 32570 | $ | 563.18 | Vendor/Lessor | |
| Pioneer | GRAINGER | DEPT 844149682 | | PALATINE | IL | 60038-0001 | $ | 539.15 | Vendor/Lessor | |
| Pioneer | S.E., Inc Dba Strong Enterprises | 6448 Pinecastle Blvd | Ste 104 | Orlando | FL | 32809 | $ | 512.00 | Vendor/Lessor | |
| Pioneer | Uline | PO Box 88741 | | Chicago | IL | 60680-1741 | $ | 460.76 | Vendor/Lessor | |
| Pioneer | STAPLES ADVANTAGE | PO BOX 105638 | | ATLANTA | GA | 30348-5638 | $ | 422.30 | Vendor/Lessor | |
| Pioneer | AT&T MOBILITY | NATIONAL BUSINESS SERVICES | PO Box 6463 | CAROL STREAM | IL | 60197-6463 | $ | 400.76 | Vendor/Lessor | |
| Pioneer | Wesco | P.O. Box 10546 | | Prichard | AL | 36610 | $ | 393.77 | Vendor/Lessor | |
| Pioneer | FEDEX | P.O. BOX 660481 | | DALLAS | TX | 75266-0481 | $ | 372.39 | Vendor/Lessor | |
| Pioneer | AIRESPRING | 1801 W. Olympic Blvd | | Pasadena | CA | 91199-1422 | $ | 365.48 | Vendor/Lessor | |

CONTRACT ASSUMPTION LIST

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pioneer | SONITROL OF NW FLORIDA | 1136 Thomasville Rd | | TALLAHASSEE | FL | 32303 | $ | 353.31 | Vendor/Lessor |
| Pioneer | CHALLENGE SAILCLOTH | 560 NUTMEG RD NORTH | | SOUTH WINDSOR | CT | 06074 | $ | 326.70 | Vendor/Lessor |
| Pioneer | HORN TEXTILE, INC. | 600 N. BROWN STREET | | TITUSVILLE | PA | 16354 | $ | 242.00 | Vendor/Lessor |
| Pioneer | FORT STORAGE | 4114 AVALON BLVD. | | MILTON | FL | 32583 | $ | 233.24 | Vendor/Lessor |
| Pioneer | KONICA MINOLTA BUSINESS SOL | Dept. AT 952823 | | Atlanta | GA | 31192-2823 | $ | 232.74 | Vendor/Lessor |
| Pioneer | MILLER-STEPHENSON | CHEMICAL COMPANY INC | 55 Backus Avenue | Danbury | CT | 06810 | $ | 220.06 | Vendor/Lessor |
| Pioneer | S WALTER PACKAGING CORP | PO BOX 71225 | Accounts Receivable | PHILADELPHIA | PA | 19176-6225 | $ | 179.44 | Vendor/Lessor |
| Pioneer | KMS BUSINESS PRODUCTS CORP | 3010 E. CERVANTES STREET | | PENSACOLA | FL | 32503 | $ | 158.03 | Vendor/Lessor |
| Pioneer | GRAND RAPIDS FOAM TECHNOL | 1700 ALPINE AVE NW | | GRAND RAPIDS | MI | 49519 | $ | 150.91 | Vendor/Lessor |
| Pioneer | Cintas Corp 0J71 Route 0003 | Customer # 10537278 | PO Box 631025 | Cincinnati | OH | 45263-1025 | $ | 116.63 | Vendor/Lessor |
| Pioneer | CITY OF MILTON | P.O. BOX 909 | | MILTON | FL | 32572 | $ | 116.10 | Vendor/Lessor |
| Pioneer | CCP INDUSTRIES | P.O. BOX 734569 | | CHICAGO | IL | 60673-4569 | $ | 115.03 | Vendor/Lessor |
| Pioneer | Empower Trust Company | PO Box 825752 | | Philadelphia | PA | 19182-5752 | $ | 100.00 | Vendor/Lessor |
| Pioneer | Quench USA Inc | PO Box 781393 | | Philadelphia | PA | 19178-1393 | $ | 98.26 | Vendor/Lessor |
| Pioneer | HRDIRECT | PO BOX 669390 | | Pompano Beach | FL | 33066-9390 | $ | 90.94 | Vendor/Lessor |
| Pioneer | MCMASTER-CARR SUPPLY CO | PO BOX 7690 | | CHICAGO | IL | 60680-7690 | $ | 85.25 | Vendor/Lessor |
| Pioneer | COMMUNITY COFFEE | PO BOX 679510 | | DALLAS | TX | 75267-9510 | $ | 69.85 | Vendor/Lessor |
| Pioneer | MISSISSIPPI DEPT OF HEALTH | PO Box 1700 | 570 East Woodrow Wilson | Jackson | MS | 39215 | $ | 40.00 | Vendor/Lessor |