UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Joint Administration Motion Pending* |
| _____/ | |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| Applicable Debtor. | |
| _____/ | |

**AMENDED NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

S.E., INC. (the "**Debtor**"), as debtor and debtor in possession, by and through its undersigned attorneys, gives notice that the undersigned has been informed of the correct address of the following creditor and that all future notices should be forwarded to the creditor at the corrected address below.

| **Incorrect Address:** | **Corrected Address:** |
|---|---|
| Aerial Delivery Solutions, LLC | Aerial Delivery Solutions, LLC |
| 4645 Parkbreeze Ct. | 3601 Commerce Blvd., Suite 1 |
| Orlando, FL 32808 | Kissimmee, FL  34741 |

The Debtor, through its attorneys, requests that the Clerk correct the mailing matrix by deleting the incorrect address and inserting the correct address in its place.

/s/ Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, a true and correct of the foregoing *Notice of Corrected Address of Creditor* was furnished by the Court's CM/ECF electronic noticing system to all parties receiving electronic noticing, and a true and correct of the foregoing *Notice of Corrected Address of Creditor* and *Notice of Chapter 11 Bankruptcy Case* was furnished by U.S. Mail to:

Aerial Delivery Solutions, LLC
3601 Commerce Blvd., Suite 1
Kissimmee, FL  34741

/s/ Daniel R. Fogarty
Daniel R. Fogarty