**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| **AVIATION SAFETY RESOURCES, INC.,** | Case No. 6:23-bk-4639-GER |
| **S.E., INC.,** | Case No. 6:23-bk-4641-GER |
| **PIONEER AEROSPACE CORPORATION** | Case No. 6:23-bk-4643-GER |
| Debtors. | *Jointly Administered under Case No. 6:23-bk-4639-GER* |

**NOTICE OF COMPLIANCE WITH ORDER**
**GRANTING MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS GIVEN THAT:

1. On November 3, 2023, the Court granted **Dov Y. Frankel** of Taft Stettinius & Hollister LLP permission to appear *pro hac vice* on behalf of Paradigm Parachute and Defense, Inc., in the above captioned case. [ECF No. 18].

2. The undersigned attests that the $150.00 special admission fee was paid to the Clerk of the United States District Court for the Middle District of Florida on November 13, 2022.[1]

**Dated this 14th day of November, 2023.**

Respectfully Submitted,
**GREENSPOON MARDER, LLP**

/s/ *Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for Paradigm Parachute and Defense, Inc.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557   F: (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

---

[1] The special admission fee was sent to the U.S. District Court for the Middle District of Florida via Federal Express on November 9, 2023. Federal Express confirms that the package was delivered to the U.S. District Court for the Middle District of Florida on November 13, 2023. The receipt for the payment has not yet been received.

## **PROOF OF SERVICE**

      I certify that on November 14, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                /s/ *Rilyn A. Carnahan*
                                                                Rilyn A. Carnahan