UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,      Case No. 6:23-bk-4639-GER
S.E., INC.,                                               Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION         Case No. 6:23-bk-4643-GER

    Debtors.                                      *Jointly Administered Under*
_____/           *Case No. 6:23-bk-4639-GER*

## DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

Aviation Safety Resources, Inc. ("**ASR**"), S.E., Inc. d/b/a Strong Enterprises ("**Strong**") and Pioneer Aerospace Corporation ("**Pioneer**"), as debtors and debtors in possession (collectively, the "**Debtors**"), hereby request an extension of time to file their Schedules and Statements of Financial Affairs (the "**Schedules**") and in support thereof, states:

1. On November 1, 2023 (the "**Petition Date**"), the Debtors filed their Voluntary Petitions for Relief under the Bankruptcy Code and made elections to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended.

2. With their Petitions, the Debtors filed their lists of creditors and addresses, but have not yet completed the Schedules as required by § 521(1) of the Bankruptcy Code.

3. Since the Petition Date, the Debtors' representatives and professionals have been actively involved in preparing for the Court-approved auction of all the operating assets of Pioneer and Strong, which is scheduled for November 20, 2023, and the hearings on the sale motion, cash collateral, and DIP Financing, scheduled for November 21, 2023.

4. The Debtors are diligently pursuing the completion of the Schedules and expect to file them on or before Wednesday, November 29, 2023.

5. The Debtors' § 341 Meetings of Creditors are currently scheduled for December 4, 2023. Granting the Debtors' requested extension of time through and including November 29, 2023, to file the Schedules will allow the Debtors' focus to remain on the sale process and stabilizing operations pending the closing, while also providing parties in interest sufficient time to review the documents prior to the § 341 Meetings of Creditors and will not prejudice parties in interest.

WHEREFORE, the Debtors respectfully request that this Court enter an order granting this Motion, extending the time through and including Wednesday, November 29, 2023, for the Debtors to file their Schedules and providing such other and further relief as is just.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtors' Motion to Extend Time to File Schedules and Statement of Financial Affairs* has been furnished on this 15th day of November, 2023, by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty

4888-2888-7184, v. 1