UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC. D/B/A STRONG ENTERPRISES, | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| D/B/A ASR-PIONEER | |
| | *Jointly Administered under* |
| Debtors. | *Case No. 6:23-bk-4639-GER* |
| _____/ | |

**DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY
STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL FOR
DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602, within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

AVIATION SAFETY RESOURCES, INC. ("**ASR**"), S.E., INC. D/B/A STRONG ENTERPRISES ("**Strong**") and PIONEER AEROSPACE CORPORATION D/B/A ASR-PIONEER ("**Pioneer**") (collectively, the "**Debtors**"), respectfully request the entry of an order authorizing the employment of Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") as

counsel for the Debtors in the above-captioned case effective as of the Petition Date (as defined below). In support of the application, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

### Background

3. On November 1, 2023 (the "**Petition Date**"), the Debtors filed with this Court Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code and made elections to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended

4. The Debtors continue to operate as debtors-in-possessions.

5. On November 3, 2023, this Court entered its *Order Granting Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)* in each of the Chapter 11 cases of the Debtors (collectively, the "**Joint Administration Order**"). Pursuant to the Joint Administration Order, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under *In re: Aviation Safety Resources, Inc.*, Case No. 6:23-4639-GER.

6. Pioneer is a venerable company with a long history of designing and manufacturing products for the aviation and aerospace industries. Pioneer began in 1938, and most recently had a particular focus on designing and manufacturing parachutes for customers in

the space and defense industries through manufacturing facilities in Bloomfield, Connecticut, Milton, Florida, and Columbia, Mississippi. Strong also operates in the aviation, defense, and aerospace industries from its location in Orlando, Florida. ASR is the parent company for both Pioneer and Strong.

### Relief Requested and Grounds for Relief

7. The Debtors desire to employ Stichter Riedel to represent them in this case.

8. All of the attorneys at Stichter Riedel are qualified to practice in this Court and are qualified to advise the Debtors on their relations with, and responsibilities to, the creditors and other interested parties in these cases. Stichter Riedel has substantial experience in representing debtors in Chapter 11 bankruptcy cases.

9. The services to be rendered by Stichter Riedel include, but are not limited to, the following:

   a. rendering legal advice with respect to the Debtors' powers and duties as debtors in possession;

   b. preparing on behalf of the Debtors necessary motions, applications, orders, reports, pleadings, and other legal papers;

   c. appearing before this Court and the United States Trustee to represent and protect the interests of the Debtors;

   d. assisting with and participating in negotiations with creditors and other parties in interest in formulating a chapter 11 plan, drafting such a plan, and taking necessary legal steps to confirm such a plan;

   e. representing the Debtors in all adversary proceedings, contested matters, and matters involving administration of this case; and

   f. performing all other legal services that may be necessary for the proper preservation and administration of these Chapter 11 cases.

10. It is necessary for the Debtors to employ counsel to perform the above-mentioned services.

11. To the best of the Debtors' knowledge, neither Stichter Riedel nor its attorneys has any connection with non-insider creditors of the Debtors, other parties in interest, or their respective attorneys. Neither Stichter Riedel nor its attorneys represent any interest adverse to the Debtors or to the estates with respect to the matters upon which it is to be employed by the Debtors.

12. The Debtors have agreed to compensate Stichter Riedel on an hourly basis in this case in accordance with Stichter Riedel's ordinary and customary rates which are in effect on the date the services are rendered, subject only to approval of this Court. The Debtors understand that Stichter Riedel's hourly rates are subject to periodic adjustments to reflect economic and other conditions.

13. The Debtors have also agreed to reimburse Stichter Riedel for the actual and necessary expenses Stichter Riedel incurs in connection with this representation.

14. Attached to this Application as **Exhibit A** and incorporated herein by reference is the Affidavit of Daniel R. Fogarty demonstrating that Stichter Riedel and its attorneys are disinterested as required by Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE the Debtors respectfully request that this Court enter an order approving this Application effective as of the Petition Date; authorizing the Debtors to employ Stichter Riedel and its attorneys as counsel for the purposes set forth in this Application effective as of the Petition Date; authorizing the Debtors to compensate Stichter Riedel for services rendered

AVIATION SAFETY RESOURCES, INC.,
S.E., INC. D/B/A STRONG ENTERPRISES,
PIONEER AEROSPACE CORPORATION
D/B/A ASR-PIONEER

By: _____
Michael Rinaldi, President

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtors' Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors in Possession Effective as of the Petition Date with attached Affidavit of Daniel R. Fogarty* has been furnished on this 15th day of November, 2023, by either the Court's CM/ECF electronic noticing system or by U.S. Mail to the LBR 1007-2 Parties in Interest Matrix in each case.

