**ORDERED.**

**Dated: November 13, 2023**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Jointly Administered Under Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors. _____/ | |

**ORDER GRANTING DEBTORS' MOTION FOR
EXTENSION OF TIME TO FILE AND SERVE NOTICE
OF PROPOSED ASSUMPTION AND/OR ASSIGNMENT OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

THIS CASE before the Court upon the *Debtors' Motion for Extension of Time to File and Serve Notice of Proposed Assumption and/or Assignment of certain Executory Contracts and Unexpired Leases* (the "Motion") (Doc. No. 38). The Court, having reviewed the Motion, and noting the Debtors have filed and served the *Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* (Doc. No. 42), it is

**ORDERED**:

1. The Motion (Doc. No. 38) is **GRANTED**.

# # #

Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties who do not receive CM/ECF service and file a proof of service within 3 days of entry of the Order.