UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Jointly Administered Under Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors. _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Debtor's Motion for Extension of Time to File and Serve Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* (Doc. No. 60) was furnished on November 16, 2023, by the Court's CM/ECF electronic mail system.

DATED: November 16, 2023

                                              */s/ Daniel R. Fogarty*
                                              Daniel R. Fogarty (FBN 0017532)
                                              Stichter Riedel Blain & Postler, P.A.
                                              110 East Madison Street, Suite 200
                                              Tampa, Florida 33602
                                              Telephone: (813) 229-0144
                                              Email: dfogarty@srbp.com
                                              Attorneys for Debtors