UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC. D/B/A STRONG ENTERPRISES, | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| D/B/A ASR-PIONEER | |
| | *Jointly Administered under* |
| Debtors. | *Case No. 6:23-bk-4639-GER* |
| _____/ | |

**DEBTORS' SUPPLEMENT TO APPLICATION FOR AUTHORIZATION TO EMPLOY STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL FOR DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

AVIATION SAFETY RESOURCES, INC., S.E., INC. D/B/A STRONG ENTERPRISES, and PIONEER AEROSPACE CORPORATION D/B/A ASR-PIONEER (collectively, the "**Debtors**"), supplement the Debtors' *Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors in Possession Effective as of the Petition Date* (Doc. No. 58) to provide the current[1] hourly rates of Stichter, Riedel, Blain & Postler, P.A., as follows:

---

[1] Historically, the Firm has adjusted its rates on January 1 and July 1 of each year, as deemed appropriate.

| Attorney | Role | Hourly Rate |
|---|---|---:|
| Riedel, Harley | Partner | $550 |
| Blain, Russ | Partner | $525 |
| Postler, Charles | Partner | $525 |
| Stichter, Scott | Partner | $460 |
| Leslie, Stephen | Partner | $450 |
| Ketchum, Elena | Partner | $450 |
| Mayer, Amy | Partner | $425 |
| Fogarty, Daniel | Partner | $400 |
| Bachman, Michael | Partner | $400 |
| Hart, Barbara | Partner | $400 |
| Hale, Matthew | Partner | $350 |
| Dubose, Jodi | Partner | $350 |
| Robens, Mark | Partner | $300 |
| Jeffcoat, Susan | Paralegal | $200 |

Dated:  November 16, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Supplement to Debtors' Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors in Possession Effective as of the Petition Date* has been furnished on this 16th day of November, 2023, by the Court's CM/ECF electronic noticing system.

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty

4880-1764-1361, v. 1