**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re : | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., S.E., INC., and PIONEER AEROSPACE CORPORATION, | Case No. 6:23-bk-4639-GER<br>Case No. 6:23-bk-4641-GER<br>Case No. 6:23-bk-4643-GER |
| Debtors. | *Jointly Administered* |

**ZODIAC US CORPORATION'S OBJECTION TO THE DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND/OR ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Zodiac US Corporation ("Zodiac"), a secured creditor of the above-captioned debtors (the "Debtors") hereby objects to the *Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 42] filed by the Debtors on November 9, 2023 (the "Notice"). In support of its objection, Zodiac respectfully states as follows:

**Background**

1. On November 1, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*., (the "Bankruptcy Code") and made elections to proceed under Subchapter V pursuant to the Small Business Reorganization Act of 2019, as amended, thereby commencing the above-captioned bankruptcy cases.

2. Prior to the Petition Date, Zodiac leased two facilities to Debtor Pioneer Aerospace Corporation ("Pioneer"): one located at 1 Pioneer Drive, Columbia, Mississippi (the "Mississippi Property"), and one located at 8101 Opportunity Drive, Milton, Florida (the "Florida Property"). Both properties are subject to respective *Lease Agreements* between Zodiac, as landlord, and

Pioneer, as tenant, dated as of April 1, 2022 (respectively, the "Mississippi Lease" and the "Florida Lease," and, collectively, the "Leases").

3. In addition, debtor Aviation Safety Resources, Inc. ("ASR") guaranteed Pioneer's obligations under each of the Mississippi and Florida Leases pursuant to a *Guaranty* dated April 1, 2022 (collectively, the "Guaranties").

4. Prior to the Petition Date, Pioneer defaulted under both the Mississippi Lease and the Florida Lease by, amongst other things, failing to pay rent as required under the respective Leases (the "Defaults").

5. On September 13, 2023, Zodiac notified Pioneer and ASR of the Defaults. Consequently, on or about September 18, 2023 and prior to the Petition Date, Zodiac terminated each of the Mississippi Lease and the Florida Lease in accordance with their respective terms. Despite the undisputed termination of the leases, Pioneer continues to hold-over in the Mississippi and Florida Properties and has refused to vacate the premises. As such, pursuant to Section 33 of the Leases, Pioneer is "deemed a tenant on a month-to-month basis and shall comply with all the terms of [the] Lease and continue to pay rentals and other sums in the amounts [provided in the Lease], except that the Base Rent shall be automatically 150% of Base Rent."

6. In addition to Base Rent, Section 6(a) requires Tenant to pay Additional Rent (as defined in the Leases), including, *inter alia*, a late fee equal to 5% of any unpaid installment or portion thereof ("Late Fees") and interest at the Default Rate on overdue Base Rent and Additional Rent ("Default Interest").

7. In connection with the proposed sales of substantially all their assets (the "Sale"), the Debtors filed the Notice, including Exhibit 1 thereto (the "Contract Assumption List") which

purports to set forth the executory contracts and unexpired leases the Debtors propose to assume and assign upon the closing of the Sale.

8. Zodiac is included as one of the contract counterparties on the Contract Assumption List as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pioneer | ZODIAC US CORPORATION | 1747 State Route 34 | | Wall Township | NJ | 07727-3935 | $ 679,293.14 | Vendor/Lessor |

**Objection**

9. Zodiac objects in the first instance because the Contract Assumption List is insufficient to allow Zodiac to determine which of the Leases the Debtors purport to assume and assign. Each of the Leases should be listed separately, with separate estimated cure amounts, if the Debtors intend to assume both.

10. More acutely, however, the Debtors cannot assume either the Mississippi Lease or the Florida Lease because Zodiac terminated each of the Leases in accordance with their respective terms prior to the Petition Date. Section 365(c)(3) of the Bankruptcy Code provides that "[t]he trustee may not assume or assign any executory contract or unexpired lease of the debtor, whether or not such contract or lease prohibits or restricts assignment of rights or delegation of duties, if – *such lease is of nonresidential real property and has been terminated* under applicable nonbankruptcy law prior to the order for relief." 11 U.S.C. § 365(c)(3) (emphasis added). The Leases are leases of nonresidential real property and Zodiac terminated the Leases in accordance with their respective terms prior to the Petition Date. Therefore, section 365(c)(3) prohibits the Debtors from assuming or assigning the Leases.

11. Finally, even if the Debtors had the ability to assume the Leases (which it doesn't), the estimated cure amount in the Contract Assumption List is incorrect. The stated cure amount – $679,293.14 – appears to reference only the non-default original Base Rent for *both* Leases

through October 2023. This amount fails to include Additional Rent, increased Base Rent for October, and all other fees, charges and amounts accrued prior to and after the Petition Date.

12. The amount required to cure existing defaults must include all pre-petition accrued amounts, including holdover Base Rent at 150% of the original Base Rent for the post-termination months of both October and November, as well as the Additional Rent, including, Late Fees and Default Interest accruing prior to and after the Petition Date (collectively, the "Actual Cure Amounts"). Consequently, the Actual Cure Amounts for the Leases are as follows:[1]

*Mississippi Lease Actual Cure Amount*: $771,625.41

*Florida Lease Actual Cure Amount*: $118,425.82

WHEREFORE, Zodiac respectfully requests that the Court sustain this Objection and hold that the Debtors may not assume the Leases or, in the alternative, condition the Debtors' assumption and assignment of the Leases on the full payment of the Actual Cure Amounts, and grant such other relief in Zodiac's favor as may be just and proper.

[*Signature Page Follows*]

---

[1] The Actual Cure Amounts are calculated as of December 15, 2023, but shall include all additional amounts accrued after that date through the date of any actual assumption by the Debtors.

Respectfully submitted, this 17th day of November 2023.

        BRYAN CAVE LEIGHTON PAISNER LLP

        /s/ *Kevin Arocha*
        Kevin Arocha
        Florida Bar No. 1019330
        1201 West Peachtree Street
        14th Floor
        Atlanta, Georgia 30309
        Telephone: (404) 572-6600
        Facsimile:  (404) 572-6999
        Email:   kevin.arocha@bclplaw.com

        -and-

        Jarret P. Hitchings, Esq.
        (Admitted *pro hac vice*)
        One Wells Fargo Center, Suite 2150
        301 South College Street
        Charlotte, North Carolina, 28202
        Telephone: (704) 749-8965
        Email:   jarret.hitchings@bclplaw.com

        *Counsel for Zodiac US Corporation*

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Zodiac US Corporation's Objection to the Debtors' Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases* using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link as service on all parties who have filed notices of appearance in these cases under the Court's CM/ECF system.

Dated: November 17, 2023

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        /s/ *Kevin Arocha*
        Kevin Arocha
        Florida Bar No. 1019330
        1201 West Peachtree Street
        14th Floor
        Atlanta, Georgia 30309
        Telephone: (404) 572-6600
        Facsimile:  (404) 572-6999
        Email:   kevin.arocha@bclplaw.com

        *Counsel for Zodiac US Corporation*