UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Debtors._____/ | *Jointly Administered under Case No. 6:23-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4641-GER |
|     Applicable Debtors._____/ | |

### NOTICE OF CANCELLATION OF AUCTION AND DESIGNATION OF STALKING HORSE BIDDERS AS THE RESPECTIVE SUCCESSFUL BIDDERS

**PLEASE TAKE NOTICE** that on November 2, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed with the Court their Emergency Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Debtors' Assets; (II) Approving Overbid Amounts and Stalking Horse Expense Reimbursement; (III) Approving Form and Manner of Notice of Bidding Procedures; and (IV) Setting Objection Deadlines (Case No. 6:23-bk-4641-GER, Doc. No. 15, Case No. Case No. 6:23-bk-4643-GER, Doc. No. 15) (the "**Bid Procedures Motion**").

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2023, the Court entered an Order Granting Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Debtors' Assets; (II) Approving Overbid Amounts and Stalking Horse Expense Reimbursement; (III) Approving Form and Manner of Notice of Bidding Procedures; and (IV) Setting Objection Deadlines (Doc. No. 46) (the "**Bid Procedures Order**"). Pursuant to the Bid Procedures Order, the deadline for Qualified Bidders[1] to submit bids for the Assets was **5:00 p.m. (Eastern Prevailing Time) on Thursday, November 16, 2023** (the "**Bid Deadline**"). The Bid Procedures Order provided that, by no later than Friday, November 17, 2023 at 5:00 p.m., the Debtors, after consultation with the Consultation Party, will advise each of the Qualified Bidders as to whether its Bid is a Qualified Bid and whether an Auction will be held as scheduled above.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have determined, in their business judgment and in consultation with the Consultation Party, that they received no timely,

---

[1] Terms used but not defined herein shall have the meaning ascribed by the Bid Procedures Order.

conforming Qualified Bids (other than the Qualified Bids submitted by the Stalking Horse Purchasers for the Locations covered by their respective Stalking Horse Bids) by the Bid Deadline, and, accordingly, the **Debtors' Auction has been cancelled and the Debtors will not conduct an Auction**. The Stalking Horse APAs submitted by Paradigm Parachute and Defense, Inc. as to the Mississippi Location, the Milton Location, and the Orlando Location, and by Space Exploration Technologies Corp. as to the Connecticut Location, have been selected as the Successful Bids, and have been selected as the Successful Bidders for the Assets subject to the respective Stalking Horse APA.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek entry of an order approving the sale of the Assets to the Stalking Horse Bidders at a hearing to be held on Tuesday, November 21, 2023 at 1:30 p.m. before the Honorable Grace E. Robson George C. Young Courthouse, 400 West Washington Street, Courtroom 6D, 6th Floor, Orlando, Florida.

/s/Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email: dfogarty@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing notice has been furnished on November 17, 2023, by the Court's electronic noticing system to all parties receiving electronic service and by U.S. mail to the LBR 1007-2 parties in interest matrices.

