# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Debtors. | ) | *Jointly Administered under* |
| | ) | *Case No. 6:23-bk-04639-GER* |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Space Exploration Technologies Corp. ("SpaceX"), by and through its counsel, ArentFox Schiff LLP, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings provided or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

| | |
|---|---|
| Mary Joanne Dowd, Esq. | George P. Angelich, Esq. |
| ARENTFOX SCHIFF LLP | ARENTFOX SCHIFF LLP |
| 1717 K Street NW | 1301 Avenue of the Americas, 42nd Floor |
| Washington, DC 20006 | New York, NY  10019 |
| Telephone: (202) 857-6000 | Telephone:  (212) 484-3900 |
| Facsimile: (202) 857-6395 | Facsimile:  (212) 484-3990 |
| Mary.Dowd@AFSLaw.com | George.Angelich@afslaw.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or

AFDOCS:199126152.1

-2-

oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of SpaceX: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which SpaceX is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments SpaceX expressly reserves.

Dated:   November 21, 2023
         Washington, DC

By:   */s/ Mary Joanne Dowd*
      Mary Joanne Dowd
      Florida Bar No. 0368970
      ARENTFOX SCHIFF LLP
      1717 K Street NW
      Washington, DC 20006
      Telephone: (202) 857-6000
      Facsimile: (202) 857-6395
      Mary.Dowd@AFSLaw.com

      *Attorney for Space Exploration Technologies Corp.*

-3-

## CERTIFICATE OF SERVICE

I, Mary Joanne Dowd, hereby certify that on November 21, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such public filings to all counsel registered to receive such notice.

      */s/ Mary Joanne Dowd*
      Mary Joanne Dowd
      Florida Bar No. 0368970
      ARENTFOX SCHIFF LLP
      1717 K Street NW
      Washington, DC 20006
      Telephone: (202) 857-6000
      Facsimile: (202) 857-6395
      Mary.Dowd@AFSLaw.com

      *Attorney for Space Exploration Technologies Corp.*

AFDOCS:199126152.1