**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Debtors. | ) | *Jointly Administered under* |
| | ) | *Case No. 6:23-bk-04639-GER* |

**MOTION FOR ADMISSION OF GEORGE P. ANGELICH TO APPEAR**
***PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

George P. Angelich ("Movant") of ArentFox Schiff LLP ("ArentFox Schiff"), pursuant to Local Rule 2090-1, moves this Court for admission to appear *pro hac vice*, in these cases, and any related adversary proceedings, as counsel for Space Exploration Technologies Corp. ("SpaceX"), and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the bar of the State of New York, the Commonwealth of Pennsylvania and the District of Columbia.

2. Movant is also admitted to practice before and is in good standing with the United States District Courts for the Southern and Eastern Districts of New York, the Western and Eastern Districts of Pennsylvania, the District of Connecticut, and the United States Court of Appeals for the Third and Fifth Circuits.

3. Movant designates Mary Joanne Dowd of ArentFox Schiff, an attorney admitted to the bar of the State of Florida, who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as **Exhibit A**.

AFDOCS:199104967.2

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, the Commonwealth of Pennsylvania or the District of Columbia or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court for the Middle District of Florida.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent SpaceX in these cases and any related proceedings.

Dated: November 21, 2023
New York, New York

*/s/ George P. Angelich*
George P. Angelich
NY Bar No. 4322236
George.Angelich@AFSLaw.com
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
Telephone: (212) 484-3900

*Attorney for Space Exploration Technologies Corp.*

2

AFDOCS:199104967.2

## **PROOF OF SERVICE**

I hereby certify that on the 21st day of November 2023 I caused the foregoing *Motion for Admission of George P. Angelich to Appear Pro Hac Vice and Attached Designation of Local Counsel* to be electronically filed using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link as service on all parties who have filed notices of appearance in these cases under the Court's CM/ECF system.

        */s/ Mary Joanne Dowd*
        Mary Joanne Dowd
        Florida Bar No. 0368970
        ARENTFOX SCHIFF LLP
        1717 K Street NW
        Washington, DC 20006
        Telephone: (202) 857-6000
        Facsimile: (202) 857-6395
        Mary.Dowd@AFSLaw.com

        *Attorney for Space Exploration Technologies Corp.*

# **EXHIBIT A**

Written Designation and Consent to Act as Local Counsel

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | Chapter 11, Subchapter V |
| ) | |
| AVIATION SAFETY RESOURCES, INC., ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, ) | Case No. 6:23-bk-04643-GER |
| ) | |
| Debtors. ) | *Jointly Administered under* |
| ) | *Case No. 6:23-bk-04639-GER* |

## **WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, Mary Joanne Dowd, an attorney qualified to practice in this Court, consent to designation as the local attorney for George P. Angelich, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of these cases and any related proceedings, and upon whom papers shall be served.

Dated: November 21, 2023
Washington, DC

/s/ Mary Joanne Dowd
Mary Joanne Dowd
Florida Bar No. 0368970
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Mary.Dowd@AFSLaw.com

*Attorney for Space Exploration Technologies Corp.*

PURSUANT TO LOCAL RULE 1001-2(g)(3) REGARDING SIGNATURES, MARY JOANNE DOWD ATTESTS THAT CONCURRENCE IN THE FILING OF THIS PAPER HAS BEEN OBTAINED.

AFDOCS:199104967.2