

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/21/2023 01:30 PM

COURTROOM  6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04639-GER** | 11 | **11/01/2023** |

**Chapter 11**

**DEBTOR:**   Aviation Safety Resources, Inc.

**DEBTOR ATTY:**  **Daniel Fogarty**

**TRUSTEE:**   **L. Budgen**

**HEARING:**

Sale Hearing:
1)   Debtor's Motion to Sell Property Free and Clear of Liens. Property description: All Assets (Doc #48)
LaVanway Objection to Sale (Doc #35)
cont. Status Conference:
2)   Debtor's Emergency Motion to Use Cash Collateral (Doc #21)
Zodiac's Objection (Doc #30)
Pending:
Debtor's Motion to Extend Deadline to File Schedules and Statements (Doc #57)
Note: 11/7/23
341 scheduled: 12/4/23
Sub V Plan Due: 1/30/24
Sub V Trustee: Todd Budgen
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)
Future Hearing: 12/12/23 at 9:30 am (Initial Status)
Notice of Deficient Filing. Summary of Assets, Schedules, Declaration, Statement of Financial Affairs, Statement of Compensation                     of Attorney (Doc #29)
Jointly Administered:
23-4641 SE, Inc.
23-4643 Pioneer Aerospace

**APPEARANCES:**:   Daniel Fogarty (Debtor Atty); Mike Freeman (Asgar); Mike Renaldi (Debtor Rep); Todd Budgen (Sub V Trustee); Scott Bomkamp (US Trustee Atty); Dov Frankel, Rilyn Carnahan (Paradigm Atty); George Angelich (Space X Atty); Jerret Hitchings (Zodiac Atty);   **RULING:**
Sale Hearing:

1)   Debtor's Motion to Sell Property Free and Clear of Liens. Property description: All Assets   (Doc #48) - Granted:Order by Fogarty;

cont. Status Conference:

2)   Debtor's Emergency Motion to Use Cash Collateral   (Doc #21) - Granted on an interim basis to 12/12/23 - cont. to December 12, 2023 at 9:30 am:Order by Fogarty;

3)   Debtor's Motion for Approval of Post-Petition Financing and Grant Liens and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(c) and F.R.B.P. 4001   (Doc #14) - Granted on a Final Basis as discussed in open court:Order by Fogarty;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.