**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-4639-GER |
| *et al*., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF COMPLIANCE WITH ORDER GRANTING**
**MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS GIVEN THAT:

1.    On November 15, 2023, the Court granted Jarret P. Hitchings of Bryan Cave Leighton

Paisner LLP permission to appear *pro hac vice* in the above captioned case. (Doc. No. 56).

2.    On November 21, 2023, the undersigned attests that the $150.00 special admission fee has

been paid to the Clerk of the United States District Court for the Middle District of Florida.

Dated: November 22, 2023.

                    **BRYAN CAVE LEIGHTON PAISNER LLP**

                    /s/ *Jarret P. Hitchings*
                    Jarret P. Hitchings (Admitted *pro hac vice*)
                    North Carolina Bar No. 60085
                    One Wells Fargo Center, Suite 2150
                    301 S. College Street
                    Charlotte, North Carolina 28202
                    Telephone:    (704) 749-8999
                    Facsimile:    (704) 749-8990
                    Email:        jarret.hitchings@bclplaw.com

                    *Counsel for Zodiac US Corporation*

Service by CM/ECF only.

609462327