United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2023 | Form ID: pdfdoc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |
| aty | + George P. Angelich, ARENTFOX SCHIFF LLP, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 24, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor S.E. Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Interested Party Pioneer Aerospace Corporation dfogarty.ecf@srbp.com srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Pioneer Aerospace Corporation dfogarty.ecf@srbp.com srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Interested Party S.E. Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Dov Y Frankel | |

District/off: 113A-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 22, 2023 | Form ID: pdfdoc | Total Noticed: 2

on behalf of Interested Party Paradigm Parachute and Defense Inc. dfrankel@taftlaw.com

Kevin Arocha
    on behalf of Creditor Zodiac US Corporation kevin.arocha@bclplaw.com

L. Todd Budgen
    Todd@c11Trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com

Mary Joanne Dowd
    on behalf of Interested Party Space Exploration Technologies Corp. mary.dowd@afslaw.com jill.clough@afslaw.com;george.angelich@afslaw.com;james.britton@afslaw.com;lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Rilyn A Carnahan
    on behalf of Interested Party Paradigm Parachute and Defense Inc. rilyn.carnahan@gmlaw.com, Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com

Robert K Eddy
    on behalf of Creditor Larry Williams reddy@e-rlaw.com bcruz@e-rlaw.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov

United States Trustee - ORL
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 13

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

Dated: November 22, 2023

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Aviation Safety Resources, Inc.

S.E., INC.,

PIONEER AEROSPACE CORPORATION
_____Debtor*_____/

Case No.
6:23−bk−04639−GER
Chapter 11

Case No.
6:23−bk−04639−GER
Case No.
6:23−bk−04641−GER
Case No.
6:23−bk−04643−GER

Jointly Administered under
Case No.
6:23−bk−04639−GER

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

   THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *69* ) ("Motion") of attorney **George P. Angelich** for representation of **Space Exploration Technologies Corp. (SpaceX)** . Accordingly, it is **ORDERED:**

   1. The Motion is Granted.

   2. Attorney **George P. Angelich** is admitted to appear before this Court in this case and any related adversary proceeding as counsel for **Space Exploration Technologies Corp. (SpaceX)** subject to Local Rule 2090−1.

   3. Within fourteen days from the date of this order, attorney **George P. Angelich** shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's

website.

    4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney **George P. Angelich**, a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.