**[jiffyordnh]** [Bench Order No Hearing +]

**ORDERED.**

**Dated: November 22, 2023**

_____

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 6:23−bk−04639−GER
                                                                Chapter 11

                                                                6:23−bk−04641 and
                                                                6:23−bk−04643 (Jointly
                                                                Administered)

Aviation Safety Resources, Inc.


S.E., Inc., and Pioneer Aerospace Corporation,


_____Debtor*_____/


**ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

THIS CASE came on for consideration without a hearing of the **Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs** (Doc. **57** ), filed by **Debtor Aviation Safety Resources, Inc.** .

The Court having considered the record, the Debtors' Motion for Extension of Time to File Schedules and Statements of Financial Affairs is Granted .

The Debtors shall have through November 29, 2023 to file all schedules and statements of financial affairs.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Daniel Fogarty is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.