**ORDERED.**

**Dated: November 27, 2023**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-04639-GER |
| S.E., INC., | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | Case No. 6:23-bk-04643-GER |
| Debtors._____/ | *Jointly Administered under*<br>Case No. 6:23-bk-04639-GER |

**ORDER GRANTING ORE TENUS MOTION TO**
**DOUBLE TRUSTEE FEE FOR EACH DEBTOR**

**THIS CASE** came before the Court on November 6, 2023 at 2:30 p.m. (the "Hearing") for a preliminary emergency hearing. At the Hearing, the Subchapter V Trustee, L. Todd Budgen, made an Ore Tenus Motion to Double Trustee Fee for Each Debtor (the three Debtors in this jointly administered matter) (the "Motion") (Doc. No. 32). After consideration in open court and by agreement of the parties, the Court finds the Motion well-founded and considers the matter to be unopposed. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 32) is **GRANTED**.

2. Paragraph 5 of the *Orders Prescribing Procedures in Chapter 11 Subchapter V Case* is modified to increase the interim compensation to be remitted to the Subchapter V Trustee

to $2,000/month per Debtor, which amounts shall be held in escrow and subject to approval of the Subchapter V Trustee's compensation after application under 11 U.S.C. § 330. The Debtors shall remit the amounts within 30 days after the applicable petition date and each thirty days thereafter.

      3.    All other provisions of the *Orders Prescribing Procedures in Chapter 11 Subchapter V Case* entered in these cases will remain the same.

# # #

L. Todd Budgen is directed to serve a copy of this Order on interested parties who are non-ECF users and file a proof of service within three days of entry of this Order.