UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,                Case No. 6:23-bk-4639-GER
S.E., INC.,                                     Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION                   Case No. 6:23-bk-4643-GER

        Debtors.                                *Jointly Administered Under*
_____/            *Case No. 623-bk-4639-GER*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Final Order Granting Debtors'*
*Emergency Motion for Authority to Obtain Secured Postpetition Financing and Grant Liens and*
*Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § 364(C) and F.R.B.P. 4001*
(Doc. No. 77), and the *Second Order (1) Granting Debtors' Emergency Motion for Authority to*
*Use Cash Collateral on an Interim Basis and (2) Setting Further Hearing* (Doc. No. 78) were
furnished on November 27, 2023 by the Court's CM/ECF electronic mail system, and on
November 28, 2023 by US Mail to the LBR 1007-2 parties in the interest matrices.

        DATED: November 29, 2023

                                */s/ Daniel R. Fogarty*
                                Daniel R. Fogarty (FBN 0017532)
                                Stichter Riedel Blain & Postler, P.A.
                                110 East Madison Street, Suite 200
                                Tampa, Florida  33602
                                Telephone: (813) 229-0144
                                Email:  dfogarty@srbp.com
                                Attorneys for Debtors