UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,                    Case No. 6:23-bk-4639-GER
S.E., INC.,                                         Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION                       Case No. 6:23-bk-4643-GER

    Debtors.                                    *Jointly Administered Under*
_____/          *Case No. 623-bk-4639-GER*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Debtors' Motion*

*for Extension of Time to File Schedules and Statements of Financial Affairs* (Doc. No. 76) was

furnished on November 27, 2023 by the Court's CM/ECF electronic mail system.

    DATED:  November 29, 2023

                                            */s/ Daniel R. Fogarty*
                                            Daniel R. Fogarty (FBN 0017532)
                                            Stichter Riedel Blain & Postler, P.A.
                                            110 East Madison Street, Suite 200
                                            Tampa, Florida   33602
                                            Telephone: (813) 229-0144
                                            Email:  dfogarty@srbp.com
                                            Attorneys for Debtors