**Fill in this information to identify the case:**

Debtor name      **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)      **6:23-bk-4639-GER**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $      719,423.08

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $      719,423.08

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      2,351,546.48

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      7,165,076.07

4.   Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b                                                                     $      9,516,622.55

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)  **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Trust Bank, Inc.** | **Checking** | **2673** | $282.07 |
| 3.2. | **Community Trust Bank, Inc.** | **Savings** | **3973** | $315.18 |
| 3.3. | **Bank of America** | | **1169** | $0.00 |
| 3.4. | **Bank of America** | | **6585** | $0.00 |

**4.  Other cash equivalents** *(Identify all)*

**5.  Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $597.25 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor  **Aviation Safety Resources, Inc.**                     Case number *(If known)*  **6:23-bk-4639-GER**
<u>   Name</u>

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |
| 15.1. | **S.E., Inc. (related Debtor) - Per expected outcome in related cases**    100% % | | $0.00 |
| 15.2. | **Pioneer Aerospace Corporation (related Debtor) - Per expected outcome in related cases**    100% % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Aviation Safety Resources, Inc.**                    Case number *(If known)*  **6:23-bk-4639-GER**
Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Patent | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Debtor   **Aviation Safety Resources, Inc.**                         Case number *(If known)*  **6:23-bk-4639-GER**
         Name

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     **ERC Refund**                                    Tax year _____        **$86,352.82**

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

     **Claims and counterclaims against Larry Williams**                         **Undetermined**
     **Nature of claim**         _____
     **Amount requested**        _____

     **Potential claims against Zodiac US Corporation and
     Safran USA, Inc., and Safran, S.A.**                                         **Undetermined**
     **Nature of claim**         _____
     **Amount requested**        _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **Receivable due from Pioneer Aerospace Corporation -
     related Debtor.  The Debtors have reported for each
     Debtor the aggregate net intercompany balances
     between such Debtors and each other Debtor as assets
     on Schedule A/B or as liabilities on Schedule E/F, as
     appropriate, and as of November 1, 2023. The listing in
     the Schedules or Statements (including, without
     limitation, Schedule A/B or Schedule E/F) by the
     Debtors of any obligation between a Debtor and another
     Debtor is a statement of what appears in that Debtor's
     books and records and does not reflect any admission
     or conclusion of the Debtors regarding whether such
     amount would be allowed as a Claim or how such
     obligations may be classified and/or characterized in a
     plan of reorganization or otherwise by the Bankruptcy
     Court and does not include any claim of one Debtor
     against any other Debtor for contribution,
     indemnification or reimbursement. The Debtors reserve
     all rights with respect to such obligations.**                               **$577,692.77**

Debtor   **Aviation Safety Resources, Inc.**                                          Case number *(If known)*   **6:23-bk-4639-GER**
         Name

**Receivable due from S.E., Inc. - related Debtor.  The
Debtors have reported for each Debtor the aggregate
net intercompany balances between such Debtors and
each other Debtor as assets on Schedule A/B or as
liabilities on Schedule E/F, as appropriate, and as of
November 1, 2023. The listing in the Schedules or
Statements (including, without limitation, Schedule A/B
or Schedule E/F) by the Debtors of any obligation
between a Debtor and another Debtor is a statement of
what appears in that Debtor's books and records and
does not reflect any admission or conclusion of the
Debtors regarding whether such amount would be
allowed as a Claim or how such obligations may be
classified and/or characterized in a plan of
reorganization or otherwise by the Bankruptcy Court
and does not include any claim of one Debtor against
any other Debtor for contribution, indemnification or
reimbursement. The Debtors reserve all rights with
respect to such obligations.**                                                                       **$54,780.24**

78.   **Total of Part 11.**                                                                          **$718,825.83**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Aviation Safety Resources, Inc.**                              Case number *(If known)*   **6:23-bk-4639-GER**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $597.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $718,825.83 | |
| 91. **Total.** Add lines 80 through 90 for each column | $719,423.08 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $719,423.08 |

In re    **Aviation Safety Resources, Inc.**                                                    Case No.    **6:23-bk-4639-GER**
_____
Debtor(s)

# SCHEDULE A/B - PROPERTY

### Footnote:

Book Values.

Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of their net book values as of November 1, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values. By way of example, an bid for the liquidation of the equipment located at the Pioneer Mississippi Location was obtained pre-petition, and reflected a realizable value far lower than expected, and it is expected that a similar result would have occurred for bids for liquidation of equipment and other physical assets at the Debtors' other Locations. However, the Bankruptcy Court did approve sales of substantially all of the operating assets of Pioneer and Strong (see Doc. Nos. 73, 74), and the sale prices reflected therein are reflective of fair value as determined by the Bankruptcy Court.

