UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| Applicable Debtor. _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 19) has been furnished on this 29th day of November, 2023, by U.S. mail to the creditors set forth on the attached Service List.

/s/ Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtor

## SERVICE LIST

First Insurance Funding
450 Skokie Blvd., #1000
Northbrook, IL 60062-7917

IPFS Corporation of the South
1055 Broadway 11th Floor
Kansas City, MO 64105

Marcia LaVanway
6582 Keigley St.
P.O. Box 143
Eau Claire, MI 49111

Workers United, Southern Regional
Joint Board
1777 Phoenix Pkwy., #230
Atlanta, GA 30349

Workers United, Southern Regional
Joint Board
c/o Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315