United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 29, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Debtor S.E.  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Interested Party Pioneer Aerospace Corporation dfogarty.ecf@srbp.com  srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Pioneer Aerospace Corporation dfogarty.ecf@srbp.com  srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Interested Party S.E.  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Dov Y Frankel | on behalf of Interested Party Paradigm Parachute and Defense  Inc. dfrankel@taftlaw.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 27, 2023 | Form ID: pdfADIdt | Total Noticed: 1 |

Kevin Arocha
    on behalf of Creditor Zodiac US Corporation kevin.arocha@bclplaw.com

L. Todd Budgen
    Todd@c11Trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com

Mary Joanne Dowd
    on behalf of Interested Party Space Exploration Technologies Corp. mary.dowd@afslaw.com
    jill.clough@afslaw.com;george.angelich@afslaw.com;james.britton@afslaw.com;lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Rilyn A Carnahan
    on behalf of Interested Party Paradigm Parachute and Defense  Inc. rilyn.carnahan@gmlaw.com,
    Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com

Robert K Eddy
    on behalf of Creditor Larry Williams reddy@e-rlaw.com bcruz@e-rlaw.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov

United States Trustee - ORL
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 13

[DoepvhlO] [Order Establishing Procedures for Zoom Appearances – Limited Parties – Orlando]

ORDERED.

Dated: November 27, 2023

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              Case No.
                                                    6:23−bk−04639−GER
                                                    Chapter 11

Aviation Safety Resources, Inc.

_____Debtor*_____/

ORDER ESTABLISHING PROCEDURES FOR ZOOM APPEARANCES

This order establishes procedures for Zoom appearances subject to the requirements set forth in the *Procedures Governing Court Appearances Before Judges Vaughan, Robson, and Geyer, Effective May 1, 2022* (the "Guidelines"). Accordingly, it is

**ORDERED:**

1. Only participants permitted under the Guidelines may appear at the hearing December 12, 2023 at 09:30 AM (the "Hearing") by Zoom.

2. Parties must arrange to attend the Hearing by registering for the Zoom Meeting at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/ by 4:00 p.m. one business day before the Hearing. If no one has timely registered for a Zoom appearance, the Court will not activate Zoom during the Hearing.

3. Participants are reminded that photographing, recording or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

4. Persons appearing by Zoom in violation of the Guidelines or this Order may be subject to sanctions, including but not limited to disconnection from Zoom at the Hearing.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.