**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Debtors. | ) | *Jointly Administered under* |
| | ) | *Case No. 6:23-bk-04639-GER* |

**NOTICE OF COMPLIANCE WITH ORDER**
**GRANTING MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS GIVEN THAT:

1. On November 22, 2023, the Court granted George P. Angelich, Esq. of ArentFox Schiff LLP permission to appear *pro hac vice* in the above captioned cases. (Doc. No. 71).

2. On November 29, 2023, the undersigned attests that the $150.00 special admission fee was delivered to the Clerk of the United States District Court for the Middle District of Florida.

Dated:   November 30, 2023
         Washington, DC

                                                   By:   */s/ Mary Joanne Dowd*
                                                         Mary Joanne Dowd
                                                         Florida Bar No. 0368970
                                                         ARENTFOX SCHIFF LLP
                                                         1717 K Street NW
                                                         Washington, DC 20006
                                                         Telephone: (202) 857-6059
                                                         Facsimile: (202) 857-6395
                                                         mary.dowd@afslaw.com

                                                         *Attorney for Space Exploration*
                                                         *Technologies Corp.*

AFDOCS:199153284.2

## CERTIFICATE OF SERVICE

I, Mary Joanne Dowd, hereby certify that on November 30, 2023, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which system will send notification of such public filings to all counsel registered to receive such notice.

*/s/ Mary Joanne Dowd*
Mary Joanne Dowd
Florida Bar No. 0368970
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Telephone: (202) 857-6059
Facsimile: (202) 857-6395
mary.dowd@afslaw.com

*Attorney for Space Exploration Technologies Corp.*

AFDOCS:199153284.2