UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Debtors._____/ | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Applicable Debtors._____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Debtor's Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing* (Doc. No. 88) was furnished on December 4, 2023, by the Court's CM/ECF electronic mail system, and on December 5, 2023, by US Mail to the LBR 1007-2 parties in interest matrices.

DATED: December 5, 2023

                                                */s/ Daniel R. Fogarty*
                                                Daniel R. Fogarty (FBN 0017532)
                                                Stichter Riedel Blain & Postler, P.A.
                                                110 East Madison Street, Suite 200
                                                Tampa, Florida 33602
                                                Telephone: (813) 229-0144
                                                Email: dfogarty@srbp.com
                                                Attorneys for Debtors