UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Debtors._____/ | *Jointly Administered Under*<br>*Case No. 6:23-bk-4639-GER* |

**STATEMENT OF ATTORNEY**
**COMPENSATION PURSUANT TO BANKRUPTCY RULE 2016(b)**

Pursuant to Section 329 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney for Aviation Safety Resources, Inc., S.E., Inc. d/b/a Strong Enterprises, and Pioneer Aerospace Corporation (collectively, the "**Debtors**") in these Chapter 11 cases makes this statement setting forth the compensation paid or agreed to be paid to Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") for services rendered or to be rendered in contemplation of and in connection with the Chapter 11 case and the source of such compensation.

1. Prior to the filing of this Chapter 11 case, Stichter Riedel received the aggregate sum of $134,680.23 (paid on July 7, 2023 ($50,000.00), September 19, 2023 ($24,680.23), and October 31, 2023 ($60,000.00) on account of prepetition services and as a retainer for postpetition services. The retainer was to be applied first to prepetition services (including costs) and the balances were to reduce Stichter Riedel's application for postpetition fees and costs.

2. The sum paid by the Debtors is for legal services rendered or to be rendered in connection with the Chapter 11 cases. The services rendered or to be rendered by Stichter Riedel include, but are not limited to, the following:

    a. To give the Debtors legal advice regarding their duties as Debtors in Possession in the continued operation of their businesses;

    b. To stay all suits against the Debtors which affect their ability to continue in business or which affect property in which the Debtors have equity;

    c. To represent the Debtors in all adversary proceedings;

    d. To prepare all necessary petitions, answers, orders, reports, schedules, statement of financial affairs, and other legal papers; and

    e. To perform all other legal services for the Debtors that may be appropriate in these cases.

3. The Debtors have paid or agreed to pay Stichter Riedel for all services rendered or to be rendered and all out-of-pocket costs and expenses incurred or to be incurred as follows:

    a. The Debtors shall pay for all services rendered or to be rendered in connection with these Chapter 11 cases based upon an hourly fee arrangement, subject to determination by the Court, upon proper application by Debtors' counsel. The fees for the undersigned are calculated on a time basis at the firm's prevailing hourly rates, which currently are as follows:

|  |  |
|---|---|
| Partners | $300-$550 |
| Paralegals | $200 |

These hourly rates are subject to periodic adjustment based upon market conditions.

      b.      The Debtors shall pay for all out-of-pocket costs advanced on the Debtors' behalf or incurred in rendering legal services on the Debtors' behalf, subject to determination by the Court, upon proper application by Debtors' counsel.

4.      The source of the sum paid to the undersigned was from the Debtors' funds.

5.      The source of any additional sums to be paid will be the Debtors' funds or any other source approved by the Court.

6.      The undersigned has not shared or agreed to share any portion of its compensation from the Debtors with any other person who is not a member or regular associate of the undersigned's law firm.

7.      The undersigned has not received any other payment in this case and has no other agreement, except as set forth herein.

      */s/ Daniel R. Fogarty*
      Daniel R. Fogarty (FBN 0017532)
      Stichter Riedel Blain & Postler, P.A.
      110 East Madison Street, Suite 200
      Tampa, Florida   33602
      Telephone: (813) 229-0144
      Email:  dfogarty@srbp.com
      Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Statement of Attorney Compensation Pursuant to Bankruptcy Rule 2016(b)* has been furnished on this 6th day of December, 2023, by the Court's CM/ECF electronic mail system to all parties receiving electronic noticing.

      */s/ Daniel R. Fogarty*
      Daniel R. Fogarty