

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/12/2023 09:30 AM

COURTROOM 6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04639-GER** | 11 | **11/01/2023** |

**Chapter 11**

**DEBTOR:**   Aviation Safety Resources, Inc.

**DEBTOR ATTY:**   Daniel Fogarty

**TRUSTEE:**   L. Budgen

**HEARING:**

Initial Status Conference
cont. Status Conference:
1)   Debtor's Emergency Motion to Use Cash Collateral (Doc #21)
(granted on second interim basis Doc #78)
Zodiac's Objection (Doc #30)
PENDING:
-Pioneer's Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing (Doc #88)
-Debtor's Motion for Authority to Maintain Pre-Petition Bank Accounts For Limited Purposes (Doc #92)
-Debtor's Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation (Doc #93)
-Debtor's Motion for Authority to Reject Collective Bargaining Agreement Between Pioneer Aerospace Corporation and Southern Regional Joint Board of Workers United (Doc #94)
-Pre-Status Conference Report (Doc #91)
Note: 11/7/23; 11/21/23; 12/15/23
Schedules (Doc #84)
341 scheduled: 12/4/23
Sub V Plan Due: 1/30/24
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)
Future Hearing:
Jointly Administered:
23-4641 SE, Inc.
23-4643 Pioneer Aerospace

**APPEARANCES:**:   Daniel Fogarty (Debtor Atty); Mike Freeman (Asgaard Rep); Todd Budgen (Sub V Trustee); Audrey Aleskovsky (US Trustee Atty); Robert Eddy (Larry Williams Atty); Jarret Hitchings (Zodiac Atty); Mark Duedall (Asgaard Atty);

**RULING:**
cont. Status Conference:

1)   Debtor's Emergency Motion to Use Cash Collateral   (Doc #21) - Granted on third interim basis to 12/19/23; cont. to December 19, 2023 at 1:30 pm:Order by Fogarty;

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.