UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | Jointly Administered Under Case No. 6:23-bk-4639-GER |

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing on the following matters will be held before the Honorable Grace E. Robson on December 19, 2023, at 01:30 PM in Courtroom D, George C. Young Federal Courthouse Orlando, Florida, 400 W Washington St, Orlando, FL 32801,

   a. Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing (Doc. No.88),

   b. Motion for Authority to Maintain Pre-Petition Bank Accounts for Limited Purposes (Doc. No.92),

   c. Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation (Doc. No.93),

   d. Motion for Authority to Reject Collective Bargaining Agreement Between Pioneer Aerospace Corporation and Southern Regional Joint Board of Workers United (Doc. No.94),

   e. Application to Employ Asgaard Capital as Financial Advisor and Transaction Advisor Contains negative notice (Doc. No.59),

   f. Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. As Counsel for Debtors in Possession Effective as of the Petition Date, (Doc. No. 58),and the Supplement to Application (Doc. No. 63).

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court−solutions.com) by 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3. The Court may continue this matter upon announcement made in open court

without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated: December 13, 2023

/s/ *Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Hearing* has been furnished on December 13, 2023, by either the Court's CM/ECF System or by U.S. mail to the Local Rule 1007-2 Parties in Interest List, and by U.S. Mail and electronic mail to:

Chris Baumann, Southern Region Director
Southern Region, Workers United, SEIU
1777 Phoenix Parkway
Suite 230
Atlanta, GA 30349
baumann2468@gmail.com
sregionunite@bellsouth.net

Workers United, Southern Regional Joint Board
c/o Michael Schoenfeld, Stanford Fagan, LLC
2540 Lakewood Ave.
Atlanta, GA 30315
MichaelS@sfglawyers.com

Workers United
Attn: Lynne Fox, International President
22 South 22nd Street
Philadelphia, PA 19103
Fax (215) 575-9065

National Retirement Fund
c/o Amalgamated Employee Benefits Administrators, Plan Administrator
333 Westchester Ave
White Plains, NY 10604

National Retirement Fund
c/o Amalgamated Employee Benefits Administrators, Plan Administrator
Attn. David Sapp, Executive Director, Litigation Counsel
dsapp@amalgamatedbenefits.com

National Retirement Fund
Attn: Plan Trustees, c/o Richard N. Rust
333 Westchester Ave
White Plains, NY 10604

National Retirement Fund
c/o Amalgamated Employee Benefits Administrators, Plan Administrator
Attn. Galina Stiler, attorney
gstiler@amalgamatedbenefits.com

*s/ Daniel R. Fogarty*
Daniel R. Fogarty

4854-4101-1606, v. 1

4854-4101-1606, v. 1