UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

AVIATION SAFETY RESOURCES, INC.,
S.E., INC.,
PIONEER AEROSPACE CORPORATION

    Debtors.
_____/

AVIATION SAFETY RESOURCES, INC.,

    Applicable Debtor.
_____/

Chapter 11, Subchapter V

Case No. 6:23-bk-4639-GER
Case No. 6:23-bk-4641-GER
Case No. 6:23-bk-4643-GER

*Joint Administration Motion Pending*

Case No. 6:23-bk-4639-GER

## AMENDMENT TO SCHEDULE E/F

The Debtor, AVIATION SAFETY RESOURCES, INC., hereby amends Schedule F to add an additional noticing address for the following creditor:

    Marcia LaVanway
    5062 93rd Street North        For noticing purposes
    St Petersburg, FL 33708

I HEREBY DECLARE, under penalty of perjury, that the Amendment to Schedule E/F is true and correct to the best of my knowledge and belief.

DATED this 14TH day of December, 2023.

                          Aviation Safety Resources, Inc.

                By: _____
                          Michael Rinaldi, President

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2023, true and correct copies of the *Amendment to Schedule E/F* and *Amended Summary of Schedules* have been furnished by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing; and true and correct copies of the *Amendment to Schedule E/F* and *Notice of Chapter 11 Case* has been furnished by U.S. Mail to:

Marcia LaVanway
5062 93rd Street North
St Petersburg, FL  33708

>                               */s/ Daniel R. Fogarty*
>                               Daniel R. Fogarty (FBN 0017532)
>                               Stichter Riedel Blain & Postler, P.A.
>                               110 East Madison Street, Suite 200
>                               Tampa, Florida   33602
>                               Telephone: (813) 229-0144
>                               Email:  dfogarty@srbp.com
>                               Attorneys for Debtor

2