UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Debtors. | *Jointly Administered Under* |
| _____/ | *Case No. 623-bk-4639-GER* |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
|     Applicable Debtors. | |
| _____/ | |

**NOTICE OF FILING OF WATERFALL ESTIMATES AND WINDDOWN
BUDGETS FOR PIONEER AEROSPACE CORPORATION AND S.E., INC.**

PIONEER AEROSPACE CORPORATION ("**Pioneer**") and S.E., INC. ("**Strong**"), as debtors and debtors in possession, hereby give notice of the filing of the preliminary waterfall analysis for both Pioneer and Strong (attached as **Composite Exhibit A**) and winddown budgets for both Pioneer and Strong for the period of December 8 through March 31, 2024 (attached as **Composite Exhibit B**).

                                          */s/ Daniel R. Fogarty*
                                          Daniel R. Fogarty (FBN 0017532)
                                          Stichter Riedel Blain & Postler, P.A.
                                          110 East Madison Street, Suite 200
                                          Tampa, Florida  33602
                                          Telephone: (813) 229-0144
                                          Email: dfogarty@srbp.com
                                          Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing notice has been furnished on December 18, 2023, by the Court's electronic noticing system to all parties receiving electronic service.

          */s/ Daniel R. Fogarty*
          Daniel R. Fogarty (FBN 0017532)

# **COMPOSITE EXHIBIT A**

*PRELIMINARY IN ALL RESPECTS; ALL AMOUNTS SUBJECT TO FINAL COURT ORDER AND CHALLENGE ON VARIOUS GROUNDS; ALL RIGHTS RESERVED*

| Pioneer Distribution Waterfall Summary | Subtotals | Base Case | No ERTC Recovery |
|---|---|---|---|
| **Assumptions** | | | |
| Closing Date | | 12/8/23 | 12/8/23 |
| Plan Effective Date | | 4/1/23 | 4/1/23 |
| **Payment Waterfall** | | | |
| Sales Proceeds | | $3,600,000 | $3,600,000 |
| *Mississippi* | *$200,000* | | |
| *Milton* | *$1,200,000* | | |
| *Bloomfield* | *$2,200,000* | | |
| ERTC Proceeds | | $1,135,295 | |
| *Principal* | *$1,135,295* | | |
| *Interest* | *-* | | |
| Net Operating Proceeds/Ending Cash Balance (through closing) | | $29,500 | $29,500 |
| Reimbursement of Novation and Other Costs | | TBD | TBD |
| Other - litigation claims, deposits, refunds etc | | TBD | TBD |
| Proceeds from Claim Filed in Strong Bankruptcy | | TBD | TBD |
| **Total Cash Available for Distribution** | | **$4,764,795** | **$3,629,500** |
| **Zodiac Proceeds in Escrow** | | **$1,250,000** | **$1,250,000** |
| **Total Cash Available for DIP and Administrative Claims** | | **$3,514,795** | **$2,379,500** |
| **Less Repayment of DIP Loan** | | | |
| DIP Loan Principal Balance | | ($300,000) | ($300,000) |
| DIP Exit Fee | | ($288,000) | ($288,000) |
| % of Sales Proceeds | 8% | | $0 |
| % of Assumed Liabilities | 8% | | |
| DIP Loan Accrued Interest | | ($2,800) | ($2,800) |
| Annual Interest Rate | 12% | | $0 |
| DIP Loan Legal Fees | | ($108,000) | ($108,000) |
| **Estimated Total DIP Loan Payments** | | **($698,800)** | **($698,800)** |
| **Amount Available for Remainder of Administrative Claims** | | **$2,815,995** | **$1,680,700** |
| **Less Asgaard Transaction Fees** | | | |
| *Asgaard Transaction Fees* | | ($200,000) | ($200,000) |
| *Gross Asgaard Transaction Fee* | *$250,000* | | |
| *% Take of Transaction Fee* | *80%* | | |
| *Asgaard ERTC Fee* | | ($113,530) | - |
| *ERTC Proceeds* | *$1,135,295* | | |
| *% Take of ERTC* | *10%* | | |
| **Cash Available For Remaining Administrative and Unsecured Claims** | | **$2,502,466** | **$1,480,700** |
| **Post-Petition Pre-Closing Administrative Expenses** | | | |
| Estimated 503(b9) claims | | ($5,858) | ($5,858) |
| Post-Closing Payroll | | ($59,750) | ($59,750) |
| Occupancy Costs for Milton and Mississippi | | ($46,467) | ($46,467) |
| Professional Fees Accrued In Excess of Carveout Reserve | | ($143,051) | ($143,051) |
| Accrued Vacation and Other Benefits | | ($174,000) | ($174,000) |
| Other Compensation | | TBD | TBD |
| **Estimated Pre-Closing Post-Petition Administrative Claims** | | **($429,126)** | **($429,126)** |
| **Less Post-Closing Administrative Budget- assumes no mediation, litigation, and litigation support costs** | | | |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Asgaard | | ($415,000) | ($415,000) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Stichter, Riedel, Blain, & Postler | | ($92,080) | ($92,080) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - MNAT | | ($57,600) | ($57,600) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date- ERISA Counsel | | $0 | $0 |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Cohn Reznick | | ($19,200) | ($19,200) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Safran Counsel | | $0 | $0 |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Sub-Chapter 5 Trustee | | ($9,000) | ($9,000) |
| Estimated Nonprofessional Administrative Support Expense (retained former employees) | | ($68,700) | ($68,700) |
| Estimated Computer Support Expense | | ($60,000) | ($60,000) |
| Estimated Miscellaneous | | ($53,000) | ($53,000) |
| **Estimated Post-Petition Administrative Claims Not Paid Under DIP** | | **($774,580)** | **($774,580)** |
| **Cash Available for Unsecured Claims** | | **$1,298,760** | **$276,994** |

