UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |
| _____/ | |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtor. | |
| _____/ | |

## **MOTION FOR ADMISSION OF MATTHEW E. STOLZ TO APPEAR *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL**

Matthew E. Stolz of Cohen, Weiss and Simon, LLP ("Movant"), pursuant to Local Rule 2090-1, moves this Court for admission to appear pro hac vice, in this case, and any related adversary proceedings, as counsel for the Southern Regional Joint Board, Workers United, SEIU, and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar of the State of New York.

2. Movant is also admitted to practice before and is in good standing with the United States District Courts for the Southern District of New York, Eastern District of New York, and Northern District of New York.

3. Movant designates Michael Schoenfeld, an attorney at Stanford Fagan LLC, who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

5. Movant certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent the Southern Regional Joint Board, Workers United, SEIU in this case and any related proceedings.

Dated: December 18, 2023

                                     /s/ Matthew E. Stolz
                                     Matthew E. Stolz
                                     New York Bar No. 5861463
                                     mstolz@cwsny.com
                                     COHEN, WEISS AND SIMON LLP
                                     909 Third Avenue, 12th Floor
                                     New York, NY 10022
                                     (212) 563-4100
                                     Attorney for *Southern Regional Joint Board, Workers United, SEIU*