UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. | *Jointly Administered Under* |
| _____/ | *Case No. 6:23-bk-4639-GER* |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtor. | |
| _____/ | |

**WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL**

I, Michael Schoenfeld, an attorney qualified to practice in this Court, consent to designation as the local attorney for Matthew E. Stolz, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

Dated: December 18, 2023

/s/ Michael Schoenfeld
FL Bar No. 89853
Stanford Fagan LLC
2540 Lakewood Ave SW
Atlanta, GA 30315
404-622-0521, ext. 2244
MichaelS@sfglawyers.com
Attorney for *Southern Regional Joint Board, Workers United, SEIU*