1

## **CERTIFICATE OF SERVICE**

      I certify that on December 18, 2023, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Matthew E. Stolz  
Matthew E. Stolz

1

**Error! Unknown document property name.**