

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/19/2023 01:30 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-04639-GER** | 11 | 11/01/2023 |

**Chapter 11**

**DEBTOR:**         Aviation Safety Resources, Inc.

**DEBTOR ATTY:**   Daniel Fogarty

**TRUSTEE:**       L. Budgen

**HEARING:**

cont. Status Conference:
1) (Debtor's) Motion to Use Cash Collateral (Doc #21 in case 23-4641/43)
(granted on third interim basis Doc #    ) NO ORDER UPLOADED
Zodiac's Objection (Doc #30)
2) (Debtor) Application to Employ Asgaard Capital as Financial Advisor and Transaction Advisor (Doc #59)
3) (Debtor) Application to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors (Doc #58) Supplement (Doc #63)
4) (Pioneer's) Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing (Doc #88)
5) (Debtor's)   Motion for Authority to Maintain Pre-Petition Bank Accounts For Limited Purposes (Doc #92)
6) (Debtor's) Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation
               (Doc #93)
-US Trustee's Objection (Doc #105)
7) (Debtor's) Motion for Authority to Reject Collective Bargaining Agreement Between Pioneer Aerospace Corporation and
               Southern Regional Joint Board of Workers United (Doc #94)
Pending:
Zodiac's Opposition to the Debtor's Notice of Proposed Assumption and/or Assignment of Certain Executory Contracts and
               Unexpired Leases [42] (Doc #65)
-Debtor's Notice of Filing Waterfall Estimates and Windown Budgets   (Doc #103)
-Debtor's Notice of Filing of Final Closing Documents in Connection with the Connecticut APA (Doc #102)
-Debtor's Notice of Filing of Final Closing Documents in Connection with the Stalking Horse APA   (Doc #101)
-Debtor's Notice of Filing Supplemental Declaration of Charles Reardon on Behalf of Asgaard Capital, LLC as Proposed Financial
               Advisor and Transaction Advisor to the Debtors, Effective as of the Petition Date (Doc #100)
Pre-Status Conference Report (Doc #91)
Note: 11/7/23; 11/21/23; 12/15/23; 12/12/23
Schedules (Doc #84)
341 scheduled: 12/4/23; 12/15/23
Sub V Plan Due: 1/30/24
Claims Deadline: 1/10/24
Joint Case Summary (Doc #7)
Future Hearing: None

Jointly Administered:
23-4641 SE, Inc.
23-4643 Pioneer Aerospace

**APPEARANCES:**:   Daniel Fogarty (Debtor Atty); Audrey Aleskovsky (US Trustee Atty); Matthew Stolz (Labor Union Atty); Mark Duedall (Asgaard Atty); Charles Reardon (Asgaard Rep); Jarret Hitchings (Zodiac Atty); Todd Budgen (Sub V Trustee); Dove Frankel (Paradigm Atty);

**RULING:**
cont. Status Conference:

1)   (Debtor's) Motion to Use Cash Collateral   (Doc #21 in case 23-4641/43) - Granted on an interim basis to 3/31/24; cont. to status January 30, 2024 at 10:30 am:Order by Fogarty;

2) (Debtor) Application to Employ Asgaard Capital as Financial Advisor and Transaction Advisor   (Doc #59) - Approved:Order by Fogarty;

3)   (Debtor) Application to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors   (Doc #58) Supplement (Doc #63) - Approved:Order by Fogarty;

4)   (Pioneer's) Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing   (Doc #88) - Granted (up to priority cap):Order by Fogarty;

5)   (Debtor's)   Motion for Authority to Maintain Pre-Petition Bank Accounts For Limited Purposes   (Doc #92)   - Granted:Order by Fogarty;

6)   (Debtor's) Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation (Doc #93) - Granted in part as to Ms. Hietala; cont. to trial regarding Rinaldi on January 30, 2024 at 10:30 am:Order by CHAMBERS ;

7)   (Debtor's) Motion for Authority to Reject Collective Bargaining Agreement Between Pioneer Aerospace Corporation and Southern Regional Joint Board of Workers United   (Doc #94) - cont. to status on January 30, 2024 at 10:30 am (AOCNFNG);

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.