AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| In re: AVIATION SAFETY RESOURCES, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  6:23-bk-04639-GER |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southern Regional Joint Board, Workers United, SEIU                                            .

Date:     12/21/2023

s/ Michael B. Schoenfeld
*Attorney's signature*

Michael B. Schoenfeld, FL Bar No. 89853
*Printed name and bar number*

Stanford Fagan LLC
2540 Lakewood Ave. SW
Atlanta, GA 30315

*Address*

michaels@sfglawyers.com
*E-mail address*

(404) 622-0521
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, the foregoing **APPEARANCE OF COUNSEL** was filed electronically using the Court's CM/ECF electronic filing system, and a copy of the same will be served on all counsel of record in the case.

s/ Michael B. Schoenfeld
FL Bar No. 89853
STANFORD FAGAN LLC
2540 Lakewood Avenue SW
Atlanta, GA 30315
(404) 622-0521, ext. 2244
michaels@sfglawyers.com
