**ORDERED.**

**Dated: December 20, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Debtors. | ) | *Jointly Administered under* |
| | ) | Case No. 6:23-bk-04639-GER |
| | ) | |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Applicable Debtors. | ) | |
| | ) | |

**ORDER GRANTING IN PART MOTION FOR
ENTRY OF AN ORDER APPROVING POST-PETITION,
POST-CLOSING PAYMENTS FOR KEY EMPLOYEE COMPENSATION**

THIS CASE came before the Court on December 19, 2023 at 1:30 p.m. on *Debtors' Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation* (the "Motion") (Doc. No. 93) filed by Debtors Pioneer Aerospace Corporation d/b/a ASR-Pioneer and S.E., Inc. d/b/a Strong Enterprises ("Debtors") and the Objection[1] (Doc. No.

---

[1] *United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving Post-Petition Payments for Key Employee Compensation* (the "Objection").

105) thereto filed by the United States Trustee. Having considered the Motion and the record, and for the reasons stated in open court, it is

**ORDERED**:

1.      The Motion (Doc. No. 93) is **GRANTED IN PART** as set forth herein.

2.      The Applicable Debtor(s) may pay compensation in the amount of $15,000.00 to Ms. Jeanne (Charlie) Hietala under the Compensation Program.[2]

3.      The compensation approved in this Order is without prejudice to the issues raised in the Objection as to payment of compensation to Mr. Michael Rinaldi under the Compensation Program, which is being scheduled for trial by separate order.

# # #

Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.