**ORDERED.**

**Dated: December 20, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 11, Subchapter V |
| | ) | |
| AVIATION SAFETY RESOURCES, INC., | ) | Case No. 6:23-bk-04639-GER |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Debtors. | ) | *Jointly Administered under* |
| | ) | Case No. 6:23-bk-04639-GER |
| | ) | |
| S.E., INC., | ) | Case No. 6:23-bk-04641-GER |
| PIONEER AEROSPACE CORPORATION, | ) | Case No. 6:23-bk-04643-GER |
| | ) | |
| Applicable Debtors. | ) | |
| | ) | |

**ORDER (1) SCHEDULING TRIAL, (2) DIRECTING PARTIES
AND WITNESSES TO APPEAR IN PERSON AND (3) SETTING DEADLINES**

THIS CASE came on for a status conference on December 19, 2023 at 1:30 p.m. For the reasons stated orally and recorded in open court, a trial has been scheduled in this case. The Court prefers the parties and witnesses appear **in-person** at the trial. Accordingly, it is

**ORDERED**:

1. A trial is scheduled for **10:30 a.m. on January 30, 2024** ("Trial") at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801 on *Debtors' Motion for Entry of an Order Approving Post-Petition, Post-Closing Payments for Key Employee Compensation* (the "Motion") (Doc. No. 93) filed by Debtors Pioneer Aerospace Corporation d/b/a ASR-Pioneer and S.E., Inc. d/b/a Strong Enterprises and the

Objection[1] (Doc. No. 105) thereto filed by the United States Trustee, solely as to the compensation proposed to be paid to Mr. Michael Rinaldi.[2]

2.      Unless the party or witness has been excused by the Court, all parties and witnesses are directed to appear **in-person** at the Trial. Any party or witness seeking to be excused from the requirement to appear in person must file a motion setting forth why the individual cannot appear in person, as well as whether the opposing party consents to the appearance via video. Any request to be excused from the requirement to appear in person shall be by motion filed with the Court at least 7 days prior to Trial, and shall be accompanied by a proposed order.

3.      The requirements and deadlines under Local Rules 7001-1 and 9070-1 apply in this proceeding, as specified below:

- a. Discovery Period. Parties shall complete discovery no later than 7 days before the Trial[3] date except that the parties may complete previously scheduled depositions up to the Trial date.

- b. Disclosure of Witnesses and Use of Depositions. Parties shall file and exchange names, telephone numbers, and addresses for witnesses no later than **January 9, 2024**.

- c. Exhibits. Parties shall prepare exhibits in compliance with Local Rule 9070-1 and shall file and exchange exhibits no later than 7 days before the date set for Trial.

    - i. The requirement in Local Rule 9070-1(c)(2) to provide additional paper copies of exhibits to be used by witnesses is waived, except that a party shall deliver a binder or binders of exhibits at least 48 hours before the Trial to:

        1. Any *pro se* party;
        2. Any party that requests a paper copy; and
        3. All witnesses.

- d. Experts and Expert Reports. Unless the Court orders otherwise, a party who wishes to offer expert testimony at Trial shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) and the timing set forth in Fed. R. Civ. P. 26(a)(2)(D). For purposes of this Trial, unless otherwise agreed to by the parties:

---

[1] *United States Trustee's Objection to Debtors' Motion for Entry of an Order Approving Post-Petition Payments for Key Employee Compensation* (the "Objection").

[2] By separate order, the Court has granted the Motion as to the compensation of Ms. Jeanne (Charlie) Hietala.

[3] To be considered timely, unless otherwise agreed to by the parties, all discovery must be issued in compliance with the Federal Rules of Civil Procedure with a return date that is no later than 7 days before the Trial date.

        i. Expert Testimony disclosures must be made no later than **January 9, 2024**;

        ii. Expert Reports must be exchanged no later than **January 9, 2024**; and

        iii. Expert Rebuttal Reports must be exchanged no later than **January 23, 2024**.

    e. <u>Stipulations</u>. All stipulations of the parties shall be made in writing, signed, and filed with the Court at least 2 days before Trial.

4. <u>Discovery Disputes</u>. The parties shall first confer in good faith to resolve any discovery disputes. Parties and counsel must attend all hearings regarding disputed discovery issues in person. *See Hearings on Discovery Disputes in Jacksonville and Orlando Divisions Effective September 1, 2023.*[4]

5. <u>Meet and Confer Requirement</u>. Counsel for all parties shall confer on or before **January 23, 2024** and seek in good faith to settle the case.

6. <u>Appropriate Attire</u>. You are reminded that Local Rule 5072-1(b)(17) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

7. <u>Avoid Delays at Security Checkpoints</u>. Please note that a photo ID is required for entry into the courthouse.

# # #

Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.

---

[4] http://www.flmb.uscourts.gov/orlando/Hearings_on_Discovery_Disputes_in_Jax_and_Orl.pdf