UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Chapter 11, Subchapter V

AVIATION SAFETY RESOURCES, INC.,                          Case No. 6:23-bk-4639-GER
S.E., INC.,                                               Case No. 6:23-bk-4641-GER
PIONEER AEROSPACE CORPORATION                             Case No. 6:23-bk-4643-GER

    Debtors.                                              *Jointly Administered Under*
                                                          *Case No. 6:23-bk-4639-GER*

_____/

PIONEER AEROSPACE CORPORATION                             Case No. 6:23-bk-4643-GER

    Applicable Debtor.

_____/

**<u>NOTICE OF COMPLIANCE WITH ORDER</u>**
**<u>GRANTING MOTION TO APPEAR *PRO HAC VICE*</u>**

NOTICE IS GIVEN THAT:

1.     On December 20, 2023, the Court granted Matthew Edward Stolz of Cohen,
Weiss and Simon LLP permission to appear *pro hac vice* in the above captioned case.
(Doc. No. 107).

On December 21, 2023, the undersigned attests that the $150.00 special admission fee
has been paid to the Clerk of the United States District Court for the Middle District of
Florida, Orlando Division.

Dated: December 21, 2023

_____
Matthew E. Stolz
New York Bar No. 5861463
mstolz@cwsny.com
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022
(212) 563-4100
Attorney for *Southern Regional Joint
Board, Workers United, SEIU*