**Fill in this information to identify the case:**

Debtor Name  Pioneer Aerospace Corporation

United States Bankruptcy Court for the:

Case number: 6:23-bk-04643

❑ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  Nov, 2023

Date report filed:  12/21/2023
MM / DD / YYYY

Line of business:  Manufacturing

NAISC code:  314999

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Michael Rinaldi

Original signature of responsible party  *Michael Rinaldi*

Printed name of responsible party  Michael Rinaldi

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ❑ | ❑ |
| 16. Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name   Pioneer Aerospace Corporation

Case number   6:23-bk-04643

17. Have you paid any bills you owed before you filed bankruptcy?   ❑   ☑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑   ❑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 94,608.73

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 661,063.38

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

− $ 638,443.17

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ 22,620.21

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 117,228.94

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 3,008.88

*(Exhibit E)*

Debtor Name  Pioneer Aerospace Corporation

Case number  6:23-bk-04643

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 1,404,558.0

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? — 28

27. What is the number of employees as of the date of this monthly report? — 28

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? — $ 257,600.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? — $ 257,600.00

30. How much have you paid this month in other professional fees? — $ _____

31. How much have you paid in total other professional fees since filing the case? — $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 552,303.00 | − | $ 660,564.00 | = | $ -108,261.00 |
| 33. **Cash disbursements** | $ -968,044.00 | − | $ -728,536.00 | = | $ -239,508.00 |
| 34. **Net cash flow** | $ -415,741.00 | − | $ -67,972.00 | = | $ -347,769.00 |

35. Total projected cash receipts for the next month:  $ 3,796,666.0

36. Total projected cash disbursements for the next month:  − $ -2,861,974.

37. Total projected net cash flow for the next month:  = $ 934,692.00

Debtor Name  Pioneer Aerospace Corporation

Case number 6:23-bk-04643

---

## █ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

**APPENDIX A**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. **FUNDS AT BEGINNING OF PERIOD** | 94,608.73  (a) | 94,608.73  (b) |
| 2. **RECEIPTS:** | | |
| A. Cash Sales | - | - |
| Minus:  Cash Refunds | | |
| Net Cash Sales | - | - |
| B. Accounts Receivable | 361,063.00 | 361,063.00 |
| C. Other Receipts (see MOR-3) | 300,000.00 | 300,000.00 |
| 3. **TOTAL RECEIPTS (lines 2A+2B+2C)** | 361,063.00 | 361,063.00 |
| 4. **TOTAL FUNDS AVAILABLE FOR OPERATIONS (lines 1+ line3)** | | |
| 5. **DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | 10.00 | 10.00 |
| C. Contract Labor | 14,223.11 | 14,223.11 |
| D. Fixed Asset Payments | | |
| E. Insurance | 33,138.78 | 33,138.78 |
| F. Inventory Payments | 42,432.00 | 42,432.00 |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net | 187,850.00 | 187,850.00 |
| K. Professional Fees (accounting & legal) | 257,600.00 | 257,600.00 |
| L. Rent | 29,386.02 | 29,386.02 |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments | | |
| O. Taxes Paid - Payroll | | |
| P. Taxes Paid - Sales & Use | | |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| T. U.S. Trustee Quarterly Fees | 4,000.00 | 4,000.00 |
| U. Utilities | - | - |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses | 69,803.26 | 69,803.26 |
| 6. **TOTAL DISBURSEMENTS** | 638,443.17 | 638,443.17 |
| 7. **ENDING BALANCE** | (182,771.44) (c) | (182,771.44) (c) |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completely correctly.

**EXHIBIT A**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**

**Item #**    **Explanation**

5.        Bank accounts opened prior to the petition date remain open due to automatic deposits still
          in place at these accounts and also the arrangement with ADP, the payroll provider for the company.
          Plans are to close these pre-petition bank accounts after the final payroll is processed in December, 2023.

          New debor in possession (DIP) accounts have been established at East West Bank and these accounts
          will be utilized in December after the pre-petition bank acconts are closed.

**EXHIBIT B**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**

**Item #**   **Explanation**

10.   See Exhibit A for comments re: DIP bank accounts.

15.   Received DIP funding:

| Date | Lender | | Amount |
|------|--------|--|--------|
| 11/17/23 | Richard Sugden | | 150,000.00 |
| 11/17/23 | Richard Spencer | | 150,000.00 |
| | | Total DIP Loan | 300,000.00 |

