United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-04639-GER |
| Aviation Safety Resources, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: Dogmaphv | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aviation Safety Resources, Inc., 6448 Pinecastle Blvd., Suite 104, Orlando, FL 32809-6682 |
| 30657177 | + | Workers United, Southern Regional, Joint Board, c/o Stanford Fagan, LLC, 2540 Lakewood Ave., Atlanta, GA 30315-6308 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Southern Regional Joint Board, Workers United, SEI |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R Fogarty | on behalf of Interested Party S.E.  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor S.E.  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Debtor Aviation Safety Resources  Inc. dfogarty.ecf@srbp.com, srbpecf@srbp.com |
| Daniel R Fogarty | on behalf of Interested Party Pioneer Aerospace Corporation dfogarty.ecf@srbp.com  srbpecf@srbp.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: Dogmaphv | Total Noticed: 2 |

Daniel R Fogarty
    on behalf of Debtor Pioneer Aerospace Corporation dfogarty.ecf@srbp.com srbpecf@srbp.com

Dov Y Frankel
    on behalf of Interested Party Paradigm Parachute and Defense Inc. dfrankel@taftlaw.com

Kevin Arocha
    on behalf of Creditor Zodiac US Corporation kevin.arocha@bclplaw.com

L. Todd Budgen
    Todd@c11Trustee.com ltbudgen@ecf.courtdrive.com,bnc@mybankruptcyfirm.com,F006@ecfcbis.com

Mary Joanne Dowd
    on behalf of Interested Party Space Exploration Technologies Corp. mary.dowd@afslaw.com jill.clough@afslaw.com;george.angelich@afslaw.com;james.britton@afslaw.com;lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Matthew Edward Stolz
    on behalf of Creditor Southern Regional Joint Board Workers United, SEIU mstolz@cwsny.com

Rilyn A Carnahan
    on behalf of Interested Party Paradigm Parachute and Defense Inc. rilyn.carnahan@gmlaw.com, Jennifer.johnson@gmlaw.com;Melissa.bird@gmlaw.com

Robert K Eddy
    on behalf of Creditor Larry Williams reddy@e-rlaw.com bcruz@e-rlaw.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - ORL scott.e.bomkamp@usdoj.gov

United States Trustee - ORL
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 14

[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

Dated: December 20, 2023

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:   Case No. 6:23−bk−04639−GER
Chapter 11

Aviation Safety Resources, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *104* ) ("Motion") of attorney **Matthew Edward Stolz** for representation of **Creditor Southern Regional Joint Board, Workers United, SEIU** . Accordingly, it is **ORDERED:**

1. The Motion is Granted.

2. Attorney **Matthew Edward Stolz** is admitted to appear before this Court in this case and any related adversary proceeding as counsel for **Creditor Southern Regional Joint Board, Workers United, SEIU** subject to Local Rule 2090−1.

3. Within fourteen days from the date of this order, attorney **Matthew Edward Stolz** shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney **Matthew Edward Stolz** , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.