**ORDERED.**

**Dated: December 22, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-04641-GER |
| S.E., INC. D/B/A STRONG ENTERPRISES, | Case No. 6:23-bk-04643-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-04639-GER |
| D/B/A ASR-PIONEER | |
| | *Jointly Administered under* |
| Debtors. | *Case No. 6:23-bk-04639-GER* |

**ORDER APPROVING DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY STICHTER, RIEDEL, BLAIN & POSTLER, P.A. AS COUNSEL FOR DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

THIS CASE came on for hearing on December 19, 2023 at 1:30 p.m. on the *Debtors' Application for Authorization to Employ Stichter, Riedel, Blain & Postler, P.A. as Counsel for Debtors in Possession Effective as of the Petition Date* (Doc. No. 58) (the "**Application**"), the Affidavit of Daniel R. Fogarty in Support of the Application attached as an exhibit to the Application, and the Supplement to the Application (Doc. No. 63). No objections were filed to the Application, and none were raised at the hearing. Upon the representations that the attorneys at Stichter, Riedel, Blain & Postler, P.A. ("**Stichter Riedel**") are duly qualified to practice in this Court, that Stichter Riedel and its attorneys hold no interest adverse to the estate in the matters

upon which they are engaged, that Stichter Riedel and its attorneys are disinterested persons as required by 11 U.S.C. §327(a) and have disclosed any connections with the parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estates, and for the reasons stated in open court, it is

**ORDERED**:

1. The Application is approved.

2. The Debtors are authorized to retain the law firm of Stichter Riedel and its attorneys, pursuant to 11 U.S.C. §§327 and 330, effective as of the Petition Date, to perform the professional services set forth in the Application.

3. No payment of compensation shall be made to Stichter Riedel absent application to and approval by this Court pursuant to 11 U.S.C. § 330, or pursuant to any other interim fee procedures established by the Court.

*Attorney Daniel R. Fogarty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*