**ORDERED.**

**Dated: December 22, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | Jointly Administered Under Case No. 623-bk-4639-GER |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 345(b) AND 363 AUTHORIZING DEBTORS TO MAINTAIN USE OF PRE-PETITION BANK ACCOUNT**

THIS CASE came on for hearing on December 19, 2023 at 1:30 p.m. for consideration of the Debtor's Motion for Authority to Maintain Prepetition Bank Accounts for Limited Purposes (Doc. No. 92) (the "**Motion**").  Upon review of the Motion, the record in this case, the arguments of counsel at the hearing, the Court finds it appropriate to grant the Motion.  Accordingly, it is

ORDERED:

1. The Motion (Doc. No. 92) is granted.

2. The Debtors are authorized to continue to maintain and use their Pre-Petition Bank Accounts in accordance with the following procedures:

    a. The Pre-Petition Bank Accounts will remain open to collect accounts receivable, and to make disbursements through closing under the Sale Orders. No disbursements will be made after December 8, 2023, except for (i) the payroll payments, and (ii) the sold receivables proceeds, both as discussed

below. The funds in the Pre-Petition Bank Accounts will be swept into the DIP Accounts on a regular basis, not less frequently than weekly.

b. The net proceeds from the closing under the Sale Orders, net of amounts paid at or in connection with the closing or held in escrow pursuant to the Sale Orders, shall be deposited into the DIP Accounts, and shall not be deposited into the Pre-Petition Bank Accounts.

c. The final payment(s) for payroll related obligations will be paid by ACH through the Debtors' existing payroll processing company, and will be paid from the Pre-Petition Bank Accounts. Before the payment is processed, the Debtors, respectively, will transfer or cause to be transferred to the applicable Pre-Petition Bank Accounts sufficient funds to cover the payroll obligations being paid.

d. To the extent that funds received in the Pre-Petition Bank Accounts following the closings under the Sale Orders are attributable to accounts receivable sold under the Sale Orders, the funds will be sent to the applicable purchaser, and may be transferred directly from the Pre-Petition Bank Accounts, rather than routing from the Pre-Petition Bank Accounts to the DIP Accounts and then being transferred.

e. All other disbursements will be made from the DIP Accounts.

f. On their monthly operating reports, the Debtors will report the activity in the applicable Pre-Petition Bank Accounts, the uses of the sale proceeds under the Sale Orders, and the DIP Accounts, and will attach copies of statements or summaries (with summaries permitted only in the case of reporting activity for funds held in a attorney's trust account where funds are held with other client funds) from the relevant accounts to the monthly operating reports.

3. The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties and file a proof of service within 3 days after entry of this order.*