**ORDERED.**

**Dated: December 22, 2023**

_Grace E. Robson_
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| | |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| | |
| Debtors. | Jointly Administered Under |
| _____/ | Case No. 6:23-bk-4639-GER |
| | |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| | |
| Applicable Debtors. | |
| _____/ | |

**ORDER GRANTING DEBTORS' MOTION FOR AUTHORIZATION
TO PAY EMPLOYEE ACCRUED VACATION PAY UPON CLOSING**

THIS CASE came on for hearing on December 19, 2023 at 1:30 p.m. for consideration of

the Debtors' Motion for Authorization to Pay Employee Accrued Vacation Pay Upon Closing

(Doc. No. 88) (the "**Motion**") filed by Pioneer Aerospace Corporation ("**Pioneer**") and S.E., Inc.

d/b/a Strong Enterprises ("**Strong**" and together with Pioneer, the "**Debtors**").  Upon review of

the Motion, the record in this case, and the arguments of counsel at the hearing, the Court finds it

appropriate to grant the Motion as set forth herein.  Accordingly, it is

**ORDERED:**

1.      The Motion is granted as set forth below.

2.      The Debtors are authorized to pay to their respective employees listed on **Exhibit A** hereto the amounts equal to the pro-rated portion of the accrued vacation time attributable to the post-petition period.

3.      The Debtors are authorized to pay to their respective employees listed on **Exhibit A** hereto the amounts equal to the pro-rated portion of the remaining accrued vacation time for the balance of the annual period beginning July 1, 2023 as set forth on **Exhibit A** hereto, up to the amount of the priority wage cap under § 507(a)(4) of the Bankruptcy Code as reduced by the pre-petition portion of the wages paid pursuant to the Court's orders granting the Debtors' pre-petition wages motion.

4.      The Debtors are authorized to withhold those amounts required to be withheld under applicable federal, state or local tax law, and pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law.

5.      The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

*Attorney Daniel R. Fogarty is directed to serve a copy of this order on interested parties and file a proof of service within 3 days after entry of this order.*

4855-9113-7944, v. 1

**EXHIBIT A**

| EMPLOYEE NAME | HOURLY RATE | 2023 Remaining Total Accrued Vacation | Adjusted Pre-petition Accrued Vacation Hours | Adjusted Pre-petition Vacation Disbursement | Adjusted Post-petition Accrued Vacation Hours | Adjusted Post-petition Vacation Disbursement | Adjusted Pre-petition Vacation Disbursement adjusted by Cap | Payout | Payout - adjusted |
|---|---|---|---|---|---|---|---|---|---|
| | 17.5 | 0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $ - | $0.00 | |
| | 38.55 | 104.00 | 80.92 | $3,119.58 | 23.08 | $889.62 | $ 3,119.58 | $4,009.20 | |
| | 42.74 | 188.00 | 164.92 | $7,048.81 | 23.08 | $986.31 | $ 7,048.81 | $8,035.12 | |
| | 47.53 | 190.00 | 171.54 | $8,153.22 | 18.46 | $877.48 | $ 8,153.22 | $9,030.70 | |
| | 25.00 | 10.00 | 0.77 | $19.23 | 9.23 | $230.77 | $ 19.23 | $250.00 | |
| | 37.14 | 200.00 | 181.54 | $6,742.25 | 18.46 | $685.65 | $ 6,742.25 | $7,427.90 | |
| | 25.8 | 152.00 | 138.15 | $3,564.37 | 13.85 | $357.23 | $ 3,564.37 | $3,921.60 | |
| | 19.55 | 8.00 | 0.00 | $0.00 | 8.00 | $156.40 | $ - | $156.40 | |
| | 17.65 | 150.00 | 131.54 | $2,321.65 | 18.46 | $325.85 | $ 2,321.65 | $2,647.50 | |
| | 36.06 | 110.00 | 91.54 | $3,300.88 | 18.46 | $665.72 | $ 3,300.88 | $3,966.60 | |
| | 21.36 | 180.00 | 161.54 | $3,450.46 | 18.46 | $394.34 | $ 3,450.46 | $3,844.80 | |
| | 32.83 | 106.00 | 87.54 | $2,873.89 | 18.46 | $606.09 | $ 2,873.89 | $3,479.98 | |
| | 89.9 | 200.00 | 176.92 | $15,905.38 | 23.08 | $2,074.62 | $ 12,308.87 | $17,980.00 | $14,383.48 |
| | 46.49 | 118.00 | 99.54 | $4,627.54 | 18.46 | $858.28 | $ 4,627.54 | $5,485.82 | |
| | 62.01 | 200.00 | 181.54 | $11,257.20 | 18.46 | $1,144.80 | $ 11,257.20 | $12,402.00 | |
| | 28.46 | 174.00 | 150.92 | $4,295.27 | 23.08 | $656.77 | $ 4,295.27 | $4,952.04 | |
| | 18.52 | 144.00 | 125.54 | $2,324.97 | 18.46 | $341.91 | $ 2,324.97 | $2,666.88 | |
| | 49.25 | 192.00 | 168.92 | $8,319.46 | 23.08 | $1,136.54 | $ 8,319.46 | $9,456.00 | |
| | 31.25 | 136.00 | 117.54 | $3,673.08 | 18.46 | $576.92 | $ 3,673.08 | $4,250.00 | |
| | 17.69 | 128.00 | 109.54 | $1,937.74 | 18.46 | $326.58 | $ 1,937.74 | $2,264.32 | |
| | 17.43 | 20.25 | 11.02 | $192.07 | 9.23 | $160.89 | $ 192.07 | $352.96 | |
| | 52.93 | 160.00 | 141.54 | $7,491.63 | 18.46 | $977.17 | $ 7,491.63 | $8,468.80 | |
| | 24.13 | 163.75 | 145.29 | $3,505.81 | 18.46 | $445.48 | $ 3,505.81 | $3,951.29 | |
| | 17.66 | 118.75 | 109.52 | $1,934.11 | 9.23 | $163.02 | $ 1,934.11 | $2,097.13 | |
| | 60.51 | 240.00 | 216.92 | $13,126.02 | 23.08 | $1,396.38 | $ 12,966.13 | $14,522.40 | $14,362.51 |
| | 47.56 | 196.00 | 177.54 | $8,443.06 | 18.46 | $877.96 | $ 8,443.06 | $9,321.03 | |
| Totals | | | 3142.29 | $127,627.69 | 446.46 | $17,312.77 | $ 123,871.28 | | |

