UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors._____/ | *Jointly Administered Under Case No. 6:23-bk-4639-GER* |

### CERTIFICATE OF SERVICE
### Doc, No. 118,119, and 121

I HEREBY CERTIFY that true and correct copies of the Order Approving Debtors' Application for Authorization To Employ Asgaard Capital LLC As Financial Advisor and Transaction Advisor to the Debtors Effective as of The Petition Date (Doc. No. 118), Order Approving Debtors' Application For Authorization To Employ Stichter, Riedel, Blain & Postler, P.A. As Counsel for Debtors In Possession Effective As Of The Petition Date (Doc. No. 119), and the Order Granting Debtors' Motion For Authorization To Pay Employee Accrued Vacation Pay Upon Closing (Doc. No. 121) were furnished on December 27, 2023, by the Court's CM/ECF electronic mail system, and by US Mail to the LBR 1007-2 parties in interest matrix.

DATED:  December 27, 2023

*/s/ Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04639-GER<br>Middle District of Florida<br>Orlando<br>Mon Nov 27 14:27:51 EST 2023 | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32067-0831 | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060-0321 |
| Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308-2010 | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356-2299 | ClearingBid, Inc.<br>345 Lorton AveSuite 105<br>Burlingame, CA 94010-4134 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7105 | Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005-2402 |
| Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034-6865 | Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 |
| Larry Williams<br>c/o Robert K. Eddy, Esq.<br>320 W. Kennedy Blvd., #700<br>Tampa, FL 33606-1459 | Marcia ˜LaVanway<br>6582 Keigley St.<br>P.O. Box 143<br>Eau Claire MI 49111-0143 | Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356-1070 |
| Paradigm Parachute and Defense, Inc.<br>c/o Rilyn A. Carnahan, Esq.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932-1316 | Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 |
| Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Space Exploration Technologies Corp.<br>c/o ArentFox Schiff LLP<br>Attn: George Angelich<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019-6040 | Space Exploration Technologies Corp.<br>c/o ArentFox Schiff LLP<br>Attn: Mary Joanne Dowd, Esq.<br>1717 K Street NW<br>Washington, DC 20006-5344 |
| Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 | Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26