UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Debtors. _____/ | Jointly Administered Under Case No. 623-bk-4639-GER |
| S.E., INC., | Case No. 6:23-bk-4641-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-4643-GER |
| Applicable Debtors. _____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order (1) Scheduling Trial, (2) Directing Parties And Witnesses To Appear In Person And (3) Setting Deadlines* (Doc. No. 111) has been furnished on December 28, 2023, by the Court's CM/ECF electronic noticing and by U.S. mail to the LBR 1007-2 matrix.

/s/ *Daniel R. Fogarty*
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-04639-GER<br>Middle District of Florida<br>Orlando<br>Mon Nov 27 14:27:51 EST 2023 | Aero-News Network/AeroPReneuer<br>P.O. Box 831<br>Orange Park, FL 32067-0831 | AllRed & Associates, Inc.<br>321 Route 5 West<br>P.O. Box 321<br>Elbridge, NY 13060-0321 |
| Brennan Manna Diamond<br>75 E. Market Street<br>Akron, OH 44308-2010 | Claggett Properties, LLC<br>388 Enterprise Dr.<br>Nicholasville, KY 40356-2299 | ClearingBid, Inc.<br>345 Lorton AveSuite 105<br>Burlingame, CA 94010-4134 |
| Delta Natural Gas Company<br>P.O. Box 747108<br>Pittsburgh, PA 15274-7105 | Frost Brown Todd LLC<br>P.O. Box 70087<br>Louisville, KY 40270-0087 | GAMA<br>1400 K Street NW, Suite 801<br>Washington, DC 20005-2402 |
| Howard O. Thrall<br>c/o Stonebriar Strategy Group, LLC<br>5 Woodcreek Lane<br>Frisco, TX 75034-6865 | Kentucky Association of Manufacturers<br>P.O. Box 4029<br>Frankfort, KY 40604-4029 | Kentucky Utilities<br>P.O. Box 25212<br>Lehigh Valley, PA 18002-5212 |
| Larry Williams<br>c/o Robert K. Eddy, Esq.<br>320 W. Kennedy Blvd., #700<br>Tampa, FL 33606-1459 | Marcia ˜LaVanway<br>6582 Keigley St.<br>P.O. Box 143<br>Eau Claire MI 49111-0143 | Marlin Business Bank<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| National Institute for Aviation Research<br>Wichita State University<br>1845 Fairmount St.<br>Wichita, KS 67260-0093 | National Retirement Fund<br>c/o Amalgamated Employee Benefits Adm<br>333 Westchester Ave.<br>White Plains, NY 10604-2938 | Nicholasville Utilities<br>601 N. Main St.<br>Nicholasville, KY 40356-1070 |
| Paradigm Parachute and Defense, Inc.<br>c/o Rilyn A. Carnahan, Esq.<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Suite 900<br>West Palm Beach, FL 33401-6306 | Pauley Management, Inc.<br>P.O. Box 321316<br>Cocoa Beach, FL 32932-1316 | Phone.com<br>P.O. Box 1808<br>Poway, CA 92074-1808 |
| Republic Services<br>National Accounts<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | Space Exploration Technologies Corp.<br>c/o ArentFox Schiff LLP<br>Attn: George Angelich<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019-6040 | Space Exploration Technologies Corp.<br>c/o ArentFox Schiff LLP<br>Attn: Mary Joanne Dowd, Esq.<br>1717 K Street NW<br>Washington, DC 20006-5344 |
| Spectrum<br>P.O. Box 1060<br>Carol Stream, IL 60132-1060 | U.S. Small Business Administration<br>2 North 20th St., #320<br>Birmingham, AL 35203-4002 | Zodiac US Corporation<br>c/o Kevin Arocha<br>Bryan Cave Leighton Paisner, LLP<br>1201 Peachtree St., 14th Floor<br>Atlanta, GA 30361-3503 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26