UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | Chapter 11, Subchapter V |
| Aviation Safety Resources, Inc., | Case No. 6:23-bk-04639-GER |
| S.E. Inc., | Case No. 6:23-bk-04641-GER |
| Pioneer Aerospace Corporation | Case No. 6:23-bk-04643-GER |
| Debtors. _____/ | Jointly Administered Under Case No. 6:23-bk-04639-GER |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that JIMMY D. PARRISH, of the law firm of Baker & Hostetler LLP, hereby enters his appearance as counsel of record for COMPUTER SERVICES AND SOLUTIONS, INC., and pursuant to Fed. R. Bankr. P. 2002 and 9010(b) and Local Rule 2002-1, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the following:

Jimmy D. Parrish
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Phone: 407-649-4000
Facsimile: 407-841-0168
Primary E-mail: jparrish@bakerlaw.com
Secondary E-mail: orlbankruptcy@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Neither this Notice of Appearance and Request for Service, nor any later appearance, pleading, claim, or suit shall waive any: (1) right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Respectfully submitted this 2nd day of January 2024.

/s/ *Jimmy D. Parrish*
JIMMY D. PARRISH, ESQ.
Florida Bar No. 526401
jparrish@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
*Attorneys for Computer Services and Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January 2024, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court by using the Court's CM/ECF System which will send a Notice of Electronic Filing and copy to all parties requesting such notice.

/s/ *Jimmy D. Parrish*
JIMMY D. PARRISH, ESQ.