UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

AVIATION SAFETY RESOURCES, INC.,
S.E., INC. D/B/A STRONG ENTERPRISES,
PIONEER AEROSPACE CORPORATION
D/B/A ASR-PIONEER

      Debtors.

Chapter 11, Subchapter V

Case No. 6:23-bk-04641-GER
Case No. 6:23-bk-04643-GER
Case No. 6:23-bk-04639-GER

*Jointly Administered under*
*Case No. 6:23-bk-04639-GER*

### MOTION FOR ADMISSION OF MARK I. DUEDALL TO APPEAR
### *PRO HAC VICE* AND ATTACHED DESIGNATION OF LOCAL COUNSEL

Mark I. Duedall (the "***Movant***"), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., pursuant to Local Rule 2090-1(c)(1), moves for admission to appear pro hac vice, in these cases, and any related adversary proceedings, as counsel for Asgaard Capital LLC ("***Asgaard***"), and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bars of Georgia (Georgia Bar No. 231770) and Delaware (Delaware Bar No. 3346).

2. Movant is also admitted to practice before the United States Bankruptcy and District Courts for the Northern and Middle Districts of Georgia, the United States Bankruptcy and District Courts for the District of Delaware, and the U.S. Court of Appeals for the Fourth Circuit.

3. Movant designates Zachary J. Bancroft, a resident Florida attorney, also with the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("**Baker Donelson**"), 200 South Orange Avenue, Suite 2900, Orlando, Florida 32802-1549, who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act as local is attached hereto as **Exhibit A**.

3

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the States of Georgia and Delaware, nor any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

6. Within fourteen days from the date of an order granting this motion, the Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, the Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, the Movant respectfully requests entry of an order authorizing his admission to practice and represent Asgaard in these cases and any related proceedings.

Dated January 3, 2024

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road, NE
Monarch Plaza, Suite 1500
Atlanta, Georgia  30326
Telephone: (404) 221-6500
Facsimile: (404) 221-6501
*Counsel for Asgaard Capital LLC*

*/s/ Mark I. Duedall*
Mark I. Duedall
*Pro Hac Vice pending*
Georgia Bar No. 231770
Delaware Bar No. 3346
mduedall@bakerdonelson.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| AVIATION SAFETY RESOURCES, INC., | Case No. 6:23-bk-04641-GER |
| S.E., INC. D/B/A STRONG ENTERPRISES, | Case No. 6:23-bk-04643-GER |
| PIONEER AEROSPACE CORPORATION | Case No. 6:23-bk-04639-GER |
| D/B/A ASR-PIONEER | |
| | *Jointly Administered under* |
| Debtors. | *Case No. 6:23-bk-04639-GER* |

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Zachary J. Bancroft, an attorney qualified to practice in this Court, consent to designation as local attorney for Mark I. Duedall and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of these cases and any related proceedings, and upon whom papers shall be served.

Dated January 3, 2024

        **BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Facsimile: (407) 841-0325

*Counsel for Asgaard Capital LLC*

By: */s/ Zachary J. Bancroft*
    Zachary J. Bancroft
    Florida Bar No. 0145068
    zbancroft@bakerdonelson.com
    achentnik@bakerdonelson.com
    bkcts@bakerdonelson.com

5

EXHIBIT A

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Appear Pro Hac Vice and Consent to Act as Local Counsel,* was served on the date hereof by the Court's CM/ECF electronic mail system to all parties receiving electronic service.

Dated: January 3, 2023

*/s/ Zachary J. Bancroft*
Zachary J. Bancroft