/s/ Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04639-GER<br>Middle District of Florida<br>Orlando<br>Wed Nov 15 12:17:41 EST 2023 | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32067-0831 | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060-0321 |
| Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308-2010 | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356-2299 | ClearingBid, Inc.<br>345 Lorton AveSuite 105<br>Burlingame, CA 94010-4134 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7105 | Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005-2402 |
| Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034-6865 | Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 |
| Larry Williams<br>c/o Robert K. Eddy, Esq.<br>320 W. Kennedy Blvd., #700<br>Tampa, FL 33606-1459 | Marcia ~LaVanway<br>6582 Keigley St.<br>P.O. Box 143<br>Eau Claire MI 49111-0143 | Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356-1070 |
| Paradigm Parachute and Defense, Inc.<br>c/o Rilyn A. Carnahan, Esq.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932-1316 | Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 |
| Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 |
| Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04641-GER<br>Middle District of Florida<br>Orlando<br>Wed Nov 15 12:18:19 EST 2023 | Aerial Delivery Solutions, LLC<br>3601 Commerce Blvd.<br>Kissimmee, FL 34741-4604 | Airtech<br>MittelstraBe 69<br>Mittelstrabe 69, 33181 Bad Wunnenberg, Germany |
| Aviation Safety Resource, Inc.<br>6448 Pinecastle Blvd., Suite 104<br>Orlando, FL 32809-6682 | Bally Ribbon<br>23 N. 7th PO Box D<br>BALLY, PA 19503-1004 | Bourdon Forge, Co., Inc.<br>99 Tuttle Rd<br>Middletown, CT 06457-1827 |
| (p)CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S<br>SUITE 500<br>EARTH CITY MO 63045-1338 | Daesung Forge<br>144-17 Gongdan-ro<br>Jain-Myeon Gyeongsan-si<br>Gyeongsanbuk-do, South Korea | Die - Matic Products LLC<br>130 Express St Engineers Hill<br>Plainview, NY 11803 |
| Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201-1094 | Employers Preferred Insurance<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 | GlobalTranz<br>One Glenlake Parkway Ste 700<br>Atlanta, GA 30328-3496 |
| Guardian<br>PO Box 826486<br>Philadelphia, PA 19182-6486 | HLC Industries<br>P.O. Box 1036<br>Charlotte, NC 28201-1036 | Para-Gear Equipment Co.<br>3839 W. Oakton<br>Skoie, IL 60076-3483 |
| Parachute Laboratories<br>1665 N. Lexington Ave., #106<br>Deland, FL 32724-2187 | S.I.R. Webbing<br>P.O. Box 501<br>Hawthorne, NJ 07507-0501 | (p)TFORCE FREIGHT<br>ATTN ANTHONY SCHRUNK<br>PO BOX 1216<br>RICHMOND VA 23218-1216 |
| Tape Craft<br>P O Box 2027<br>Anniston, AL 36202-2027 | UPS<br>PO Box 650116<br>Dallas, TX 75265-0116 | United Health Care<br>PO Box 94017<br>Palatine, IL 60094-4017 |
| Westmark Corporation<br>PO Box 98 42 Industrial Park Drive<br>Sterling, CT 06377-0098 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Control LLC<br>Re: Bank of America<br>3300 Rider Trail S., #500<br>Earth City, MO 63045 | T-Force<br>1000 Semmes Avenue PO Box 1216<br>Richmond, VA 23218 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04643-GER<br>Middle District of Florida<br>Orlando<br>Wed Nov 15 12:18:53 EST 2023 | ABB, Inc.<br>Attn: Real Estate Group<br>305 Gregson Dr.<br>Cary, NC 27511-6496 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| Bluegrace Logistics<br>Dept. 108<br>Box 4964<br>Houston, TX 77210-4964 | Bourdon Forge Co Inc<br>99 Tuttle Road<br>Middletown, CT 06457-1827 | C Spire<br>P.O. Box 748168<br>Atlanta, GA 30374-8168 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Cistech Inc<br>10590 Independence<br>Pointe Pkwy. #202<br>Matthews, NC 28105 | Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Eagle Packaging<br>1075 S. Fairfield Drive<br>Pensacola, FL 32506-8927 | HLC Industries<br>4 East Montgomery Ave<br>Bala Cynwyd, PA 19004-3300 |
| Mississippi Power Company<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 |
| Paradigm Parachute and Defense, Inc.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Seko Worldwide Llc<br>1100 Arlington Heights Rd 600<br>Itasca, IL 60143-3180 | Sturges Manufacturing Company Inc<br>2030 Sunset Ave<br>Utica, NY 13502-5500 |
| Terry Service Inc<br>P.O. Box 1557<br>Ridgeland, MS 39158-1557 | Town Of Bloomfield Connecticut<br>Attn Town Clerk<br>P.O. BOX 337<br>Bloomfield, CT 06002-0337 | UPS<br>P.O. Box 809488<br>Chicago, IL 60680-9488 |
| Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC. D/B/A STRONG ENTERPRISES, | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| D/B/A ASR-PIONEER | |
| | *Jointly Administered under* |
| Debtors. | *Case No. 6:23-bk-4639-GER* |
| _____/ | |