/s/Daniel R. Fogarty
Daniel R. Fogarty

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04643-GER<br>Middle District of Florida<br>Orlando<br>Wed Nov 15 12:18:53 EST 2023 | ABB, Inc.<br>Attn: Real Estate Group<br>305 Gregson Dr.<br>Cary, NC 27511-6496 | AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 |
| Bluegrace Logistics<br>Dept. 108<br>Box 4964<br>Houston, TX 77210-4964 | Bourdon Forge Co Inc<br>99 Tuttle Road<br>Middletown, CT 06457-1827 | C Spire<br>P.O. Box 748168<br>Atlanta, GA 30374-8168 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Cistech Inc<br>10590 Independence<br>Pointe Pkwy. #202<br>Matthews, NC 28105 | Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA 19101-0601 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Eagle Packaging<br>1075 S. Fairfield Drive<br>Pensacola, FL 32506-8927 | HLC Industries<br>4 East Montgomery Ave<br>Bala Cynwyd, PA 19004-3300 |
| Mississippi Power Company<br>P.O. Box 245<br>Birmingham, AL 35201-0245 | National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 |
| Paradigm Parachute and Defense, Inc.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Seko Worldwide Llc<br>1100 Arlington Heights Rd 600<br>Itasca, IL 60143-3180 | Sturges Manufacturing Company Inc<br>2030 Sunset Ave<br>Utica, NY 13502-5500 |
| Terry Service Inc<br>P.O. Box 1557<br>Ridgeland, MS 39158-1557 | Town Of Bloomfield Connecticut<br>Attn Town Clerk<br>P.O. BOX 337<br>Bloomfield, CT 06002-0337 | UPS<br>P.O. Box 809488<br>Chicago, IL 60680-9488 |
| Xerox Corporation<br>PO Box 827598<br>Philadelphia, PA 19182-7598 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services<br>2120 West End Ave.<br>Nashville, TN 37203 | De Lage Landen<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 |

```
Label Matrix for local noticing          Aerial Delivery Solutions, LLC         Airtech
113A-6                                   3601 Commerce Blvd.                    MittelstraBe 69
Case 6:23-bk-04641-GER                   Kissimmee, FL 34741-4604               Mittelstrabe 69, 33181 Bad
Middle District of Florida                                                      Wunnenberg, Germany
Orlando
Wed Nov 15 12:18:19 EST 2023

Aviation Safety Resource, Inc.           Bally Ribbon                           Bourdon Forge, Co., Inc.
6448 Pinecastle Blvd., Suite 104         23 N. 7th PO Box D                     99 Tuttle Rd
Orlando, FL 32809-6682                   BALLY, PA 19503-1004                   Middletown, CT 06457-1827


(p)CREDIT CONTROL  LLC                   Daesung Forge                          Die - Matic Products LLC
ATTN CORRESPONDENCE                      144-17 Gongdan-ro                      130 Express St Engineers Hill
3300 RIDER TRAIL S                       Jain-Myeon Gyeongsan-si                Plainview, NY 11803
SUITE 500                                Gyeongsanbuk-do, South Korea
EARTH CITY MO 63045-1338


Duke Energy                              Employers Preferred Insurance          GlobalTranz
PO Box 1094                              26000 Cannon Rd.                       One Glenlake Parkway Ste 700
Charlotte, NC 28201-1094                 Bedford, OH 44146-1807                 Atlanta, GA 30328-3496


Guardian                                 HLC Industries                         Para-Gear Equipment Co.
PO Box 826486                            P.O. Box 1036                          3839 W. Oakton
Philadelphia, PA 19182-6486              Charlotte, NC 28201-1036               Skoie, IL 60076-3483


Parachute Laboratories                   S.I.R. Webbing                         (p)TFORCE FREIGHT
1665 N. Lexington Ave., #106             P.O. Box 501                           ATTN ANTHONY SCHRUNK
Deland, FL 32724-2187                    Hawthorne, NJ 07507-0501               PO BOX 1216
                                                                                RICHMOND VA 23218-1216


Tape Craft                               UPS                                    United Health Care
P O Box 2027                             PO Box 650116                          PO Box 94017
Anniston, AL 36202-2027                  Dallas, TX 75265-0116                  Palatine, IL 60094-4017


Westmark Corporation
PO Box 98 42 Industrial Park Drive
Sterling, CT 06377-0098
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Credit Control LLC                       T-Force                                End of Label Matrix
Re:  Bank of America                     1000 Semmes Avenue PO Box 1216         Mailable recipients    21
3300 Rider Trail S., #500                Richmond, VA 23218                     Bypassed recipients     0
Earth City, MO 63045                                                            Total                  21
```

```
Label Matrix for local noticing          Aero-News Network/AeroPReneuer         AllRed & Associates, Inc.
113A-6                                   P.O. Box 831                           321 Route 5 West
Case 6:23-bk-04639-GER                   Orange Park, FL 32067-0831             P.O. Box 321
Middle District of Florida                                                      Elbridge, NY 13060-0321
Orlando
Wed Nov 15 12:17:41 EST 2023

Brennan Manna Diamond                    Claggett Properties, LLC               ClearingBid, Inc.
75 E. Market Street                      388 Enterprise Dr.                     345 Lorton AveSuite 105
Akron, OH 44308-2010                     Nicholasville, KY 40356-2299           Burlingame, CA 94010-4134



Delta Natural Gas Company                Frost Brown Todd LLC                   GAMA
P.O. Box 747108                          P.O. Box 70087                         1400 K Street NW, Suite 801
Pittsburgh, PA 15274-7105                Louisville, KY 40270-0087              Washington, DC 20005-2402



Howard O. Thrall                         Kentucky Association of Manufacturers  Kentucky Utilities
c/o Stonebriar Strategy Group, LLC       P.O. Box 4029                          P.O. Box 25212
5 Woodcreek Lane                         Frankfort, KY 40604-4029               Lehigh Valley, PA 18002-5212
Frisco, TX 75034-6865



Larry Williams                           Marcia ~LaVanway                       Marlin Business Bank
c/o Robert K. Eddy, Esq.                 6582 Keigley St.                       P.O. Box 13604
320 W. Kennedy Blvd., #700               P.O. Box 143                           Philadelphia, PA 19101-3604
Tampa, FL 33606-1459                     Eau Claire MI 49111-0143



National Institute for Aviation Research National Retirement Fund               Nicholasville Utilities
Wichita State University                 c/o Amalgamated Employee Benefits Adm  601 N. Main St.
1845 Fairmount St.                       333 Westchester Ave.                   Nicholasville, KY 40356-1070
Wichita, KS 67260-0093                   White Plains, NY 10604-2938



Paradigm Parachute and Defense, Inc.     Pauley Management, Inc.                Phone.com
c/o Rilyn A. Carnahan, Esq.              P.O. Box 321316                        P.O. Box 1808
Greenspoon Marder, LLP                   Cocoa Beach, FL 32932-1316             Poway, CA 92074-1808
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401-6306



Republic Services                        Spectrum                               U.S. Small Business Administration
National Accounts                        P.O. Box 1060                          2 North 20th St., #320
P.O. Box 78829                           Carol Stream, IL 60132-1060            Birmingham, AL 35203-4002
Phoenix, AZ 85062-8829



Zodiac US Corporation                    End of Label Matrix
c/o Kevin Arocha                         Mailable recipients    24
Bryan Cave Leighton Paisner, LLP         Bypassed recipients     0
1201 Peachtree St., 14th Floor           Total                  24
Atlanta, GA 30361-3503
```