Causes of Action.

Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, affirmative claims, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to avoid transfers or recover assets. The Debtors reserve all rights to any claims, causes of action, or avoidance actions they may have.

**Fill in this information to identify the case:**

Debtor name   **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)   **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1   First Insurance Funding
Creditor's Name

**450 Skokie Blvd., #1000**
**Northbrook, IL 60062-7917**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Insurance Policy**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Undetermined**   Value of collateral: **Undetermined**

### 2.2   IPFS Corporation of the South
Creditor's Name

**1055 Broadway 11th Floor**
**Kansas City, MO 64105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Insurance Policy**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Undetermined**   Value of collateral: **Undetermined**

| Debtor | Aviation Safety Resources, Inc. | Case number (if known) | 6:23-bk-4639-GER |
|---|---|---|---|
| | Name | | |

[ ]✔ No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $161,546.48 | $719,423.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**2 North 20th St., #320**
**Birmingham, AL 35203**

Creditor's mailing address

**Describe the lien**

**Security Interest - UCC-1 filed in Kentucky**

**Is the creditor an insider or related party?**

Creditor's email address, if known

[ ]✔ No
[ ] Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

[ ]✔ No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

[ ] No
[ ]✔ Yes. Specify each creditor, including its relative priority.
Zodiac US Corporation

[ ] Contingent
[ ] Unliquidated
[ ]✔ Disputed

---

| 2.4 | **Zodiac US Corporation** | Describe debtor's property that is subject to a lien | $2,190,000.00 | $719,423.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**2201 W. Royal Lane, #150**
**Irving, TX 75063**

Creditor's mailing address

**Describe the lien**

**Security Interest - UCC-1 filed in Florida**

**Is the creditor an insider or related party?**

Creditor's email address, if known

[ ]✔ No
[ ] Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

[ ]✔ No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

[ ] No
[ ]✔ Yes. Specify each creditor, including its relative priority.
U.S. Small Business Administration

[ ] Contingent
[ ] Unliquidated
[ ]✔ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,351,546.48 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Aviation Safety Resources, Inc.**
Name

Case number (if known)  **6:23-bk-4639-GER**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General of the United States**<br>**950 Pennsylvania Ave., N.W.**<br>**Washington, DC 20530-0001** | Line __2.3__ | |
| **U.S. Attorney**<br>**Attn: Civil Process Clerk**<br>**400 W. Washington St., #3100**<br>**Orlando, FL 32801** | Line __2.3__ | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
| --- | --- | --- | --- |
| | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32073 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: _ | |
| | Last 4 digits of account number | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.52** |
| --- | --- | --- | --- |
| | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,194.00** |
| --- | --- | --- | --- |
| | Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
| --- | --- | --- | --- |
| | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ Lease of KY location _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Aviation Safety Resources, Inc.**                                          Case number (if known)    **6:23-bk-4639-GER**
_____
Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ClearingBid, Inc.**<br>**345 Lorton AveSuite 105**<br>**Burlingame, CA 94010-4239** | As of the petition filing date, the claim is: *Check all that apply.*    **$40,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Delta Natural Gas Company**<br>**P.O. Box 747108**<br>**Pittsburgh, PA 15274-7108** | As of the petition filing date, the claim is: *Check all that apply.*    **Undetermined**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**First Insurance Funding**<br>**450 Skokie Blvd., #1000**<br>**Northbrook, IL 60062-7917** | As of the petition filing date, the claim is: *Check all that apply.*    **Undetermined**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Frost Brown Todd LLC**<br>**P.O. Box 70087**<br>**Louisville, KY 40270-0087** | As of the petition filing date, the claim is: *Check all that apply.*    **$60,151.20**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**GAMA**<br>**1400 K Street NW, Suite 801**<br>**Washington, DC 20005** | As of the petition filing date, the claim is: *Check all that apply.*    **$6,050.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**High Energy Sports**<br>**2040 Eastridge Ave. A7**<br>**Riverside, CA 92507** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Kentucky Association of Manufacturers**<br>**P.O. Box 4029**<br>**Frankfort, KY 40604-4029** | As of the petition filing date, the claim is: *Check all that apply.*    **$545.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Aviation Safety Resources, Inc.** | Case number (if known) | **6:23-bk-4639-GER** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.62 |
|---|---|---|---|