PRELIMINARY IN ALL RESPECTS; ALL AMOUNTS SUBJECT TO FINAL COURT ORDER AND CHALLENGE ON VARIOUS GROUNDS; ALL RIGHTS RESERVED

| | Subtotals | Base Case | No ERTC Recovery |
|---|---|---|---|
| **Strong Distribution Waterfall Summary** | | | |
| **Assumptions** | | | |
| Closing Date | | 12/8/23 | 12/8/23 |
| Plan Effective Date | | 4/1/23 | 4/1/23 |
| **Payment Waterfall** | | | |
| Sales Proceeds | | **$850,000** | **$850,000** |
| ERTC Proceeds | | **$156,763** | **$0** |
| *Principal* | $156,763 | | |
| *Interest* | - | | |
| Net Operating Proceeds/Ending Cash Balance (through closing) | | $8,098 | $8,098 |
| Other - litigation claims, deposits, refunds etc | | | |
| **Total Cash Available for Distribution** | | **$1,014,861** | **$858,098** |
| **Secured Creditors** | | | |
| SBA Loan | | ($151,531) | ($151,531) |
| Principal | $150,000 | | |
| Interest through closing date | $594 | | |
| Interest from closing date through payoff | $938 | | |
| Annual Interest Rate | 3.75% | | |
| Fees and Expenses | - | | |
| **Estimated SBA Loan Claim** | | **($151,531)** | **($151,531)** |
| **Total Cash Available for DIP and Administrative Claims** | | **$863,330** | **$706,567** |
| **DIP Loan** | | | |
| DIP Loan Principal Balance | | - | - |
| DIP Exit Fee | | | |
| % of Sales Proceeds | 8% | ($68,000) | ($68,000) |
| % of Assumed Liabilities | 8% | ($56,102) | ($56,102) |
| DIP Loan Accrued Interest | | | |
| DIP Loan Legal Fees | | ($27,000) | ($27,000) |
| **Estimated Total DIP Loan Payments** | | **($151,102)** | **($151,102)** |
| **Amount Available for Remainder of Administrative Claims** | | **$712,228** | **$555,465** |
| **Less Asgaard Transaction Fees** | | | |
| *Asgaard Transaction Fees* | | ($50,000) | ($50,000) |
| Gross Asgaard Transaction Fee | $250,000 | | |
| % Take of Transaction Fee | 20% | | |
| *Asgaard ERTC Fee* | | ($15,676) | |
| ERTC Proceeds | $156,763 | | |
| % Take of ERTC | 10% | | |
| **Cash Available For Remaining Administrative and Unsecured Claims** | | **$646,552** | **$505,465** |
| **Post-Petition Pre-Closing Administrative Expenses** | | | |
| Professional Fees Accrued in Excess of Carveout Reserve | | ($34,362) | ($34,362) |
| Employee Vacation Pay Accruals | | ($56,280) | ($56,280) |
| Post Closing Payroll | | ($62,500) | ($62,500) |
| Other Compensation | | **TBD** | **TBD** |
| **Post-Petition Pre-Closing Administrative Expenses** | | **($153,142)** | **($153,142)** |
| **Less Post-Closing Administrative Budget- assumes no mediation, litigation, and litigation support costs** | | | |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Asgaard | | ($103,702) | ($103,702) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Stichter, Riedel, Blain, & Postler | | ($23,020) | ($23,020) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - MNAT | | ($14,400) | ($14,400) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date- ERISA Counsel | | $0 | $0 |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - MSH CPAs | | ($4,800) | ($4,800) |
| Estimated Accrued Utilities and Other Expenses | | ($21,000) | ($21,000) |
| Estimated Accrued Monthly Professional Fees through Post-Effective Date - Subchapter 5 Trustee | | ($9,000) | ($9,000) |
| **Estimated Post-Petition Administrative Claims Not Paid Under DIP** | | **($175,922)** | **($175,922)** |
| **Cash Available for Unsecured Claims** | | **$317,488** | **$176,401** |