18.   The following checks dated pre-petition cleared post-petition:

| Check Date | Cleared Date | Ck # | Payee | Amount |
|------------|--------------|------|-------|--------|
| 9/15/23 | 11/2/23 | 200902 | Waste Pro Pensacola | 334.12 |
| 10/4/23 | 11/3/23 | 200919 | John Burns | 163.36 |
| 10/24/23 | 11/3/23 | 200942 | James H Johnson | 675.00 |
| 10/26/23 | 11/6/23 | 200943 | Charlie Hietala | 3,035.49 |
| 10/27/23 | 11/6/23 | 200964 | Tech Ord | 65,168.74 |
| 10/27/23 | 11/2/23 | 200955 | Guardian | 4,348.98 |
| 1/27/23 | 11/7/23 | 200953 | Dave Games | 3,470.01 |
| 10/27/23 | 11/1/23 | 200966 | XRI Testing | 2,240.00 |
| 10/27/23 | 11/6/23 | 200960 | Michael Rinaldi | 1,645.00 |
| 10/27/23 | 11/3/23 | 200965 | UPS | 792.85 |
| 10/27/23 | 11/2/23 | 200945 | Atco Wire Rope & Ind | 500.00 |
| 10/27/23 | 11/10/23 | 200946 | Bankcard Center | 482.45 |
| 10/27/23 | 11/2/23 | 200956 | Hill Pro LLC | 409.20 |
| 10/27/23 | 11/7/23 | 200961 | MBI | 246.10 |
| 10/27/23 | 11/24/23 | 200959 | Unknown | 206.00 |
| 10/27/23 | 11/3/23 | 200948 | BMO Financial Group | 200.06 |
| 10/27/23 | 11/6/23 | 200950 | C.S.R Inc | 163.00 |
| 10/27/23 | 11/1/23 | 200957 | Infoshred | 121.05 |
| 10/27/23 | 11/3/23 | 200947 | BMO Financial Group | 109.72 |
| 10/27/23 | 11/3/23 | 200944 | Amazon Capital Service | 104.00 |
| 10/27/23 | 11/6/23 | 200954 | Empower | 100.00 |
| 10/27/23 | 11/1/23 | 200958 | Lord & Hodge Inc | 36.20 |
| | | | | 84,551.33 |

**EXHIBIT C**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**
**Receipts**

| Date | Num | Name | Memo | Account | Amount |
|------|-----|------|------|---------|--------|
| 11/06/2023 | | SpaceX | Accounts Receivable | Misc Income | -10,000.00 |
| 11/06/2023 | | SpaceX | Accounts Receivable | Misc Income | -55,193.76 |
| 11/08/2023 | | BlueOrigin | Accounts Receivable | Misc Income | -31,086.00 |
| 11/10/2023 | | Fraud - refund reversal | Fraud - Positive Pay | Misc Income | -4,950.00 |
| 11/13/2023 | | Lockheed Martin | Accounts Receivable | Misc Income | -125,669.30 |
| 11/16/2023 | | Cobra reimbursement | Reimbursement | Misc Income | -582.11 |
| 11/16/2023 | | Boeing | Accounts Receivable | Misc Income | -130,445.24 |
| 11/17/2023 | | Richard Sugden | DIP Funding | DIP Financing | -150,000.00 |
| 11/17/2023 | | Richard Spencer | DIP Funding | DIP Financing | -150,000.00 |
| 11/22/2023 | | Ballenger reimbursement | Reimbursement | Misc Income | -1,430.40 |
| 11/22/2023 | | Ocean State Inovations | Reimbursement | Misc Income | -1,198.50 |
| 11/22/2023 | | Dept of Revenue | Adjustment | Misc Income | -9.06 |
| 11/30/2023 | | Discover | Fraud - Positive Pay | Misc Expense | -499.01 |
| | | | | | **-661,063.38** |

**EXHIBIT D**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**
**Disbursements**

| Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | ACH | ADP | | Payroll Expenses | 9.06 |
| 11/06/2023 | ACH | McGregor | | Misc Expense | 405.80 |
| 11/08/2023 | ACH | ADP | | Payroll Expenses | 741.31 |
| 11/08/2023 | ACH | ADP | | Payroll Expenses | 51,134.97 |
| 11/08/2023 | ADP | ADP | | Payroll Expenses | 22,273.38 |
| 11/14/2023 | Draft | Empower | Draft | Payroll Expenses | 6,074.23 |
| 11/14/2023 | Draft | National Advisor | | Payroll Expenses | 1,305.78 |
| 11/15/2023 | 200970 | John Icenhour | | Misc Expense | 3,062.05 |
| 11/15/2023 | 200969 | Wareham | | Misc Income | 7,178.25 |
| 11/15/2023 | 200972 | Major John Dudley Jr | | Contract Labor | 5,888.12 |
| 11/15/2023 | 200975 | Kandis | | Misc Expense | 693.84 |
| 11/15/2023 | 200967 | Allan D | | Contract Labor | 133.38 |
| 11/15/2023 | 200973 | Michael Rinaldi | | Misc Expense | 1,597.29 |
| 11/15/2023 | 200974 | McGregor | | Insurance | 75.00 |
| 11/15/2023 | 200968 | Bourdon Forge Co Inc | | Material | 8,951.64 |
| 11/15/2023 | 200977 | United Terex Inc | | Material | 33,480.00 |
| 11/15/2023 | 200971 | Johnson Controls | | Misc Expense | 1,095.18 |
| 11/15/2023 | 200976 | Tuff Guard Security | | Misc Expense | 1,800.00 |
| 11/15/2023 | ACH | IPFS | | Insurance | 4,306.76 |
| 11/15/2023 | Wire | ABB | | Rent | 29,386.02 |
| 11/16/2023 | ACH | First Insurance | | Insurance | 28,757.02 |
| 11/21/2023 | Wire | Sticher Riedel Bain Postler | Funding thru W/E 11/26 | SRBP - Prof Fee Escrow Account | 257,600.00 |
| 11/21/2023 | Wire fee | Community Bank | | Misc Expense | 25.00 |
| 11/21/2023 | Draft | ADP | | Payroll Expenses | 52,490.87 |
| 11/21/2023 | Draft | ADP | | Payroll Expenses | 22,871.38 |
| 11/21/2023 | Draft | ADP | Garnishment | Payroll Expenses | 741.31 |
| 11/21/2023 | ACH | CSSI | IT Help Desk | Systems support | 26,752.30 |
| 11/21/2023 | ACH | United Healthcare | | Payroll Expenses | 22,777.20 |
| 11/22/2023 | ACH | Empower | | Payroll Expenses | 6,139.55 |
| 11/24/2023 | Draft | National Advisor | | Payroll Expenses | 1,305.78 |
| 11/27/2023 | ACH | McGregor | | Misc Expense | 795.68 |
| 11/27/2023 | Wire | Budgen Law | ASR fees | Trustee Fees | 2,000.00 |
| 11/27/2023 | Wire | Budgen Law | Pioneer fees | Trustee Fees | 2,000.00 |
| 11/28/2023 | 200980 | Major John Dudley Jr | | Misc Expense | 3,000.86 |
| 11/28/2023 | 200981 | John Icenhour | | Misc Expense | 7,398.45 |
| 11/28/2023 | 200982 | Dave Grimes | | Misc Expense | 1,700.60 |
| 11/28/2023 | 200983 | Ben Franzluebbers | | Misc Expense | 3,861.76 |
| 11/28/2023 | 200984 | RingedHooks | | Misc Expense | 116.90 |