Pioneer

| EMPLOYEE NAME | HOURLY RATE | 2023 Remaining Total Accrued Vacation | Adjusted Pre-petition Accrued Vacation Hours | Adjusted Pre-petition Vacation Disbursement | Adjusted Post-petition Accrued Vacation Hours | Adjusted Post-petition Vacation Disbursement | Adjusted Pre-petition Vacation Disbursement adjusted by Cap | Payout | Payout - adjusted |
|---|---|---|---|---|---|---|---|---|---|
| | $ 18.00 | 125.05 | 115.82 | $2,084.75 | 9.23 | $166.15 | $ 2,084.75 | $2,250.90 | |
| | $ 23.50 | 30.00 | 6.92 | $162.69 | 23.08 | $542.31 | $ 162.69 | $705.00 | |
| | $ 17.50 | 0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $ - | $0.00 | |
| | $ 19.00 | 50.00 | 31.54 | $599.23 | 18.46 | $350.77 | $ 599.23 | $950.00 | |
| | $ 33.75 | 90.00 | 76.15 | $2,570.19 | 13.85 | $467.31 | $ 2,570.19 | $3,037.50 | |
| | $ 21.00 | 31.10 | 17.25 | $362.33 | 13.85 | $290.77 | $ 362.33 | $653.10 | |
| | $ 16.50 | 127.34 | 108.88 | $1,796.49 | 18.46 | $304.62 | $ 1,796.49 | $2,101.11 | |
| | $ 17.50 | 136.40 | 117.94 | $2,063.92 | 18.46 | $323.08 | $ 2,063.92 | $2,387.00 | |
| | $ 33.90 | 123.00 | 99.92 | $3,387.39 | 23.08 | $782.31 | $ 3,387.39 | $4,169.70 | |
| | $ 43.48 | 100.00 | 86.15 | $3,745.97 | 13.85 | $602.03 | $ 3,745.97 | $4,348.00 | |
| | $ 15.00 | 32.90 | 23.67 | $355.04 | 9.23 | $138.46 | $ 355.04 | $493.50 | |
| | $ 22.50 | 99.36 | 80.90 | $1,820.22 | 18.46 | $415.38 | $ 1,820.22 | $2,235.60 | |
| | $ 16.00 | 0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $ - | $0.00 | |
| | $ 15.00 | 40.00 | 35.38 | $530.77 | 4.62 | $69.23 | $ 530.77 | $600.00 | |
| | $ 14.00 | 40.00 | 35.38 | $495.38 | 4.62 | $64.62 | $ 495.38 | $560.00 | |
| | $ 18.00 | 75.50 | 57.04 | $1,026.69 | 18.46 | $332.31 | $ 1,026.69 | $1,359.00 | |
| | $ 15.00 | 58.00 | 44.15 | $662.31 | 13.85 | $207.69 | $ 662.31 | $870.00 | |
| | $ 82.69 | 200.00 | 176.92 | $14,630.21 | 23.08 | $1,908.29 | $ 12,386.49 | $16,538.50 | $14,294.78 |
| | $ 15.00 | 8.00 | 0.00 | $0.00 | 8.00 | $120.00 | $ - | $120.00 | |
| | $ 14.00 | 40.00 | 30.77 | $430.77 | 9.23 | $129.23 | $ 430.77 | $560.00 | |
| | $ 21.50 | 105.12 | 82.04 | $1,763.93 | 23.08 | $496.15 | $ 1,763.93 | $2,260.08 | |
| | $ 17.00 | 40.00 | 28.46 | $483.85 | 11.54 | $196.15 | $ 483.85 | $680.00 | |
| Totals | | | 1255.31 | $38,972.13 | 296.46 | $7,906.86 | $ 36,728.41 | | |

Strong