**AFFIDAVIT IN SUPPORT OF DEBTORS'
APPLICATION FOR AUTHORIZATION TO EMPLOY
STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL FOR DEBTORS**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Daniel R. Fogarty, an attorney with the firm of Stichter, Riedel, Blain & Postler, P.A., who, being duly sworn, submits the following statement in compliance with 11 U.S.C. §§327, 328 and 329 and Bankruptcy Rules 2014 and 2016 and deposes and says:

1.　I am Daniel R. Fogarty. I am an attorney employed by the law firm of Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**"), which is located at 110 East Madison Street, Suite 200, Tampa, Florida 33602. I am duly authorized to practice law in the State of Florida and am admitted to the bar of the United States District Court for the Middle District of Florida, as are all other attorneys with Stichter Riedel. Stichter Riedel and I represent the Debtors in these Chapter 11 cases. It is anticipated that Stichter Riedel will staff the cases with senior and junior attorneys, as well as paralegals, depending upon the skill and experience required, the difficulty of the particular project, and the client's desires.

2. Unless otherwise stated, this Affidavit is based upon facts of which I have personal knowledge.

3. This Affidavit is submitted in order to comply with 11 U.S.C. §§327, 328 and 329, and Bankruptcy Rules 2014 and 2016.

4. In preparing this affidavit, I reviewed a list of creditors of the Debtors.

5. Stichter Riedel was contacted to advise Aviation Safety Resources, Inc., S.E., Inc., and Pioneer Aerospace Corporation (collectively, the "**Debtors**") with respect to various legal and financial issues. Stichter Riedel received the aggregate sum of $134,680.23 on account of prepetition services and as a retainer for postpetition services. The retainer was to be applied first to prepetition services (including costs) and the balance was to reduce Stichter Riedel's application for postpetition fees and costs.

6. Stichter, Riedel has been advised by the Debtors that ASR is the parent company of Pioneer and Strong.

7. The Debtors have advised Stichter, Riedel that they believe that Stichter, Riedel's simultaneous representation of all of the Debtors will not result in any actual conflict and that representation of the Debtors by separate law firms at this time would not be economical or beneficial to the Debtors, their creditors, or their bankruptcy estates. Notwithstanding the foregoing, should any potential conflict of interest arise during the course of Stichter, Riedel's representation, or should the Court conclude that the existence of any potential conflict merits the retention of separate or conflicts counsel, the Debtors have agreed, after the filing of the bankruptcy petitions and subject to the approval of the Court, (a) to engage special conflicts counsel to advise the Debtors as to their rights and obligations as against each other and to

handle any conflicts of interest that may arise during the Chapter 11 cases and/or (b) to take such other action as the Court may direct to remedy any conflict issue.

8. To the best of my knowledge, formed after reasonable inquiry, no attorney employed by Stichter Riedel holds any interest adverse to the Debtors, the estates, or any other parties in interest.

9. No attorney employed by Stichter, Riedel holds a direct or indirect equity interest in the Debtors, or any of their affiliates, and no such attorney has any right to acquire such an interest.

10. No attorney employed by Stichter, Riedel now holds, or has ever held, a direct or indirect equity interest (including stock, stock warrants or a partnership interest) in the Debtors, and no such attorney now has, nor has ever had, any right to acquire such an interest.

11. No attorney in Stichter, Riedel is now, or has ever served in the past, as an officer, director or employee of the Debtors.

12. No attorney in Stichter, Riedel is, or has ever been, in control of the Debtors or is a relative of a director, officer or person in control of the Debtors.

13. No attorney in Stichter, Riedel is, or has ever been, a general or limited partner of a partnership in which any of the Debtors is also a general or limited partner.

14. No attorney in Stichter, Riedel is, or has ever served as, an officer, director or employee of a financial advisor which has been engaged by the Debtors in connection with the offer, sale or issuance of a security of the Debtors.

15. No attorney in Stichter, Riedel has ever represented a financial advisor of the Debtors in connection with the offer, sale or issuance of a security of the Debtors.

16. To the best of my knowledge, no attorney in Stichter Riedel presently represents any creditor, general partner, lessor, lessee, party to an executory contract with the Debtors, or person otherwise adverse to the Debtors or the estates, on any matter related to the Debtors or the estates. Stichter Riedel does not believe that any actual conflict of interest exists with respect to its representation of the Debtors.

17. Based on the foregoing, Stichter Riedel is disinterested as defined in 11 U.S.C. §101(14).

18. There is no agreement of any nature as to the sharing of any compensation to be paid to Stichter Riedel. The compensation of attorneys at Stichter Riedel is fixed from time to time by its board of directors.

19. Nothing herein is intended to waive, and does not waive, any attorney-client privilege with respect to confidential communications between the Debtors and Stichter Riedel.

20. This concludes my Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel R. Fogarty

SWORN TO AND SUBSCRIBED BEFORE ME this 15th day of November, 2023, by Daniel R. Fogarty, who is personally known to me and who did not take an oath.

_____
Notary Public State of Florida
My Commission Expires:

4

4854-5032-8199, v. 1