**Kentucky Utilities**
P.O. Box 25212
Lehigh Valley, PA 18002-5212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,250.00 |
|---|---|---|---|

**Marcia LaVanway**
6582 Keigley St.
P.O. Box 143
Eau Claire, MI 49111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,119.07 |
|---|---|---|---|

**Dario P. Manfredi**
42 Buckeye Rd
Glen Cove, NY 11542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.09 |
|---|---|---|---|

**Marlin Business Bank**
P.O. Box 13604
Philadelphia, PA 19101-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

**National Institute for Aviation Research**
**Wichita State University**
1845 Fairmount St.
Wichita, KS 67260-0093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**National Labor Relations Board-Region 15**
**Attn:  General Attorney (Labor)**
600 S. Maestri Place, 7th Floor
New Orleans, LA 70130-3413

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **NLRB charge by Workers United, Southern Regional Joint Board (Union)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |
|---|---|---|---|

**National Retirement Fund**
**c/o Amalgamated Employee Benefits Adm**
333 Westchester Ave.
White Plains, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pension obligations for terminated union employees of Pioneer Mississippi facility.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aviation Safety Resources, Inc.** | Case number (if known) | **6:23-bk-4639-GER** |
|---|---|---|---|
| | Name | | |

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Nicholasville Utilities**
601 N. Main St.
Nicholasville, KY 40356

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Pauley Management, Inc.**
P.O. Box 321316
Cocoa Beach, FL 32932

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**Phone.com**
P.O. Box 1808
Poway, CA 92074-1808

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$296.03**

**Republic Services**
National Accounts
P.O. Box 78829
Phoenix, AZ 85062-8829

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$545.08**

**Spectrum**
P.O. Box 1060
Carol Stream, IL 60132-1060

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**Richard Spencer**
3459 Carrington Rd.
Delaplane, VA 20144-2005

Date(s) debt was incurred  **May 2023**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Facility**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175,600.00**

**Richard Spencer**
3459 Carrington Rd.
Delaplane, VA 20144-2005

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Aviation Safety Resources, Inc. | Case number (if known) | 6:23-bk-4639-GER |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2023**

**Basis for the claim:** **Credit Facility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175,600.00**

Richard Sugden
c/o Thomas Smits
P.O. Box 3377
Jackson, WY 83001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$118,500.00**

Howard O. Thrall
c/o Stonebriar Strategy Group, LLC
5 Woodcreek Lane
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,999.98**

David Treinis
5986 Park Lane S., Unit 81
Park City, UT 84098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,546.48**

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **EIDL - also listed on Schedule D**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

Larry Williams
c/o Robert K. Eddy, Esq.
320 W. Kennedy Blvd., #700
Tampa, FL 33606

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Workers United, Southern Regional
Joint Board
1777 Phoenix Pkwy., #230
Atlanta, GA 30349

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Asserted CBA violations, WARN Act liability for 52 days' pay for MS bargaining unit employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Aviation Safety Resources, Inc.**    Case number (if known)    **6:23-bk-4639-GER**

Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**Zodiac US Corporation**
**2201 W. Royal Lane, #150**
**Irving, TX 75063**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Pioneer Aerospace Corporation guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,190,000.00 |
|---|---|---|---|

**Zodiac US Corporation**
**2201 W. Royal Lane, #150**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of the United States**<br>**950 Pennsylvania Ave., N.W.**<br>**Washington, DC 20530-0001** | Line **3.30**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **U.S. Attorney**<br>**Attn: Civil Process Clerk**<br>**400 W. Washington St., #3100**<br>**Orlando, FL 32801** | Line **3.30**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Workers United, Southern Regional**<br>**Joint Board**<br>**c/o Stanford Fagan, LLC**<br>**2540 Lakewood Ave.**<br>**Atlanta, GA 30315** | Line **3.32**<br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 7,165,076.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,165,076.07 |

**Fill in this information to identify the case:**

Debtor name  **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)  **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Lease of non-residential real property located at 141 Hendren Way, Nicholasville, Kentucky** | |
| State the term remaining | |
| List the contract number of any government contract | **Claggett Properties, LLC 388 Enterprise Dr. Nicholasville, KY 40356** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Premium Finance Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **First Insurance Funding 450 Skokie Blvd., #1000 Northbrook, IL 60062-7917** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Termination, Separation and Release Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **High Energy Sports 2040 Eastridge Ave. A7 Riverside, CA 92507** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Premium Finance Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **IPFS Corporation of the South** |

| Debtor 1 | **Aviation Safety Resources, Inc.** | | Case number *(if known)* | **6:23-bk-4639-GER** |
| | First Name    Middle Name    Last Name | | | |

## ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest      **Confidentiality and Non-Disclosure Agreements**

        State the term remaining

     List the contract number of any government contract            **Various parties**

In re  **Aviation Safety Resources, Inc.**                                      Case No.    **6:23-bk-4639-GER**
                                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**Footnote:**

Executory Contracts and Unexpired Leases. The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred. Further, the inclusion of contracts in Schedule G is not an admission that such contract is executory and the inclusion of a lease on Schedule G is not an admission that such lease is unexpired. The omission of any contract or lease from Schedule G is not an admission that such contract or lease is not within the purview of Section 365 of the Bankruptcy Code.

| Fill in this information to identify the case: |
| --- |

Debtor name **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known) **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Pioneer Aerospace Corporation** | | **Zodiac US Corporation** | ☐ D _____<br>■ E/F **3.33**<br>☐ G _____ |
| 2.2 | **Pioneer Aerospace Corporation** | | **Zodiac US Corporation** | ☐ D _____<br>■ E/F **3.34**<br>☐ G _____ |
| 2.3 | **Pioneer Aerospace Corporation** | | **National Retirement Fund** | ☐ D _____<br>■ E/F **3.18**<br>☐ G _____ |
| 2.4 | **Pioneer Aerospace Corporation** | | **Richard Spencer** | ☐ D _____<br>■ E/F **3.24**<br>☐ G _____ |
| 2.5 | **Pioneer Aerospace Corporation** | | **Richard Spencer** | ☐ D _____<br>■ E/F **3.25**<br>☐ G _____ |

| Debtor | Aviation Safety Resources, Inc. | Case number *(if known)* | 6:23-bk-4639-GER |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.6 | Pioneer Aerospace Corporation | Richard Sugden | ☐ D ___ ■ E/F __3.26__ ☐ G ___ | |
| 2.7 | Pioneer Aerospace Corporation | Richard Sugden | ☐ D ___ ■ E/F __3.27__ ☐ G ___ | |
| 2.8 | Pioneer Aerospace Corporation | Workers United, Southern Regional | ☐ D ___ ■ E/F __3.32__ ☐ G ___ | |
| 2.9 | S.E., Inc. | National Retirement Fund | ☐ D ___ ■ E/F __3.18__ ☐ G ___ | |
| 2.10 | S.E., Inc. | Richard Spencer | ☐ D ___ ■ E/F __3.24__ ☐ G ___ | |
| 2.11 | S.E., Inc. | Richard Spencer | ☐ D ___ ■ E/F __3.25__ ☐ G ___ | |
| 2.12 | S.E., Inc. | Richard Sugden | ☐ D ___ ■ E/F __3.26__ ☐ G ___ | |
| 2.13 | S.E., Inc. | Richard Sugden | ☐ D ___ ■ E/F __3.27__ ☐ G ___ | |

Debtor   **Aviation Safety Resources, Inc.**                    Case number *(if known)*   **6:23-bk-4639-GER**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.14  **S.E., Inc.** | **Workers United, Southern Regional** | ☐ D _____<br>■ E/F  **3.32**<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)  **6:23-bk-4639-GER**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2023         x _Michael Rinaldi_
                                 Signature of individual signing on behalf of debtor

                                 **Michael Rinaldi**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

In re   **Aviation Safety Resources, Inc.**                                    Case No.    **6:23-bk-4639-GER**
_____                          _____
Debtor(s)

# FORM 202 DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS

### Footnote to Declaration:

Although the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred.

The Schedules and Statements, like the Debtors' financial statements on which they are largely based, are unaudited and subject to potential adjustment, and remain subject to further review, verification, and potential adjustment, and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate.