# **COMPOSITE EXHIBIT B**

**Strong**
Winddown Budget

| | Projected Dec 8 - 17 (a) | Projected W/E 12/24 | Projected W/E 12/31 | Projected W/E 1/6/24 | Projected W/E 1/14 | Projected W/E 1/21 | Projected W/E 1/28 | Projected W/E 2/4 | Projected W/E 2/11 | Projected W/E 2/18 | Projected W/E 2/25 | Projected W/E 3/3 | Projected W/E 3/10 | Projected W/E 3/17 | Projected W/E 3/24 | Projected W/E 3/31 | Projected Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 12,234 | 809,298 | 571,524 | 549,950 | 539,675 | 529,400 | 519,125 | 455,850 | 445,850 | 431,050 | 421,050 | 411,050 | 398,050 | 387,475 | 376,900 | 366,325 | 12,234 |
| Net Cash Flow | 797,064 | (237,774) | (21,574) | (10,275) | (10,275) | (10,275) | (63,275) | (10,000) | (14,800) | (10,000) | (10,000) | (13,000) | (10,575) | (10,575) | (10,575) | 127,512 | 481,603 |
| **Ending Cash Balance** | 809,298 | 571,524 | 549,950 | 539,675 | 529,400 | 519,125 | 455,850 | 445,850 | 431,050 | 421,050 | 411,050 | 398,050 | 387,475 | 376,900 | 366,325 | 493,837 | 493,837 |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Sale Proceeds (a) | 850,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 850,000 |
| ERTC Refund (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 156,763 | 156,763 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Receipts** | 850,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 156,763 | 1,006,763 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | |
| Payroll | 0 | 62,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62,500 |
| Payroll (vacation) | 0 | 56,280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56,280 |
| Retained former employees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 4,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 |
| Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CSSI expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Misc winddown expenses | 3,000 | 4,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 49,000 |
| **Total Operating Disbursements** | 3,000 | 126,780 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 171,780 |
| **Closing Disbursements** | | | | | | | | | | | | | | | | | |
| DIP disbursements | | | | | | | | | | | | | | | | | 0 |
| DIP borrowing repaid | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Success Fee | | 68,000 | | | | | | | | | | | | | | | |
| Success Fee (liabilities) | | 0 | | | | | | | | | | | | | | | |
| Interest | | 420 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 420 |
| Lender legal fees | | 27,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,000 |
| Total DIP Disbursements | 0 | 95,420 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 95,420 |
| Rent to Zodiac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transacton fee | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| Zodiac Escrow (held by Stichter) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Closing Disbursements** | 0 | 95,420 | 0 | 0 | 0 | 0 | 50,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145,420 |
| **Professional Fees** | | | | | | | | | | | | | | | | | |
| Asgaard | 11,334 | 11,334 | 11,334 | 5,375 | 5,375 | 5,375 | 5,375 | 5,100 | 5,100 | 5,100 | 5,100 | 5,100 | 5,675 | 5,675 | 5,675 | 5,675 | 103,702 |
| Stichter, Reidel, Blain & Postler | 3,340 | 3,340 | 3,340 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 23,020 |
| MNAT | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 14,400 |
| Erissa / Pension Plan Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Safran Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax accounting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,800 |
| Litigation - Pension Administrator | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litigation - Other adversaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mediation costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-closing fees exceed escrow | 34,362 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,362 |
| **Total Professional fees (c)** | 49,936 | 15,574 | 15,574 | 7,275 | 7,275 | 7,275 | 7,275 | 7,000 | 11,800 | 7,000 | 7,000 | 7,000 | 7,575 | 7,575 | 7,575 | 7,575 | 180,284 |
| **Other Disbursements** | | | | | | | | | | | | | | | | | |
| Subchapter 5 Trustee | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 12,000 |
| ERTC Transaction Fee (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,676 | 15,676 |
| Contingency | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Disbursements** | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 18,676 | 27,676 |
| **Total Disbursements** | 52,936 | 237,774 | 21,574 | 10,275 | 10,275 | 10,275 | 63,275 | 10,000 | 14,800 | 10,000 | 10,000 | 13,000 | 10,575 | 10,575 | 10,575 | 29,251 | 525,160 |
| **NET CASH FLOW** | 797,064 | (237,774) | (21,574) | (10,275) | (10,275) | (10,275) | (63,275) | (10,000) | (14,800) | (10,000) | (10,000) | (13,000) | (10,575) | (10,575) | (10,575) | 127,512 | 481,603 |
| **Beginning Cash Balance** | 12,234 | 809,298 | 571,524 | 549,950 | 539,675 | 529,400 | 519,125 | 455,850 | 445,850 | 431,050 | 421,050 | 411,050 | 398,050 | 387,475 | 376,900 | 366,325 | 12,234 |
| Net Cash Flow | 797,064 | (237,774) | (21,574) | (10,275) | (10,275) | (10,275) | (63,275) | (10,000) | (14,800) | (10,000) | (10,000) | (13,000) | (10,575) | (10,575) | (10,575) | 127,512 | 481,603 |
| **Ending Cash Balance** | 809,298 | 571,524 | 549,950 | 539,675 | 529,400 | 519,125 | 455,850 | 445,850 | 431,050 | 421,050 | 411,050 | 398,050 | 387,475 | 376,900 | 366,325 | 493,837 | 493,837 |