| Date | Check | Payee | Type | Category | Amount |
|------|-------|-------|------|----------|-------:|
| 11/28/2023 | 200985 | Guardian | | Misc Expense | 4,477.27 |
| 11/28/2023 | 200986 | John Watkins | | Contract Labor | 1,529.82 |
| 11/28/2023 | 200986 | John Watkins | | Contract Labor | 1,821.41 |
| 11/28/2023 | 200986 | John Watkins | | Contract Labor | 562.20 |
| 11/28/2023 | 200986 | John Watkins | | Contract Labor | 4,288.18 |
| 11/28/2023 | 200987 | Michael Rinaldi | | Misc Expense | 3,272.58 |
| 11/28/2023 | 200988 | T.L. Asford & Assoc | | Misc Expense | 1,590.00 |
| 11/28/2023 | 200989 | David Benedum | | Misc Expense | 121.94 |
| 11/28/2023 | 200990 | Dominic Gallant | | Misc Expense | 185.03 |
| 11/29/2023 | ACH | Discover | Fees | Misc Expense | 499.01 |
| 11/30/2023 | | | Service Charge | Misc Expense | 50.00 |
| 11/17/2023 | | Unknown | Net wire | Misc Expense | 84.01 |
| 11/17/2023 | | Community Bank | Wire fee | Misc Expense | 25.00 |
| 11/30/2023 | | East West Bank | Bank fee | Bank Fee | 10.00 |
| | | | | | 638,443.17 |

**EXHIBIT E**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**
**Unpaid Bills**

| Invoice Date | Invoice Due | Name | Description | Amount |
|---|---|---|---|---|
| 11/10/23 | 11/17/23 | ADP | Payroll services | 48.00 |
| 11/10/23 | 11/17/23 | ADP | Payroll services | 755.12 |
| 12/8/23 | Upon Receipt | BMD | Legal fees | 2,205.76 |
| | | | | 3,008.88 |

**EXHIBIT F**
**Pioneer Aerospace Corporation**
**Monthly Operating Report for November, 2023**
**Receivables**

**Item**

| 25 | Customer | Amount |
|---|---|---|
| | Lockheed  Martin Corp | 59,454.00 |
| | Boeing | 130,445.24 |
| | Egyptian Armamant | 14,012.26 |
| | Capewell Components | 9,880.00 |
| | Space Exploration Tech | (16.00) |
| | Egyptian Procurement | (8,992.26) |
| | DLA Aviation | (0.04) |
| | Lockheed Martin Space Sys | 102,496.30 |
| | Air One Aerospace LLC | 41,690.00 |
| | Safran Electronics | 30,251.30 |
| | Government of Pakistan | 24,266.14 |
| | Aviation Safety Resources | 1,307.00 |
| | Karisma WIRA | 260,281.48 |
| | Sumsun Hava | 39,663.00 |
| | Wing Store | 36,750.00 |
| | Airbus Defence & Space | 312.00 |
| | DLA Aviation | 610.93 |
| | Space Exploration Tech | 141,006.00 |
| | Amerimex Inc | 141,750.00 |
| | Aerojet Rocketdyne | (1,850.00) |
| | Safan Electronics | 291,392.80 |
| | Paradigm Para & Def | 21,836.00 |
| | NASA Shared Services | 10,512.00 |
| | FXC Europe | 13,500.00 |
| | Booz Allen & Hamilton | 44,000.00 |
| | | 1,404,558.15 |
| | | |
| | Less: Allowance for Doubful Accounts | (483,103.00) |

# EXHIBIT G
## Pioneer Aerospace Corporation
## Monthly Operating Report for November, 2023
## Other

**Item**      **Comments**

6.28      The $257,600 was paid into a Professional Fee Escrow account of Stichter Riedel
          Blain & Postler to be held in reserve, subject in all respects to court approval of the fees.

2:52 PM

12/18/23

# Pioneer Aerospace Corporation
## Reconciliation Summary
### EastWest Bank (9089), Period Ending 11/30/2023

|  | Nov 30, 23 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Balance** | 0.00 |
| **Register Balance as of 11/30/2023** | 0.00 |
| **New Transactions** |  |
| Deposits and Credits - 10 items | 0.00 |
| **Total New Transactions** | 0.00 |
| **Ending Balance** | 0.00 |