The Schedules and Statements have been signed by Michael Rinaldi, recently appointed as President of the Debtors, and an authorized signatory of each of the Debtors. Mr. Rinaldi necessarily relied upon the efforts, statements, and representations of the Debtors' employees and the assistance of the Debtors' legal and financial advisors but has not (and, indeed, could not have) personally verified the accuracy of each such statement and representation contained in these Schedules

**Fill in this information to identify the case:**

Debtor name  **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)  **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross Revenues/Sales** | $251,669.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Gross Revenues/Sales** | $473,011.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other  **Gross Revenues/Sales** | $746,532.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Aviation Safety Resources, Inc.**                              Case number *(if known)*    **6:23-bk-4639-GER**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Larry Williams v Aviation Safety Resources, Inc.**<br>**Case No. 23-6952-CI** | **Breach of employment agreement, and counterclaims** | **Pinellas County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** Certain Gifts and Charitable Contributions

| DATE | CHECK # | DISB |
|---|---|---|
| | **Beginning Balance** | |
| 8/7/2023 | Paycor fee | 20.30 |
| 8/8/2023 | Merchant Bankcard Fee | 49.95 |
| 8/8/2023 | CTBK Client Bill | 4.40 |
| 8/10/2023 | ACH BMD | 27,830.50 |
| 8/10/2023 | Transfer to cover BMD ACH | |
| 8/11/2023 | Phone.Com | 34.73 |
| 8/14/2023 | Check # 1801 | 101.88 |
| 8/14/2023 | UPS | 16.48 |
| 8/15/2023 | ACH - Erick Kinney Expenses | 625.00 |
| 8/17/2023 | Transfer to cover AsGard | |
| 8/17/2023 | Asgard | 62,000.00 |
| 8/17/2023 | Wire Transfer | 25.00 |
| 8/27/2023 | Check # 1802 - Rent | 7,500.00 |
| 8/28/2023 | Quickbooks | 95.40 |
| 8/29/2023 | UPS | 16.41 |
| 8/30/2023 | Transfer from Savings | |
| 8/30/2023 | Nicholasville Public Utilities | 39.99 |
| 8/30/2023 | Delta Natural Gas | 70.45 |
| 8/30/2023 | Republic Services | 143.15 |
| 8/31/2023 | SBA Loan Payment | 731.00 |
| 8/31/2023 | Bank Maintenance | 10.00 |

| DATE | CHECK # | DISB |
|---|---|---|
| | **Beginning Balance** | |
| 9/1/2023 | Deposit Magmus | |
| 9/6/2023 | Transfer from Pioneer | |
| 9/6/2023 | Assguard | 68,500.00 |
| 9/6/2023 | Bank Fee Wire | 25.00 |
| 9/7/2023 | Merchant Bank Card | 49.95 |
| 9/6/2023 | Erick Kinney | 880.52 |
| 9/7/2023 | Marlin PEAC | 559.15 |
| 9/7/2023 | CTBK Client Bill | 4.31 |
| 9/12/2023 | Phone.com | 35.37 |
| 9/18/2023 | Transfer from Pioneer | |
| 9/19/2023 | Wire - SRBP | 24,680.23 |
| 9/19/2023 | Bank Fee Wire | 25.00 |
| 9/19/2023 | Check # 1803 | 101.88 |
| 9/19/2023 | Transfer from Pioneer | |
| 9/19/2023 | Wire - Asguard | 50,000.00 |
| 9/19/2023 | Bank Fee Wire | 25.00 |
| 9/20/2023 | Transfer from Pioneer | |
| 9/20/2023 | ACH - Morris Nichols | 50,000.00 |
| 9/26/2023 | Quickbooks | 95.40 |
| 9/29/2023 | UPS Bill | 123.78 |

| DATE | CHECK # | DISB |
|---|---|---|
| | **Beginning Balance** | |
| 10/4/2023 | Deposit Pioneer | |
| 10/4/2023 | Asguard | 112,500.00 |
| 10/5/2023 | Wire Fees | 25.00 |
| 10/10/2023 | CTBK Client Bill | 4.31 |
| 10/16/2023 | UPS | 9.90 |
| 10/16/2023 | CHECK # 1804 | 103.38 |
| 10/17/2023 | Deposit | |
| 10/17/2023 | Deposit | |
| 10/18/2023 | CHECK #1806-1807 | 3,000.00 |
| 10/18/2023 | Transfer from Savings | |
| 10/18/2023 | Deposit Pioneer | |
| 10/19/2023 | Dept of Revenue KY | 175.00 |
| 10/19/2023 | Asguard | 50,000.00 |
| 10/19/2023 | Wire Fees | 25.00 |
| 10/25/2023 | Deposit Pioneer | |
| 10/25/2023 | Asguard | 100,000.00 |
| 10/25/2023 | Wire Fees | 25.00 |
| 10/26/2023 | Quickbooks | 95.40 |
| 10/31/2023 | Deposit Pioneer | |
| 10/31/2023 | Deposit Pioneer | |
| 10/31/2023 | Wire Fees | 25.00 |
| 10/31/2023 | Wire Fees | 25.00 |
| 10/31/2023 | Asguard | 60,000.00 |
| 10/31/2002 | Sticher Riedel | 60,000.00 |
| 10/31/2023 | Service Fee | 10.00 |