(a) Closing for Asset Sale 12/8/23; proceeds in Stichter Closing Escrow Account

(b) Estimate base on current review and analysis.  Success to be paid to Asgaard at 10% of any ERTC recovery.

(c) For present purposes, the Debtors believe an allocation of various professional fees along an 80/20 split is reasonable, given the relative values of the sales.  To the extent further efforts, or recoveries, indicate this split should be adjusted, the Debtors will reflect that in fee applications, a plan and disclosure statement, and other documents to be filed once further analysis and data is available.

**Pioneer Aerospace Corp**
Winddown Budget

| | Projected Dec 8 - 17 (a) | Projected W/E 12/24 | Projected W/E 12/31 | Projected W/E 1/6/24 | Projected W/E 1/14 | Projected W/E 1/21 | Projected W/E 1/28 | Projected W/E 2/4 | Projected W/E 2/11 | Projected W/E 2/18 | Projected W/E 2/25 | Projected W/E 3/3 | Projected W/E 3/10 | Projected W/E 3/17 | Projected W/E 3/24 | Projected W/E 3/31 | Projected Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 28,840 | 2,166,493 | 1,109,300 | 961,329 | 925,229 | 889,129 | 853,029 | 593,029 | 558,029 | 503,829 | 468,829 | 412,929 | 375,929 | 334,404 | 298,104 | 261,804 | 28,840 |
| Net Cash Flow | 2,137,653 | (1,057,193) | (147,971) | (36,100) | (36,100) | (36,100) | (260,000) | (35,000) | (54,200) | (35,000) | (55,900) | (37,000) | (41,525) | (36,300) | (36,300) | 982,465 | 1,215,429 |
| **Ending Cash Balance** | 2,166,493 | 1,109,300 | 961,329 | 925,229 | 889,129 | 853,029 | 593,029 | 558,029 | 503,829 | 468,829 | 412,929 | 375,929 | 334,404 | 298,104 | 261,804 | 1,244,269 | 1,244,269 |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Sale Proceeds (a) | 3,600,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,600,000 |
| ERTC Refund (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,135,295 | 1,135,295 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 0 | 6,000 |
| **Total Receipts** | 3,600,000 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 1,135,295 | 4,741,295 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | |
| Payroll | 0 | 59,750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 59,750 |
| Payroll (vacation) | 0 | 174,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 174,000 |
| Retained former employees | 0 | 0 | 15,675 | 0 | 0 | 0 | 23,900 | 0 | 0 | 0 | 23,900 | 0 | 5,225 | 0 | 0 | 0 | 68,700 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | 0 | 6,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 |
| Taxes | 0 | 2,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 |
| CSSI expense | 0 | 0 | 60,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60,000 |
| Misc winddown expenses | 7,000 | 9,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 109,000 |
| **Total Operating Disbursements** | 7,000 | 250,750 | 82,675 | 7,000 | 7,000 | 7,000 | 30,900 | 7,000 | 7,000 | 7,000 | 30,900 | 6,000 | 11,225 | 6,000 | 6,000 | 6,000 | 479,450 |
| **Closing Disbursements** | | | | | | | | | | | | | | | | | |
| DIP disbursements | | | | | | | | | | | | | | | | | 0 |
| DIP borrowing repaid | 300,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300,000 |
| Success Fee | 288,000 | | | | | | | | | | | | | | | | |
| Success Fee (liabilities assumed) | 0 | | | | | | | | | | | | | | | | |
| Interest | 1,680 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,680 |
| Lender legal fees | 108,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 108,000 |
| Total DIP Disbursements | 697,680 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 697,680 |