2:52 PM

12/18/23

# Pioneer Aerospace Corporation
## Reconciliation Detail
### EastWest Bank (9089), Period Ending 11/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 11/30/2023 | | | | | | 0.00 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 10 items** | | | | | | |
| Check | 12/05/2023 | 1001 | Aire Spring | | | 0.00 |
| Check | 12/05/2023 | 1002 | Amazon Capital Ser... | | | 0.00 |
| Check | 12/05/2023 | 1003 | Ben Franzluebbers | | | 0.00 |
| Check | 12/05/2023 | 1004 | Bourdon Forge Co Inc | | | 0.00 |
| Check | 12/05/2023 | 1005 | Fort Storage | | | 0.00 |
| Check | 12/05/2023 | 1006 | Sonitrol of HW Florida | | | 0.00 |
| Check | 12/05/2023 | 1007 | Gulf Power | | | 0.00 |
| Check | 12/05/2023 | 1008 | RingedHooks | | | 0.00 |
| Check | 12/05/2023 | 1009 | Cohn Reznick | | | 0.00 |
| Check | 12/05/2023 | 1010 | Tech Ord | | | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total New Transactions** | | | | | 0.00 | 0.00 |
| **Ending Balance** | | | | | 0.00 | 0.00 |

 **EAST WEST BANK**

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: November 16, 2023
ENDING DATE: November 30, 2023
Total days in statement period: 15
9089
0)

PIONEER AEROSPACE CORPORATION
CHAPTER 11 DEBTOR IN POSSESSION
CASE #23-04643
1555 DEER BROWSE WAY
SEVIERVILLE TN 37876-7026

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 9089 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions      ( 0) | .00 |
| Average balance | $0.00 | Total subtractions   ( 0) | .00 |
| | | Ending balance | $.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

2:53 PM

12/18/23

# Pioneer Aerospace Corporation
## Reconciliation Summary
### EastWest Bank (MM) (9096), Period Ending 11/30/2023

|  | Nov 30, 23 |
|---|---|
| **Beginning Balance** | 0.00 |
| Cleared Transactions |  |
| Checks and Payments - 1 item | -10.00 |
| **Total Cleared Transactions** | -10.00 |
| **Cleared Balance** | **-10.00** |
| Register Balance as of 11/30/2023 | -10.00 |
| **Ending Balance** | -10.00 |

2:53 PM

12/18/23

# Pioneer Aerospace Corporation
## Reconciliation Detail
### EastWest Bank (MM) (9096), Period Ending 11/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/30/2023 | | | X | -10.00 | -10.00 |
| Total Checks and Payments | | | | | -10.00 | -10.00 |
| Total Cleared Transactions | | | | | -10.00 | -10.00 |
| Cleared Balance | | | | | -10.00 | -10.00 |
| Register Balance as of 11/30/2023 | | | | | -10.00 | -10.00 |
| **Ending Balance** | | | | | **-10.00** | **-10.00** |

Direct inquiries to:
888 761-3967

**EAST WEST BANK** / 5

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: November 16, 2023
ENDING DATE: November 30, 2023
Total days in statement period: 15
■■■■■■ 9096
0)

PIONEER AEROSPACE CORPORATION
CHAPTER 11 DEBTOR IN POSSESSION
CASE #23-04643
MONEY MARKET ACCOUNT
1555 DEER BROWSE WAY
SEVIERVILLE TN 37876-7026

Happy holidays from all of us at East
West Bank! Thank you for choosing us
as your financial bridge. We wish you a
joyous and prosperous holiday season
and look forward to serving you in the new
year. Together, let's reach further.

## Value Maximizer Business MMA

| | | | | |
|---|---|---|---|---|
| Account number | 9096 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (0) | .00 |
| Average balance | $0.00 | Total subtractions | (1) | 10.00 |
| | | Ending balance | | -10.00 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|
| 11-30 | Maintenance Fee | -10.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | -10.00 | | | | |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 0.00% | Interest-bearing days | 15 |
| Average balance for APY | $0.00 | Interest earned | $0.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3738    rev 11-20

10:59 AM

12/09/23

# Pioneer Aerospace Corporation
## Reconciliation Summary
### Community Trust Bank, Period Ending 11/30/2023

|  | Nov 30, 23 |  |
|---|---|---|
| **Beginning Balance** |  | 196,867.26 |
| Cleared Transactions |  |  |
| Checks and Payments - 58 items | -663,972.03 |  |
| Deposits and Credits - 10 items | 660,954.37 |  |
| Total Cleared Transactions | -3,017.66 |  |
| **Cleared Balance** |  | 193,849.60 |
| Uncleared Transactions |  |  |
| Checks and Payments - 13 items | -76,610.66 |  |
| Total Uncleared Transactions | -76,610.66 |  |
| **Register Balance as of 11/30/2023** |  | 117,238.94 |
| New Transactions |  |  |
| Checks and Payments - 12 items | -295,158.64 |  |
| Deposits and Credits - 4 items | 69,547.33 |  |
| Total New Transactions | -225,611.31 |  |
| **Ending Balance** |  | -108,372.37 |