| Debtor | Aviation Safety Resources, Inc. | Case number *(if known)* | **6:23-bk-4639-GER** |
| --- | --- | --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   | --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    | --- | --- | --- | --- |
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
    | | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    | --- | --- | --- | --- | --- |
    | 11.1. | **Stichter, Riedel, Blain & Postler, P.A.** **110 E. Madison St.** **Suite 200** **Tampa, FL 33602** | **Attorney Fees on account of Debtor and related Debtors** | **July 7, 2023 September 19, 2023 Octtober 31 2023** | **$134,680.23** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |
    | 11.2. | **Asgaard Capital, LLC** | **Consulting Fees on account of Debtor and related Debtors** | **May 1, 2023 through October 31, 2023** | **$1,030,495.35** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

| Debtor | Aviation Safety Resources, Inc. | | Case number *(if known)* | 6:23-bk-4639-GER |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | Morris, Nichols, Arsht & Tunnell, LLP | Attorney fees on account of Debtor and related Debtors for representation of Board of Directors and as counsel for DIP lender | July 19, 2023 September 21, 2023 | $65,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Claggett Properties, LLC 388 Enterprise Dr. Nicholasville, KY 40356 | De minimis inventory, equipment, or fixtures abandoned to landlord | September 2023 | Undetermined |
| | Relationship to debtor Landlord in Kentucky | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    141 Hendren Way Nicholasville, KY | Vacated September 2023 |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Aviation Safety Resources, Inc. | Case number *(if known)* | 6:23-bk-4639-GER |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

　　　☑ No Go to Part 10.
　　　☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environment Information

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Debtor | Aviation Safety Resources, Inc. | Case number *(if known)* | 6:23-bk-4639-GER |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Pioneer Aerospace Corporation** | **Related Debtor** | EIN: **06-1240470**<br><br>From-To **August 11, 1988 - Present** |
| 25.2. **S.E., Inc.** | **Related Debtor** | EIN: **59-1712028**<br><br>From-To **January 7, 1977 to Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| | | |

| Debtor | Aviation Safety Resources, Inc. | Case number (if known) | 6:23-bk-4639-GER |
|--------|----------------------------------|------------------------|------------------|

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1. **Revco Accounting**<br>**500 John C. Watts Dr., Suite A**<br>**Nicholasville, KY 40356** | **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Michael Rinaldi** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Allan Davis** | | **CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Dario Manfredi** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Thomas Smits** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Richard Spencer** | | **Director** | |

Debtor   **Aviation Safety Resources, Inc.**                                         Case number *(if known)*   **6:23-bk-4639-GER**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Sugden** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Treinis** | | **Director** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Larry Williams** | **c/o Robert K. Eddy, Esq. 320 W. Kennedy Blvd., #700 Tampa, FL 33606** | **President** | **Terminated September 19, 2022** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Treinis** | **$16,945.44** | **Prior 12 months** | |
| | Relationship to debtor **Director** | | | |
| 30.2. | **Michael Rinaldi** | **$26,954.50** | **Prior 12 months** | |
| | Relationship to debtor **President** | | | |
| 30.3. | **Allan Davis** | **$8,310.19** | **Prior 12 months** | |
| | Relationship to debtor **CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor  **Aviation Safety Resources, Inc.**                          Case number *(if known)*  **6:23-bk-4639-GER**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Fill in this information to identify the case:

Debtor name    **Aviation Safety Resources, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:23-bk-4639-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/29/2023

_____                    **Michael Rinaldi**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

In re   **Aviation Safety Resources, Inc.**                                Case No.   **6:23-bk-4639-GER**

_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

### Footnote to Declaration:

Although the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred.

The Schedules and Statements, like the Debtors' financial statements on which they are largely based, are unaudited and subject to potential adjustment, and remain subject to further review, verification, and potential adjustment, and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate.

The Schedules and Statements have been signed by Michael Rinaldi, recently appointed as President of the Debtors, and an authorized signatory of each of the Debtors. Mr. Rinaldi necessarily relied upon the efforts, statements, and representations of the Debtors' employees and the assistance of the Debtors' legal and financial advisors but has not (and, indeed, could not have) personally verified the accuracy of each such statement and representation contained in these Schedules