| Rent to Zodiac | | 46,467 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46,467 |
| Transaction fee | | 0 | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 |
| Zodiac Escrow (held by Stichter) | 1,250,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,250,000 |
| **Total Closing Disbursements** | 1,250,000 | 744,147 | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,194,147 |
| **Professional Fees** | | | | | | | | | | | | | | | | | |
| Asgaard | 45,336 | 45,336 | 45,336 | 21,500 | 21,500 | 21,500 | 21,500 | 20,400 | 20,400 | 20,400 | 20,400 | 20,400 | 22,700 | 22,700 | 22,700 | 22,700 | 414,808 |
| Stichter, Reidel, Blain & Postler | 13,360 | 13,360 | 13,360 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 92,080 |
| MNAT | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 3,600 | 57,600 |
| Erissa / Pension Plan Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Safran Counsel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax accounting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,200 |
| Litigation - Pension Administrator | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Litigation - Other adversaries | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mediation costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-closing fees exceed escrow | 143,051 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 143,051 |
| **Total Professional fees (c)** | 205,347 | 62,296 | 62,296 | 29,100 | 29,100 | 29,100 | 29,100 | 28,000 | 47,200 | 28,000 | 28,000 | 28,000 | 30,300 | 30,300 | 30,300 | 30,300 | 726,739 |
| **Other Disbursements** | | | | | | | | | | | | | | | | | |
| Subchapter 5 Trustee | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 12,000 |
| ERTC Transaction Fee (b) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 113,530 | 113,530 |
| Contingency | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Disbursements** | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 3,000 | 0 | 0 | 0 | 0 | 116,530 | 125,530 |
| **Total Disbursements** | 1,462,347 | 1,057,193 | 147,971 | 36,100 | 36,100 | 36,100 | 263,000 | 35,000 | 54,200 | 35,000 | 58,900 | 37,000 | 41,525 | 36,300 | 36,300 | 152,830 | 3,525,866 |
| **NET CASH FLOW** | 2,137,653 | (1,057,193) | (147,971) | (36,100) | (36,100) | (36,100) | (260,000) | (35,000) | (54,200) | (35,000) | (55,900) | (37,000) | (41,525) | (36,300) | (36,300) | 982,465 | 1,215,429 |
| **Beginning Cash Balance** | 28,840 | 2,166,493 | 1,109,300 | 961,329 | 925,229 | 889,129 | 853,029 | 593,029 | 558,029 | 503,829 | 468,829 | 412,929 | 375,929 | 334,404 | 298,104 | 261,804 | 28,840 |
| Net Cash Flow | 2,137,653 | (1,057,193) | (147,971) | (36,100) | (36,100) | (36,100) | (260,000) | (35,000) | (54,200) | (35,000) | (55,900) | (37,000) | (41,525) | (36,300) | (36,300) | 982,465 | 1,215,429 |
| **Ending Cash Balance** | 2,166,493 | 1,109,300 | 961,329 | 925,229 | 889,129 | 853,029 | 593,029 | 558,029 | 503,829 | 468,829 | 412,929 | 375,929 | 334,404 | 298,104 | 261,804 | 1,244,269 | 1,244,269 |

(a) Closing for Asset Sale 12/8/23; proceeds in Stichter Closing Escrow Account

(b) Estimate base on current review and analysis.  Success to be paid to Asgaard at 10% of any ERTC recovery.

(c) For present purposes, the Debtors believe an allocation of various professional fees along an 80/20 split is reasonable, given the relative values of the sales.  To the extent further efforts, or recoveries, indicate this split should be adjusted, the Debtors will reflect that in fee applications, a plan and disclosure statement, and other documents to be filed once further analysis and data is available.