10:59 AM

12/09/23

# Pioneer Aerospace Corporation
## Reconciliation Detail
### Community Trust Bank, Period Ending 11/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 196,867.26 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 58 items** | | | | | | |
| Check | 09/15/2023 | 200902 | Waste Pro Pensacola | X | -334.12 | -334.12 |
| Check | 10/04/2023 | 200919 | John Burns | X | -163.36 | -497.48 |
| Check | 10/24/2023 | 200942 | James H Johnson | X | -675.00 | -1,172.48 |
| Check | 10/26/2023 | 200943 | Charlie Hietala | X | -3,035.49 | -4,207.97 |
| Check | 10/27/2023 | 200964 | Tech Ord | X | -65,168.74 | -69,376.71 |
| Check | 10/27/2023 | 200955 | Guardian | X | -4,348.98 | -73,725.69 |
| Check | 10/27/2023 | 200953 | Dave Games | X | -3,470.01 | -77,195.70 |
| Check | 10/27/2023 | 200966 | XRI Testing | X | -2,240.00 | -79,435.70 |
| Check | 10/27/2023 | 200960 | Michael Rinaldi | X | -1,645.00 | -81,080.70 |
| Check | 10/27/2023 | 200965 | UPS | X | -792.85 | -81,873.55 |
| Check | 10/27/2023 | 200945 | Atco Wire Rope & In... | X | -500.00 | -82,373.55 |
| Check | 10/27/2023 | 200946 | Bankcard Center | X | -482.45 | -82,856.00 |
| Check | 10/27/2023 | 200956 | Hill Pro LLC | X | -409.20 | -83,265.20 |
| Check | 10/27/2023 | 200961 | MBI | X | -246.10 | -83,511.30 |
| Check | 10/27/2023 | 200959 | Unknown | X | -206.00 | -83,717.30 |
| Check | 10/27/2023 | 200948 | BMO Financial Group | X | -200.06 | -83,917.36 |
| Check | 10/27/2023 | 200950 | C.S.R. Inc | X | -163.00 | -84,080.36 |
| Check | 10/27/2023 | 200957 | Infoshred | X | -121.05 | -84,201.41 |
| Check | 10/27/2023 | 200947 | BMO Financial Group | X | -109.72 | -84,311.13 |
| Check | 10/27/2023 | 200944 | Amazon Capital Ser... | X | -104.00 | -84,415.13 |
| Check | 10/27/2023 | 200954 | Empower | X | -100.00 | -84,515.13 |
| Check | 10/27/2023 | 200958 | Lord & Hodge Inc | X | -36.20 | -84,551.33 |
| Check | 11/06/2023 | ACH | McGregor | X | -405.80 | -84,957.13 |
| Check | 11/06/2023 | ADP | ADP | X | -9.06 | -84,966.19 |
| Check | 11/08/2023 | ACH | ADP | X | -51,134.97 | -136,101.16 |
| Check | 11/08/2023 | ADP | ADP | X | -22,273.38 | -158,374.54 |
| Check | 11/08/2023 | ACH | ADP | X | -741.31 | -159,115.85 |
| Check | 11/14/2023 | Draft | Empower | X | -6,074.23 | -165,190.08 |
| Check | 11/14/2023 | Draft | National Advisor | X | -1,305.78 | -166,495.86 |
| Check | 11/15/2023 | Wire | ABB | X | -29,386.02 | -195,881.88 |
| Check | 11/15/2023 | 200968 | Bourdon Forge Co Inc | X | -8,951.64 | -204,833.52 |
| Check | 11/15/2023 | 200969 | Wareham | X | -7,178.25 | -212,011.77 |
| Check | 11/15/2023 | 200972 | Major John Dudley Jr | X | -5,888.12 | -217,899.89 |
| Check | 11/15/2023 | ACH | IPFS | X | -4,306.76 | -222,206.65 |
| Check | 11/15/2023 | 200970 | John Icenhour | X | -3,062.05 | -225,268.70 |
| Check | 11/15/2023 | 200976 | Tuff Guard Security | X | -1,800.00 | -227,068.70 |
| Check | 11/15/2023 | 200973 | Michael Rinaldi | X | -1,597.29 | -228,665.99 |
| Check | 11/15/2023 | 200971 | Johnson Controls | X | -1,095.18 | -229,761.17 |
| Check | 11/15/2023 | 200975 | Kandis | X | -693.84 | -230,455.01 |
| Check | 11/15/2023 | 200967 | Allan D | X | -133.38 | -230,588.39 |
| Check | 11/15/2023 | 200974 | McGregor | X | -75.00 | -230,663.39 |
| Check | 11/16/2023 | ACH | First Insurance | X | -28,757.02 | -259,420.41 |
| Check | 11/21/2023 | Wire | Sticher Riedel Bain ... | X | -257,600.00 | -517,020.41 |
| Check | 11/21/2023 | Draft | ADP | X | -52,490.87 | -569,511.28 |
| Check | 11/21/2023 | ACH | CSSI | X | -26,752.30 | -596,263.58 |
| Check | 11/21/2023 | Draft | ADP | X | -22,871.38 | -619,134.96 |
| Check | 11/21/2023 | ACH | United Healthcare | X | -22,777.20 | -641,912.16 |
| Check | 11/21/2023 | Draft | ADP | X | -741.31 | -642,653.47 |
| Check | 11/21/2023 | Wire fee | Community Bank | X | -25.00 | -642,678.47 |
| Check | 11/22/2023 | ACH | Empower | X | -6,139.55 | -648,818.02 |
| Check | 11/24/2023 | Draft | National Advisor | X | -1,305.78 | -650,123.80 |
| Check | 11/27/2023 | Wire | Budgen Law | X | -4,000.00 | -654,123.80 |
| Check | 11/27/2023 | ACH | McGregor | X | -795.68 | -654,919.48 |
| Check | 11/28/2023 | 200986 | John Watkins | X | -8,201.61 | -663,121.09 |
| Check | 11/28/2023 | 200990 | Dominic Gallant | X | -185.03 | -663,306.12 |
| Check | 11/28/2023 | 200984 | RingedHooks | X | -116.90 | -663,423.02 |
| Check | 11/29/2023 | ACH | Discover | X | -499.01 | -663,922.03 |
| Check | 11/30/2023 | | | X | -50.00 | -663,972.03 |
| **Total Checks and Payments** | | | | | -663,972.03 | -663,972.03 |

Page 1

10:59 AM

12/09/23

# Pioneer Aerospace Corporation
## Reconciliation Detail
### Community Trust Bank, Period Ending 11/30/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 11/06/2023 | | | X | 65,193.76 | 65,193.76 |
| Deposit | 11/08/2023 | | | X | 31,086.00 | 96,279.76 |
| Deposit | 11/10/2023 | | | X | 4,950.00 | 101,229.76 |
| Deposit | 11/13/2023 | | | X | 125,669.30 | 226,899.06 |
| Deposit | 11/16/2023 | | | X | 582.11 | 227,481.17 |
| Deposit | 11/16/2023 | | | X | 130,445.24 | 357,926.41 |
| Deposit | 11/17/2023 | | | X | 149,890.99 | 507,817.40 |
| Deposit | 11/17/2023 | | | X | 150,000.00 | 657,817.40 |
| Deposit | 11/22/2023 | | | X | 2,637.96 | 660,455.36 |
| Deposit | 11/30/2023 | | | X | 499.01 | 660,954.37 |
| Total Deposits and Credits | | | | | 660,954.37 | 660,954.37 |
| Total Cleared Transactions | | | | | -3,017.66 | -3,017.66 |
| **Cleared Balance** | | | | | -3,017.66 | 193,849.60 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Check | 07/01/2023 | Unkno... | Unknown | | -1,362.30 | -1,362.30 |
| Check | 07/01/2023 | Unkno... | Unknown | | -1,250.00 | -2,612.30 |
| Check | 10/19/2023 | 200939 | Unknown | | -15,000.00 | -17,612.30 |
| Check | 10/27/2023 | 200952 | Unknown | | -94.90 | -17,707.20 |
| Check | 11/15/2023 | 200977 | United Terex Inc | | -33,480.00 | -51,187.20 |
| Check | 11/28/2023 | 200981 | John Icenhour | | -7,398.45 | -58,585.65 |
| Check | 11/28/2023 | 200985 | Guardian | | -4,477.27 | -63,062.92 |
| Check | 11/28/2023 | 200983 | Ben Franzluebbers | | -3,861.76 | -66,924.68 |
| Check | 11/28/2023 | 200987 | Michael Rinaldi | | -3,272.58 | -70,197.26 |
| Check | 11/28/2023 | 200980 | Major John Dudley Jr | | -3,000.86 | -73,198.12 |
| Check | 11/28/2023 | 200982 | Dave Grimes | | -1,700.60 | -74,898.72 |
| Check | 11/28/2023 | 200988 | T.L. Asford & Assoc | | -1,590.00 | -76,488.72 |
| Check | 11/28/2023 | 200989 | David Benedum | | -121.94 | -76,610.66 |
| Total Checks and Payments | | | | | -76,610.66 | -76,610.66 |
| Total Uncleared Transactions | | | | | -76,610.66 | -76,610.66 |
| Register Balance as of 11/30/2023 | | | | | -79,628.32 | 117,238.94 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 12/01/2023 | Fraud | Discover | | -118.99 | -118.99 |
| Check | 12/05/2023 | Fraud | Unknown | | -9,974.34 | -10,093.33 |
| Check | 12/05/2023 | Fraud | Capital One | | -549.02 | -10,642.35 |
| Check | 12/05/2023 | ACH | McGregor | | -438.15 | -11,080.50 |
| Check | 12/06/2023 | 200991 | Eric Wareham | | -2,868.84 | -13,949.34 |
| Check | 12/07/2023 | Draft | ADP | | -50,655.47 | -64,604.81 |
| Check | 12/07/2023 | Wire | ABB | | -29,386.02 | -93,990.83 |
| Check | 12/07/2023 | Draft | ADP | | -22,344.36 | -116,335.19 |
| Check | 12/07/2023 | Bank ... | Community Bank | | -25.00 | -116,360.19 |
| Check | 12/08/2023 | Wire | Sticher Riedel Bain ... | | -170,000.00 | -286,360.19 |
| Check | 12/08/2023 | Draft | Empower | | -7,492.67 | -293,852.86 |
| Check | 12/08/2023 | Draft | National Advisor | | -1,305.78 | -295,158.64 |
| Total Checks and Payments | | | | | -295,158.64 | -295,158.64 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 12/05/2023 | | | | | 0.00 |
| Deposit | 12/05/2023 | | | | 118.99 | 118.99 |
| Deposit | 12/06/2023 | | | | 9,974.34 | 10,093.33 |
| Deposit | 12/06/2023 | | | | 59,454.00 | 69,547.33 |
| Total Deposits and Credits | | | | | 69,547.33 | 69,547.33 |
| Total New Transactions | | | | | -225,611.31 | -225,611.31 |
| **Ending Balance** | | | | | -305,239.63 | -108,372.37 |



**Community Trust Bank**, Inc.
P.O. Box 2947
Pikeville, Kentucky 41502-2947

**Statement of Account**
Last statement: October 31, 2023
This statement: November 30, 2023

 9064   Page 1 of 4

Direct inquiries to:
859-239-9200

Community Trust Bank, Inc.
462 W Main St
Danville KY 40422-1847

PIONEER AEROSPACE INC
PAYROLL ACCOUNT
141 HENDREN WAY
NICHOLASVILLE KY 40356-2292

34

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| CHECKING | 9064 | $193,849.60 |

## CHECKING   9064

34 Enclosures

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10-31 | Beginning balance | | | $196,867.26 | 919 | 11-03 | 163.36 |
| 11-01 | Check 200966 | | -2,240.00 | 194,627.26 | 200902 * | 11-02 | 334.12 |
| 11-01 | Check 200957 | | -121.05 | 194,506.21 | 200942 * | 11-03 | 675.00 |
| 11-01 | Check 200958 | | -36.20 | 194,470.01 | 200943 | 11-06 | 3,035.49 |
| 11-02 | Check 200955 | | -4,348.98 | 190,121.03 | 200944 | 11-03 | 104.00 |
| 11-02 | Check 200945 | | -500.00 | 189,621.03 | 200945 | 11-02 | 500.00 |
| 11-02 | Check 200956 | | -409.20 | 189,211.83 | 200946 | 11-10 | 482.45 |
| 11-02 | Check 200902 | | -334.12 | 188,877.71 | 200947 | 11-03 | 109.72 |
| 11-03 | Check 200965 | | -792.85 | 188,084.86 | 200948 | 11-03 | 200.06 |
| 11-03 | Check 200942 | | -675.00 | 187,409.86 | 200950 * | 11-06 | 163.00 |
| 11-03 | Check 200948 | | -200.06 | 187,209.80 | 200953 * | 11-07 | 3,470.01 |
| 11-03 | Check 919   200919 | | -163.36 | 187,046.44 | 200954 | 11-06 | 100.00 |
| 11-03 | Check 200947 | | -109.72 | 186,936.72 | 200955 | 11-02 | 4,348.98 |
| 11-03 | Check 200944 | | -104.00 | 186,832.72 | 200956 | 11-02 | 409.20 |
| 11-06 | # Preauthorized Credit | 55,193.76 | | 242,026.48 | 200957 | 11-01 | 121.05 |
| | SpaceX PMD PAYMENT | | | | 200958 | 11-01 | 36.20 |
| | 231106 PMX0061324 | | | | 200959 | 11-24 | 206.00 |
| 11-06 | # Preauthorized Credit | 10,000.00 | | 252,026.48 | 200960 | 11-06 | 1,645.00 |
| | SpaceX PMD PAYMENT | | | | 200961 | 11-07 | 246.10 |
| | 231106 PMX0061798 | | | | 200964 * | 11-06 | 65,168.74 |
| 11-06 | # Preauthorized Debit | | -9.06 | 252,017.42 | 200965 | 11-03 | 792.85 |
| | ADP Tax ADP Tax | | | | 200966 | 11-01 | 2,240.00 |
| | 231106 MEYQ7 2294717VV | | | | 200967 | 11-22 | 133.38 |
| 11-06 | Check 200964 | | -65,168.74 | 186,848.68 | * Skip in check sequence | | |

November 30, 2023
PIONEER AEROSPACE INC
Page 2 of 4
9064

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|------|-------------|-----------|--------------|---------|--------|------|--------|
| 11-06 | Check 200943 | | -3,035.49 | 183,813.19 | 200968 | 11-21 | 8,951.64 |
| 11-06 | Check 200960 | | -1,645.00 | 182,168.19 | 200969 | 11-22 | 7,178.25 |
| 11-06 | Check 200950 | | -163.00 | 182,005.19 | 200970 | 11-22 | 3,062.05 |
| 11-06 | Check 200954 | | -100.00 | 181,905.19 | 200971 | 11-20 | 1,095.18 |
| 11-07 | # Preauthorized Debit | | -405.80 | 181,499.39 | 200972 | 11-22 | 5,888.12 |
| | BANCORPSV BANCORPSV | | | | 200973 | 11-17 | 1,597.29 |
| | WH-MCGREGOR AND ASSOCIATES-99994-SET | | | | 200974 | 11-24 | 75.00 |
| | TLE PURCHASE | | | | 200975 | 11-20 | 693.84 |
| 11-07 | Check 200953 | | -3,470.01 | 178,029.38 | 200976 | 11-21 | 1,800.00 |
| 11-07 | Check 200961 | | -246.10 | 177,783.28 | 200984 * | 11-29 | 116.90 |
| 11-08 | # Deposit | 31,086.00 | | 208,869.28 | 200986 * | 11-29 | 8,201.61 |
| 11-08 | # Preauthorized Debit | | -51,134.97 | 157,734.31 | 200990 * | 11-30 | 185.03 |
| | ADP WAGE PAY WAGE PAY | | | | | | |
| | 231108 528C9J678380YQ7 | | | | | * Skip in check sequence | |
| 11-08 | # Preauthorized Debit | | -22,273.38 | 135,460.93 | | | |
| | ADP Tax ADP Tax | | | | | | |
| | 231108 MEYQ7 110923A01 | | | | | | |
| 11-08 | # Preauthorized Debit | | -741.31 | 134,719.62 | | | |
| | ADP WAGE GARN WAGE GARN | | | | | | |
| | 231108 528G9067838IYQ7 | | | | | | |
| 11-10 | # Return Item | 4,950.00 | | 139,669.62 | | | |
| | SIGNATURE IRREG CHECK 30084 | | | | | | |
| 11-10 | Check 200946 | | -482.45 | 139,187.17 | | | |
| 11-13 | # Preauthorized Credit | 125,669.30 | | 264,856.47 | | | |
| | LOCKHEED 0654 PO/REMIT | | | | | | |
| | 231113 2002640028PAYR | | | | | | |
| 11-14 | # Preauthorized Debit | | -6,074.23 | 258,782.24 | | | |
| | EMPOWER EMPOWER | | | | | | |
| | 231114 150027528384 | | | | | | |
| 11-14 | # Preauthorized Debit | | -1,305.78 | 257,476.46 | | | |
| | NATIONAL ADVISOR HSAPAYMENT | | | | | | |
| | 231114 | | | | | | |
| 11-15 | # Outgoing Wire Manual | | -29,386.02 | 228,090.44 | | | |
| | 202311150021316 ABB INC. | | | | | | |
| | NOVEMBER RENT | | | | | | |
| 11-15 | # Out Wire Fee Manual | | -25.00 | 228,065.44 | | | |
| | 202311150021316 ABB INC. | | | | | | |
| | NOVEMBER RENT | | | | | | |
| 11-15 | # Preauthorized Debit | | -4,306.76 | 223,758.68 | | | |
| | IPFS877-674-3076 IPFSPMTFLS | | | | | | |
| | 231115 188022 | | | | | | |
| 11-16 | # Preauthorized Credit | 130,445.24 | | 354,203.92 | | | |
| | THE BOEING CO BCAGPAYSVC | | | | | | |
| | 231116 0008777905 | | | | | | |
| 11-16 | # Deposit | 582.11 | | 354,786.03 | | | |
| 11-16 | # Preauthorized Debit | | -28,757.02 | 326,029.01 | | | |
| | FIRST INSURANCE INSURANCE | | | | | | |
| | 231116 800-98804941 | | | | | | |



| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-17 | # Preauthorized Credit<br>Richard G Sugden RGSachASR<br>231117 RSugden ach ASR | 150,000.00 | | 476,029.01 |
| 11-17 | # Cash Mgmt Trsfr Cr<br>REF 3211705L FUNDS TRANSFER FRM<br>DEP 4003922673 FROM<br>SPENCER DIP LOAN 150K | 149,890.99 | | 625,920.00 |
| 11-17 | Check 200973 | | -1,597.29 | 624,322.71 |
| 11-20 | Check 200971 | | -1,095.18 | 623,227.53 |
| 11-20 | Check 200975 | | -693.84 | 622,533.69 |
| 11-21 | # Outgoing Wire Manual<br>202311210078203 STICHER, RIEDEL, B<br>SRBP CONTACT ADRIE | | -257,600.00 | 364,933.69 |
| 11-21 | # Out Wire Fee Manual<br>202311210078203 ST\CHER, RIEDEL, B<br>SRBP CONTACT ADRIE | | -25.00 | 364,908.69 |
| 11-21 | # Preauthorized Debit<br>ADP WAGE PAY WAGE PAY<br>231121 932729505512YQ7 | | -52,490.87 | 312,417.82 |
| 11-21 | # Preauthorized Debit<br>ADP Tax ADP Tax<br>231121 MEYQ7 112224A02 | | -22,871.38 | 289,546.44 |
| 11-21 | # Preauthorized Debit<br>ADP WAGE GARN WAGE GARN<br>231121 932729505513YQ7 | | -741.31 | 288,805.13 |
| 11-21 | # Preauthorized Debit<br>PIONEER AEROSPAC ACH<br>231121 | | -26,752.30 | 262,052.83 |
| 11-21 | # Preauthorized Debit<br>UNITED HEALTHCAR EDi PAYMTS<br>231121 566732405849 | | -22,777.20 | 239,275.63 |
| 11-21 | Check 200968 | | -8,951.64 | 230,323.99 |
| 11-21 | Check 200976 | | -1,800.00 | 228,523.99 |
| 11-22 | # Deposit | 2,637.96 | | 231,161.95 |
| 11-22 | # Preauthorized Debit<br>EMPOWER EMPOWER<br>231122 708420161149 | | -6,139.55 | 225,022.40 |
| 11-22 | Check 200969 | | -7,178.25 | 217,844.15 |
| 11-22 | Check 200972 | | -5,988.12 | 211,956.03 |
| 11-22 | Check 200970 | | -3,062.05 | 208,893.98 |
| 11-22 | Check 200967 | | -133.38 | 208,760.60 |
| 11-24 | # Preauthorized Debit<br>NATIONAL ADVISOR HSAPAYMENT<br>231124 | | -1,305.78 | 207,454.82 |
| 11-24 | Check 200959 | | -206.00 | 207,248.82 |
| 11-24 | Check 200974 | | -75.00 | 207,173.82 |

9064

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 11-27 | # Preauthorized Debit<br>BANCORPSV BANCORPSV<br>WH-MCGREGOR AND ASSOCIATES-99994-SET<br>TLE PURCHASE | | -795.68 | 206,378.14 |
| 11-29 | # Outgoing Wire Manual<br>202311290017951 R&B 2008 PLLC D/B/<br>TRUSTEE FEE FROM P | | -4,000.00 | 202,378.14 |
| 11-29 | # Out Wire Fee Manual<br>202311290017951 R&B 2008 PLLC D/B/<br>TRUSTEE FEE FROM P | | -25.00 | 202,353.14 |
| 11-29 | # Preauthorized Debit<br>DISCOVER E-PAYMENT<br>231129 | | -499.01 | 201,854.13 |
| 11-29 | Check 200986 | | -8,201.61 | 193,652.52 |
| 11-29 | Check 200984 | | -116.90 | 193,535.62 |
| 11-30 | # Orig ACH Debit Retur<br>RETURN ACH FROM 11/29/23<br>PER M. HOGUE CHECK | 499.01 | | 194,034.63 |
| 11-30 | Check 200990 | | -185.03 | 193,849.60 |
| 11-30 | **Ending totals** | 660,954.37 | -663,972.03 | $193,849.60 |